# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD C. ANGLEMEYER, et al., : | |
| : | Case No. 19-cv-3714-JMY |
| *Plaintiff* : | |
| : | |
| v. : | |
| : | |
| NORTHAMPTON COUNTY, : | |
| MICHAEL D. ENSTROM, OFFICER HAPPEL, : | |
| DETECTIVE SRGT. MELINKSY, : | |
| JOHN ZWALLY, and JOHN DOE I & II. : | |

## ORDER

**AND NOW**, this 16th day of December 2019, upon consideration of the First Amended Complaint (Dkt. 19) filed by the Plaintiff(s) on November 26, 2019, it is hereby ORDERED and DECREED that the Motion to Dismiss (Dkt. 13) filed by the Defendant(s) on November 12, 2019 shall be DENIED as MOOT.

By the Court:

/s/ Judge John M. Younge
Judge John M. Younge