# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

**RICHARD C. ANGLEMEYER, et al.,**

    v.

**NORTHAMPTON COUNTY, et al.**

Case No.   19-cv-3714-JMY

## ORDER

And now, this 20th day of February, 2020, upon consideration of the Second Amended Complaint (ECF No. 33) filed by Plaintiffs on February 13, 2020, it is hereby **ORDERED** that the pending Motions to Dismiss (ECF Nos. 21, 26) are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

                                       **BY THE COURT:**

                                       /s/ Judge John M. Younge
                                         **Judge John M. Younge**