IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADA ANGLEMEYER, et al., | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | |
| CRAIG AMMONS, et al., | : | |
| Defendants | : | No. 19-3714 |

## ORDER

AND NOW, this      day of              2021, upon consideration of Defendants' Motion for Summary Judgment and Plaintiffs' response thereto (if any), it is ORDERED that said motion is GRANTED. Judgment is entered in favor of Peter Del Gaizo, Matthew Wysocky, Nathan Aukamp, Terrance Merante, Daniel Wilk, David Brodeur, Craig Ammons, Michael Lang, Brian Atkinson, Vincente Lopez, Kevin Ward, Clinton Painter, Mark Benson, Robert McGarvey, Lance Schimp, Brian King, Jason Pelotte, John Chulock, and Matthew Pierotti, and against Plaintiffs, as to all claims against them.

BY THE COURT:

JOHN MILTON YOUNGE, J.