IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADA ANGLEMEYER, et al., | : | CIVIL ACTION |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| CRAIG AMMONS, et al., | : | |
| | : | |
| Defendants | : | No. 19-3714 |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**EXHIBIT INDEX**

| Exhibit # | Description |
|---|---|
| 1 | Deposition of Ada Anglemeyer |
| 2 | Deposition of Joseph Kluska |
| 3 | Deposition of Richard Anglemeyer |
| 4 | Deposition of Jeffrey Anglemeyer |
| 5 | Deposition of Mark Rowlands |
| 6 | Deposition of Clinton Painter |
| 7 | Deposition of Matthew Wysocky |
| 8 | Deposition of Peter Del Gaizo |
| 9 | Deposition of Robert McGarvey |
| 10 | Deposition of Jason Pelotte |
| 11 | Deposition of Brian King |
| 12 | Search Warrant – 340 Old Allentown Road |
| 13 | Photo-Overhead (Deposition Exhibit D-1) |
| 14 | Photo-French doors (Deposition Exhibit D-2) |
| 15 | Warrant Service Plan (Deposition Exhibit "Rowlands-1") |
| 16 | Intelligence Brief (Deposition Exhibit "Rowlands-2") |
| 17 | Command Post Log |

| Exhibit # | Description |
|---|---|
| 18 | Callout Report-Craig Ammons |
| 19 | Callout Report-Brian Atkinson |
| 20 | Callout Report-Nathan Aukamp |
| 21 | Callout Report-Mark Benson |
| 22 | Callout Report-David Brodeur |
| 23 | Callout Report-John Chulock |
| 24 | Callout Report-Michael Lang |
| 25 | Callout Report-Vincente Lopez |
| 26 | Callout Report-Terrance Merante |
| 27 | Callout Report-Matthew Pierotti |
| 28 | Callout Report-Lance Schimp |
| 29 | Callout Report-Kevin Ward |
| 30 | Callout Report-Daniel Wilk |
| 31 | SERT Briefing Videos "MVI_2286" through "MVI_2298" |