Ada Anglemeyer
November 5, 2020

Page 1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA


ADA ANGLEMEYER, et al., :   CIVIL ACTION
      Plaintiffs,     :
                 :
   vs.          :
                 :
NORTHAMPTON COUNTY, et  :
al.,              :
      Defendants.    :  No. 19-3714


- - -

Thursday, November 5, 2020

- - -


Deposition of ADA ANGLEMEYER, taken pursuant to notice, via videoconference, before Michele L. Murphy, a Registered Professional Reporter and Notary Public, on the above date, beginning at approximately 9:40 a.m.

- - -


STREHLOW & ASSOCIATES, INC.
COURT REPORTERS - VIDEOGRAPHERS
54 FRIENDS LANE, SUITE 116
NEWTOWN, PENNSYLVANIA 18940
(215) 504-4622

www.strehlowcourtreporting.com

SUMMARY
JUDGMENT
EXHIBIT
1

afe9f7b5-ee47-4664-aace-e4f2524e80c9

Ada Anglemeyer
November 5, 2020

Page 2

1  A P P E A R A N C E S:
2
3  LEVIN & ZEIGER
   By:  BRIAN J. ZEIGER, ESQUIRE
        (Via Videoconference)
4       1500 JFK Blvd., Suite 620
        Philadelphia, PA  19102
5       215-546-0340
        zeiger@levinzeiger.com
6       Representing the Plaintiffs
7
   PA OFFICE OF ATTORNEY GENERAL
8  By:  KEVIN BRADFORD, ESQUIRE
        (Via Videoconference)
9       1600 Arch Street, 3rd Floor
        Philadelphia, PA  19103
10      215-560-2402
        kbradford@attorneygeneral.gov
11      Representing the Defendants
12
   ALSO PRESENT:  Richard Anglemeyer
13               Renae Kluska
                 (Via Videoconference)
14
15            - - -
16
17
18
19
20
21
22
23
24

Page 3

1            I N D E X
2  WITNESS:                Page
3  Ada Anglemeyer
      By Mr. Bradford       5
4
5
6
7
            E X H I B I T S
8
   No.   Description     Ref.
9
   D-1   Copy of photograph of
10         property          29
11  D-2   Copy of photograph of French
            doors           38
12
13  D-3   Copy of photograph of gun   38
   D-4   Copy of photograph of scale  40
14
   D-5   Copy of photograph of vials  40
15
   D-6   Copy of photograph of Ziplock
16         bags            40
17  D-7   Copy of photograph of all
            guns           55
18
   D-8   Copy of photograph of guns
19         on table          55
20  D-9   Medical records of Ada
            Anglemeyer        80
21
22            - - -
23
24

Page 4

1            (It is hereby stipulated and
2  agreed by and between counsel for all
3  parties present that this deposition is
4  being conducted by videoconference, that
5  the court reporter, all counsel, and the
6  witness are all in separate remote
7  locations and participating via
8  videoconference meeting under the control
9  of Strehlow & Associates Court Reporting,
10 that the officer administering the oath
11 to the witness need not be in the place
12 of the deposition and the witness shall
13 be sworn in remotely by the court
14 reporter after confirming the witness'
15 identity.
16            It is further stipulated that
17 exhibits may be marked by the attorney
18 presenting the exhibit to the witness,
19 and that a copy of any exhibit presented
20 to a witness shall be e-mailed to or
21 otherwise in possession of all counsel
22 prior to any questioning of a witness
23 regarding the exhibit in question.)
24            (It is hereby stipulated and

Page 5

1  agreed by and between counsel that
2  reading, signing, sealing, filing and
3  certification are waived; and that all
4  objections, except as to the form of
5  questions, be reserved until the time of
6  trial.)
7            - - -
8            ...ADA ANGLEMEYER, after having
9  been duly sworn, was examined and
10 testified as follows:
11            - - -
12 BY MR. BRADFORD:
13      Q.  Good morning, Mrs. Anglemeyer.  My
14 name is Kevin Bradford.  We just met briefly
15 off the record, but I'm introducing myself on
16 the record.  Today you are having your
17 deposition taken as part of your lawsuit
18 against a number of State Police employees.  I
19 represent all those employees.
20            I'm sure your counsel gave you some
21 background as to what a deposition is, so I'm
22 not going to get too detailed, but I'm just
23 simply going to ask you a series of questions
24 related to the lawsuit, and your obligation is

2 (Pages 2 to 5)

afe9f7b5-ee47-4664-aace-e4f2524e80c9

Ada Anglemeyer
November 5, 2020

Page 6

1    to provide the best answer possible, to your
2    recollection.
3          As we just discussed briefly off the
4    record, if you need a break for any reason and
5    you might need a break depending on how your
6    physical condition is today, we can take as
7    many breaks as you need.  Just let me know.
8    And, yes, if a question is pending, please go
9    ahead and answer that question first before we
10   ask for that break.  Okay?
11        A.  Okay.
12        Q.  You're at your house right now?
13        A.  Yes.
14        Q.  And is someone in the room with you
15   there?
16        A.  Yes.
17        Q.  And who is in the room with you?
18        A.  My husband.
19        Q.  Okay.
20        A.  And my daughter.
21        Q.  Okay.  Can you name each of those
22   individuals?
23        A.  Richard Anglemeyer and Renae Kluska.
24        Q.  Is anyone else there with you?

Page 7

1         A.  No.
2         Q.  What is your month and year of
3    birth, not the day?
4         A.  March '41.
5         Q.  One other thing I wanted to say at
6    the beginning is that my intention is not to
7    upset you or annoy you or aggravate you or
8    anything like that, but as part of my job as
9    representing the troopers as part of this
10   lawsuit, I have to ask these questions.  So
11   don't be offended by anything that I ask you.
12   Okay?  I'm just doing my job, and Brian will
13   interject if I'm doing something
14   inappropriate, which I'm sure won't happen,
15   but he's in the room here too.
16         So what is your height and weight?
17        A.  5'2", about 160.
18        Q.  And was your weight any different in
19   February of 2018?
20        A.  About the same.
21        Q.  About the same, okay.
22         And you said you are married to
23   Richard Anglemeyer?
24        A.  Yes.

Page 8

1         Q.  How long have you been married to
2    him?
3         A.  In March it will be 60 years.
4         Q.  Wow.  Congratulations.  A long time.
5          And you have children.  Tell me
6    about the names and just the month and years
7    of birth for each of your children.
8         A.  Oh, boy.  Vernon Anglemeyer was born
9    in October 18th of '61.
10        Q.  What was his name?
11        A.  Vernon Anglemeyer.
12        Q.  Okay.  Got you.
13        A.  Jeffrey Anglemeyer, December the
14   24th.
15          THE WITNESS:  What year was it?
16   Ask Jeff what year he was born.
17          MRS. KLUSKA:  Jeff, what year
18   were you born?
19          THE WITNESS:  '62.  Okay.  I
20   thought it was, but I wasn't sure.
21   BY MR. BRADFORD:
22        Q.  Okay.  Keep going.
23        A.  Mark Anglemeyer, September the 12th.
24   Just a minute.  I got to think.

Page 9

1          MRS. KLUSKA:  Mark, what year
2    were you born?
3          THE WITNESS:  '65.  Yeah, '65.
4    BY MR. BRADFORD:
5         Q.  Okay.
6         A.  Renae Kluska.
7          MRS. KLUSKA:  January 2nd, '73.
8          THE WITNESS:  January 2nd.
9          What year, Renae?
10          MRS. KLUSKA:  '73.
11          THE WITNESS:  '73.
12   BY MR. BRADFORD:
13        Q.  Okay.  And who lives with you of
14   those people of your children?
15        A.  As of now, it's Jeffrey Anglemeyer,
16   Mark Anglemeyer, Richard Anglemeyer, myself,
17   and Clyde Buskirk, and Tyeler Trinkley, my
18   grandson.
19        Q.  I was asking just of your children,
20   but those are all the people that live with
21   you right now; is that correct?
22        A.  Yes.
23        Q.  And I'm sorry.  You said Mark,
24   Renae, Jeffrey.  Does Jeffrey live with you?

3 (Pages 6 to 9)

Ada Anglemeyer
November 5, 2020

Page 10

1    A.  Yes.
2    Q.  Okay.  Vernon does not live with
3  you?
4    A.  No.
5      MRS. KLUSKA:  Not anymore.
6  BY MR. BRADFORD:
7    Q.  Where does he live?
8    A.  About a mile up the road.
9    Q.  Do you see him regularly?
10   A.  Off and on.  Pretty much.
11   Q.  And then you mentioned someone named
12  Clyde.  Who is that?
13   A.  Yes.  It's like a foster son.  He
14  lives with us.
15   Q.  What's Clyde's last name?
16   A.  Buskirk.
17   Q.  What was that?  I'm sorry.
18   A.  Buskirk, B-U-S-K-I-R-K.
19   Q.  And how old is Clyde?
20   A.  He's -- what are you, 59?
21      MRS. KLUSKA:  I will ask him.
22  Clyde?
23  BY MR. BRADFORD:
24   Q.  That's fine.  I don't need --

Page 11

1    A.  I think he's 59.
2    Q.  Okay.  And you said Tyeler Trinkley?
3    A.  Mm-hmm.
4    Q.  That's your grandson?
5    A.  Yes.
6      MRS. KLUSKA:  Clyde is 59, mom.
7  BY MR. BRADFORD:
8    Q.  And what's his date of birth?
9    A.  Tyeler's birth is --
10      MRS. KLUSKA:  July 18th, 1997.
11      THE WITNESS:  -- July 18th,
12  '87.
13      MRS. KLUSKA:  No; '97.
14      THE WITNESS:  '97.  Sorry.
15  BY MR. BRADFORD:
16   Q.  All right.  And Tyeler is Renae's
17  son?
18   A.  Yes.
19   Q.  How many other grandchildren do you
20  have besides Tyeler?
21   A.  Well, I got --
22      MRS. KLUSKA:  It was Kierra
23  first.
24      THE WITNESS:  I have Kierra,

Page 12

1  have Tyeler, I have Richard Anglemeyer, I
2  have Monica, and I have some
3  step-grandchildren, which would be two
4  more.
5  BY MR. BRADFORD:
6    Q.  Who are the step-grandchildren?
7    A.  One would be Ryan.  I don't know
8  their last names.  And Jessica.  Oh, it would
9  be three of them.  Jessica was a
10  step-grandchild.
11      And what's Jim's, the oldest?
12      MRS. KLUSKA:  Oh, my God.
13  Rachel.
14      THE WITNESS:  Rachel.
15  BY MR. BRADFORD:
16   Q.  Okay.  And I'm asking for dates of
17  birth just so I have an idea of how old they
18  are, but how old is Richard?  You can just
19  give me the year of birth.  I don't need exact
20  dates.
21   A.  The year -- what is he?  25?
22      MRS. KLUSKA:  No.  Maybe,
23  because Tyeler is --
24      THE WITNESS:  He's about 25.

Page 13

1  I'm not going to say exactly, but he's
2  about 25.
3  BY MR. BRADFORD:
4    Q.  Okay.  And Kierra?
5      MRS. KLUSKA:  19.
6      THE WITNESS:  18.
7      MRS. KLUSKA:  19.
8      THE WITNESS:  19.  Boy, she's
9  getting old.
10  BY MR. BRADFORD:
11   Q.  Monica?
12      MRS. KLUSKA:  Jeff, how old is
13  Monica?
14      THE WITNESS:  35.
15  BY MR. BRADFORD:
16   Q.  What's Monica's last name?
17   A.  Travostino.  Don't ask me to spell
18  it.
19   Q.  Okay.  That's fine.
20      Okay.  What is your address?
21   A.  340 Old Allentown Road, Wind Gap,
22  Pennsylvania 18091.
23   Q.  And how long have you lived there?
24  You can tell by years or the date -- I mean

4  (Pages 10 to 13)

afe9f7b5-ee47-4664-aace-e4f2524e80c9

Ada Anglemeyer
November 5, 2020

Page 14

1    the year that you got there.
2          THE WITNESS: How old are you?
3          MRS. KLUSKA: 47.
4          THE WITNESS: About 46 years.
5          MRS. KLUSKA: 45, 46.
6    BY MR. BRADFORD:
7       Q.  And an estimate on something like
8    that -- if you're estimating, just let me
9    know. That's fine. And if I'm looking for
10   something more specific, I'll pry a little
11   more.
12      A.  Okay.
13      Q.  So about 47 years, somewhere around
14   there?
15      A.  Yeah, something like that.
16      Q.  And do you currently work?
17      A.  No.
18      Q.  When was the last time that you
19   worked?
20      A.  I used to run my business at the
21   Quarry before I had my surgery.
22      Q.  And was that the Quarry Beach
23   Hideaway?
24      A.  Yes.

Page 15

1       Q.  And I got that from -- do you
2    remember doing some written responses to
3    questions I sent to you from Brian?
4       A.  Mm-hmm.
5          COURT REPORTER: Is that a yes?
6    I'm sorry.
7          THE WITNESS: I'm sorry?
8          COURT REPORTER: Is that a yes?
9          THE WITNESS: Yes. Yes. I'm
10   sorry.
11   BY MR. BRADFORD:
12      Q.  That's one of my instructions I
13   should have given you.
14      A.  Yes. I'm sorry.
15      Q.  First of all, don't talk over -- we
16   can't have everyone in the room talking at the
17   same time, but especially if you're answering
18   a question, try to make sure it's a yes or no
19   or something like that instead of mm-hmm,
20   uhn-uhn, because that's a problem for the
21   court reporter. And also even if you know
22   where I'm going with the question, let me get
23   the whole question out so she can get the
24   question in and then get your full answer.

Page 16

1    Okay?
2          So you said you worked at the Quarry
3    Beach Hideaway before. What is that? Can you
4    describe that?
5       A.  It's like a picnic grove.
6       Q.  And where is that?
7       A.  By my house.
8       Q.  Is it on your property?
9       A.  Yes.
10      Q.  And how did you use that to generate
11   income?
12      A.  I rented it out for parties.
13      Q.  And how much income does that
14   generate or did that generate when you were
15   working there?
16      A.  It's only a part-time summer thing.
17   Maybe 4,000, 5,000, something in there.
18      Q.  And what did you personally do as
19   operating that?
20      A.  Cleaned, mowed grass, the upkeep of
21   it.
22      Q.  Who else -- first of all, when did
23   you stop involving yourself in that operation?
24      A.  After my surgery.

Page 17

1       Q.  When was your surgery?
2       A.  October 18th, 2017.
3       Q.  Okay. And do other members of your
4    family operate the Quarry Beach Hideaway or
5    other people operate it?
6       A.  My daughter and -- well, Renae and
7    Mark would help me.
8       Q.  Okay.
9       A.  I also hired people to mow the
10   grass.
11      Q.  Okay. And that's now?
12      A.  Mm-hmm. Yes.
13      Q.  And before then, you would mow the
14   grass yourself?
15      A.  Yes.
16      Q.  Okay. And before October 2017, were
17   Renae and Mark also working with the Quarry
18   Beach Hideaway operation?
19      A.  Yes.
20      Q.  Did anyone else, either before or
21   after October 2017, work on the Quarry Beach
22   Hideaway?
23      A.  Yes.
24      Q.  Who is that?

5 (Pages 14 to 17)

afe9f7b5-ee47-4664-aace-e4f2524e80c9

Ada Anglemeyer
November 5, 2020

Page 18

1    A.   A neighbor, Carl Raub, used to help
2  out and Steve used to help mow grass.  That's
3  about it.
4    Q.   Is income generated from the Quarry
5  Beach Hideaway, is that reflected in any tax
6  documents or any other documents that would
7  show --
8    A.   Yes.  I filed it for rental income,
9  yes.
10    Q.   Okay.  So you have documents that
11  would indicate exactly what you made per year
12  on the --
13    A.   On my taxes, yes.
14    Q.   It would be on your taxes?  Okay.
15        Is it specified on there?  I'd be
16  able to figure out what was for Quarry Beach
17  Hideaway and -- well, I guess that would be
18  all your income?
19    A.   Yes.
20    Q.   Okay.  Before that, what else did
21  you do for a living?
22    A.   Just my pension.
23    Q.   And what's the pension from?
24    A.   Railroad and --

Page 19

1    Q.   I'm sorry.  You broke up there.
2  What was that?
3    A.   From the railroad pension.  My
4  husband worked on the railroad.
5    Q.   Okay.  What railroad was that?
6    A.   There was different ones.  Conrail,
7  Norfolk Southern.
8    Q.   So freight railroads?
9        And I saw in your Interrogatory
10  responses that you owned rental apartments?
11    A.   Yes.
12    Q.   That generates some income?
13    A.   Oh, yes.  Yes.
14    Q.   First of all, do you currently own
15  any?
16    A.   We have a couple of houses and a
17  trailer that's rented out.
18    Q.   And did you have others in the past,
19  like more properties?
20    A.   I had a bar quite a few years ago.
21  I think it's almost 20 years now.
22    Q.   Okay.  We'll get to that in a
23  minute.
24        The apartments, what did you

Page 20

1  actually do as far as managing those?
2    A.   I did almost everything.  I painted,
3  cleaned, fixed different things.  I used to do
4  it all almost.
5    Q.   And when did you stop?
6    A.   We sold the apartments and I haven't
7  done anything in the last almost three years
8  now.
9    Q.   Since the surgery?
10    A.   Mm-hmm.
11    Q.   That's a yes?
12    A.   Yes.  Sorry.
13    Q.   It's human nature.
14        Okay.  The bar that you owned, where
15  was the bar and what was the name of it?
16    A.   Sportsman's Bar, and it was in
17  Bangor, Pennsylvania.
18    Q.   And about what years did you own
19  that?
20    A.   I had it for about 11 years.
21    Q.   Can you approximate what 11 years
22  that was?
23    A.   I wouldn't know the exact date.  I
24  know it's about 15 years ago.

Page 21

1    Q.   And what did you do there?
2    A.   Bartend and manage it.
3    Q.   And who formally owned it?  Yourself
4  and your husband or anyone else?
5    A.   It was in my name.
6    Q.   In your name.
7        Did any other family members work
8  there?
9    A.   Yes.
10    Q.   Who worked there?
11    A.   Vernon, my son; my daughter; and
12  Mark Anglemeyer and Mary Ann Anglemeyer.
13  Let's see.  Lisa Lotterman.
14    Q.   Who is Lisa Lotterman?
15    A.   Yes.
16    Q.   Who was that?
17    A.   Lisa Lotterman and also a Lisa Raub
18  helped out.
19    Q.   Are these family members or just
20  other people that worked there?
21    A.   That was other people.
22    Q.   Got you.  I was just wondering.
23  Okay.  I thought I had asked just family
24  members, but that's fine.

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

Ada Anglemeyer
November 5, 2020

Page 22

1        So family-wise it was Vernon, Renae,
2   and Mark?
3        A.  Right.  Yes.
4        Q.  Did your husband work there at all?
5        A.  No.
6        Q.  And you no longer own that bar?
7        A.  No.
8        Q.  I guess did you sell it, or what
9   happened with it?
10       A.  Sold it.
11       Q.  Why did you sell it?
12       A.  I sold the liquor license.  I didn't
13  sell the building.
14       Q.  Okay.
15       A.  Turned the building into apartments.
16       Q.  And you don't own those apartments
17  today?
18       A.  No.
19       Q.  Were those the apartments you were
20  talking about earlier that you managed and
21  rented?
22       A.  Yes.
23       Q.  Why did you sell the liquor license
24  and shut down the bar?

Page 23

1        A.  There was some trouble.
2        Q.  What kind of trouble?  And, again,
3   I'm not trying to upset you, but --
4        A.  You can't control people, and I
5   couldn't run it by myself.
6        Q.  Okay.  So people were -- what were
7   people doing that you couldn't control?
8        A.  Drugs.
9        Q.  When you say "drugs," what do you
10  mean?  People using drugs?  People selling
11  drugs?
12       A.  I don't know.  I didn't see any of
13  it.
14       Q.  How did you know that there were
15  drug issues there?
16       A.  Well, that's what the police said
17  and it...
18       Q.  Okay.  And on what occasions did the
19  police tell you about drug activity?
20       A.  Man, that's years ago.
21       Q.  What would be the context of --
22  that's kind of a broad question.  Let me try
23  to narrow the context a little bit.
24          Were people getting arrested there

Page 24

1   for drugs or --
2        A.  Yes.  Somebody got arrested.
3        Q.  Okay.  Do you know how many times
4   someone got arrested or charged with anything
5   related to drugs at the bar?
6        A.  Just that one time.
7        Q.  Just one time?
8          Were you made aware of drug activity
9   through anyone other than the police?
10       A.  No.
11       Q.  So when you say that you got out of
12  that business because of the drugs, it was
13  just based on that one incident?
14       A.  Yes.  I didn't want to be bothered
15  with it no more.
16       Q.  Did your son Mark get arrested for
17  selling cocaine at the bar in 1999?
18       A.  Yes.
19       Q.  Is that the incident you're talking
20  about or is that a separate incident?
21       A.  That was the incident.
22       Q.  And it's my understanding that a
23  number of people got arrested at that time?
24       A.  Lisa Lotterman got arrested.  The

Page 25

1   Mayor, the Mayor of Bangor.
2        Q.  And before Mark got arrested, had
3   you suspected that he was doing drugs there?
4        A.  No.  I even put cameras in the bar,
5   five different cameras, to watch it at home.
6   I couldn't control it, and when this happened,
7   I decided that was it.
8        Q.  Okay.  Do you know the outcome of
9   the charges against Mark?
10       A.  Not exactly.
11       Q.  Was he convicted of anything?
12       A.  I couldn't tell you for sure.  I
13  don't know.
14       Q.  All right.  I want to talk about
15  Jeffrey Anglemeyer.  Was he arrested in 2001
16  for selling meth?
17       A.  That I wouldn't be able to say
18  either, because I don't know.
19       Q.  You're not aware of that?
20       A.  I heard of it.  I don't know dates
21  or anything like that.
22       Q.  In 2001, was he living with you?
23       A.  No.
24       Q.  When did he start -- obviously he

7 (Pages 22 to 25)

afe9f7b5-ee47-4664-aace-e4f2524e80c9

Ada Anglemeyer
November 5, 2020

Page 26

1    lived with you when he was a kid.  He lives
2    with you now.  How long has he lived with you
3    right now?
4        A.  Right now I think -- well, since he
5    got a divorce.  He's here about two years.
6        Q.  Okay.  You've never been arrested?
7        A.  No.
8        Q.  Did any of these incidents that we
9    just talked about with your sons give you any
10   negative feelings towards law enforcement or
11   government or anything like that?
12       A.  No.
13       Q.  Okay.  Before February 2018, did the
14   police ever come to your house?
15       A.  Yeah.  Yes.
16       Q.  Can you tell me how many times?
17       A.  It was for different things.  I
18   wouldn't be able to say for sure.  I don't
19   know.
20       Q.  Okay.  For what types of things did
21   they come?  I understand that you don't know
22   the exact dates or anything like that.
23       A.  Well, there was a young couple that
24   got in a fight at a party when it was rented

Page 27

1    out and they came.  And then they stopped in
2    and asked if they could check out one of our
3    rentals.  We gave them a written permission to
4    do so.
5            I can't think of everything.  I
6    don't know.  That's about all I can think of
7    right now.
8        Q.  Okay.  And during those encounters,
9    did anyone, whether you or anyone else that
10   was living at the house with you, express any
11   hostility towards the police?
12       A.  No.
13       Q.  Those interactions were cordial
14   always?
15       A.  Yes; friendly.
16       Q.  Do you own any firearms?
17       A.  Yes.
18       Q.  How many do you own?
19       A.  Myself personally?  Probably three
20   or four.
21       Q.  And what types of firearms are they,
22   like rifles or handguns?
23       A.  Mine are pistols.  I like to target
24   practice.

Page 28

1        Q.  Like what?
2        A.  I said I like to target practice.
3        Q.  Okay.  When was the last time you
4    target practiced?
5        A.  Actually not that long ago.  Maybe a
6    month ago.
7        Q.  And you do that on your property
8    there?
9        A.  Yes.
10       Q.  Would it be unusual for you to be
11   carrying around a pistol while on your
12   property?
13       A.  I have a permit.
14       Q.  Okay.  So your answer is, no, it's
15   not unusual for you to be walking around with
16   a pistol on you?
17       A.  No, it's not unusual.
18       Q.  Okay.  Does anyone else target
19   practice on the property, whether they live
20   there or not?
21       A.  My daughter, my grandsons.
22       Q.  Renae and --
23       A.  Tyeler, Ricky, and Kierra.
24       Q.  Have you ever had any complaints or

Page 29

1    anything like that from the neighbors about
2    target practicing?
3        A.  No.
4        Q.  Gunshots, anything like that?
5        A.  No.
6        Q.  I want to talk a little bit more
7    about your property, and as we go through this
8    deposition, I'm going to show you some
9    documents by sharing the screen.
10       A.  Okay.
11       Q.  I'm going to do that now, and if
12   you're having trouble seeing anything or you
13   need to move around, just let me know.  Okay?
14       A.  Yes.
15       Q.  Okay.  Can you see it looks like a
16   satellite image?  Can you see that okay?
17       A.  Yes.
18           MR. BRADFORD:  And for the
19   record, we'll mark this as D-1.  It's
20   Bates stamped PSP-338, Brian.
21   BY MR. BRADFORD:
22       Q.  And just to assist us here -- I'm
23   just doing this for the record,
24   Mrs. Anglemeyer -- I put a green circle on

8  (Pages 26 to 29)

afe9f7b5-ee47-4664-aace-e4f2524e80c9

Ada Anglemeyer
November 5, 2020

Page 30

1  here and a red circle and then I wrote four
2  numbers, 1, 2, 3, and 4, within the green
3  circle.
4          So does this appear to be a
5  photograph of at least part of your property?
6      A.  My home.
7      Q.  Okay.  And your home, is it fair to
8  say that's in the green circle?
9      A.  Yes.
10     Q.  And the red circle, is that the
11  garage?
12     A.  It's a different building on the
13  property.  It's a different address.
14     Q.  Okay.  Well, is that the garage that
15  the State Police searched?
16     A.  Yes.
17     Q.  Okay.  I'm going to call that the
18  garage.  So what are you saying, that it's --
19     A.  It's like a workshop, yes.
20     Q.  Okay.  But for purposes of the
21  deposition, I'm going to call it the garage.
22  Okay?
23     A.  Okay.
24     Q.  Just to be consistent here.

Page 31

1          And my understanding is there was a
2  trailer on the property that was searched as
3  well.  I've got my cursor over this kind of
4  long skinny thing to the left of the red
5  circle.  Is that the trailer?
6      A.  Yes.
7      Q.  Okay.  I'm just trying to get my
8  bearings here.
9          And I want to talk about your
10  residence first.  How many bedrooms is the --
11  I'll call that the house.
12     A.  Four.
13     Q.  Four bedrooms?
14     A.  Mm-hmm.  Yes.
15     Q.  About how many square feet is the
16  house?
17     A.  I don't know.
18     Q.  Okay.  And it's my understanding
19  it's two stories?
20     A.  Yes.
21     Q.  Are all the bedrooms on one of those
22  stories or are they spread out?  Where are the
23  bedrooms located at?
24     A.  They're on the second story and I

Page 32

1  also have two of them downstairs.
2      Q.  Okay.  So there's two downstairs,
3  two in the lower level?
4      A.  Wait a minute.  We actually have
5  five bedrooms.
6      Q.  Okay.  And, again, just so we keep
7  this clear, I'm going to use upper and lower
8  level, because I understand it's kind of like
9  a split level?
10     A.  Yes.
11     Q.  Okay.  So you had two bedrooms on
12  the lower level?
13     A.  Yes.
14     Q.  And then three on the upper level?
15     A.  Is there three -- three.  No.
16  There's four upstairs.
17         MRS. KLUSKA:  Three.  No;
18     you're right.
19         THE WITNESS:  There's four.
20     There's four.  Yeah, there's four
21     upstairs.  That's four.  That's six
22     bedrooms.
23  BY MR. BRADFORD:
24     Q.  So it's six bedrooms, four upper

Page 33

1  level, two lower level?
2      A.  Right.
3      Q.  Okay.  And where my little No. 1 is,
4  is that the front entrance to the house?  Is
5  that the front door?
6      A.  Yes.
7      Q.  And then the 4 over in that area
8  is -- and I can show you another picture.  Is
9  that like a slider to the lower level?
10     A.  It's like -- it's a French door,
11  yes.
12     Q.  French door, okay.
13         And I'll share another picture with
14  you.
15         Okay.  Is that the French door that
16  you were just talking about?
17     A.  Yes.
18     Q.  Let me go back to the first picture.
19         And the front door leads to the
20  upper level, and the French door on the side
21  by the No. 4, that leads to the lower level;
22  is that right?
23     A.  Right.
24     Q.  Okay.  Are there surveillance

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

afe9f7b5-ee47-4664-aace-e4f2524e80c9

Ada Anglemeyer
November 5, 2020

Page 34

```
 1   cameras on the property at all?
 2       A.  Yes.
 3       Q.  Where are they located?
 4       A.  There was one on what you call over
 5   there the garage.  We have another garage and
 6   we have it as a game room actually right now.
 7   So it would be there.
 8       Q.  Is it in the green circle?
 9       A.  Yes, but it's not within any of the
10   numbers.  It's between the 4 and the 3.
11       Q.  Okay.  Kind of where the red dot is?
12       A.  Yeah; below that.  Okay.
13       Q.  So you have a surveillance camera on
14   the outside of the property there?  What does
15   it capture?
16       A.  I actually didn't have them on, but
17   there was also surveillance cameras over in
18   what you call the garage.
19       Q.  Okay.  And when you say there's
20   another garage, that's what you're talking
21   about the game room?
22       A.  Yes.
23       Q.  Okay.  So the other garage that
24   you're referencing is within the green circle?
```

Page 35

```
 1       A.  Yes.
 2       Q.  Okay.  So you have one over there
 3   and then you said there's -- how many are over
 4   by the garage in the red circle?
 5       A.  I'm not sure.
 6       Q.  Who installed those cameras?
 7       A.  I had it installed in my house.  I
 8   don't know the company.  And in the garage I
 9   think my son installed it himself.
10       Q.  Were they installed before February
11   2018 when the State Police came?
12       A.  Yes.
13       Q.  And do you have any driveway sensors
14   or anything like that --
15       A.  No.
16       Q.  -- that would notify you if someone
17   drove onto the property?
18       A.  No.
19       Q.  Why did you install the surveillance
20   camera, at least the one that you were
21   responsible for installing in the green
22   circle?
23       A.  Because of theft.  We were having
24   trouble with theft.
```

Page 36

```
 1       Q.  Like was it theft of people that
 2   were coming to use the Quarry Beach Hideaway
 3   or just stuff in the middle of the night?
 4   What type of theft are you talking about?
 5       A.  Well, we had -- that's other times
 6   that we had the police here, but different
 7   things that got stolen.
 8       Q.  Okay.  And on those occasions, you
 9   would call the police there?
10       A.  Yes.
11       Q.  And, again, this theft, was it part
12   of your business or was it just stuff that
13   was -- what type of -- can you give me some
14   example of that?
15       A.  One time my husband had a junkyard
16   and things got stolen, and there was different
17   times that the police were here about things
18   like that.
19       Q.  Do you know why Mark installed
20   cameras over by the garage in the red circle
21   area?
22       A.  Because he has a lot of tools there.
23   He's the one that does all my upkeep for my
24   Quarry, for my house, for everything.  He has
```

Page 37

```
 1   a lot of tools.
 2       Q.  Okay.  Would you go to the -- again,
 3   when I say "garage," I'm talking about the one
 4   in the red circle.  Do you regularly go into
 5   that garage?
 6       A.  I wouldn't say regularly, but I do
 7   go there.
 8       Q.  And would you ever look around and
 9   see what's in there?
10       A.  Yeah, because he fixes my stuff.
11       Q.  Okay.  And that's the same now as --
12   I didn't say when, but also in February 2018,
13   you would go in there sometimes?
14       A.  Yes.
15       Q.  Who else would go in there that you
16   know of?
17       A.  My daughter, my sons.  He has
18   friends that sometimes stop there and he also
19   had a guy that was coming there to fix his
20   car, worked on his car and used the garage.
21       Q.  Who was that?
22       A.  Some Werner.  I forget his first
23   name.
24       Q.  What was the last name?  I'm sorry.
```

10  (Pages 34 to 37)

afe9f7b5-ee47-4664-aace-e4f2524e80c9

Ada Anglemeyer
November 5, 2020

Page 38

1    A.  Werner.
2    Q.  Do you know if he kept any firearms
3  in there?
4    A.  No, I don't know.
5    Q.  Did you ever suspect that he was
6  dealing drugs in that garage?
7    A.  No.
8    Q.  I'm going to show you a couple more
9  pictures.  I don't know if I marked this for
10  the record, but before I do this, D-2 is the
11  second picture that I showed you of the French
12  doors.
13    A.  Yes.
14    Q.  I'm going to show you what will be
15  D-3, and let me explain to you what this is.
16  This is one of the photographs that was taken
17  by the local police after the State Police
18  showed up and they conducted a search on
19  February 23rd, 2018.  So what I'm showing you
20  is a picture of a gun that was in that garage.
21  Had you seen that --
22    A.  No.
23    Q.  -- gun before?
24    A.  No.

Page 39

1    Q.  You've never seen that gun before?
2    A.  No.
3    Q.  So you never saw it in the garage or
4  anywhere else?
5    A.  No.
6    Q.  Do you know whose gun that is?
7    A.  Pardon me?
8    Q.  Do you know who owns that gun or who
9  purchased it?
10    A.  No.  I heard that somebody owned it,
11  but I don't know.  I never knew it at the
12  time.
13    Q.  Okay.  So at the time, you weren't
14  aware of this gun at all?
15    A.  No.
16    Q.  And what did you hear afterwards
17  about the gun?
18    A.  That Karen Rice, it was Karen Rice's
19  gun, and she left it there.
20    Q.  And you see I guess it has some sort
21  of silencer on the end of it?
22    A.  I wouldn't know.
23    Q.  You don't know what that is?
24    A.  No.  Like I said, I never seen it.

Page 40

1    Q.  I'm going to show you a few other
2  pictures.  Again, this is D-4.  This is
3  another photograph taken from the garage on
4  February 23rd, 2018.  It appears to be a
5  digital scale.  Had you ever seen that in the
6  garage before?
7    A.  No.
8    Q.  Okay.  Let me show you D-5.  It's
9  again a photograph taken by local police on
10  February 23rd, 2018, a box of empty vials.
11  Had you ever seen that before February 23rd,
12  2018?
13    A.  No.
14    Q.  Are you aware that certain drugs are
15  distributed in containers like this?
16    A.  No.
17    Q.  Okay.
18    A.  I know he makes rockets.
19    Q.  Okay.  And the last picture is D-6,
20  which is a photograph from the garage on
21  February 23rd, 2018.  It's packets of small
22  Ziplock bags.  Had you seen that before
23  February 23rd, 2018?
24    A.  No.

Page 41

1    Q.  Do you understand that this
2  packaging is used to distribute drugs?
3    A.  No.
4    Q.  Do you know what he would be using
5  that for?
6    A.  No.
7    Q.  Okay.  The trailer, what was kept in
8  there?
9    A.  Isn't that the house trailer?
10    Q.  The trailer -- I'll pull the screen
11  up again.  Did the State Police search a
12  trailer on your property on February 23rd?
13    A.  Yes, but it wasn't his trailer.
14  It's somebody else's that had parked in there.
15    Q.  Okay.  So when did that trailer get
16  there?
17    A.  I don't know.  It's been there for a
18  while.  I couldn't give you a date.
19    Q.  Do you know what was in the trailer
20  before February 23rd, 2018?
21    A.  No, because it's not our trailer.
22    Q.  Did you ever go in the trailer?
23    A.  No.
24    Q.  Whose trailer was it?

11  (Pages 38 to 41)

afe9f7b5-ee47-4664-aace-e4f2524e80c9

Ada Anglemeyer
November 5, 2020

Page 42

1      A.  Matt.  What's his last name?  I
2  don't even know.  It's Matt.  I don't know his
3  last name.
4      Q.  And I understand you never went in
5  there.  Were you aware of anyone else who
6  lived at the property going in that trailer?
7      A.  No.
8      Q.  How many acres is the property you
9  have there?
10     A.  Well, we have different addresses.
11 Together I'd say maybe 50-some acres.
12     Q.  I just want to pull up this picture
13 again.  So this is like -- down here in the
14 bottom left is -- for the record, I'm showing
15 you D-1.  The bottom left is like a pond or a
16 lake or something?
17     A.  It's the Quarry.
18     Q.  That's the Quarry?
19     A.  Mm-hmm.
20     Q.  That's water, right?
21     A.  Yes.
22     Q.  What's this tan area right here?
23     A.  That's my rental.  That's my picnic
24 grove.  That's the sandy beach.

Page 43

1      Q.  Okay.  And these two smaller
2  structures -- I guess there's actually three.
3  What are these other structures here around
4  here?
5      A.  Well, there's two pavilions.  One is
6  a trailer that I used to cater.  I don't no
7  more.  And my equipment is in there, in the
8  trailer.
9      Q.  Is that the bigger --
10     A.  The pavilion, a big pavilion.
11     Q.  So the pavilion is open air, right?
12 It's just got a roof?
13     A.  Yes.
14     Q.  The trailer is closed in?
15     A.  Yes.
16     Q.  Okay.  And is there another
17 structure there or is that --
18     A.  Yeah.  That's another pavilion.
19     Q.  That's another smaller pavilion?
20     A.  Mm-hmm.
21     Q.  Is this sand right here?
22     A.  Yes.
23     Q.  And these structures on the bottom
24 left that seem to be on the other side of the

Page 44

1  road, is that part of your property?
2      A.  On the other side of the road?
3      Q.  You see this road coming through
4  here?
5      A.  Yes, I see that.  Geez, I don't
6  know.  I can't place it.
7      Q.  It looks like if you pulled out of
8  your main driveway there and made a left, this
9  would come by on your right-hand side.
10     A.  Yes.  That is.
11     Q.  So that is part of your property?
12     A.  Wait a minute.  No.  No.  This is --
13 over here is our property.  This is -- what is
14 this, Richard?  We don't own anything on the
15 other side of the road.  Isn't that --
16         MR. ANGLEMEYER:  That's
17 Amerman.
18         THE WITNESS:  No.  That's not
19 ours.  That's Amerman's.
20 BY MR. BRADFORD:
21     Q.  Just because I'm asking you
22 something doesn't mean I'm suggesting that I
23 think it is your property or anything like
24 that.

Page 45

1      A.  Yeah.
2      Q.  I'm just asking questions.  Okay.
3      In February 2018, did you have -- I
4  think I asked you how many firearms you have
5  now.  Did you have three or four pistols back
6  then?
7      A.  Yes.
8      Q.  Where did you keep those?
9      A.  My bedroom.
10     Q.  Were they locked in a safe or
11 anything or were they normally just out
12 somewhere?  Or where in the bedroom, I guess
13 is the question?
14     A.  I have like a cabinet above my bed.
15 I always keep them there.
16     Q.  Okay.  Is it locked?
17     A.  No.
18     Q.  Were there any other firearms in the
19 house?
20     A.  Yes; in the safe.
21     Q.  First of all, how many?
22     A.  I don't really know.  It's -- I
23 don't know.  In the...
24         COURT REPORTER:  Sorry.  I just

12  (Pages 42 to 45)

afe9f7b5-ee47-4664-aace-e4f2524e80c9

Ada Anglemeyer
November 5, 2020

Page 46

1    missed that. You froze for a second.
2    BY MR. BRADFORD;
3    Q. Yes. Just repeat that answer,
4    please.
5    A. I said it was in the safe, like
6    hunting rifles.
7         MR. ZEIGER: And I'm going to
8    make an objection on the record. After
9    the state troopers left, apparently the
10   local police stole the guns. I'm going
11   to make an objection.
12        MR. BRADFORD: Sounds like
13   you're making a speech, but --
14        MR. ZEIGER: Well, I'm going to
15   do it. They stole the guns from them.
16        MR. BRADFORD: Okay.
17        MR. ZEIGER: And they have
18   them, and they refuse to give them back
19   to the Anglemeyers. So these questions
20   maybe are better geared towards them, and
21   if you want to depose any of those local
22   police, I'm totally in favor of it.
23        MR. BRADFORD: I'm asking
24   before February 23rd, 2018, Brian.

Page 47

1         MR. ZEIGER: I understand.
2         MR. BRADFORD: If you want to
3    ask about afterwards, you can --
4         MR. ZEIGER: They were there.
5    The local police still have them and
6    refuse to give them back. So I would
7    just object to these questions, but I'm
8    going to instruct her to answer.
9         MR. BRADFORD: Okay. Thank
10   you.
11   BY MR. BRADFORD:
12   Q. And, Ms. Anglemeyer, that's another
13   thing that happens during depositions.
14   Sometimes there will be an objection, and
15   unless your counsel tells you not to answer,
16   he's just doing it for the record. Okay?
17   A. Okay.
18   Q. All right. So getting back to where
19   I was. You said that other than the three or
20   four pistols you owned, there were hunting
21   rifles in the house somewhere?
22   A. Yes; in the safe.
23   Q. They were all in the safe?
24   A. Well, the hunting rifles, I think

Page 48

1    so. I'm not exactly sure.
2    Q. Okay. Where was the safe?
3    A. In our rec room.
4    Q. Was it normally locked?
5    A. The safe was, yes.
6    Q. Was it a key or a combination?
7    A. It's both.
8    Q. Okay. And did you have access to
9    that safe?
10   A. Yes.
11   Q. Who else was able to open that safe?
12   A. My husband.
13   Q. And who else beside you and your
14   husband?
15   A. No one.
16   Q. What's that?
17   A. No one.
18   Q. Okay. And it's your testimony that
19   in February 2018 the only guns that were in
20   the house were the three or four pistols you
21   had that you kept in your bedroom and you
22   don't know the number but a number of rifles
23   that were kept locked in a safe?
24   A. No. There's others.

Page 49

1    Q. Tell me about the others, other than
2    the ones you just talked about.
3    A. Well, I know that my husband had his
4    I think in the kitchen.
5    Q. What kind of weapon is that?
6    A. A nine millimeter.
7    Q. Okay. And where in the kitchen was
8    it normally kept?
9    A. In a China closet drawer.
10   Q. And that drawer wasn't locked or
11   anything?
12   A. No.
13   Q. So we have that. What other guns?
14   A. Upstairs my daughter had one. I
15   think my grandson -- I don't know.
16   Q. The one your daughter, Renae -- is
17   Renae --
18   A. Yes. Renae had some, yes.
19   Q. How many guns did she have in
20   February 2018?
21   A. I don't know.
22   Q. Was it more than one?
23   A. Yes.
24   Q. And where would she normally keep

13 (Pages 46 to 49)

afe9f7b5-ee47-4664-aace-e4f2524e80c9

Ada Anglemeyer
November 5, 2020

Page 50

1    them?
2        A.  I think she had one at her bed, but
3    I'm not sure.
4        Q.  What type of guns were those?
5        A.  Pistol.  One pistol.  I don't know
6    the others, what she has.
7        Q.  So you knew she had a pistol.  You
8    knew she had at least maybe one more gun?
9        A.  Yes.
10       Q.  And you don't know whether it was a
11   pistol, rifle or something else?
12       A.  I think it was a .22.
13       Q.  So another pistol?
14       A.  No.  That was a rifle.
15       Q.  A .22 is a rifle?  Okay.
16           We just talked about what Renae has,
17   a pistol and a .22 rifle.  Did she have any
18   other guns?
19       A.  I don't know.
20       Q.  And where would she normally keep
21   those?  In her bedroom, you said?
22       A.  They would have been upstairs
23   somewhere.  I'm not sure.
24       Q.  Do you know if they were locked in a

Page 51

1    safe or anything?
2        A.  I don't know.
3        Q.  Okay.  So we talked about Renae's
4    guns.  We talked about your husband's handgun.
5    What other guns were in the house besides
6    those guns and yours and the ones in the safe?
7        A.  I don't know if there was any
8    others.  I don't know.
9        Q.  Did Jeffrey have any guns?
10       A.  No.
11       Q.  Why not?
12       A.  I don't know.
13       Q.  Okay.  Did Mark have any guns?
14       A.  Not that I knew of.
15       Q.  Did Clyde have any guns?
16       A.  No.
17       Q.  Did Richard -- I guess is it Ricky
18   for your grandson?
19       A.  Yes.  No, he didn't have any in the
20   house.
21       Q.  Okay.  How about Tyeler?
22       A.  I think it would be Renae's gun.
23       Q.  He didn't have his own gun in
24   February 2018?

Page 52

1        A.  Not that I know of.
2        Q.  And Kierra?
3        A.  They were Renae's guns.  I don't
4    know if it was in her possession or not,
5    because she does target practice.  I don't
6    know.
7        Q.  Okay.  So you don't know exactly how
8    many guns Renae has, but she would allow
9    Tyeler and Kierra to use them; is that fair to
10   say that?
11       A.  Practice, yes, when she was with
12   them.
13       Q.  Okay.  And that would happen on your
14   property, right?
15       A.  Yes; only on our property.
16       Q.  And what about Monica; did she have
17   any guns?
18       A.  No.
19       Q.  Was she living there?
20       A.  No.
21       Q.  Oh, okay.  She wasn't living there.
22   All right.  My focus at this point is on who
23   was living there in February 2018.
24           Actually, did I narrow that down?  I

Page 53

1    think I asked you who is living there today.
2    Is that who you were explaining?
3        A.  Yes.
4        Q.  Okay.  So let's ask that question.
5    In February 2018, February 23rd, 2018, who was
6    living at your house or regularly staying over
7    there?
8        A.  Joe Kluska, Renae Kluska, Tyeler
9    Trinkley, Kierra Kluska, Richard Anglemeyer,
10   me, Clyde Buskirk, Jeffrey Anglemeyer, and
11   Mark Anglemeyer.
12       Q.  Okay.  And was Ricky living there
13   too?
14       A.  Not at that time, no.
15       Q.  Okay.  Sorry.  I forgot to ask that
16   earlier.
17           And I asked you if Jeffrey had any
18   guns.  You said no.  Did Mark have any guns in
19   February 2018 at the house?
20       A.  No.
21       Q.  How about Joe Kluska?
22       A.  No.
23       Q.  We talked about Tyeler.  We talked
24   about Kierra.

14  (Pages 50 to 53)

afe9f7b5-ee47-4664-aace-e4f2524e80c9

Ada Anglemeyer
November 5, 2020

Page 54

1        Okay.  I'm going to show you another
2   picture.  Let me pull it up for you first.
3   This is a photograph taken by the local police
4   after they conducted their search, and they
5   indicate that all these guns were located in
6   your house.  Would it surprise you that that
7   number of guns was located throughout either
8   your house, the garage or the trailer?
9        MR. ZEIGER: I'll object to
10  hearsay as to the picture.  You'd have to
11  have the local police officer
12  authenticate the picture.  I would also
13  object that your question calls for
14  speculation.  So I'll instruct her to
15  answer if she can, but also tell her not
16  to guess.
17       MR. BRADFORD: Okay.  Your
18  objection is noted.
19  BY MR. BRADFORD:
20  Q.   Would it surprise you that that
21  number of guns, the firearms, were located in
22  your house as of February 23rd, 2018?
23  A.   No.
24  Q.   Okay.  I'm going to show you -- this

Page 55

1   will be marked D-7.
2        I'm going to show you another
3   picture, and this is just a close-up of the
4   table that was in the previous picture.  This
5   is D-8.  Do you recognize any of these guns?
6        MR. ZEIGER: I have the same
7   objection.  Instruct you to answer.
8        THE WITNESS: It's hard to
9   tell.
10  BY MR. BRADFORD:
11  Q.   But the one picture is the one I
12  showed you earlier, at least it appears to be;
13  is that fair to say?
14  A.   I don't recognize that one at all.
15  Q.   Okay.
16  A.   It's hard to tell.  Some of them
17  look familiar.  It's hard to tell.
18  Q.   Okay.  In February 2018, Mark was
19  living there, correct?
20  A.   Yes.
21  Q.   Did he have his own room in the
22  house?
23  A.   Yes.
24  Q.   Do you know exactly what he kept in

Page 56

1   his room?  Like would you go in the room?
2   A.   Yeah.  I used to do some of his
3   laundry.  He's usually like a mess with his
4   laundry.
5   Q.   Did you ever see a gun in that room?
6   A.   No.
7   Q.   What was his job at that time?
8   A.   He didn't really have a job.  He
9   just helped out at the Quarry and around the
10  house.
11  Q.   Other than the --
12  A.   Oh, wait a minute.  I think he was
13  working.  Hold on.  I think he was working at
14  JFR Salvage.
15  Q.   I'm sorry.  He was working where?
16  A.   JFR Salvage.
17  Q.   Was that a full-time job, to your
18  recollection?
19  A.   It was.  Mm-hmm.  Yes.
20  Q.   Other than the arrest at the bar we
21  talked about, are you aware of Mark being
22  arrested other times?
23  A.   I don't know.  I don't remember.
24  Q.   You have no recollection?

Page 57

1   A.   Pardon me?
2   Q.   You don't recall?
3   A.   No.
4   Q.   Okay.  You're not aware of an
5   incident in 2009 when he was chased by the
6   police after appearing before a district
7   justice for a hearing?
8   A.   I remember that.
9   Q.   What do you remember about that?
10  A.   That they broke into my house after
11  him.
12  Q.   Okay.  And do you know what police
13  department that was?
14  A.   Bushkill.
15  Q.   And tell me what you recall about
16  that incident from the beginning.
17  A.   To tell you the truth, that's all I
18  do remember.
19  Q.   Okay.
20  A.   I forget what -- I don't remember
21  what it was for.
22  Q.   Do you remember what he was in court
23  for?
24  A.   I don't remember.

15  (Pages 54 to 57)

afe9f7b5-ee47-4664-aace-e4f2524e80c9

Ada Anglemeyer
November 5, 2020

Page 58

1    Q.   Did Renae have her own bedroom?
2    A.   Yes.
3    Q.   And you said she kept her guns in
4  there?
5    A.   Yes, as far as I know.
6    Q.   As far as you know.  Right.
7  Actually, you said you knew they were just
8  upstairs somewhere.
9        Did you live downstairs?
10   A.   Yes.
11   Q.   Okay.  And Jeffrey, he had his own
12  room at that time?
13   A.   No, not at the time.
14   Q.   Where was he staying, like where
15  would he spend the night?
16   A.   It's like an open room just before
17  my bedroom.
18   Q.   And I'll ask you the same questions.
19  What arrests are you aware of Jeffrey having?
20   A.   I'm not aware of too much of it.  I
21  know he was arrested, but I -- I wasn't
22  involved in it.  I don't know.
23   Q.   Do you remember what it involved at
24  all or just generally the charges or anything?

Page 59

1    A.   It's been a long time.  I don't
2  remember it.
3    Q.   Do you remember it involving
4  distributing drugs?
5    A.   I don't know anything about that.
6    Q.   Do you recall him facing charges for
7  resisting arrest?
8    A.   No.
9    Q.   Tyeler Trinkley, did he have his own
10  room in February of 2018?
11   A.   Did he have what?
12   Q.   His own room.
13   A.   Yes.
14   Q.   Do you know what he kept in that
15  room?  Would you go in that room?
16   A.   No.
17   Q.   No?
18       Did you learn after February 23rd,
19  2018 that he was growing marijuana in that
20  room?
21   A.   I was told it.
22   Q.   Did you learn that he had materials
23  that could be used to create Molotov
24  cocktails?

Page 60

1    A.   No.
2    Q.   You never heard of that?
3    A.   No.
4    Q.   But you never confirmed one way or
5  another that he was growing -- you just heard
6  he was growing marijuana in the room; you
7  never saw that?
8    A.   Correct.
9    Q.   Did you ever go check to see if that
10  was happening or talk to him about that?
11   A.   No.
12   Q.   You know he was actually charged
13  with crimes related to marijuana and Molotov
14  cocktails?  Did you know that on --
15   A.   Yes.
16   Q.   -- February -- okay.
17       And you know he pled guilty to
18  possession of drug paraphernalia?
19   A.   Yes.
20   Q.   He got six months probation.  Does
21  that sound right?
22   A.   I really don't know.
23   Q.   Okay.  Did you learn that -- I guess
24  back then, Renae and Joe Kluska, they shared a

Page 61

1  room?
2    A.   Yes.
3    Q.   Did you know before February 23rd,
4  2018 that they had a large amount of cash
5  hidden in a secret compartment in the floor?
6    A.   No.
7    Q.   You're aware of that now?
8    A.   Yes.
9    Q.   Do you know why they had that cash?
10   A.   Well, they were living here for free
11  and they were saving their money.
12   Q.   All right.  So I want to move on to
13  exactly what happened February 23rd, 2018.
14  Are you okay?  We did not take a break --
15   A.   I'd like to get up and walk around a
16  little.
17   Q.   Let's do that.  I understand that.
18   A.   Yes.
19   Q.   That would be helpful.
20   A.   And I need that, and I need to take
21  my medicine.
22   Q.   Okay.
23       (Short recess.)
24  BY MR. BRADFORD:

16  (Pages 58 to 61)

afe9f7b5-ee47-4664-aace-e4f2524e80c9

Ada Anglemeyer
November 5, 2020

Page 62

1      Q.  Mrs. Anglemeyer, February 23rd, 2018
2   is the date the State Police showed up at your
3   house?
4      A.  Yes.
5      Q.  So I want to talk about that.
6      It's my understanding they showed up
7   around 6:00 a.m.?
8      A.  Yes.
9      Q.  Just tell me what you were doing at
10   6:00 a.m. right immediately before that
11   happened, I guess?
12      A.  Sleeping.
13      Q.  So you're sleeping, and you're
14   sleeping in the lower level, right?
15      A.  Yes.
16      Q.  In the bedroom in the lower level?
17      A.  Yes.
18      Q.  How far is your bedroom from the
19   French door on the lower level?
20      I guess that's kind of a weird
21   question.  Is it like right inside that French
22   door or is it like further back?
23      A.  Oh, no.  It's about 60 or 70 feet.
24      Q.  Okay.  You're sleeping in your

Page 63

1   bedroom.  Is the door open or closed; do you
2   remember?
3      A.  I don't know anything until I heard
4   a noise.
5      Q.  Okay.  So take me through what you
6   recall, and then I'm going to break it down.
7   It's going to be tedious, but that's what I
8   need to do.  I'm sorry.
9      A.  I was sleeping and I heard a big
10   noise, and I got up and I come to walk out of
11   my bedroom and into the other room where my
12   son usually sleeps and --
13      Q.  Which son is that?
14      A.  Jeffrey.
15      Q.  Okay.
16      A.  And I just felt something hard hit
17   me in the face, and I just flew backwards and
18   flat on my back, and I just screamed, because
19   I was in such pain.  And I remember my husband
20   yelling, you could cripple her, call an
21   ambulance, she just had surgery.
22      And I said, they broke my teeth off.
23   And I was just laying there.  I couldn't move.
24   And I don't know how long I laid there.  It

Page 64

1   seemed like forever, but I just couldn't move.
2   I just laid there, and eventually the
3   ambulance came and took me to the hospital.
4      Q.  Okay.  That's a good summary, and
5   I'm going to ask you some questions about each
6   part of that.
7      First of all, it was 6:00 a.m. in
8   February.  Was it dark outside?
9      A.  Yes.
10      Q.  And in your house, was it, at least
11   the area that you were in, your bedroom and
12   just outside your bedroom, was it dark there?
13      A.  It was dark, except for a couple of
14   little night lights.
15      Q.  So you heard the noise.  What type
16   of noise did you hear?
17      A.  It was like a big bang, like
18   somebody -- you know, like people falling or
19   something, and I just didn't know what was
20   going on.  I came out to see what was going
21   on.  I didn't know if somebody got hurt or
22   what was going on.
23      Q.  Okay.
24      A.  And I just got up and come out.

Page 65

1      Q.  And I see you're wearing glasses
2   now.  When you got up to see what was going
3   on, did you have your glasses on?
4      A.  No.
5      Q.  Did that affect your vision?
6      A.  I can see pretty good distance
7   without them, but I need them for computer,
8   for reading, and it helps a little for
9   distance, but not a lot.
10      Q.  Okay.  So you come out of the
11   bedroom and now you're in the -- I guess it's
12   an open area where Jeffrey was staying?
13      A.  Yes.
14      Q.  So you get fully into that area or
15   did you just get into the doorway leading to
16   that area?
17      A.  I come out of the door and I come
18   out some, and as soon as I got out a little
19   ways, I got hit in the mouth really hard, and
20   it just threw me back and I hit the floor and
21   I got --
22      Q.  I'm just trying to figure out
23   exactly where you were located when that
24   happened.  So were you near the doorway to

17 (Pages 62 to 65)

afe9f7b5-ee47-4664-aace-e4f2524e80c9

Ada Anglemeyer
November 5, 2020

Page 66

1  your bedroom?
2      A.  I was in the other room a little
3  ways.
4      Q.  A little ways?
5      A.  Maybe halfway.
6      Q.  Okay, halfway.  All right.
7          Before you got struck with something
8  really hard, before you got struck and you
9  went to the ground, what else did you hear at
10  any point after you heard the big noise?
11     A.  That was it.  After I heard the
12  noise and come out the room, I got hit and
13  that's all -- that was it for me.
14     Q.  How much time passed from when you
15  heard the noise, woke up, and got hit with
16  something hard?
17     A.  Almost instantly.
18     Q.  And I'm sure you weren't timing it,
19  but what did it feel like?  Five seconds?  Ten
20  seconds?
21     A.  I couldn't say.  It was almost
22  instantly.  I come out of the room and I got
23  slammed to the floor, and that was all --
24  that's it.

Page 67

1      Q.  Before you got slammed to the floor,
2  did you see any other person?
3      A.  No.
4      Q.  Did you see any lights?
5      A.  No.
6      Q.  Did you have any idea what was going
7  on?
8      A.  No, none.
9      Q.  Is it fair to say you were
10  disoriented being that you just were at the
11  time sleeping?
12     A.  No.  I was awake.  It scared me with
13  the noise, because I didn't know what was
14  going on.  My husband is elderly and I didn't
15  know if he fell or what went on.  I didn't
16  know.  I just got up to check and walked out
17  and I was slammed to the floor instantly.
18     Q.  Okay.  So you didn't hear anyone
19  giving you commands to do anything?
20     A.  No.
21     Q.  And you don't even know what struck
22  you?
23     A.  No.  It was something hard.  I don't
24  know.  I don't know what it was.

Page 68

1      Q.  Okay.  And I asked if you saw any
2  person before you were struck with that.  You
3  didn't see not only like any police but you
4  didn't see any -- like you didn't see Jeffrey
5  or anyone else that lived with you?
6      A.  No.  No.
7      Q.  All right.  I'm going to go back.
8  You were hit.  It was something hard.  It hit
9  you in the face; is that what you said?
10     A.  Yes.
11     Q.  Did it strike you in any other part
12  of your body?
13     A.  Not that I know of.  It broke my
14  front teeth off.
15     Q.  Okay.  We'll talk about that.
16         You go to the ground.  When you hit
17  the ground, I guess you went -- I'm
18  envisioning you falling kind of backwards?
19     A.  Yes.
20     Q.  And I guess maybe your butt and your
21  back hit the ground, or what strikes the
22  ground?
23     A.  Well, I had a complete black and
24  blue hip and a big contusion on my hip the

Page 69

1  size of a baseball, and I must have hit my
2  head, because I had trouble with my ears and
3  dizziness, and of course my back, it fractured
4  the L2 in my upper back, and my elbows hit the
5  floor really hard, because I had to have
6  surgery in my arm.  I kept getting shocks down
7  my hand, and my arm still ain't right.  It's
8  numb.
9      Q.  Okay.  And we're going to talk about
10  those injuries in a bit.
11         So the ground that you hit, was it
12  carpeted or was it tile?  What was the
13  flooring in that area?
14     A.  It's tile concrete.
15     Q.  Okay.  And you just landed on the
16  floor?  Did you hit like a table around or
17  anything else or you just, as far as you
18  recall --
19     A.  There was a China closet there.  I
20  could have hit that, because it's right at the
21  corner there.  I could have hit that.
22     Q.  But you're not sure if you did?
23     A.  All I know is I got hit and I hit
24  the floor, and I was in such pain that I

18  (Pages 66 to 69)

afe9f7b5-ee47-4664-aace-e4f2524e80c9

Ada Anglemeyer
November 5, 2020

Page 70

1    just -- I can't really tell you anything else.
2        Q.  Okay.  And that's what we do here.
3    We exhaust your memory of things, and that's
4    all I can do.
5            You're on the ground.  You remember
6    your husband yelling to call an ambulance?
7        A.  I heard him yell to the police, sir,
8    you could cripple her for life, call an
9    ambulance, she just had surgery.
10       Q.  Okay.  So at some point you figured
11   out this is the police are there?
12       A.  Yes.
13       Q.  And that's after you're already on
14   the ground.  You didn't realize it was the
15   police before that?
16       A.  No.  When the police -- they did say
17   to me, well, where's the drugs?
18           I said, I don't have any drugs.
19       Q.  This is while you're on the ground?
20       A.  Yes.  This is while I'm on the
21   ground.  I said, I don't have any drugs.  The
22   only thing I have is my medicine.
23       Q.  Okay.  First of all, who was this?
24   Was this one of the --

Page 71

1        A.  I couldn't say who it was.  It was
2    just police and they were in these uniforms.
3    Can't recognize them.
4        Q.  Okay.  This person you were speaking
5    with, this one person, was there anything
6    distinctive about him, like a beard or --
7        A.  No.
8        Q.  It's my understanding they were
9    wearing like helmets and things like that --
10       A.  Yes.
11       Q.  -- on a lot of their heads?
12       A.  Correct.
13       Q.  Okay.  So while you're on the
14   ground, one of the troopers is asking you
15   questions about the drugs, like you just
16   talked about, right?  Where is your husband at
17   this point?  Is he right there or where --
18       A.  Well, I couldn't see because I'm
19   laying on the floor and he's in the other room
20   and he's on the floor somewhere.
21       Q.  So you heard your husband's voice,
22   but you didn't actually see him?
23       A.  Right.
24       Q.  Okay.  And then the first person you

Page 72

1    actually see is this trooper who is asking you
2    about the drugs?
3        A.  Right.
4        Q.  Okay.  And you're on the ground and
5    he's talking to you while standing?
6        A.  I imagine.  Like I said, I was in a
7    lot of pain, a lot of pain.
8        Q.  Okay.  So --
9        A.  I only had my surgery four months
10   ago, you know, and they knocked me on the
11   floor and breaks more of it.
12       Q.  Okay.  So the trooper asked you
13   about the drugs.  You say you just have my own
14   medications.  What happens next?
15       A.  Well, I laid there for a while, and
16   finally I guess the ambulance got here and
17   then I guess there was two troopers came in
18   and they picked me up and sat me on the bed
19   that was in the room where Jeff used to sleep
20   on, and then they made me walk out to the
21   ambulance.
22       Q.  Okay.  So the two troopers sit you
23   on the bed.  Is this before the medical people
24   arrive or are the medical people already

Page 73

1    there?
2        A.  They didn't let the medical people
3    come in to get me.  They made me walk out to
4    them.
5        Q.  Okay.  So my understanding is
6    correct, at some point two troopers -- how did
7    they take you off the ground?  Were you using
8    your own power at all?
9        A.  No.  They picked me up and sat me on
10   the bed.
11       Q.  Okay.
12       A.  And then they walked me out to the
13   ambulance.
14       Q.  Okay.  And did you have any
15   conversation whatsoever with either of those
16   two troopers?
17       A.  No.
18       Q.  And when you say walked you out,
19   they walked you outside of the house or just
20   to a different room?
21       A.  They walked me through the house and
22   out in through the driveway to the ambulance.
23       Q.  So out the French doors to the --
24   and there was an ambulance out there?

19  (Pages 70 to 73)

afe9f7b5-ee47-4664-aace-e4f2524e80c9

Ada Anglemeyer
November 5, 2020

Page 74

1    A.   Actually, they took me out, I think,
2  through the bedroom.  There's French doors
3  there and then there's a bedroom alongside
4  with another door going outside.
5    Q.   Okay.  I got you.
6    A.   They didn't take me through the
7  French doors, because it was smashed in.
8    Q.   Okay.  Before you got outside, did
9  you see any other of your family members,
10 anyone else who lived in the house?
11   A.   I seen Jeff -- no.  I seen Mark
12 sitting on the couch in his underwear.  I seen
13 my husband laying on the floor handcuffed.  I
14 seen Clyde on the floor handcuffed.  And
15 that's all I remember.
16   Q.   And was that while you were sitting
17 on the bed or was that on your way out?
18   A.   That was when they were walking me
19 out.
20   Q.   Okay, when you were walking out.
21      Is Clyde a very small man?
22   A.   Yeah.  He weighs 110 pounds.
23   Q.   Okay.  And the reason I ask that is
24 because we have -- and Brian will agree to

Page 75

1  this -- that we had prior testimony about
2  someone that we didn't know was in the house
3  before and he describes someone like this.
4  Okay.  You give him a space to stay almost in
5  like a converted closet?
6    A.   He's a little slow.
7        MR. ZEIGER:  If we can just go
8  off the record for a second.
9        MR. BRADFORD:  Sure.
10       (Discussion held off the
11  record.)
12 BY MR. BRADFORD:
13   Q.   Were you ever handcuffed or zip tied
14 or were your hands ever bound at any point?
15   A.   No.  I was just laying on the floor,
16 couldn't move.
17   Q.   Okay.  So you're taken out to the
18 ambulance and then you started receiving
19 medical care from the EMTs?
20   A.   Yeah.  They took me in, they laid me
21 down, and I said, I can't lay on my hip.  I
22 said, I think it's broken.  But it was just a
23 big contusion.
24   Q.   Okay.  And then did they take you to

Page 76

1  the hospital?
2    A.   Yes.
3    Q.   And Saint Luke's Anderson Campus in
4  Easton?
5    A.   Yes.
6    Q.   Okay.  After the troopers handed you
7  off to the EMTs in the driveway, did you have
8  any other contact with any law enforcement?
9    A.   No.
10   Q.   Okay.  From the moment you got
11 struck by the hard object and fell down to the
12 point that you were receiving care from the
13 EMTs, about how long had passed?
14   A.   It seemed forever, but I couldn't
15 say for sure.
16   Q.   Okay.  Now, I do want to talk about
17 your injuries, and I have tons of medical
18 records, some through your counsel, some
19 through subpoenas, and we're certainly not
20 going to go through all of those.  I haven't
21 made my way through all of them, but I do want
22 to talk about a few things.
23      So you go to the ER at Saint Luke's.
24 I have, according to the records, that you

Page 77

1  arrived at 6:58 a.m. and you departed at 9:35
2  a.m., you were discharged.  Does that sound
3  about right?
4    A.   I don't know what times.
5    Q.   Okay.
6    A.   I know they called me the next day
7  and told me that my back was fractured, the
8  L2, and that I went back with the ambulance
9  again, but they don't deal with backs at
10 Anderson, so they sent me to Fountain Hill
11 Saint Luke's the next day.  And I was there in
12 a lot of pain and there they put me in a back
13 brace.
14   Q.   Okay.  So is it fair to say that, to
15 the best of your recollection, you were at the
16 emergency department on February 23rd for a
17 couple hours?
18   A.   Mm-hmm.  Yes.
19   Q.   And did they take an x-ray there, or
20 what did they do for you there?
21   A.   I think they did an MRI.  I don't
22 know.
23   Q.   Did you get any information about
24 the status of your back at that point?

20  (Pages 74 to 77)

afe9f7b5-ee47-4664-aace-e4f2524e80c9

Ada Anglemeyer
November 5, 2020

Page 78

1       A.  Not at that point.  They sent me
2   home and then called me later and said that my
3   back was fractured, and that's when I went
4   back to Fountain Hill in Saint Luke's.
5       Q.  Okay.  Got you.
6           And when you went to Fountain Hill,
7   about how many days after was that?
8       A.  That was the next day.
9       Q.  Okay.  And you mentioned that you
10  had surgery on your back a few months before
11  this?
12      A.  Yes.
13      Q.  And was that for the installation of
14  orthopedic hardware at the L4 and L5?
15      A.  Yes.
16      Q.  Okay.  Did you learn that that was
17  still stable after February 23rd, 2018?
18      A.  Pardon me?  Can you repeat that?
19      Q.  Yes.  Did you have any damage to
20  that part of your back after February 23rd,
21  2018?
22      A.  To which part of my back?
23      Q.  The L4-L5 --
24      A.  That's where I had the surgery.

Page 79

1       Q.  Right.  Did they look at that and
2   determine that that was still stable?
3       A.  Yes.  They said that was still
4   intact.
5       Q.  Intact?  Thank you.
6       A.  That was their words.
7       Q.  That's the word I should have been
8   using.
9           It's my understanding that you had a
10  compression fracture of your L2 that you
11  didn't have before?
12      A.  Right.
13      Q.  Okay.  And I have the surgery as
14  taking place on October 18th, 2017.  Does that
15  sound about right?
16      A.  Yes.  That is it.
17      Q.  That's it?  Okay.
18          Before that, did you have back
19  problems well before that?
20      A.  Yes.
21      Q.  How long have you had back problems?
22      A.  Quite a few years.
23      Q.  I'm going to share a screen with you
24  here.  I'm going to identify the document.

Page 80

1   This is actually -- this is going to be D-9,
2   which is a series of medical-related
3   documents, and I'll identify by Bates stamp
4   the numbers as we go along here.
5           The first one I want to show you is,
6   if I can read the Bates number, PSP-2550.
7   It's the first page of this document.  The
8   only reason I show you this, Mrs. Anglemeyer,
9   is this is an exam at the Northeastern
10  Rehabilitation Associates back in January
11  26th, 2016, and this verifies what we've been
12  talking about, that you -- at this part in the
13  middle of that bigger paragraph about history
14  of present illness, it says, "She had ongoing
15  disabling lower back pain, which persists."
16          So as of 2016, you were having
17  disabling lower back pain; is that fair to
18  say?
19      A.  Yes.
20      Q.  Okay.  And at that time you were
21  receiving Oxycodone?
22      A.  Yes.
23      Q.  Five milligrams?
24      A.  Right.

Page 81

1       Q.  Okay.  And then I'm going to share a
2   screen again.  I'm moving to the next page of
3   this D-9.  This would have been -- it's a
4   medical record from November 25th, 2017, Saint
5   Luke's Hospital Anderson Campus emergency
6   department.  This would have been after your
7   surgery but before the events of February
8   23rd, 2018.  You went to the emergency
9   department.  Do you remember doing that?
10      A.  For what?
11      Q.  Here, I'll scroll down to -- the
12  first page is 2011.  This should be 2012,
13  PSP-2012.  Let me see if I can highlight this
14  or do something with it.  It says that you
15  were there because of your back pain.
16  "Patient reports L4, L5 surgery at Coordinated
17  Health in October.  PT," patient presumably,
18  "reports increased pain since."
19      A.  I don't remember, because I went
20  through a lot of appointments.
21      Q.  Okay.  It was an emergency
22  department appointment.  Would you show up at
23  the emergency department a lot at this time?
24      A.  I don't think so.

21 (Pages 78 to 81)

afe9f7b5-ee47-4664-aace-e4f2524e80c9

Ada Anglemeyer
November 5, 2020

Page 82

1    Q.  Okay.  And this is from the same
2  day.  I moved on to Page 2014.  I'm going to
3  highlight, I guess, some sort of summary.
4  "Patient is a 76-year-old female presenting to
5  emergency department, back pain.  Chronic.
6  Was seen for this three days ago, discharged
7  pain medications."
8         Did I read that correctly?
9    A.  I see it.
10    Q.  So do you remember going to -- it
11  doesn't say if it's an emergency department,
12  but do you remember if -- maybe it was.  Did
13  you go to the emergency department twice in
14  the span of three days?
15    A.  No.  I don't think it was an
16  emergency, but I know I was getting x-rays and
17  MRIs quite often, because I just had surgery
18  and they were checking it out as it was
19  healing.
20    Q.  I understand.
21       I'm just scrolling through more
22  records from this same visit on November 25th,
23  2017.  Now I'm on page PSP-20 -- I think
24  that's 29, and the only reason -- I'm

Page 83

1  directing your attention to the middle of the
2  page, which notes Departure Condition and
3  "mobility at departure:  Walker."
4         Do you remember, were you using a
5  walker at that point?
6    A.  Yeah.  They didn't want me to fall.
7    Q.  Okay.  And were you using a walker
8  all the time at that point or maybe just
9  walking leaving that appointment?
10    A.  I was just using the walker a little
11  bit at that time, because they really
12  didn't -- he said I should just not make sure
13  I fall.
14    Q.  Okay.  As of February 23rd, 2018,
15  were you still using a walker?
16    A.  No.
17    Q.  Okay.  Now we've moved on to the
18  visit from February 23rd, 2018.  I'm going to
19  just direct your attention to page Anglemeyer
20  007 -- 17.  Excuse me.  I'll represent to you
21  that this is from February 23rd, 2018 visit to
22  the Saint Luke's Anderson Campus that you had
23  presumably right after you were taken there
24  after departing the house with the ambulance,

Page 84

1  correct?
2    A.  Correct.
3    Q.  I'm just going to read from this.
4  It says History in the middle of the page.
5  I'm going to read from the part that's
6  highlighted or I guess boxed in red.  "Chief
7  Complaint:  Patient presents with back pain.
8  Patient was knocked down when home was raided
9  by police.  History of back SX," which means
10  something.
11       "76-year-old female presents to the
12  emergency department via EMS from her home.
13  EMS relates that there had been a raid of her
14  home and that she had been pushed to the
15  ground.  Patient relates that she went flat
16  onto her back.  She has ongoing back pain
17  which intensified immediately following the
18  fall.  History of surgery on October 18, 2017
19  with hardware placement.  She reports having
20  had damage to the leg and resultant drop foot
21  afterwards.  She additionally notes that two
22  of her teeth are broken.  She suggests that
23  she may have been hit with a shield.  She
24  expresses concern over her husband who was

Page 85

1  knocked to the ground and her dogs.  She did
2  take Oxycodone five milligram at 6:00 a.m. as
3  well as her Gabapentin and calcium.  She
4  denies any ongoing medical condition.  Review
5  of chart lists hypertension, GERD, CAD and
6  CKD."
7         Did I read that correctly?
8    A.  Does it say I don't have -- let's
9  see.  "She denies any ongoing medical
10  conditions."  Yeah, with GERD.  Yeah, I had
11  that.  I have that, yeah.  I don't -- there's
12  not really that much wrong with me besides my
13  back and my -- well, now I have a lot wrong
14  with me, but then I didn't.
15    Q.  Okay.  And "patient relates that she
16  went flat onto her back," which is --
17    A.  Right.
18    Q.  -- what you told me earlier when you
19  were describing it?
20    A.  Right.  It should have said
21  something in there about how I said I
22  complained about my elbow with the shocks
23  going up and down my arm, but it don't say
24  that.

22  (Pages 82 to 85)

Ada Anglemeyer
November 5, 2020

Page 86

1    Q.  Yeah.  I was going to ask you about
2  that, because I haven't seen any medical
3  records having to do with the elbow.
4    A.  I had surgery on it.
5    Q.  Okay.
6    A.  Dr. Weiss.
7    Q.  Okay.  When did you have that
8  surgery?
9    A.  You know what, I was trying to think
10  myself and I can't remember.  I'd almost have
11  to call the doctor.
12    Q.  Well, like is it closer in time to
13  today or is it closer in time to February
14  23rd, 2018?
15    A.  It was afterwards, because I had --
16  I thought it would go away.  I was hoping it
17  would go away, because I was getting these
18  shocks down my hand, but it wouldn't go away,
19  and every time I went to use it, I got more
20  shocks.  So that's when I went and seen the
21  doctor.  And then it took time for all the
22  tests and stuff before I had the surgery.
23    Q.  And you never had this type of issue
24  before February 23rd, 2018?

Page 87

1    A.  No, and I have -- my hand is still
2  numb.  I don't get the shocks, I don't have
3  the pain, but my fingers, my three fingers,
4  are still numb, and it goes all the way up to
5  my elbow.
6    Q.  And would this numbness, did that
7  develop -- had it developed by the point you
8  got to the emergency department that same day
9  or did it develop later?
10    A.  It developed later, the numbness,
11  but I did tell them at the hospital.  They
12  went to put IV in my arm, and I said, don't
13  use that arm because I'm getting shocks down
14  my hand.  I don't know -- and so I know I
15  reported it, and they knew it.
16    Q.  I want to read this to you.  This
17  part says, "She suggests she may have been hit
18  with a shield."
19      Now, of course they're just writing
20  down what they think they heard from you.  Do
21  you remember if you told them that you --
22    A.  I didn't know what happened.  I
23  thought maybe it could be a shield.  I don't
24  know.  All I know is it was really hard and it

Page 88

1  hit me.
2    Q.  Okay.  February 23rd, 2018 before
3  the police came, did you have any sort of back
4  brace or anything like that?
5    A.  I had wore it before that, because I
6  was getting older.  In fact, I had just went
7  on vacation in January on a cruise and I was
8  getting better, and that really -- it set me
9  back big time.
10    Q.  Yeah.  When you were on the cruise
11  in January, did you have the back brace with
12  you?
13    A.  No.
14    Q.  It says here that you had taken the
15  Oxycodone at 6:00 a.m.  Would that have
16  affected your -- I'm a little --
17    A.  It doesn't affect me.
18    Q.  Okay.  I'm actually a little
19  confused that, because if the police got
20  there at 6:00 a.m., how did you have time to
21  take the Oxycodone or did you take it
22  afterwards or what?
23    A.  I don't know why it says that,
24  because I didn't take nothing.  I got up out

Page 89

1  of bed and I came out.  I didn't take no
2  medicine.
3    Q.  Okay.  So --
4    A.  They might have gave it to me at the
5  hospital, but I didn't take it that morning.
6  I didn't have time.
7    Q.  Okay.  So you're saying that you had
8  no advanced notice that the police were
9  coming?
10    A.  Pardon me?
11    Q.  You had no advanced notice that the
12  police were coming that morning?
13    A.  No.  I didn't know.
14    Q.  Okay.  I want to talk about the L2
15  compression fracture, I'm going to move to
16  next.  I'm still sharing my screen here.  I'm
17  moving through Anglemeyer-111, the 24th page
18  of this document.
19      This shows that you went to
20  Coordinated Health on March 6th, 2018 to see
21  Dr. Wagener?
22    A.  Yes.
23    Q.  And is that someone you had been
24  seeing before February 23rd, 2018?

23  (Pages 86 to 89)

afe9f7b5-ee47-4664-aace-e4f2524e80c9

Ada Anglemeyer
November 5, 2020

Page 90

1     A.  Wagener?
2     Q.  Yes.
3     A.  Yes.  He was my surgeon.
4     Q.  He was the surgeon?
5     A.  Yeah; in October.
6     Q.  Okay.  Got you.  So you were
7  regularly seeing him anyway before February
8  23rd --
9     A.  Yes.
10    Q.  -- to follow up on your surgery?
11    A.  Right.
12    Q.  And I'm going to the third page of
13  this note, which is 113, and the part where it
14  says Discussion/Summary.  "Patient is
15  following up from traumatic home injury.
16  Dr. Wagener discussed that her L2 fracture
17  will heal on its own."
18    A.  Yeah.  I had to wear the brace
19  again.
20    Q.  Okay.  When did you start wearing
21  the brace again?
22    A.  At the Saint Luke's Fountain Hill.
23    Q.  Okay.  Where you --
24    A.  The next day.

Page 91

1     Q.  On February 24th, okay.  And they
2  tell you to wear the brace?
3     A.  Right.
4     Q.  At this point, are you still wearing
5  the brace?
6     A.  No.
7     Q.  How long did you wear the brace for
8  about?
9     A.  You mean for the L2?
10    Q.  Yes, for the L2.
11    A.  Two months.
12    Q.  Okay.  It actually says something
13  about it right here, but I don't know what
14  that --
15    A.  Yes.
16    Q.  I don't know what that translates
17  to, status --
18    A.  Well, they said I didn't have to
19  sleep in it.
20    Q.  Okay.  Ten hours a day, it looks
21  like, which is about a month after, less than
22  a month, a few weeks afterwards.  Okay.
23        I'm going to continue to another --
24  the next page is Anglemeyer-95.  It's another

Page 92

1  visit with Dr. Wagener.  This one is on
2  October 12th, 2018.  Do you see that at the
3  top?
4     A.  Mm-hmm.
5     Q.  Is this picking up for you?  I don't
6  want this to be an eye test.  I can zoom in a
7  little bit.  Is that helpful?
8     A.  Yeah.  That's okay.
9     Q.  Okay.  And I'm going to scroll to
10  the third page -- actually, this is the second
11  page, which is Anglemeyer-96.  You see here in
12  the middle, I have it in the red box.  It
13  says, "She states that her low back still
14  hurts, but feels like she is improving."
15    A.  Okay.  That's Dr. Naftalin.  That's
16  my pain specialist.
17    Q.  Okay.  It seems to indicate that you
18  were seeing Dr. Wagener here.
19    A.  But when you went down there, it
20  said Dr. Naftalin.  That's the pain
21  specialist.
22    Q.  Okay.  It says recorded.  Okay.
23        Well, either way, you told someone
24  at Coordinated Health that your low back still

Page 93

1  hurts, but feels like it is improving?
2     A.  Yeah.  It was -- well, it still is.
3  I'm still on medication.
4     Q.  And is that for the L4-L5 or just
5  for the L2; do you know?
6     A.  I don't know.  I don't think I could
7  tell you the difference, because I hurt both
8  places.
9     Q.  I'm going to scroll to the third
10  page from this visit.  We're at Anglemeyer-97.
11  And I'm just going to read from this one part.
12  "Education was given that the patient's
13  location of fusion appears healed.  Her L2
14  fracture is healing, if not healed.  At this
15  time surgery is not needed or offered."
16    A.  Correct.
17    Q.  So did you ever have any
18  surgery on the L2?
19    A.  No.  I had injections.
20    Q.  Injections?  Okay.
21    A.  Yes.
22    Q.  For the L2.  How many times?
23    A.  A couple of times.  I'm not exactly
24  sure.  I know it was a couple of times.  In

24  (Pages 90 to 93)

afe9f7b5-ee47-4664-aace-e4f2524e80c9

Ada Anglemeyer
November 5, 2020

Page 94

1    fact, I just had injections a couple months
2    ago.
3        Q.  Do you still see Dr. Wagener?
4        A.  No.
5        Q.  Who do you see now?
6        A.  I'm trying to think of his name.
7    Luchetti -- Luchette, Cedar Crest, Allentown.
8        Q.  Why do you no longer see
9    Dr. Wagener?
10       A.  After the surgery, he didn't seem to
11   want to be bothered.
12       Q.  Do you remember when you stopped
13   seeing him?  I'm sure it's in your records
14   somewhere, but off the top of your head, at
15   least generally?
16       A.  No.  I don't know.  I'd have to look
17   at the records.
18       Q.  Were you doing physical therapy for
19   your back?
20       A.  Yes.
21       Q.  Was that happening before February
22   23rd, 2018?
23       A.  I'm not sure.  All I know is they
24   said that it wasn't -- they discharged me

Page 95

1    because it wasn't helping.
2        Q.  Do you remember if it was around
3    this time that you stopped --
4        A.  I don't remember.
5        Q.  -- the physical therapy?
6        Okay.  Was it at least in some point
7    in 2018?
8        A.  I can't say.
9        Q.  Okay.  No problem.
10       Let me stop sharing the screen for a
11   second.
12       As we already talked about, you said
13   your teeth got chipped or knocked out as a
14   result of this interaction?
15       A.  Broke off.
16       Q.  Broke off, okay.
17       I'm going to share my screen again.
18   I'm going to zoom out a little bit here.  I'm
19   showing you the last page of D-9.  It's
20   Anglemeyer-0001.  Does this reflect the damage
21   to your teeth from February 23rd, 2018?
22       A.  Yes.
23       Q.  When was this picture taken?
24       A.  When I came home from the hospital.

Page 96

1        Q.  All right.  And before then your two
2    front teeth were in good condition?
3        A.  Yeah.  Yes.
4        Q.  What did you do about the teeth?
5        A.  Went to the dentist, Amara Dental.
6    They put caps on.
7        Q.  And since you put the caps on, have
8    you had any problems since then?
9        A.  Yes.  My gums got infected and I had
10   to go through a Dr. Miller, because Amara
11   Dental wasn't open because of the virus.  So I
12   had to go -- in fact, I had to wait quite a
13   while with an infection in my gums.
14       Q.  And I don't have your records yet
15   from the dental.
16       A.  That would be Miller.
17       Q.  Dr. Miller, who is not associated
18   with Amara Dental?
19       A.  Yes.  They are associated with him.
20       Q.  What's that?  I'm sorry.
21       A.  They are associated with Amara
22   Dental.
23       Q.  Okay.  And this infection, was it
24   recent?

Page 97

1        A.  Well, it lasted quite a while
2    because I couldn't get to a dentist because of
3    the virus.
4        Q.  So it had to be from this year then,
5    right?
6        A.  Yeah.  And he also said that I might
7    have to have root canals, because they still
8    are tender and hurt.
9        Q.  He told you the infection was from
10   the caps on your two front teeth?
11       A.  Well, actually, he almost did like
12   surgery.  He loosened my gums and went up and
13   filed some of the bone off, and that was a
14   rigamarole.
15       Q.  But did he say it was from the --
16   and we'll get the records, but did he tell you
17   that it was from the caps or was it from
18   the --
19       A.  He didn't mention it to me.  I did
20   mention it to him what had had happened, but
21   then he didn't really say anything.  He just
22   said they were really infected.
23       Q.  Your gums were infected?
24       A.  Yes.  And he had to cut them away

25  (Pages 94 to 97)

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

afe9f7b5-ee47-4664-aace-e4f2524e80c9

Ada Anglemeyer
November 5, 2020

Page 98

1  and file the bone down and stitch my gums back
2  and...
3     Q.  Was that limited just to right above
4  your two front teeth or was it other parts of
5  your mouth as well?
6     A.  Just my two front teeth.
7     Q.  Did he say anything that you did or
8  didn't do that contributed to that?
9     A.  No.
10    Q.  Did you have any issues with your
11 front teeth before -- I mean, I guess they
12 were in good condition, but did you have any
13 issues with them before February 23rd, 2018,
14 just so you get the question?
15    A.  I think I had the one fixed.  That's
16 a long time ago.  I don't remember.
17    Q.  I'm going to show you a document.  I
18 do have one -- maybe a couple pages of dental
19 records that I received through your attorney.
20 Let me share this.  This is Anglemeyer-84.
21       MR. BRADFORD:  I'll add this to
22 D-9, Brian, this page.
23       MR. ZEIGER:  No objection.
24       MR. BRADFORD:  Okay.

Page 99

1       THE WITNESS:  I can't read
2     that.
3  BY MR. BRADFORD:
4     Q.  Okay.  Yeah.  So I'll tell you these
5  appear to be records -- it's just a page of a
6  record which appears to relate to your teeth.
7  I don't have it signed by anybody, but I want
8  to talk about this.  I will note at the top it
9  has your name at the top, provided by your
10 counsel to me.
11      Now, let's start here at -- I'll
12 make this as big as we can.  I'm towards the
13 bottom here, 2/26/18.  It says 8 and 9.  I'm
14 going to try to read this.  You tell me if it
15 sounds like I'm reading it right.  "Fractured
16 teeth, patient describes hit in mouth by
17 police," and there's some just initials,
18 which might mean something medically.
19    A.  Yeah.  It's very hard to read.
20    Q.  Yes.  I agree with you, but
21 "potential future endo, definitely will
22 require crowns.  Transitional restorations at
23 this time."
24      Does that seem about --

Page 100

1     A.  Yes.
2     Q.  -- right?
3       I'm really happy that medical
4  records have gotten more towards typing and
5  electronic, because I really can't read this.
6  I think we all are.
7       Okay.  So would that sound right
8  then, about three days after the incident you
9  went to see your dentist?
10    A.  Yes.
11    Q.  Do you remember who your dentist
12 was?  Was that Amara Dental at that time or
13 was that someone else?
14    A.  I'm not sure.  I used to go to
15 Dr. Ferster, but he retired, so I'm not sure
16 if that was Dr. Ferster or if it was Amara
17 Dental, but Amara Dental are the ones that did
18 the x-rays and put the crowns on.
19    Q.  Okay.  And how do you spell Ferster,
20 F-E-R-S-T-E-R?
21    A.  I guess that's how.
22    Q.  That's what it sounds like.
23      And where was he located, at least
24 like what town?

Page 101

1     A.  Wind Gap.  I think he retired.  He
2  was going to retire and then this virus came
3  and I think he fully just retired.
4     Q.  Okay.  And so I want to bump up a
5  little bit to an earlier entry on this page
6  and -- well, before we leave the 2/26, it
7  says -- let's go to the top so we know what
8  column that is.  It says tooth number, and
9  then you scroll down to the 2/26/18 visit and
10 it says "8, 9," which would presumably be your
11 two front teeth, right?
12    A.  Right.
13    Q.  And bumping up to March 27, 2017,
14 the tooth number is 8, and it says "fracture
15 total" something, and then the second line
16 says something with numbers.  I don't know
17 what that means.  And then the third line says
18 "rebond fractured tooth structure."
19    A.  I said I chipped one of my front
20 teeth and they fixed it.
21    Q.  Okay.  And I'm just trying to
22 explore that a little bit.
23      So do you remember, how did you chip
24 your tooth?

26 (Pages 98 to 101)

afe9f7b5-ee47-4664-aace-e4f2524e80c9

Ada Anglemeyer
November 5, 2020

Page 102

1      A.  I think I bit on a piece of hard
2  candy.  I think.
3      Q.  And did the front tooth -- we're
4  only talking about one of your front teeth.
5  It's the 8, I guess, which I don't know if
6  that's left or right.
7      A.  It just chipped the corner off.
8      Q.  Okay.  And then I guess going down
9  to 12/14, it says "rebond fractured tooth
10  structure."
11      A.  Well, I think that's what I was
12  telling you.  They just bonded it.  That's all
13  that was wrong with it.
14      Q.  Yeah.  So you went to the dentist
15  twice for that at least?
16      A.  Well, sometimes you can't get things
17  done the first time.  They look at it and then
18  they make you come again.
19      Q.  Okay.  Now, before February 2017 had
20  you had any issues with your front teeth?
21      A.  No.
22      Q.  A few more pages of this record.  So
23  eventually you got crowns for these two teeth?
24      A.  Yes.  Like I said, I still might

Page 103

1  have to have root canals, because they said
2  when you get -- this is what the dentist told
3  me.  If you get hit in your mouth, it jars
4  your teeth and it damages the root, the nerve.
5      Q.  Okay.  You already talked about the
6  gum issue you had earlier this year.  Other
7  than that, have you had any other issues with
8  the crowns?
9      A.  Just that they are very sensitive
10  and they hurt sometimes.  Like I said, I might
11  need root canals, but I'm putting that off.
12      Q.  All right.  I think we've kind of
13  explored this, the elbow pain.  Who are you
14  seeing for the elbow pain?
15      A.  Dr. Weiss.
16      Q.  And what was the surgical procedure
17  that you had?
18      A.  I had surgery.  I don't know what
19  you want to call it, on the nerve.  It's on
20  the bottom of my elbow.  I don't know if you
21  can see it.  From the bottom of my elbow here
22  and I was cut all the way up (indicating).
23      Q.  Okay.  And when was this about?
24      A.  Dates.

Page 104

1      Q.  I'm sorry if I asked you this.
2      A.  You'd have to look at the records,
3  because I can't tell you the dates.
4      Q.  All right.  And did the surgery
5  improve things at all?
6      A.  It took the shock pains away, but I
7  still am numb.
8      Q.  Have you seen anyone for your mental
9  health since February 23rd, 2018?
10      A.  No.
11      Q.  Do you understand that on February
12  23rd, 2018 Mark Anglemeyer was charged with
13  certain drug crimes?
14      A.  Yeah.  I guess he was charged, but
15  nothing became of it.
16      Q.  Do you understand why they were --
17  do you understand what happened?  You said
18  nothing came of it.  Do you understand exactly
19  what happened with those charges?
20          MR. ZEIGER:  Objection.
21          THE WITNESS:  I don't think
22      they found any drugs.
23          MR. ZEIGER:  Object and say
24      calls for a legal conclusion.

Page 105

1          MR. BRADFORD:  Well, I'm asking
2      her understanding, but your objection is
3      noted.
4  BY MR. BRADFORD:
5      Q.  So it's your understanding that the
6  reason they were dropped was because they
7  didn't find any drugs?
8      A.  I don't know.  I think that's it,
9  but I only think.
10      Q.  Did you attend any hearings --
11      A.  No.
12      Q.  -- related to that?
13          So is it fair to say your
14  information about these charges would have
15  come from Mark?
16      A.  Yeah, I guess.  I don't know.
17      Q.  Did you talk to the DA or anyone
18  about this?
19      A.  No.
20      Q.  Did you understand that Joe Kluska
21  was charged with crimes on February 23rd,
22  2018?
23      A.  Yes.
24      Q.  Do you know it was related to his

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

afe9f7b5-ee47-4664-aace-e4f2524e80c9

Ada Anglemeyer
November 5, 2020

Page 106

1  possession of marijuana?  Did you know that?
2      A.   Yes.
3      Q.   Did you know that there was
4  marijuana in his room?
5      A.   No.
6      Q.   And do you know if he pled guilty to
7  that charge?
8      A.   As far as I know.
9      Q.   And, again, your information would
10  have come through --
11      A.   Just talking to him.
12      Q.   -- Joe Kluska himself or Renae?
13      A.   Correct.
14      Q.   Was your bar in the process of being
15  shut down by the DA or the county or the local
16  authorities as a nuisance bar?
17      A.   Yes.
18      Q.   Is that part of the reason you sold
19  it or sold the liquor license?
20      A.   I got tired of it.  I told you I was
21  just tired of the episode that was going on
22  and I just didn't want it.  But I never lost
23  my liquor license.
24      Q.   So you were able to sell the liquor

Page 107

1  license?
2      A.   Yes.
3      Q.   Give me one second.  I think I'm
4  almost done here.  If you want to take five
5  minutes.
6      A.   No.  That's okay.  I'd rather just
7  get it over with.
8      Q.   Brian might have questions.
9          MR. BRADFORD:  Brian, are you
10  going to ask questions?  Should we give
11  her a break now?
12          MR. ZEIGER:  I'm not going to
13  answer that question.
14          MR. BRADFORD:  I won't put you
15  on the spot.
16          MR. ZEIGER:  I appreciate the
17  general courtesy, but I never really
18  understand why anyone asks their own
19  witness questions unless there's like a
20  major error going on.  It seems to be
21  against all the trial advocacy rules that
22  I teach.
23          (Discussion held off the
24  record.)

Page 108

1  BY MR. BRADFORD:
2      Q.   Have the police been to your house
3  since February 23rd, 2018, any law
4  enforcement?
5          THE WITNESS:  Were the police
6  here?
7          MR. ANGLEMEYER:  What?
8          THE WITNESS:  Since February
9  the 23rd.  Did they stop in here for some
10  reason?  I think -- oh, yeah.  They
11  stopped here a couple times and it was
12  about -- it was a Karen episode.
13          MR. ANGLEMEYER:  Oh, yeah.
14  BY MR. BRADFORD:
15      Q.   In regards to what did they stop by?
16      A.   There was a friend that was living
17  with my son and she kept texting me all the
18  time with crazy stuff, and I reported it to
19  the police, and they got in touch with her and
20  they actually arrested her for the things that
21  she was doing, and she never showed up or
22  anything like that and we had a hearing, and I
23  guess finally they did catch up with her,
24  because I know the DA called me and wanted to

Page 109

1  see if I wanted to continue with anything that
2  she was arrested for, and she didn't show up,
3  so she was found guilty, and I said as long as
4  she left me alone, I didn't want to do
5  anything.  So, yeah, I was in contact with the
6  police a couple times.
7      Q.   Got it.
8          And which son was this?  Someone was
9  staying with one of your sons?
10      A.   Yeah.  It was with Vernon
11  Anglemeyer.
12      Q.   So was she staying at your house or
13  was she staying with --
14      A.   She was staying with him.
15      Q.   Staying with him, but she was
16  sending you --
17      A.   All kinds of nasty texts.
18      Q.   Okay.  And so you called the police
19  to report this, and they came to your house to
20  basically interview you and get the
21  information?
22      A.   Yes.  And then a couple of times
23  they stopped back to let me know they couldn't
24  find her and they filed different things.

28  (Pages 106 to 109)

afe9f7b5-ee47-4664-aace-e4f2524e80c9

Ada Anglemeyer
November 5, 2020

Page 110

1  Finally we had a hearing without her and so --
2  but that's over now and she's leaving us
3  alone, so...
4      Q.  Okay.  So were you satisfied with
5  that police interaction?
6      A.  Yeah.  We got along fine.
7      Q.  Okay.  What police department was
8  that?
9      A.  Bushkill.
10     Q.  Oh, that's what I wanted to ask you.
11     A.  Actually, the cop said he liked us.
12     Q.  All right.  I showed you a
13  photograph of a number of guns.  What efforts
14  have you made to get those guns back?
15     A.  We drove down to the police
16  department and gave them a letter requesting
17  that they would be given back, and I think our
18  attorney requested it also.
19     Q.  Do you have an attorney working on
20  getting these guns back?
21     A.  Not yet.
22     Q.  Okay.
23     A.  Yeah, I guess we do.  Molnar in Wind
24  Gap.

Page 111

1      Q.  Who was that?
2      A.  We talked to Molnar in Wind Gap.  My
3  son has a lawyer.
4         MR. ZEIGER:  Kevin, I can put
5  on the record that they asked me to ask
6  you.  I did, and you know that.  And then
7  I told them that it wasn't you.  It was
8  Northampton County that was the issue and
9  the problem, which is true.  And then
10  Jeff, who you'll get to depose tomorrow,
11  contacted a local lawyer out that way to
12  see if they would file a motion for
13  return of property, which I instructed
14  him to do.
15         And so I would just kindly --
16  you don't have to, of course, listen to
17  me, but I would just kindly ask you to
18  direct this question to Jeff when you do
19  his deposition.
20         MR. BRADFORD:  That's fine.
21  That's fine.
22         MR. ZEIGER:  And Renae, who is
23  not on the schedule here for this round,
24  Renae is the one I've been talking to

Page 112

1  about getting the guns back for everyone.
2  Mom has not been involved, but you can
3  ask her any questions you like.
4         MR. BRADFORD:  Right.  I
5  appreciate that explanation.  That will
6  speed things up.
7         MR. ZEIGER:  Right.
8  BY MR. BRADFORD:
9      Q.  Well, based on that, you understand
10  that the State Police -- when you left the
11  property in the ambulance, were the State
12  Police still there?
13     A.  Yes.
14     Q.  So you don't know when they left,
15  you don't know what they did afterwards?
16     A.  No.
17     Q.  At least firsthand.  You would only
18  know based on what other people told you?
19     A.  Right.
20     Q.  Okay.  And you understand, as your
21  attorney just said, that the State Police, who
22  I represent, did not remove any of those
23  weapons and do not possess those weapons?
24     A.  Can you repeat that?

Page 113

1      Q.  You understand that the State Police
2  did not remove any of those weapons from your
3  property and do not possess any of those
4  weapons that were on your property?
5         MR. ZEIGER:  Can we go off the
6  record for a second.
7         MR. BRADFORD.  Yes.
8         (Discussion held off the
9  record.)
10         MR. BRADFORD:  I am done my
11  questioning.  So thank you,
12  Mrs. Anglemeyer.  I appreciate your time.
13  I know this wasn't fun and I know it was
14  uncomfortable for you too because of your
15  medical issues.  So thank you, though.
16         THE WITNESS:  Okay.
17         MR. ZEIGER:  All right.
18         (Exhibits D-1 through D-9
19  marked for identification.)
20         (Witness excused.)
21         (Deposition concluded at 11:56
22  a.m.)
23         ---
24

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

afe9f7b5-ee47-4664-aace-e4f2524e80c9

Ada Anglemeyer
November 5, 2020

Page 114

```
 1              CERTIFICATE
 2         I HEREBY CERTIFY that the
 3    proceedings, evidence and objections are
 4    contained fully and accurately in the
 5    stenographic notes taken by me upon the
 6    foregoing matter, and that this is a true and
 7    correct transcript of same.
 8
 9
10
11
12    --------------------
13    MICHELE L. MURPHY
14    RPR-Notary Public
15
16
17
18
19         (The foregoing certification of this
20    transcript does not apply to any reproduction
21    of the same by any means, unless under the
22    direct control and/or supervision of the
23    certifying reporter.)
24
```

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

Ada Anglemeyer
November 5, 2020

**A**

**a.m** 1:18 62:7
62:10 64:7
77:1,2 85:2
88:15,20
113:22
**able** 18:16
25:17 26:18
48:11
106:24
**access** 48:8
**accurately**
114:4
**acres** 42:8,11
**ACTION** 1:5
**activity** 23:19
24:8
**Ada** 1:5,13
3:3,20 5:8
**add** 98:21
**additionally**
84:21
**address**
13:20 30:13
**addresses**
42:10
**administeri...**
4:10
**advanced**
89:8,11
**advocacy**
107:21
**affect** 65:5
88:17
**aggravate** 7:7
**ago** 19:20
20:24 23:20
28:5,6
72:10 82:6
94:2 98:16
**agree** 74:24
99:20
**agreed** 4:2
5:1
**ahead** 6:9
**ain't** 69:7
**air** 43:11
**al** 1:5,8
**Allentown**
13:21 94:7
**allow** 52:8
**alongside**
74:3
**Amara** 96:5

96:10,18,21
100:12,16
100:17
**ambulance**
63:21 64:3
70:6,9
72:16,21
73:13,22,24
75:18 77:8
83:24
112:11
**Amerman**
44:17
**Amerman's**
44:19
**amount** 61:4
114:22
**and/or**
114:22
**Anderson**
76:3 77:10
81:5 83:22
**Anglemeyer**
1:5,13 2:12
3:3,20 5:8
5:13 6:23
7:23 8:8,11
8:13,23
9:15,16,16
12:1 21:12
21:12 25:15
29:24 44:16
47:12 53:9
53:10,11
62:1 80:8
83:19
104:12
108:7,13
109:11
113:12
**Anglemeye...**
95:20
**Anglemeye...**
89:17
**Anglemeye...**
98:20
**Anglemeye...**
91:24
**Anglemeye...**
92:11
**Anglemeye...**
93:10
**Anglemeyers**
46:19
**Ann** 21:12

**annoy** 7:7
**answer** 6:1,9
15:24 28:14
46:3 47:8
47:15 54:15
55:7 107:13
**answering**
15:17
**anybody** 99:7
**anymore**
10:5
**anyway** 90:7
**apartments**
19:10,24
20:6 22:15
22:16,19
**apparently**
46:9
**appear** 30:4
99:5
**appearing**
57:6
**appears** 40:4
55:12 93:13
99:6
**apply** 114:20
**appointment**
81:22 83:9
**appointme...**
81:20
**appreciate**
107:16
112:5
113:12
**approximate**
20:21
**approxima...**
1:17
**Arch** 2:9
**area** 33:7
36:21 42:22
64:11 65:12
65:14,16
69:13
**arm** 69:6,7
85:23 87:12
87:13
**arrest** 56:20
59:7
**arrested**
23:24 24:2
24:4,16,23
24:24 25:2
25:15 26:6

56:22 58:21
108:20
109:2
**arrests** 58:19
**arrive** 72:24
**arrived** 77:1
**asked** 21:23
27:2 45:4
53:1,17
68:1 72:12
104:1 111:5
**asking** 9:19
12:16 44:21
45:2 46:23
71:14 72:1
105:1
**asks** 107:18
**assist** 29:22
**associated**
96:17,19,21
**Associates**
1:21 4:9
80:10
**attend** 105:10
**attention**
83:1,19
**attorney** 2:7
4:17 98:19
110:18,19
112:21
**authenticate**
54:12
**authorities**
106:16
**awake** 67:12
**aware** 24:8
25:19 39:14
40:14 42:5
56:21 57:4
58:19,20
61:7

**B**

**B** 3:7
**B-U-S-K-I-...**
10:18
**back** 33:18
45:5 46:18
47:6,18
60:24 62:22
63:18 65:20
68:7,21
69:3,4 77:7
77:8,12,24

78:3,4,10
78:20,22
79:18,21
80:10,15,17
81:15 82:5
84:7,9,16
84:16 85:13
85:16 88:3
88:9,11
92:13,24
94:19 98:1
109:23
110:14,17
110:20
112:1
**background**
5:21
**backs** 77:9
**backwards**
63:17 68:18
**bags** 3:16
40:22
**bang** 64:17
**Bangor** 20:17
25:1
**bar** 19:20
20:14,15,16
22:6,24
24:5,17
25:4 56:20
106:14,16
**Bartend** 21:2
**baseball** 69:1
**based** 24:13
112:9,18
**basically**
109:20
**Bates** 29:20
80:3,6
**beach** 14:22
16:3 17:4
17:18,21
18:5,16
36:2 42:24
**bearings** 31:8
**bed** 45:14
50:2 72:18
72:23 73:10
74:17 89:1
**bedroom**
45:9,12
48:21 50:21
58:1,17

62:16,18
63:1,11
64:11,12
65:11 66:1
74:2,3
**bedrooms**
31:10,13,21
31:23 32:5
32:11,22,24
**beginning**
1:17 7:6
57:16
**best** 6:1
77:15
**better** 46:20
88:8
**big** 43:10
63:9 64:17
66:10 68:24
75:23 88:9
99:12
**bigger** 43:9
80:13
**birth** 7:3 8:7
11:8,9
12:17,19
**bit** 23:23 29:6
69:10 83:11
92:7 95:18
101:5,22
102:1
**black** 68:23
**blue** 68:24
**Blvd** 2:4
**body** 68:12
107:8,9
**bonded**
102:12
**bone** 97:13
98:1
**born** 8:8,16
8:18 9:2
**bothered**
24:14 94:11
**bottom** 42:14
42:15 43:23
99:13
103:20,21
**bound** 75:14
**box** 40:10
92:12
**boxed** 84:6
**boy** 8:8 13:8
**brace** 77:13
88:4,11

90:18,21
91:2,5,7
**Bradford** 2:8
3:3 5:12,14
8:21 9:4,12
10:6,23
11:7,15
12:5,15
13:3,10,15
14:6 15:11
29:18,21
32:23 44:20
46:2,12,16
46:23 47:2
47:9,11
54:17,19
55:10 61:24
75:9,12
98:21,24
99:3 105:1
105:4 107:9
107:14
108:1,14
111:20
112:4,8
113:7,10
**break** 6:4,5
6:10 61:14
63:6 107:11
**breaks** 6:7
72:11
**Brian** 2:3
7:12 15:3
29:20 46:24
74:24 98:22
107:8,9
**briefly** 5:14
6:3
**broad** 23:22
**broke** 19:1
57:10 63:22
68:13 95:15
95:16
**broken** 75:22
84:22
**building**
22:13,15
30:12
**bump** 101:4
**bumping**
101:13
**Bushkill**
57:14 110:9
**business**

14:20 24:12
36:12
**Buskirk** 9:17
10:16,18
53:10
**butt** 68:20

**C**

**C** 2:1
**cabinet** 45:14
**CAD** 85:5
**calcium** 85:3
**call** 30:17,21
31:11 34:4
34:18 36:9
63:20 70:6
70:8 86:11
103:19
**called** 77:6
78:2 108:24
109:18
**calls** 54:13
104:24
**camera** 34:13
35:20
**cameras** 25:4
25:5 34:1
34:17 35:6
36:20
**Campus** 76:3
81:5 83:22
**canals** 97:7
103:1,11
**candy** 102:2
**caps** 96:6,7
97:10,17
**capture**
34:15
**car** 37:20,20
34:2 98:16
**care** 75:19
76:12
**Carl** 18:1
**carpeted**
69:12
**carrying**
28:11
**cash** 61:4,9
**catch** 108:23
**cater** 43:6
**Cedar** 94:7
**certain** 40:14
104:13
**certainly**
76:19

Ada Anglemeyer
November 5, 2020

**CERTIFIC...** 114:1
**certification** 5:3 114:19
**CERTIFY** 114:2
**certifying** 114:23
**charge** 106:7
**charged** 24:4 60:12 104:12,14 105:21
**charges** 25:9 58:24 59:6 104:19 105:14
**chart** 85:5
**chased** 57:5
**check** 27:2 60:9 67:16
**checking** 82:18
**Chief** 84:6
**children** 8:5 8:7 9:14,19
**China** 49:9 69:19
**chip** 101:23
**chipped** 95:13 101:19 102:7
**Chronic** 82:5
**circle** 29:24 30:1,3,8,10 31:5 34:8 34:24 35:4 35:22 36:20 37:4
**CIVIL** 1:5
**CKD** 85:6
**cleaned** 16:20 20:3
**clear** 32:7
**close-up** 55:3
**closed** 43:14 63:1
**closer** 86:12 86:13
**closet** 49:9 69:19 75:5
**Clyde** 9:17 10:12,19,22

11:6 51:15
53:10 74:14
74:21
**Clyde's** 10:15
**cocaine** 24:17
**cocktails** 59:24 60:14
**column** 101:8
**combination** 48:6
**come** 26:14 26:21 44:9 63:10 64:24 65:10,17,17 66:12,22 73:3 102:18 105:15 106:10
**coming** 36:2 37:19 44:3 89:9,12
**commands** 67:19
**company** 35:8
**compartme...** 61:5
**complained** 85:22
**Complaint** 84:7
**complaints** 28:24
**complete** 68:23
**compression** 79:10 89:15
**computer** 65:7
**concern** 84:24
**concluded** 113:21
**conclusion** 104:24
**concrete** 69:14
**condition** 6:6 83:2 85:4 96:2 98:12
**conditions** 85:10
**conducted** 4:4 38:18

54:4
**confirmed** 60:4
**confirming** 4:14
**confused** 88:19
**Congratula...** 8:4
**Conrail** 19:6
**consistent** 30:24
**contact** 76:8 109:5
**contacted** 111:11
**contained** 114:4
**containers** 40:15
**context** 23:21 23:23
**continue** 91:23 109:1
**contributed** 98:8
**control** 4:8 23:4,7 25:6 114:22
**contusion** 68:24 75:23
**conversation** 73:15
**converted** 75:5
**convicted** 25:11
**Coordinated** 81:16 89:20 92:24
**cop** 110:11
**copy** 3:9,11 3:12,13,14 3:15,17,18 4:19
**cordial** 27:13
**corner** 69:21 102:7
**correct** 9:21 55:19 60:8 71:12 73:6 84:1,2 93:16 106:13

114:7
**correctly** 82:8 85:7
**couch** 74:12
**counsel** 4:2,5 4:21 5:1,20 47:15 76:18 99:10
**county** 1:7 106:15 111:8
**couple** 19:16 26:23 38:8 64:13 77:17 93:23,24 94:1 98:18 108:11 109:6,22
**course** 69:3 87:19 111:16
**court** 1:1,21 4:5,9,13 15:5,8,21 45:24 57:22
**courtesy** 107:17
**crazy** 108:18
**create** 59:23
**Crest** 94:7
**crimes** 60:13 104:13 105:21
**cripple** 63:20 70:8
**crowns** 99:22 100:18 102:23 103:8
**cruise** 88:7 88:10
**currently** 14:16 19:14
**cursor** 31:3
**cut** 97:24 103:22

**D**

**D** 3:1
**D-1** 3:9 29:19 42:15 113:18
**D-2** 3:11 38:10

**D-3** 3:12 38:15
**D-4** 3:13 40:2
**D-5** 3:14 40:8
**D-6** 3:15 40:19
**D-7** 3:17 55:1
**D-8** 3:18 55:5
**D-9** 3:20 80:1 81:3 95:19 98:22 113:18
**DA** 105:17 106:15 108:24
**damage** 78:19 84:20 95:20
**damages** 103:4
**dark** 64:8,12 64:13
**date** 1:17 11:8 13:24 20:23 41:18 62:2
**dates** 12:16 12:20 25:20 26:22 103:24 104:3
**daughter** 6:20 17:6 21:11 28:21 37:17 49:14 49:16
**day** 7:3 77:6 77:11 78:8 82:2 87:8 90:24 91:20
**days** 78:7 82:6,14 100:8
**deal** 77:9
**dealing** 38:6
**December** 8:13
**decided** 25:7
**Defendants** 1:8 2:11
**definitely** 99:21
**denies** 85:4,9
**dental** 96:5

96:11,15,18
96:22 98:18
100:12,17
100:17
**dentist** 96:5 97:2 100:9 100:11 102:14 103:2
**departed** 77:1
**departing** 83:24
**department** 57:13 77:16 81:6,9,22 81:23 82:5 82:11,13 84:12 87:8 110:7,16
**departure** 83:2,3
**depending** 6:5
**depose** 46:21 111:10
**deposition** 1:13 4:3,12 5:17,21 29:8 30:21 111:19 113:21
**depositions** 47:13
**describe** 16:4
**describes** 75:3 99:16
**describing** 85:19
**Description** 3:8
**detailed** 5:22
**determine** 79:2
**develop** 87:7 87:9
**developed** 87:7,10
**difference** 93:7
**different** 7:18 19:6 20:3 25:5 26:17 30:12,13

36:6,16
42:10 73:20
109:24
**digital** 40:5
**direct** 83:19 111:18 114:22
**directing** 83:1
**disabling** 80:15,17
**discharged** 77:2 82:6 94:24
**discussed** 6:3 90:16
**Discussion** 75:10 107:23 113:8
**Discussion/...** 90:14
**disoriented** 67:10
**distance** 65:6 65:9
**distinctive** 71:6
**distribute** 41:2
**distributed** 40:15
**distributing** 59:4
**district** 1:1,2 57:6
**divorce** 26:5
**dizziness** 69:3
**doctor** 86:11 86:21
**document** 79:24 80:7 89:18 98:17
**documents** 18:6,6,10 29:9 80:3
**dogs** 85:1
**doing** 7:12,13 15:2 23:7 25:3 29:23 47:16 62:9 81:9 94:18 108:21

**door** 33:5,10 33:12,15,19 33:20 62:19 62:22 63:1 65:17 74:4
**doors** 3:11 38:12 73:23 74:2,7
**doorway** 65:15,24
**dot** 34:11
**downstairs** 32:1,2 58:9
**Dr** 86:6 89:21 90:16 92:1 92:15,18,20 94:3,9 96:10,17 100:15,16 103:15
**drawer** 49:9 49:10
**driveway** 35:13 44:8 73:22 76:7
**drop** 84:20
**dropped** 105:6
**drove** 35:17 110:15
**drug** 23:15 23:19 24:8 60:18 104:13
**drugs** 23:8,9 23:10,11 24:1,5,12 25:3 38:6 40:14 41:2 59:4 70:17 70:18,21 71:15 72:2 72:13 104:22 105:7
**duly** 5:9

**E**

**E** 2:1,1 3:1,7
**e-mailed** 4:20
**earlier** 22:20 53:16 55:12 85:18 101:5 103:6

ears 69:2
EASTERN
1:2
Easton 76:4
Education
93:12
efforts
110:13
either 17:20
25:18 54:7
73:15 92:23
elbow 85:22
86:3 87:5
103:13,14
103:20,21
elbows 69:4
elderly 67:14
electronic
100:5
else's 41:14
emergency
77:16 81:5
81:8,21,23
82:5,11,13
82:16 84:12
87:8
employees
5:18,19
empty 40:10
EMS 84:12
84:13
EMTs 75:19
76:7,13
encounters
27:8
endo 99:21
enforcement
26:10 76:8
108:4
entrance 33:4
entry 101:5
envisioning
68:18
episode
106:21
108:12
equipment
43:7
ER 76:23
error 107:20
especially
15:17
ESQUIRE
2:3,8

estimate 14:7
estimating
14:8
et 1:5,7
events 81:7
eventually
64:2 102:23
evidence
114:3
exact 12:19
20:23 26:22
exactly 13:1
18:11 25:10
48:1 52:7
55:24 61:13
65:23 93:23
104:18
exam 80:9
examined 5:9
example
36:14
Excuse 83:20
excused
113:20
exhaust 70:3
exhibit 4:18
4:19,23
exhibits 4:17
113:18
explain 38:15
explaining
53:2
explanation
112:5
explore
101:22
explored
103:13
express 27:10
expresses
84:24
eye 92:6

F

F-E-R-S-T-...
100:20
face 63:17
68:9
facing 59:6
fact 88:6 94:1
96:12
fair 30:7 52:9
55:13 67:9
77:14 80:17

105:13
fall 83:6,13
84:18
falling 64:18
68:18
familiar
55:17
family 17:4
21:7,19,23
74:9
family-wise
22:1
far 20:1 58:5
58:6 62:18
69:17 106:8
favor 46:22
February
7:19 26:13
35:10 37:12
38:19 40:4
40:10,11,21
40:23 41:12
41:20 45:3
46:24 48:19
49:20 51:24
52:23 53:5
53:5,19
54:22 55:18
59:10,18
60:16 61:3
61:13 62:1
64:8 77:16
78:17,20
81:7 83:14
83:18,21
86:13,24
88:2 89:24
90:7 91:1
94:21 95:21
98:13
102:19
104:9,11
105:21
108:3,8
feel 66:19
feelings 26:10
feels 92:14
93:1
feet 31:15
62:23
fell 67:15
76:11
felt 63:16
female 82:4

84:11
Ferster
100:15,16
100:19
fight 26:24
figure 18:16
65:22
figured 70:10
file 98:1
111:12
filed 18:8
97:13
109:24
filing 5:2
finally 72:16
108:23
110:1
find 105:7
109:24
fine 10:24
13:19 14:9
21:24 110:6
111:20,21
fingers 87:3,3
firearms
27:16,21
38:2 45:4
45:18 54:21
first 6:9
11:23 15:15
16:22 19:14
31:10 33:18
37:22 45:21
54:2 64:7
70:23 71:24
80:5,7
81:12
102:17
firsthand
112:17
five 25:5 32:5
66:19 80:23
85:2 107:4
fix 37:19
fixed 20:3
98:15
101:20
fixes 37:10
flat 63:18
84:15 85:16
flew 63:17
floor 2:9 61:5
65:20 66:23
67:1,17

69:5,16,24
71:19,20
72:11 74:13
74:14 75:15
flooring
69:13
focus 52:22
follow 90:10
following
84:17 90:15
follows 5:10
foot 84:20
foregoing
114:6,19
forever 64:1
76:14
forget 37:22
57:20
forgot 53:15
form 5:4
formally 21:3
foster 10:13
found 104:22
109:3
Fountain
77:10 78:4
78:6 90:22
four 27:20
30:1 31:12
31:13 32:16
32:19,20,20
32:21,24
45:5 47:20
48:20 72:9
fracture
79:10 89:15
90:16 93:14
101:14
fractured
69:3 77:7
78:3 99:15
101:18
102:9
free 61:10
freight 19:8
French 3:11
33:10,12,15
33:20 38:11
62:19,21
73:23 74:2
74:7
friend 108:16
friendly
27:15

friends 1:22
37:18
front 33:4,5
33:19 68:14
96:2 97:10
98:4,6,11
101:11,19
102:3,4,20
froze 46:1
full 15:24
full-time
56:17
fully 65:14
101:3 114:4
fun 113:13
further 4:16
62:22
fusion 93:13
future 99:21

G

Gabapentin
85:3
game 34:6,21
Gap 13:21
101:1
110:24
111:2
garage 30:11
30:14,18,21
34:5,5,18
34:20,23
35:4,8
36:20 37:3
37:5,20
38:6,20
39:3 40:3,6
40:20 54:8
geared 46:20
Geez 44:5
general 2:7
107:17
generally
58:24 94:15
generate
16:10,14,14
generated
18:4
generates
19:12
GERD 85:5
85:10
getting 13:9
23:24 47:18

69:6 82:16
86:17 87:13
88:6,8
110:20
112:1
give 12:19
26:9 36:13
41:18 46:18
47:6 75:4
96:2 98:12
107:3,10
given 15:13
93:12
110:17
giving 67:19
glasses 65:1,3
go 6:8 29:7
33:18 37:2
37:4,7,13
37:15 41:22
56:1 59:15
60:9 68:7
68:16 75:7
76:20,23
80:4 82:13
86:16,17,18
96:10,12
100:14
101:7 113:5
God 12:12
goes 87:4
going 5:22,23
8:22 13:1
15:22 29:8
29:11 30:17
30:21 32:7
38:8,14
40:1 42:6
46:7,10,14
47:8 54:1
54:24 55:2
63:6,7 64:5
64:20,20,22
65:2 67:6
67:14 68:7
69:9 74:4
76:20 79:23
79:24 80:1
81:1 82:2
82:10 83:18
84:3,5
85:23 86:1
89:15 90:12
91:23 92:9
93:9,11

95:17,18
98:17 99:14
101:2 102:8
106:21
107:10,12
107:20
good 5:13
64:4 65:6
96:2 98:12
gotten 100:4
government
26:11
grandchild...
11:19
grandson
9:18 11:4
49:15 51:18
grandsons
28:21
grass 16:20
17:10,14
18:2
green 29:24
30:2,8 34:8
34:24 35:21
ground 66:9
68:16,17,21
68:22 69:11
70:5,14,19
70:21 71:14
72:4 73:7
84:15 85:1
grove 16:5
42:24
growing
59:19 60:5
60:6
guess 18:17
22:8 39:20
43:2 45:12
51:17 54:16
60:23 62:11
62:20 65:11
68:17,20
72:16,17
82:3 84:6
98:11
100:21
102:5,8
104:14
105:16
108:23
110:23
guilty 60:17

Ada Anglemeyer
November 5, 2020

Page 4

106:6 109:3
**gum** 103:6
**gums** 96:9,13
97:12,23
98:1
**gun** 3:12
38:20,23
39:1,6,8,14
39:17,19
50:8 51:22
51:23 56:5
**guns** 3:17,18
46:10,15
48:19 49:13
49:19 50:4
50:18 51:4
51:5,6,9,13
51:15 52:3
52:8,17
53:18,18
54:5,7,21
55:5 58:3
110:13,14
110:20
112:1
**Gunshots**
29:4
**guy** 37:19

_____ **H** _____

**H** 3:7
**halfway** 66:5
66:6
**hand** 69:7
86:18 87:1
87:14
**handcuffed**
74:13,14
75:13
**handed** 76:6
**handgun**
51:4
**handguns**
27:22
**hands** 75:14
**happen** 7:14
52:13
**happened**
22:9 25:6
61:13 62:11
65:24 87:22
97:20
104:17,19
**happening**

60:10 94:21
**happens**
47:13 72:14
**happy** 100:3
**hard** 55:8,16
55:17 63:16
65:19 66:8
66:16 67:23
68:8 69:5
76:11 87:24
99:19 102:1
**hardware**
78:14 84:19
**head** 69:2
94:14
**heads** 71:11
**heal** 90:17
**healed** 93:13
93:14
**healing** 82:19
93:14
**health** 81:17
89:20 92:24
104:9
**hear** 39:16
64:16 66:9
67:18
**heard** 25:20
39:10 60:2
60:5 63:3,9
64:15 66:10
66:11,15
70:7 71:21
87:20
**hearing** 57:7
108:22
110:1
**hearings**
105:10
**hearsay**
54:10
**height** 7:16
**held** 75:10
107:23
113:8
**helmets** 71:9
**help** 17:7
18:1,2
**helped** 21:18
56:9
**helpful** 61:19
92:7
**helping** 95:1
**helps** 65:8

**hidden** 61:5
**Hideaway**
14:23 16:3
17:4,18,22
18:5,17
36:2
**highlight**
81:13 82:3
**highlighted**
84:6
**Hill** 77:10
78:4,6
90:22
**hip** 68:24,24
75:21
**hired** 17:9
**history** 80:13
84:4,9,18
**hit** 63:16
65:19,20
66:12,15
68:8,8,16
68:21 69:1
69:4,11,16
69:20,21,23
69:23 84:23
87:17 88:1
99:16 103:3
**Hold** 56:13
**home** 25:5
30:6,7 78:2
84:8,12,14
90:15 95:24
**hoping** 86:16
**hospital** 64:3
76:1 81:5
87:11 89:5
95:24
**hostility**
27:11
**hours** 77:17
91:20
**house** 6:12
16:7 26:14
27:10 31:11
31:16 33:4
35:7 36:24
41:9 45:19
47:21 48:20
51:5,20
53:6,19
54:6,8,22
55:22 56:10
57:10 62:3

64:10 73:19
73:21 74:10
75:2 83:24
108:2
109:12,19
**houses** 19:16
**human** 20:13
**hunting** 46:6
47:20,24
**hurt** 64:21
93:7 97:8
103:10
**hurts** 92:14
93:1
**husband** 6:18
19:4 21:4
22:4 36:15
48:12,14
49:3 63:19
67:14 70:6
71:16 74:13
84:24
**husband's**
51:4 71:21
**hypertension**
85:5

_____ **I** _____

**idea** 12:17
67:6
**identification**
113:19
**identify**
79:24 80:3
**identity** 4:15
**illness** 80:14
**image** 29:16
**imagine** 72:6
**immediately**
62:10 84:17
**improve**
104:5
**improving**
92:14 93:1
**inappropri...**
7:14
**incident**
24:13,19,20
24:21 57:5
57:16 100:8
**incidents**
26:8
**income** 16:11
16:13 18:4

18:8,18
19:12
**increased**
81:18
**indicate**
18:11 54:5
92:17
**indicating**
103:22
**individuals**
6:22
**infected** 96:9
97:22,23
**infection**
96:13,23
97:9
**information**
77:23
105:14
106:9
109:21
**initials** 99:17
**injections**
93:19,20
94:1
**injuries**
69:10 76:17
**injury** 90:15
**inside** 62:21
**install** 35:19
**installation**
78:13
**installed** 35:6
35:7,9,10
36:19
**installing**
35:21
**instantly**
66:17,22
67:17
**instruct** 47:8
54:14 55:7
**instructed**
111:13
**instructions**
15:12
**intact** 79:4,5
**intensified**
84:17
**intention** 7:6
**interaction**
95:14 110:5
**interactions**
27:13

**interject** 7:13
**Interrogato...**
19:9
**interview**
109:20
**introducing**
5:15
**involved**
58:22,23
112:2
**involving**
16:23 59:3
**issue** 86:23
103:6 111:8
**issues** 23:15
98:10,13
102:20
103:7
113:15
**IV** 87:12

_____ **J** _____

**J** 2:3
**January** 9:7
9:8 80:10
88:7,11
**jars** 103:3
**Jeff** 8:16,17
13:12 72:19
74:11
111:10,18
**Jeffrey** 8:13
9:15,24,24
25:15 51:9
53:10,17
58:11,19
63:14 65:12
68:4
**Jessica** 12:8,9
**JFK** 2:4
**JFR** 56:14,16
**Jim's** 12:11
**job** 7:8,12
56:7,8,17
**Joe** 53:8,21
60:24
105:20
106:12
**July** 11:10,11
**junkyard**
36:15
**justice** 57:7

_____ **K** _____

**Karen** 39:18
39:18
108:12
**kbradford...**
2:10
**keep** 8:22
32:6 45:8
45:15 49:24
50:20
**kept** 38:2
41:7 48:21
48:23 49:8
55:24 58:3
59:14 69:6
108:17
**Kevin** 2:8
5:14 111:4
**key** 48:6
**kid** 26:1
**Kierra** 11:22
11:24 13:4
28:23 52:2
52:9 53:9
53:24
**kind** 23:2,22
31:3 32:8
34:11 49:5
62:20 68:18
103:12
**kindly** 111:15
111:17
**kinds** 109:17
**kitchen** 49:4
49:7
**Kluska** 2:13
6:23 8:17
9:1,6,7,10
10:5,21
11:6,10,13
11:22 12:12
12:22 13:5
13:7,12
14:3,5
32:17 53:8
53:8,9,21
60:24
105:20
106:12
**knew** 39:11
50:7,8
51:14 58:7
87:15
**knocked**
72:10 84:8

85:1 95:13
**know** 6:7
12:7 14:9
15:21 20:23
20:24 23:12
23:14 24:3
25:8,13,18
25:20 26:19
26:21 27:6
29:13 31:17
35:8 36:19
37:16 38:2
38:4,9 39:6
39:8,11,22
39:23 40:18
41:4,17,19
42:2,2 44:6
45:22,23
48:22 49:3
49:15,21
50:5,10,19
50:24 51:2
51:7,8,12
52:1,4,6,7
55:24 56:23
57:12 58:5
58:6,21,22
59:5,14
60:12,14,17
60:22 61:3
61:9 63:3
63:24 64:18
64:19,21
67:13,15,16
67:21,24,24
68:13 69:23
72:10 75:2
77:4,6,22
82:16 86:9
87:14,14,22
87:24,24
88:23 89:13
91:13,16
93:5,6,24
94:16,23
101:7,16
102:5
103:18,20
105:8,16,24
106:1,3,6,8
108:24
109:23
111:6
112:14,15

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

Ada Anglemeyer
November 5, 2020

112:18
113:13,13

**L**

**L** 1:15 114:13
**L2** 69:4 77:8
79:10 89:14
90:16 91:9
91:10 93:5
93:13,18,22
**L4** 78:14
81:16
**L4-L5** 78:23
93:4
**L5** 78:14
81:16
**laid** 63:24
64:2 72:15
75:20
**lake** 42:16
**landed** 69:15
**LANE** 1:22
**large** 61:4
**lasted** 97:1
**laundry** 56:3
56:4
**law** 26:10
76:8 108:3
**lawsuit** 5:17
5:24 7:10
**lawyer** 111:3
111:11
**lay** 75:21
**laying** 63:23
71:19 74:13
75:15
**leading** 65:15
**leads** 33:19
33:21
**learn** 59:18
59:22 60:23
78:16
**leave** 101:6
**leaving** 83:9
110:2
**left** 31:4
39:19 42:14
42:15 43:24
44:8 46:9
102:6 109:4
112:10,14
**leg** 84:20
**legal** 104:24
**let's** 21:13

53:4 61:17
85:8 99:11
101:7
**letter** 110:16
**level** 32:3,8,9
32:12,14
33:1,1,9,20
33:21 62:14
62:16,19
**LEVIN** 2:2
**license** 22:12
22:23
106:19,23
107:1
**life** 70:8
**lights** 64:14
67:4
**liked** 110:11
**limited** 98:3
**line** 101:15
101:17
**liquor** 22:12
22:23
106:19,23
106:24
**Lisa** 21:13,14
21:17,17
24:24
**listen** 111:16
**lists** 85:5
**little** 14:10
23:23 29:6
33:3 61:16
64:14 65:8
65:18 66:2
66:4 75:6
83:10 88:16
88:18 92:7
95:18 101:5
101:22
**live** 9:20,24
10:2,7
28:19 58:9
**lived** 13:23
26:1,2 42:6
68:5 74:10
**lives** 9:13
10:14 26:1
**living** 18:21
25:22 27:10
52:19,21,23
53:1,6,12
55:19 61:10
108:16

**local** 38:17
40:9 46:10
46:21 47:5
54:3,11
106:15
111:11
**located** 31:23
34:3 54:5,7
54:21 65:23
100:23
**location**
93:13
**locations** 4:7
**locked** 45:10
45:16 48:4
48:23 49:10
50:24
**long** 8:1,4
13:23 26:2
28:5 31:4
59:1 63:24
76:13 79:21
91:7 98:16
109:3
**longer** 22:6
94:8
**look** 37:8
55:17 79:1
94:16
102:17
104:2
**looking** 14:9
**looks** 29:15
44:7 91:20
**loosened**
97:12
**lost** 106:22
**lot** 36:22 37:1
65:9 71:11
72:7,7
77:12 81:20
81:23 85:13
**Lotterman**
21:13,14,17
24:24
**low** 92:13,24
**lower** 32:3,7
32:12 33:1
33:9,21
62:14,16,19
80:15,17
**Luchette**
94:7
**Luchetti** 94:7

**Luke's** 76:3
76:23 77:11
78:4 81:5
83:22 90:22

**M**

**main** 44:8
**major** 107:20
**making** 46:13
**man** 23:20
74:21
**manage** 21:2
**managed**
22:20
**managing**
20:1
**March** 7:4
8:3 89:20
101:13
**marijuana**
59:19 60:6
60:13 106:1
106:4
**mark** 8:23
9:1,16,23
17:7,17
21:12 22:2
24:16 25:2
25:9 29:19
36:19 51:13
53:11,18
55:18 56:21
74:11
104:12
105:15
**marked** 4:17
38:9 55:1
113:19
**married** 7:22
8:1
**Mary** 21:12
**materials**
59:22
**Matt** 42:1,2
**matter** 114:6
**Mayor** 25:1,1
**mean** 13:24
23:10 44:22
91:9 98:11
99:18
**means** 84:9
101:17
114:21
**medical** 3:20

72:23,24
73:2 75:19
76:17 81:4
85:4,9 86:2
100:3
113:15
**medical-rel...**
80:2
**medically**
99:18
**medication**
93:3
**medications**
72:14 82:7
**medicine**
61:21 70:22
89:2
**meeting** 4:8
**members**
17:3 21:7
21:19,24
74:9
**memory** 70:3
**mental** 104:8
91:21,22
**mention**
97:19,20
**mentioned**
10:11 78:9
**mess** 5:13
**met** 5:14
**meth** 25:16
**Michele** 1:11
114:13
**middle** 36:3
80:13 83:1
84:4 92:12
**mile** 10:8
**Miller** 96:10
96:16,17
**milligram**
85:2
**milligrams**
80:23
**millimeter**
49:6
**Mine** 27:23
**minute** 8:24
19:23 32:4
44:12 56:12
**minutes**
107:5
**missed** 46:1
**mm-hmm**
11:3 15:4

15:19 17:12
20:10 31:14
42:19 43:20
56:19 77:18
92:4
**mobility** 83:3
**Molnar**
110:23
111:2
**Molotov**
59:23 60:13
**mom** 11:6
112:2
**moment**
76:10
**money** 61:11
**Monica** 12:2
13:11,13
52:16
**Monica's**
13:16
**month** 7:2
8:6 28:6
91:21,22
**months** 60:20
72:9 78:10
91:11 94:1
**morning** 5:13
89:5,12
**motion**
111:12
**mouth** 65:19
98:5 99:16
103:3
**move** 29:13
61:12 63:23
64:1 75:16
89:15
**moved** 82:2
83:17
**moving** 81:2
89:17
**mow** 17:9,13
18:2
**mowed** 16:20
**MRI** 77:21
**MRIs** 82:17
**Murphy** 1:15
114:13

**N**

**N** 2:1 3:1
**Naftalin**
92:15,20

**name** 5:14
6:21 8:10
10:15 13:16
20:15 21:5
21:6 37:23
37:24 42:1
42:3 94:6
99:9
**named** 10:11
**names** 8:6
12:8
**narrow** 23:23
52:24
**nasty** 109:17
**nature** 20:13
**near** 65:24
**need** 4:11 6:4
6:5,7 10:24
12:19 29:13
61:20,20
63:8 65:7
103:11
**needed** 93:15
**negative**
26:10
**neighbor**
18:1
**neighbors**
29:1
**nerve** 103:4
103:19
**never** 26:6
39:1,3,11
39:24 42:4
60:2,4,7
86:23
106:22
107:17
108:21
**NEWTOWN**
1:22
**night** 36:3
58:15 64:14
**nine** 49:6
**noise** 63:4,10
64:15,16
66:10,12,15
67:13
**Norfolk** 19:7
**normally**
45:11 48:4
49:8,24
50:20
**Northampt...**

1:7 111:8
**Northeastern**
80:9
**Notary** 1:16
**note** 90:13
99:8
**noted** 54:18
105:3
**notes** 83:2
84:21 114:5
**notice** 1:14
89:8,11
**notify** 35:16
**November**
1:11 81:4
82:22
**nuisance**
106:16
**numb** 69:8
87:2,4
104:7
**number** 5:18
24:23 48:22
48:22 54:7
54:21 80:6
101:8,14
110:13
**numbers**
30:2 34:10
80:4 101:16
**numbness**
87:6,10

**O**

**oath** 4:10
**object** 47:7
54:9,13
76:11
104:23
**objection**
46:8,11
47:14 54:18
55:7 98:23
104:20
105:2
**objections**
5:4 114:3
**obligation**
5:24
**obviously**
25:24
**occasions**
23:18 36:8
**October** 8:9

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

17:2,16,21
79:14 81:17
84:18 90:5
92:2
**offended** 7:11
**offered** 93:15
**OFFICE** 2:7
**officer** 4:10
54:11
**oh** 8:8 12:8
12:12 19:13
52:21 56:12
62:23
108:10,13
110:10
**okay** 6:10,11
6:19,21
7:12,21
8:12,19,22
9:5,13 10:2
11:2 12:16
13:4,19,20
14:12 16:1
17:3,8,11
17:16 18:10
18:14,20
19:5,22
20:14 21:23
22:14 23:6
23:18 24:3
25:8 26:6
26:13,20
27:8 28:3
28:14,18
29:10,13,15
29:16 30:7
30:14,17,20
30:22,23
31:7,18
32:2,6,11
33:3,12,15
33:24 34:11
34:12,19,23
35:2 36:8
37:2,11
39:13 40:8
40:17,19
41:7,15
43:1,16
45:2,16
46:16 47:9
47:16,17
48:2,8,18
49:7 50:15

51:3,13,21
52:7,13,21
53:4,12,15
54:1,17,24
55:15,18
57:4,12,19
58:11 60:16
60:23 61:14
61:22 62:24
63:5,15
64:4,23
65:10 66:6
67:18 68:1
68:15 69:9
69:15 70:2
70:10,23
71:4,13,24
72:4,8,12
72:22 73:5
73:11,14
74:5,8,20
74:23 75:4
75:17,24
76:6,10,16
77:5,14
78:5,9,16
79:13,17
80:20 81:1
81:21 82:1
83:7,14,17
85:15 86:5
86:7 88:2
88:18 89:3
89:7,14
90:6,20,23
91:1,12,20
91:22 92:8
92:9,15,17
92:22,22
93:17,20
95:6,9,16
96:23 98:24
99:4 100:7
100:19
101:4,21
102:8,19
103:5,23
107:6
109:18
110:4,7,22
112:20
113:16
**old** 10:19
12:17,18

13:9,12,21
14:2
**older** 88:6
**oldest** 12:11
**ones** 19:6
49:2 51:6
100:17
**ongoing**
80:14 84:16
85:4,9
**open** 43:11
48:11 58:16
63:1 65:12
96:11
**operate** 17:4
17:5
**operating**
16:19
**operation**
16:23 17:18
**orthopedic**
78:14
**outcome** 25:8
**outside** 34:14
64:8,12
73:19 74:4
74:8
**owned** 19:10
20:14 21:3
39:10 47:20
**owns** 39:8
**Oxycodone**
80:21 85:2
88:15,21

___

**P**

**P** 2:1,1
**PA** 2:4,7,9
**packaging**
41:2
**packets** 40:21
**page** 3:2 80:7
81:2,12
82:2,23
83:2,19
84:4 89:17
90:12 91:24
92:10,11
93:10 95:19
98:22 99:5
101:5
**pages** 98:18
102:22
**pain** 63:19

69:24 72:7
72:7 77:12
80:15,17
81:15,18
82:5,7 84:7
84:16 87:3
92:16,20
103:13,14
**pains** 104:6
**painted** 20:2
**paragraph**
80:13
**paraphern...**
60:18
**Pardon** 39:7
57:1 78:18
89:10
**parked** 41:14
**part** 5:17 7:8
7:9 30:5
36:11 44:1
44:11 64:6
68:11 78:20
78:22 80:12
84:5 87:17
90:13 93:11
106:18
**part-time**
16:16
**participating**
4:7
**parties** 4:3
16:12
**parts** 98:4
**party** 26:24
**passed** 66:14
76:13
**patient** 81:16
81:17 82:4
84:7,8,15
85:15 90:14
99:16
**patient's**
93:12
**pavilion**
43:10,10,11
43:18,19
**pavilions**
43:5
**pending** 6:8
**Pennsylvania**
1:2,22
13:22 20:17
**pension**

18:22,23
19:3
**people** 9:14
9:20 17:5,9
21:20,21
23:4,6,7,10
23:10,24
24:23 36:1
64:18 72:23
72:24 73:2
112:18
**permission**
27:3
**permit** 28:13
**persists**
80:15
**person** 67:2
68:2 71:4,5
71:24
**personally**
16:18 27:19
**Philadelphia**
2:4,9
**photograph**
3:9,11,12
3:13,14,15
3:17,18
30:5 40:3,9
40:20 54:3
110:13
**photographs**
38:16
**physical** 6:6
94:18 95:5
**picked** 72:18
73:9
**picking** 92:5
**picnic** 16:5
42:23
**picture** 33:8
33:13,18
38:11,20
40:19 42:12
54:2,10,12
55:3,4,11
95:23
**pictures** 38:9
40:2
**piece** 102:1
**pistol** 28:11
28:16 50:5
50:5,7,11
50:13,17
**pistols** 27:23

45:5 47:20
48:20
**place** 4:11
44:6 79:14
**placement**
84:19
**places** 93:8
**Plaintiffs** 1:5
2:6
**please** 6:8
46:4
**pled** 60:17
106:6
**point** 52:22
66:10 70:10
71:17 73:6
75:14 76:12
77:24 78:1
83:5,8 87:7
91:4 95:6
**police** 5:18
23:16,19
24:9 26:14
27:11 30:15
35:11 36:6
36:9,17
38:17,17
40:9 41:11
46:10,22
47:5 54:3
54:11 57:6
57:12 62:2
68:3 70:7
70:11,15,16
71:2 84:9
88:3,19
89:8,12
99:17 108:2
108:5,19
109:6,18
110:5,7,15
110:10,12
112:21
113:1
**pond** 42:15
**possess**
112:23
113:3
**possession**
4:21 52:4
60:18 106:1
**possible** 6:1
**potential**
99:21

**pounds** 74:22
**power** 73:8
**practice**
27:24 28:2
28:19 52:5
52:11
**practiced**
28:4
**practicing**
29:2
**present** 2:12
4:3 80:14
**presented**
4:19
**presenting**
4:18 82:4
**presents** 84:7
84:11
**presumably**
81:17 83:23
101:10
**pretty** 10:10
65:6
**previous** 55:4
**prior** 4:22
75:1
**Probably**
27:19
**probation**
60:20
**problem**
15:20 95:9
111:9
**problems**
79:19,21
96:8
**procedure**
103:16
**proceedings**
114:3
**process**
106:14
**Professional**
1:16
**properties**
19:19
**property**
3:10 16:8
28:7,12,19
29:7 30:5
30:13 31:2
34:1,14
35:17 41:12
42:6,8 44:1

44:11,13,23
52:14,15
111:13
112:11
113:3,4
**provide** 6:1
**provided**
99:9
**pry** 14:10
**PSP-20** 82:23
**PSP-2012**
81:13
**PSP-2550**
80:6
**PSP-338**
29:20
**PT** 81:17
**Public** 1:16
114:14
**pull** 41:10
42:12 54:2
**pulled** 44:7
**purchased**
39:9
**purposes**
30:20
**pursuant**
1:14
**pushed** 84:14
**put** 25:4
29:24 77:12
87:12 96:6
96:7 100:18
107:14
111:4
**putting**
103:11

___

**Q**

**Quarry** 14:21
14:22 16:2
17:4,17,21
18:4,16
36:2,24
42:17,18
56:9
**question** 4:23
6:8,9 15:18
15:22,23,24
23:22 45:13
53:4 54:13
62:21 98:14
107:13
111:18

Ada Anglemeyer
November 5, 2020

questioning
  4:22 113:11
questions 5:5
  5:23 7:10
  15:3 45:2
  46:19 47:7
  58:18 64:5
  71:15 107:8
  107:10,19
  112:3
quite 19:20
  79:22 82:17
  96:12 97:1

**R**
R 2:1
Rachel 12:13
  12:14
raid 84:13
raided 84:8
railroad
  18:24 19:3
  19:4,5
railroads
  19:8
Raub 18:1
  21:17
read 80:6
  82:8 84:3,5
  85:7 87:16
  93:11 99:1
  99:14,19
  100:5
reading 5:2
  65:8 99:15
realize 70:14
really 45:22
  56:8 60:22
  65:19 66:8
  69:5 70:1
  83:11 85:12
  87:24 88:8
  97:21,22
  100:3,5
  107:17
reason 6:4
  74:23 80:8
  82:24 105:6
  106:18
  108:10
rebond
  101:18
  102:9
rec 48:3

recall 57:2,15
  59:6 63:6
  69:18
received
  98:19
receiving
  75:18 76:12
  80:21
recess 61:23
recognize
  55:5,14
  71:3
recollection
  6:2 56:18
  56:24 77:15
record 5:15
  5:16 6:4
  29:19,23
  38:10 42:14
  46:8 47:16
  75:8,11
  81:4 99:6
  102:22
  107:24
  111:5 113:6
  113:9
recorded
  92:22
records 3:20
  76:18,24
  82:22 86:3
  94:13,17
  96:14 97:16
  98:19 99:5
  100:4 104:2
red 30:1,10
  31:4 34:11
  35:4 36:20
  37:4 84:6
  92:12
Ref 3:8
referencing
  34:24
reflect 95:20
reflected 18:5
refuse 46:18
  47:6
regarding
  4:23
regards
  108:15
Registered
  1:15
regularly

10:9 37:4,6
53:6 90:7
Rehabilitat...
  80:10
relate 99:6
related 5:24
  24:5 60:13
  105:12,24
relates 84:13
  84:15 85:15
remember
  15:2 56:23
  57:8,9,18
  57:20,22,24
  58:23 59:2
  59:3 63:2
  63:19 70:5
  74:15 81:9
  81:19 82:10
  82:12 83:4
  86:10 87:21
  94:12 95:2
  95:4 98:16
  100:11
  101:23
remote 4:6
remotely
  4:13
remove
  112:22
  113:2
Renae 2:13
  6:23 9:6,9
  9:24 17:6
  17:17 22:1
  28:22 49:16
  49:17,18
  50:16 52:8
  53:8 58:1
  60:24
  106:12
  111:22,24
Renae's
  11:16 51:3
  51:22 52:3
rental 18:8
  19:10 42:23
rentals 27:3
rented 16:12
  19:17 22:21
  26:24
repeat 46:3
  78:18
  112:24

report 109:19
reported
  87:15
  108:18
reporter 1:16
  4:5,14 15:5
  15:8,21
  45:24
  114:23
rigamarole
  97:14
right 6:12
  9:21 11:16
  22:3 25:14
  26:3,4 27:7
  32:18 33:2
  33:22,23
  34:6 42:20
  42:22 43:11
  43:21 47:18
  52:14,22
  58:6 60:21
  61:12 62:10
  62:14,21
  66:6 68:7
  69:7,20
  71:16,17,23
  72:3 77:3
  79:1,12,15
  80:24 83:23
  85:17,20
  90:11 91:3
  91:13 96:1
  97:5 98:3
  99:15 100:2
  100:7
  101:11,12
  102:6
  103:12
  104:4
  110:12
  112:4,7,19
  113:17
right-hand
  44:9
road 10:8
  13:21 44:1
  44:2,3,15
rockets 40:18
roof 43:12
room 6:14,17
  7:15 15:16
  34:6,21
  48:3 55:21
  56:1,1,5
  58:12,16

Ricky 28:23
  51:17 53:12
rifle 50:11,14
  50:15,17
rifles 27:22
  46:6 47:21
  47:24 48:22
rigamarole
  97:14
root 97:7
  103:1,4,11
round 111:23
RPR-Notary
  114:14
rules 107:21
run 14:20
  23:5
Ryan 12:7

**S**
S 2:1 3:7
safe 45:10,20
  46:5 47:22
  47:23 48:2
  48:5,9,11
  48:23 51:1
  51:6
Saint 76:3,23
  77:11 78:4
  81:4 83:22
  90:22
Salvage
  56:14,16
sand 43:21
sandy 42:24
sat 72:18
  73:9
satellite
  29:16
satisfied
  110:4
saving 61:11
saw 19:9 39:3
  60:7 68:1
saying 30:18
  89:7
says 80:14
  81:14 84:4
  87:17 88:14
  88:23 90:14
  91:12 92:13
  92:22 99:13
  101:7,8,10
  101:14,16
  101:17
  102:9

59:10,12,15
  59:15,20
  60:6 61:1
  63:11 66:2
  66:12,22
  71:19 72:19
  73:20 106:4
root 97:7
  103:1,4,11
round 111:23
RPR-Notary
  114:14
rules 107:21
run 14:20
  23:5
Ryan 12:7

**S**
S 2:1 3:7
safe 45:10,20
  46:5 47:22
  47:23 48:2
  48:5,9,11
  48:23 51:1
  51:6

scale 3:13
  40:5
scared 67:12
schedule
  111:23
screamed
  63:18
screen 29:9
  41:10 79:23
  81:2 89:16
  95:10,17
scroll 81:11
  92:9 93:9
  101:9
scrolling
  82:21
sealing 5:2
search 38:18
  41:11 54:4
searched
  30:15 31:2
second 31:24
  38:11 46:1
  75:8 92:10
  95:11
  101:15
  107:3 113:6
seconds
  66:19,20
secret 61:5
see 10:9
  21:13 23:12
  29:15,16
  37:9 39:20
  44:3,5 56:5
  60:9 64:20
  65:1,2,6
  67:2,4 68:3
  68:4,4
  71:18,22
  72:1 74:9
  81:13 82:9
  85:9 89:20
  92:2,11
  94:3,5,8
  100:9
  103:21
  109:1
  111:12
seeing 29:12
  89:24 90:7
  92:18 94:13
  103:14
seen 38:21

39:1,24
  40:5,11,22
  74:11,11,12
  74:14 82:6
  86:2,20
  104:8
sell 22:8,11
  22:13,23
  106:24
selling 23:10
  24:17 25:16
sending
  109:16
sensitive
  103:9
sensors 35:13
sent 15:3
  77:10 78:1
separate 4:6
  24:20
September
  8:23
series 5:23
  80:2
set 88:8
share 33:13
  79:23 81:1
  95:17 98:20
shared 60:24
sharing 29:9
  89:16 95:10
shield 84:23
  87:18,23
shock 104:6
shocks 69:6
  85:22 86:18
  86:20 87:2
  87:13
Short 61:23
show 18:7
  29:8 33:8
  38:8,14
  40:1,8 54:1
  54:24 55:2
  80:5,8
  81:22 98:17
  109:2
showed 38:11
  38:18 55:12
  62:2,6
  108:21
  110:12
showing
  38:19 42:14

95:19
shows 89:19
shut 22:24
  106:15
side 33:20
  43:24 44:2
  44:9,15
signed 99:7
signing 5:2
silencer
  39:21
simply 5:23
sir 70:7
sit 72:22
sitting 74:12
  74:16
six 32:21,24
  60:20
size 69:1
skinny 31:4
slammed
  66:23 67:1
  67:17
sleep 72:19
  91:19
sleeping
  62:12,13,14
  62:24 63:9
  67:11
sleeps 63:12
slider 33:9
slow 75:6
small 40:21
  74:21
smaller 43:1
  43:19
smashed 74:7
sold 20:6
  22:10,12
  106:18,19
somebody
  24:2 39:10
  41:14 64:18
  64:21
son 10:13
  11:17 21:11
  24:16 35:9
  63:12,13
  108:17
  109:8 111:3
sons 26:9
  37:17 109:9
soon 65:18
sorry 9:23

10:17 11:14
  15:6,7,10
  15:14 19:1
  20:12 37:24
  45:24 53:15
  56:15 63:8
  96:20 104:1
sort 39:20
  82:3 88:3
sound 60:21
  77:2 79:15
  100:7
sounds 46:12
  99:15
  100:22
Southern
  19:7
space 75:4
span 82:14
speaking
  71:4
specialist
  92:16,21
specific 14:10
specified
  18:15
speculation
  54:14
speech 46:13
speed 112:6
spell 13:17
  100:19
spend 58:15
split 32:9
Sportsman's
  20:16
spot 107:15
spread 31:22
square 31:15
stable 78:17
  79:2
stamp 80:3
stamped
  29:20
standing 72:5
start 25:24
  90:20 99:11
started 75:18
state 5:18
  30:15 35:11
  38:17 41:11
  46:9 62:2
  112:10,11
  112:21

113:1
states 1:1
  92:13
status 77:24
  91:17
stay 75:4
staying 53:6
  58:14 65:12
  109:9,12,13
  109:14,15
stenographic
  114:5
step-grand...
  12:10
step-grand...
  12:3,6
Steve 18:2
stipulated 4:1
  4:16,24
stitch 98:1
stole 46:10,15
stolen 36:7
  36:16
stop 16:23
  20:5 37:18
  95:10 108:9
  108:15
stopped 27:1
  94:12 95:3
  108:11
  109:23
stories 31:19
  31:22
story 31:24
Street 2:9
Strehlow
  1:21 4:9
strike 68:11
strikes 68:21
struck 66:7,8
  67:21 68:2
  76:11
structure
  43:17
  101:18
  102:10
structures
  43:2,3,23
stuff 36:3,12
  37:10 86:22
  108:18
subpoenas
  76:19
suggesting

44:22
suggests
  84:22 87:17
Suite 1:22 2:4
summary
  64:4 82:3
summer
  16:16
supervision
  114:22
sure 5:20
  7:14 8:20
  15:18 25:12
  26:18 35:5
  48:1 50:3
  50:23 66:18
  69:22 75:9
  76:15 83:12
  93:24 94:13
  94:23
  100:14,15
surgeon 90:3
  90:4
surgery
  14:21 16:24
  17:1 20:9
  63:21 69:6
  70:9 72:9
  78:10,24
  79:13 81:7
  81:16 82:17
  84:18 86:4
  86:8,22
  90:10 93:15
  93:18 94:10
  97:12
  103:18
  104:4
surgical
  103:16
surprise 54:6
  54:20
surveillance
  33:24 34:13
  34:17 35:19
suspect 38:5
suspected
  25:3
sworn 4:13
  5:9
SX 84:9

— T —

T 3:7

table 3:19
  55:4 69:16
take 6:6
  61:14,20
  63:5 73:7
  74:6 75:24
  77:19 85:2
  88:21,21,24
  89:1,5
  107:4
taken 1:13
  5:17 38:16
  40:3,9 54:3
  75:17 83:23
  88:14 95:23
talk 15:15
  25:14 29:6
  31:9 60:10
  62:5 68:15
  69:9 76:16
  76:22 89:14
  99:8 105:17
talked 26:9
  49:2 50:16
  51:3,4
  53:23,23
  56:21 71:16
  95:12 103:5
  111:2
talking 15:16
  22:20 24:19
  33:16 34:20
  36:4 37:3
  72:5 80:12
  102:4
  106:11
  111:24
tan 42:22
target 27:23
  28:2,4,18
  29:2 52:5
tax 18:5
taxes 18:13
  18:14
teach 107:22
tedious 63:7
teeth 63:22
  68:14 84:22
  95:13,21
  96:2,4
  97:10 98:4
  98:6,11
  99:6,16

101:11,20
  102:4,20,23
  103:4
tell 8:5 13:24
  23:19 25:12
  26:16 49:1
  54:15 55:9
  55:16,17
  57:15,17
  62:9 70:1
  87:11 91:2
  93:7 97:16
  99:4,14
  104:3
telling 102:12
tells 47:15
Ten 66:19
  91:20
tender 97:8
test 92:6
testified 5:10
testimony
  48:18 75:1
tests 86:22
texting
  108:17
texts 109:17
thank 47:9
  79:5 113:11
  113:15
theft 35:23
  35:24 36:1
  36:4,11
therapy
  94:18 95:5
thing 7:5
  16:16 31:4
  47:13 70:22
things 20:3
  26:17,20
  36:7,16,17
  70:3 71:9
  76:22
  102:16
  104:5
  108:20
  109:24
  112:6
think 8:24
  11:1 19:21
  26:4 27:5,6
  35:9 44:23
  45:4 47:24
  49:4,15

50:2,12
  51:22 53:1
  56:12,13
  74:1 75:22
  77:21 81:24
  82:15,23
  86:9 87:20
  93:6 94:6
  98:15 100:6
  101:1,3
  102:1,2,11
  103:12
  104:21
  105:8,9
  107:3
  108:10
  110:17
third 90:12
  92:10 93:9
  101:17
thought 8:20
  21:23 86:16
  87:23
three 12:9
  20:7 27:19
  32:14,15,15
  32:17 43:2
  45:5 47:19
  48:20 82:6
  82:14 87:3
  100:8
threw 65:20
Thursday
  1:11
tied 75:13
tile 69:12,14
time 5:5 8:4
  14:18 15:17
  24:6,7,23
  28:3 36:15
  39:12,13
  53:14 56:7
  58:12,13
  59:1 66:14
  67:11 80:20
  81:23 83:8
  86:13,19,21
  88:9,20
  89:6 93:15
  95:3 98:16
  99:23
  100:12
  102:17

108:18
  113:12
times 24:3
  26:16 36:5
  36:17 56:22
  77:4 93:22
  93:23,24
  108:11
  109:6,22
timing 66:18
tired 106:20
  106:21
today 5:16
  6:6 22:17
  53:1 86:13
told 59:21
  77:7 85:18
  87:21 92:23
  97:9 103:2
  106:20
  111:7
  112:18
tomorrow
  111:10
tons 76:17
tools 36:22
  37:1
tooth 101:8
  101:14,18
  101:24
  102:3,9
top 92:3
  94:14 99:8
  99:9 101:7
total 101:15
totally 46:22
touch 108:19
town 100:24
trailer 19:17
  31:2,5 41:7
  41:9,10,12
  41:13,15,19
  41:21,22,24
  42:6 43:6,8
  43:14 54:8
transcript
  114:7,20
Transitional
  99:22
translates
  91:16
traumatic
  90:15
Travostino

Ada Anglemeyer
November 5, 2020

Page 9

13:17
**trial** 5:6
  107:21
**Trinkley** 9:17
  11:2 53:9
  59:9
**trooper** 72:1
  72:12
**troopers** 7:9
  46:9 71:14
  72:17,22
  73:6,16
  76:6
**trouble** 23:1
  23:2 29:12
  35:24 69:2
**true** 111:9
  114:6
**truth** 57:17
**try** 15:18
  23:22 99:14
**trying** 23:3
  31:7 65:22
  86:9 94:6
  101:21
**Turned** 22:15
**twice** 82:13
  102:15
**two** 12:3 26:5
  31:19 32:1
  32:2,3,11
  33:1 43:1,5
  72:17,22
  73:6,16
  84:21 91:11
  96:1 97:10
  98:4,6
  101:11
  102:23
**Tyeler** 9:17
  11:2,16,20
  12:1,23
  28:23 51:21
  52:9 53:8
  53:23 59:9
**Tyeler's** 11:9
**type** 36:4,13
  50:4 64:15
  86:23
**types** 26:20
  27:21
**typing** 100:4

—————
**U**

**uhn-uhn**
  15:20
**uncomfort-**
  113:14
**understand**
  26:21 32:8
  41:1 42:4
  47:1 61:17
  82:20
  104:11,16
  104:17,18
  105:20
  107:18
  112:9,20
  113:1
**understand...**
  24:22 31:1
  31:18 62:6
  71:8 73:5
  79:9 105:2
  105:5
**underwear**
  74:12
**uniforms**
  71:2
**UNITED** 1:1
**unusual**
  28:10,15,17
**upkeep** 16:20
  36:23
**upper** 32:7
  32:14,24
  33:20 69:4
**upset** 7:7
  23:3
**upstairs**
  32:16,21
  49:14 50:22
  58:8
**use** 16:10
  32:7 36:2
  52:9 86:19
  87:13
**usually** 56:3
  63:12

—————
**V**

**vacation** 88:7
**verifies** 80:11
**Vernon** 8:8
  8:11 10:2
  21:11 22:1
  109:10
**vials** 3:14

40:10
**videoconfe...**
  1:14 2:3,8
  2:13 4:4,8
**VIDEOGR...**
  1:21
**virus** 96:11
  97:3 101:2
**vision** 65:5
**visit** 82:22
  83:18,21
  92:1 93:10
  101:9
**voice** 71:21
**vs** 1:6

—————
**W**

**Wagener**
  89:21 90:1
  90:16 92:1
  92:18 94:3
  94:9
**wait** 32:4
  44:12 56:12
  96:12
**waived** 5:3
**walk** 61:15
  63:10 72:20
  73:3
**walked** 67:16
  73:12,18,19
  73:21
**walker** 83:3,5
  83:7,10,15
**walking**
  28:15 74:18
  74:20 83:9
**want** 24:14
  25:14 29:6
  31:9 42:12
  46:21 47:2
  61:12 62:5
  76:16,21
  80:5 83:6
  87:16 89:14
  92:6 94:11
  99:7 101:4
  103:19
  106:22
  107:4 109:4
**wanted** 7:5
  108:24
  109:1
  110:10

**wasn't** 8:20
  41:13 49:10
  52:21 58:21
  94:24 95:1
  96:11 111:7
  113:13
**watch** 25:5
**water** 42:20
**way** 60:4
  74:17 76:21
  87:4 92:23
  103:22
**ways** 65:19
  66:3,4
**we'll** 19:22
  29:19 68:15
  97:16
**we're** 69:9
  76:19 93:10
  102:3
**we've** 80:11
  83:17
  103:12
**weapon** 49:5
**weapons**
  112:23,23
  113:2,4
**wear** 90:18
  91:2,7
**wearing** 65:1
  71:9 90:20
  91:4
**weeks** 91:22
**weighs** 74:22
**weight** 7:16
  7:18
**weird** 62:20
**Weiss** 86:6
  103:15
**went** 42:4
  66:9 67:15
  68:17 77:8
  78:3,6 81:8
  81:19 84:15
  85:16 86:19
  86:20 87:12
  88:6 89:19
  92:19 96:5
  97:12 100:9
  102:14
  weren't 39:13
  66:18
**Werner**

37:22 38:1
**whatsoever**
  73:15
**Wind** 13:21
  101:1
  110:23
  111:2
**witness** 3:2
  4:6,11,12
  4:18,20,22
  8:15,19 9:3
  9:8,11
  11:11,14,24
  12:14,24
  13:6,8,14
  14:2,4 15:7
  15:9 32:19
  44:18 55:8
  99:1 104:21
  107:19
  108:5,8
  113:16,20
**witness'** 4:14
**woke** 66:15
**wondering**
  21:22
**word** 79:7
**words** 79:6
**wore** 88:5
**work** 14:16
  17:21 21:7
  22:4
**worked** 14:19
  16:2 19:4
  21:10,20
  37:20
**working**
  16:15 17:17
  56:13,13,15
  110:19
**workshop**
  30:19
**wouldn't**
  20:23 25:17
  26:18 37:6
  39:22 86:18
**Wow** 8:4
**writing** 87:19
**written** 15:2
  27:3
**wrong** 85:12
  85:13
  102:13
**wrote** 30:1

**www.strehl...**
  1:24

—————
**X**

**X** 3:1,7
**x-ray** 77:19
**x-rays** 82:16
  100:18

—————
**Y**

**yeah** 9:3
  14:15 26:15
  32:20 34:12
  37:10 43:18
  45:1 56:2
  74:22 75:20
  83:6 85:10
  85:10,11
  86:1 88:10
  90:5,18
  92:8 93:2
  96:3 97:6
  99:4,19
  102:14
  104:14
  105:16
  108:10,13
  109:5,10
  110:6,23
**year** 7:2 8:15
  8:16,17 9:1
  9:9 12:19
  12:21 14:1
  18:11 97:4
  103:6
**years** 8:3,6
  13:24 14:4
  14:13 19:20
  19:21 20:7
  20:18,20,21
  20:24 23:20
  26:5 79:22
**yell** 70:7
**yelling** 63:20
  70:6
**young** 26:23

—————
**Z**

**ZEIGER** 2:2
  2:3 46:7,14
  46:17 47:1
  47:4 54:9
  55:6 75:7
  98:23

104:20,23
  107:12,16
  111:4,22
  112:7 113:5
  113:17
**zeiger@lev...**
  2:5
**zip** 75:13
**Ziplock** 3:15
  40:22
**zoom** 92:6
  95:18

—————
**0**

**007** 83:20

—————
**1**

**1** 30:2 33:3
**11** 20:20,21
**11:56** 113:21
**110** 74:22
**113** 90:13
**116** 1:22
**12/14** 102:9
**12th** 8:23
  92:2
**15** 20:24
**1500** 2:4
**160** 7:17
**1600** 2:9
**17** 83:20
**18** 13:6 84:18
**18091** 13:22
**18940** 1:22
**18th** 8:9
  11:10,11
  17:2 79:14
**19** 13:5,7,8
**19-3714** 1:8
**19102** 2:4
**19103** 2:9
**1997** 11:10
**1999** 24:17

—————
**2**

**2** 30:2
**2/26** 101:6
**2/26/18** 99:13
  101:9
**20** 19:21
**2001** 25:15
  25:22
**2009** 57:5
**2011** 81:12

**2012** 81:12
**2014** 82:2
**2016** 80:11
  80:16
**2017** 17:2,16
  17:21 79:14
  81:4 82:23
  84:18
  101:13
  102:19
**2018** 7:19
  26:13 35:11
  37:12 38:19
  40:4,10,12
  40:21,23
  41:20 45:3
  46:24 48:19
  49:20 51:24
  52:23 53:5
  53:5,19
  54:22 55:18
  59:10,19
  61:4,13
  62:1 78:17
  78:21 81:8
  83:14,18,21
  86:14,24
  88:2 89:20
  89:24 92:2
  94:22 95:7
  95:21 98:13
  104:9,12
  105:22
  108:3
**2020** 1:11
**215** 1:23
**215-546-0340**
  2:5
**215-560-2402**
  2:10
**22** 50:12,15
  50:17
**23rd** 38:19
  40:4,10,11
  40:21,23
  41:12,20
  46:24 53:5
  54:22 59:18
  61:3,13
  62:1 77:16
  78:17,20
  81:8 83:14
  83:18,21
  86:14,24

Ada Anglemeyer
November 5, 2020

90:8 94:22
95:21 98:13
104:9,12
105:21
108:3,9
**24th** 8:14
89:17 91:1
**25** 12:21,24
13:2
**25th** 81:4
82:22
**26th** 80:11
**27** 101:13
**29** 3:10 82:24
**2nd** 9:7,8

_____
**3**
**3** 30:2 34:10
**340** 13:21
**35** 13:14
**38** 3:11,12
**3rd** 2:9

_____
**4**
**4** 30:2 33:7
33:21 34:10
**4,000** 16:17
**40** 3:13,14,16
**41** 7:4
**45** 14:5
**46** 14:4,5
**47** 14:3,13

_____
**5**
**5** 1:11 3:3
**5'2** 7:17
**5,000** 16:17
**50-some**
42:11
**504-4622**
1:23
**54** 1:22
**55** 3:17,19
**59** 10:20 11:1
11:6

_____
**6**
**6:00** 62:7,10
64:7 85:2
88:15,20
**6:58** 77:1
**60** 8:3 62:23
**61** 8:9
**62** 8:19

**620** 2:4
**65** 9:3,3
**6th** 89:20

_____
**7**
**70** 62:23
**73** 9:7,10,11
**76-year-old**
82:4 84:11

_____
**8**
**8** 99:13
101:10,14
102:5
**80** 3:20
**87** 11:12

_____
**9**
**9** 99:13
101:10
**9:35** 77:1
**9:40** 1:18
**97** 11:13,14