Page 1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

ADA ANGLEMEYER, et al., : CIVIL ACTION
        Plaintiffs,      :
                         :
     vs.                 :
                         :
NORTHAMPTON COUNTY, et   :
al.,                     :
        Defendants.      :  No. 19-3714

- - -

Friday, November 6, 2020

- - -

Deposition of JOSEPH KLUSKA, taken
pursuant to notice, via videoconference,
before Michele L. Murphy, a Registered
Professional Reporter and Notary Public, on
the above date, beginning at approximately
10:36 a.m.

- - -

STREHLOW & ASSOCIATES, INC.
COURT REPORTERS - VIDEOGRAPHERS
54 FRIENDS LANE, SUITE 116
NEWTOWN, PENNSYLVANIA 18940
(215) 504-4622

www.strehlowcourtreporting.com

SUMMARY
JUDGMENT
EXHIBIT
2

4a2593e2-e3f9-4e2a-ad13-8955ac1851a6

Joseph Kluska
November 6, 2020

Page 2

APPEARANCES:

LEVIN & ZEIGER
By: BRIAN J. ZEIGER, ESQUIRE
    (Via Videoconference)
    1500 JFK Blvd., Suite 620
    Philadelphia, PA 19102
    215-546-0340
    zeiger@levinzeiger.com
    Representing the Plaintiffs


PA OFFICE OF ATTORNEY GENERAL
By: KEVIN BRADFORD, ESQUIRE
    (Via Videoconference)
    1600 Arch Street, 3rd Floor
    Philadelphia, PA 19103
    215-560-2402
    kbradford@attorneygeneral.gov
    Representing the Defendants

ALSO PRESENT: Ada Anglemeyer
    Renae Kluska
    (Via Videoconference)

        - - -

Page 3

I N D E X

WITNESS:                    Page
Joseph Kluska
    By Mr. Bradford        5, 94
    By Mr. Zeiger          92


E X H I B I T S

No.   Description         Ref.
D-11  Medical records of Joseph
      Kluska               74

        - - -

Page 4

        (It is hereby stipulated and
agreed by and between counsel for all
parties present that this deposition is
being conducted by videoconference, that
the court reporter, all counsel, and the
witness are all in separate remote
locations and participating via
videoconference meeting under the control
of Strehlow & Associates Court Reporting,
that the officer administering the oath
to the witness need not be in the place
of the deposition and the witness shall
be sworn in remotely by the court
reporter after confirming the witness'
identity.
        It is further stipulated that
exhibits may be marked by the attorney
presenting the exhibit to the witness,
and that a copy of any exhibit presented
to a witness shall be e-mailed to or
otherwise in possession of all counsel
prior to any questioning of a witness
regarding the exhibit in question.)
        (It is hereby stipulated and

Page 5

agreed by and between counsel that
reading, signing, sealing, filing and
certification are waived; and that all
objections, except as to the form of
questions, be reserved until the time of
trial.)
        - - -
        ...JOSEPH KLUSKA, after having
been duly sworn, was examined and
testified as follows:
        - - -
BY MR. BRADFORD:
    Q.  Good morning, Mr. Kluska.  My name
is Kevin Bradford.  We met very briefly just
before we started here, but I work for the
Attorney General's Office.  I'm representing
the state troopers that are named as
defendants in this lawsuit.  You are one of
four plaintiffs.
        Today we're doing your deposition.
I'm sure Brian explained to you what this is
all about generally, so I'm not going to get
too detailed in the instructions.  I'm just
going to ask you questions.  I'm not here to

2 (Pages 2 to 5)

4a2593e2-e3f9-4e2a-ad13-8955ac1851a6

Joseph Kluska
November 6, 2020

Page 6

1    embarrass you, annoy you or make you
2    uncomfortable, but given the claims that are
3    alleged in this lawsuit, I have to ask these
4    questions.  Okay?
5        A.  Absolutely.
6        Q.  Okay.  Were you present yesterday
7    when we conducted two depositions yesterday of
8    your father and mother-in-law?
9        A.  No, I was not.
10       Q.  Okay.  All right.  And who is in the
11   room with you today?  Is anyone there?
12       A.  My mother-in-law, my wife.
13       Q.  Your wife is Renae and your
14   mother-in-law is Ada, correct?
15       A.  Yes.
16       Q.  Okay.  So if you don't understand a
17   question, you can't hear me, just let me know.
18   Otherwise we're just going to get started.
19   Okay?
20       A.  Yep.
21       Q.  How old are you?
22       A.  I am 46 years old.
23       Q.  And does that make you born in '74?
24       A.  '73.

Page 7

1        Q.  '73, okay.
2        A.  Last couple days of the year.
3        Q.  Okay.  And your height and weight?
4        A.  I'd say right now closer to 210.  I
5    put some weight on.  5'9", 210.
6        Q.  5'9", 210.  Were you lighter in
7    February 2018?
8        A.  Absolutely.
9        Q.  Around what was your weight back
10   then?
11       A.  I would probably say 185, 190.
12       Q.  You are married to Renae; is that
13   right?
14       A.  Yes.  Yes.
15       Q.  How long have you been married?
16       A.  Since June 1st of 2002.
17       Q.  Now, that was good.  You were quick
18   with that.
19       A.  I know, but --
20       Q.  I'd have to think about that.
21           And do you have children?
22       A.  Yes.
23       Q.  How many?
24       A.  One stepson and one biological

Page 8

1    daughter.
2        Q.  Okay.  Tell me about the stepson.
3    What's his name and how old is he?
4        A.  His name is Tyeler Trinkley.  He's
5    23.
6        Q.  Okay.  And your daughter?
7        A.  Kierra Kluska.  She's 19.
8        Q.  And Tyeler is Renae's daughter from
9    a different relationship?
10       A.  Son.
11       Q.  Son.  Right.  Sorry.
12       A.  Yes.
13       Q.  Where do you currently live?
14       A.  102 Steep Hill Lane in Kunkletown,
15   Pennsylvania 18058 with my wife.
16       Q.  Do either of your children live
17   there?
18       A.  Not right now, but will be real
19   soon.
20       Q.  Okay.  And so currently it's you and
21   your wife?
22       A.  Yep.
23       Q.  Does anyone else live there?
24       A.  No.

Page 9

1        Q.  How long have you lived at that
2    address?  You can tell me years or if you --
3        A.  Currently just like two months.
4    We're in the process of getting back in there.
5    We lived there for years before.
6        Q.  You lived there for years before?
7        A.  Yeah.
8        Q.  Okay.  So let's put it this way:
9    When did you live there?  Can you just
10   summarize that for me somehow?
11       A.  We bought the house.  I don't know
12   exact dates.  We bought it several years ago,
13   lived there for a couple years, and then moved
14   out and rented it for a couple years, and now
15   we're in the process of going back in there.
16       Q.  Okay.  And in between when you were
17   living -- in February 2018, you were living at
18   the -- you're at 340 Allentown Road right now,
19   right?
20       A.  Old Allentown Road, yes.
21       Q.  Old Allentown Road, right.  I
22   recognize the background from yesterday.
23       A.  Yep.
24       Q.  So in February 2018, were you living

3 (Pages 6 to 9)

4a2593e2-e3f9-4e2a-ad13-8955ac1851a6

Joseph Kluska
November 6, 2020

Page 10

1    at that address, the 340 Old Allentown Road?
2        A.  Yes, absolutely.
3        Q.  So that would have been in that
4    in-between period --
5        A.  Yep.
6        Q.  -- you rented it out?  Okay.  Got
7    it.
8            During that in-between period, did
9    you live anywhere else?
10       A.  No.
11       Q.  So approximately how long were you
12   living at Old Allentown Road, if you can --
13       A.  I want to say around seven years.  I
14   don't know exact dates, but I'm going to say
15   around seven years.
16       Q.  Okay.  And so you moved back to the
17   Kunkletown place.  So basically seven years
18   ago is when you moved in, minus two months, I
19   guess, is when you moved in?
20       A.  Yeah, give or take.  I don't know
21   exact dates, but yeah.
22       Q.  Yes.  And if you're estimating,
23   that's fine.  Just let us know.
24       A.  Yep.

Page 11

1        Q.  This isn't a quiz.
2            Okay.  So as of February 2018, you
3    would have been living at Old Allentown Road
4    for quite a while?
5        A.  Yeah.
6        Q.  Okay.  Do you work?
7        A.  Yes.
8        Q.  What do you do for a living?
9        A.  Construction.
10       Q.  And who do you do that for?
11       A.  Right now I'm currently working for
12   myself.
13       Q.  Okay.  And did you work for a
14   company before that?
15       A.  Yes.
16       Q.  Can you just take me back?  I don't
17   want to go back through your entire employment
18   history.  Let's start at like around 2016
19   where you were working and then just take me
20   through your --
21       A.  2016 I worked for Comunale
22   Construction.
23       Q.  How is that spelled?
24       A.  C-O-M-U-N-A-L-E Construction.

Page 12

1        Q.  And how long did you work there?
2        A.  Probably about 11 years, maybe 12.
3        Q.  When did you stop working there?
4        A.  Through the pandemic.
5        Q.  So earlier this year?
6        A.  Yep.
7        Q.  And so you kind of segued into doing
8    some construction on your own at this point?
9        A.  Yeah.
10       Q.  Is that full-time work or is that --
11       A.  I don't work non-stop anymore.
12   Can't really -- no.
13       Q.  Is there any physical reason why you
14   can't do that or is it just because of more of
15   an economy situation here?
16       A.  No.  It's physical.
17       Q.  Okay.
18       A.  I can't handle it every day like I
19   used to.
20       Q.  All right.  We'll get into that
21   later.
22           What was your salary when you were
23   working at Comunale Construction?  And you can
24   tell me by year or --

Page 13

1        A.  I was earning 28 bucks an hour when
2    I stopped working for them.
3        Q.  28 bucks an hour.
4        A.  28 dollars.  Sorry.
5        Q.  That's fine.
6            Have you been arrested before?
7        A.  Yes.
8        Q.  And I understand that you were
9    charged with marijuana from the February 2018
10   event?
11       A.  Yes.
12       Q.  What was that, possession of
13   marijuana in a pipe?
14       A.  Possession of small marijuana, yes.
15       Q.  And what was the outcome of those
16   charges?
17       A.  I pled guilty and paid a fine.  That
18   ended it.
19       Q.  Have you been arrested and charged
20   with anything since then?
21       A.  No.
22       Q.  Okay.  Before then, did you have any
23   criminal charges?
24       A.  DUIs.

4  (Pages 10 to 13)

4a2593e2-e3f9-4e2a-ad13-8955ac1851a6

Joseph Kluska
November 6, 2020

Page 14

1      Q.  How many?
2      A.  Charged four, convicted three.  Pled
3  guilty to three, charged four times, but it
4  got thrown out.
5      Q.  Okay.  I have information that you
6  had simple assault or disorderly conduct
7  charges; is that correct?
8      A.  I'm not real sure.  If it was, it
9  was decades ago.
10     Q.  But if that information is in your
11 record, you can't say that's wrong?
12     A.  I don't remember.
13     Q.  Okay.  Do you remember the
14 circumstances of any of those events?
15     A.  No.
16     Q.  So in February 2018, you were living
17 at 340 Old Allentown Road.  You and Renae had
18 your own bedroom there?
19     A.  Yes.
20     Q.  And you weren't here yesterday.  I
21 have some familiarity with the house.
22     A.  That's fine.
23     Q.  So I can skip past some of this.
24 I'm not going to ask you the same questions I

Page 15

1  asked other people.
2          But it's my understanding that
3  there's a lower level to the house, which is
4  where you're at right now, and then there's an
5  upper level.
6          I'm sorry?
7      A.  Yes.
8      Q.  And --
9      A.  The screen froze for a second there.
10 Sorry.
11     Q.  That's okay.  And that will happen
12 occasionally.
13     A.  That's fine.
14     Q.  We'll just go back.
15         So you and Renae were living in the
16 upper level in a bedroom?
17     A.  Yes.  Yes.
18     Q.  Did anyone else like sleep in that
19 bedroom or is that your bedroom?
20     A.  No.  That was me and my wife.
21 That's it.
22     Q.  Okay.  Would anyone else go in your
23 room typically?
24     A.  Yes.  People would -- I mean, my

Page 16

1  kids would stop in and stuff, yeah.
2      Q.  It wasn't like it wasn't normally
3  locked or anything like that?
4      A.  Excuse me?
5      Q.  It wasn't normally locked or
6  anything?
7      A.  Oh, yeah.  That was our room.  You
8  couldn't just go in there when I wasn't there
9  or nothing.
10     Q.  Okay.  Would you lock it when you --
11 if no one was there, would the door to the
12 room be locked --
13     A.  Yes.
14     Q.  -- typically?
15     A.  Typically, yes.
16     Q.  Okay.  But not always?
17     A.  I work a lot, so my wife -- I don't
18 know.
19     Q.  Well, I'm going to get --
20     A.  That's fine.  I understand.  If I
21 leave the room and nobody is home and me and
22 my wife are here and I'm the last one to
23 leave, then I lock the door, yes.
24     Q.  Okay.  So it's fair to say there are

Page 17

1  probably times where it's unlocked?
2      A.  Maybe.
3      Q.  Who else was living at the house at
4  that time?
5      A.  My brother-in-law Mark, my
6  brother-in-law Jeff, my son Tyeler, my
7  daughter Kierra, me, my wife, my mother-in-law
8  Ada, my father-in-law Richard, and our family
9  friend Clyde.
10     Q.  Does Jeff have a son?
11     A.  No.
12     Q.  Where would Tyeler stay?  Did he
13 have his own room?
14     A.  He had his own room, yes.
15     Q.  Was that also on the upper level --
16     A.  Yes.
17     Q.  -- of the house?
18     A.  Yes.
19     Q.  Would you enter that room?
20     A.  I've been in his room.  I don't --
21 yes, I've been in his room.
22     Q.  Okay.  I mean, at the time -- he's
23 now.  He was about 20 or 21?
24     A.  Yes.

5 (Pages 14 to 17)

4a2593e2-e3f9-4e2a-ad13-8955ac1851a6

Joseph Kluska
November 6, 2020

Page 18

1    Q.  Would you look around his room at
2  all when you were in there?
3    A.  No.  No.
4    Q.  And same questions for Kierra.  Did
5  she have her own room?
6    A.  She had her own room, yes.
7    Q.  And she would have been 16 or 17 at
8  that time?
9    A.  Absolutely.
10    Q.  Same thing.  You would enter the
11  room, but you wouldn't look around?
12    A.  Yeah.  I've been in her bedroom, but
13  I don't snoop, no.
14    Q.  Okay.  You mentioned that your two
15  brother-in-laws are there, Mark and Jeff.  Did
16  you know anything about them engaging in, I'll
17  say, illegal behavior --
18    A.  No.
19    Q.  -- in the past?
20    A.  No.
21    Q.  Did you know anything about their
22  criminal histories whatsoever?
23    A.  Not specifically, no.
24    Q.  What did you generally know?  And

Page 19

1  we'll start with Mark.
2    A.  I don't know his past.
3    Q.  Did you know if he had any criminal
4  history?
5    A.  No.
6    Q.  Okay.  And same with Jeff, did you
7  know anything about his criminal history?
8    A.  Not in particular, no.
9    Q.  Did you know anything generally?
10    A.  Yeah.  I know there's been issues,
11  but I don't know what in particular, no.
12    Q.  So it would be fair to say you know
13  he's had arrests in his past, but you don't
14  know anything beyond that?
15    A.  No, I don't know.
16    Q.  Okay.
17    A.  No.  I don't know specifics.  I
18  really don't.
19    Q.  Right.  That's what I'm saying.  You
20  knew he possibly had some arrests in the past,
21  but you don't know the specifics?  Is that a
22  fair assessment of your knowledge of Jeffrey?
23    A.  Absolutely.
24    Q.  Okay.  And same for Mark, is it --

Page 20

1    A.  Yeah.
2    Q.  Is it the same?  Okay.
3    Did you know if any of those issues
4  involved drug possession or distribution of
5  drugs?
6    A.  I'm not real sure on that, no.  It
7  was so long ago.  I wasn't living with them at
8  that point.  I don't know exactly what went
9  on.
10    Q.  Were you ever present when either of
11  them had contact with the police, other than
12  February 23rd, 2018?
13    A.  No, I was not.
14    Q.  Okay.  And when you said you had
15  been there, I guess -- if you spent about
16  seven years there, in early 2018 we'll
17  ballpark that you had been living there for
18  about, I don't know, four and a half, five
19  years?
20    A.  Probably around there.  I don't know
21  exact dates.  That was a long time ago.
22  Somewhere around there, yeah.
23    Q.  And I understand that, and we'll
24  just go with that number, with the

Page 21

1  understanding that's an estimate.
2    During that time, had Jeffrey always
3  lived there?
4    A.  No.
5    Q.  When did he live there?
6    A.  I'm not sure of the exact dates.
7  Not as long as we have, so...
8    Q.  Okay.  So it's fair to say that when
9  you first moved back there, he was not living
10  there?
11    A.  No.
12    Q.  So the answer is yes, he was not
13  living there?
14    A.  Yes, he -- no, he was not living
15  here.
16    Q.  That was a bad question.  Sorry.
17    A.  You worded it weird.  Yes, it's fair
18  to say that, no, he was not living here.
19    Q.  Right.
20    MR. ZEIGER:  Object to double
21  negatives.
22    MR. BRADFORD:  Your objection
23  is noted.
24  BY MR. BRADFORD:

6 (Pages 18 to 21)

4a2593e2-e3f9-4e2a-ad13-8955ac1851a6

Joseph Kluska
November 6, 2020

Page 22

1      Q.  Okay.  And then at some point, he
2  moved in?
3      A.  Yes.
4      Q.  And was that shortly before February
5  23rd, 2018?
6      A.  I don't know the exact dates.  I
7  really don't.  It was before that, but I don't
8  know the exact dates.  I don't remember.
9  You're going back two and a half years.  I
10  don't know.
11      Q.  Okay.  So I'm not asking for exact
12  dates.  I'm just saying was it a couple
13  months, was it a couple years he had been
14  living there, or you have no idea?
15      A.  I don't know if I'd say a couple
16  years.  Listen, I'm not around all the time.
17  I work.  I wouldn't say a couple years.  Maybe
18  a few years.  I wouldn't -- like I said, we
19  were here before he was.  I know that for
20  sure.  He moved in here after we did.
21      Q.  Okay.
22      A.  But I definitely do not know a date.
23      Q.  Okay.  How about Mark; was he there
24  when you moved in?

Page 23

1      A.  Yes.
2      Q.  And was he there throughout your
3  time there?
4      A.  Yes.
5      Q.  He still lives there now, right?
6      A.  Yes.
7      Q.  Now, Mark had his own room?
8      A.  Yes.
9      Q.  Would you go into that room?
10      A.  Same as my children.  I've been in
11  his bedroom, but I don't -- it wasn't
12  frequent.  I don't check shit out.  I don't...
13      Q.  So you might go in --
14      A.  I've been in his room.
15      Q.  Okay.  But you didn't look around?
16      A.  No.
17      Q.  Okay.  You don't know exactly what
18  he had in there?
19      A.  No.
20      Q.  And it's my understanding from
21  depositions yesterday that Jeffrey didn't have
22  his own room per se, but he was staying in
23  some open area on the lower level?
24      A.  Yes.

Page 24

1      Q.  Does that jibe with your
2  recollection?
3      A.  Yes.
4      Q.  Okay.  Before February 23rd, 2018,
5  had the police been to 340 Allentown Road when
6  you were there?
7      A.  No.
8      Q.  Okay.  Did you ever hear of them
9  being there at a time that you weren't there?
10      A.  No.
11      Q.  Did anyone in the house as of
12  February 23rd, 2018 express any negative
13  feelings towards police or law enforcement?
14      A.  No.
15      Q.  Do you own any firearms?
16      A.  No.
17      Q.  Have you ever owned any firearms?
18      A.  No.
19      Q.  Have you ever fired a gun?
20      A.  No.  I may have as a young child,
21  like a .22 at a bird or something, but no, I
22  don't -- no.
23      Q.  Okay.  No problem.  Just because I'm
24  asking questions doesn't mean --

Page 25

1      A.  Yeah.  I don't have -- I don't own
2  guns.  I'm not into guns.
3      Q.  Okay.  On February 23rd, 2018, it's
4  my understanding that all the people you just
5  told me who were living there were at the
6  house?
7      A.  Yes.
8      Q.  And I think there was one additional
9  person.  Did your daughter Kierra have a
10  boyfriend staying over?
11      A.  Yes, she did.
12      Q.  What was his name?
13      A.  John.
14      Q.  Do you know his last name?
15      A.  Shantz.
16      Q.  What was that?  I didn't hear it.
17      A.  Shantz, S-H-A-N-T-Z, I believe.
18      Q.  How old was he in February 2018?
19      A.  I'm not sure.  I think he was a
20  senior in high school, so I don't know, 17,
21  18.
22      Q.  I think it said he's 18 in some
23  report somewhere.
24      A.  Yeah.  I don't know his birthday.  I

7 (Pages 22 to 25)

4a2593e2-e3f9-4e2a-ad13-8955ac1851a6

Joseph Kluska
November 6, 2020

Page 26

1    don't know.
2        Q.  Okay.  Was he staying there
3    frequently at that time?
4        A.  Yeah.  He would stay over.
5        Q.  Are they still dating or no?
6        A.  No.
7        Q.  I'm going to show you a photograph
8    of the property, so just hang tight here.
9        Okay.  Mr. Kluska, I'm showing you
10   what we marked yesterday as Exhibit D-1, and
11   I'll represent to you that the green circle is
12   the house that you're actually in right now.
13   Does that seem to make sense to you?
14       A.  Absolutely.
15       Q.  Okay.  And the red circle is a
16   garage on the other side of, I guess, the
17   driveway or paved area there?
18       A.  Yes.
19       Q.  Does that seem right?  Okay.
20       A.  (Witness shakes head in the
21   affirmative.)
22       Q.  I want to talk to you about this
23   garage here.
24       A.  Okay.

Page 27

1        Q.  What was in the garage, at least in
2    February 2018?
3        A.  Tools.
4        Q.  Anything else?
5        A.  No; tools.
6        Q.  Did you keep anything in that
7    garage?
8        A.  No.
9        Q.  How often would you go into that
10   garage?
11       A.  Here and there.  I've been in there.
12       Q.  Would you say occasionally or is it
13   something you would --
14       A.  Occasionally.
15       Q.  And it's my understanding that Mark
16   would spend a lot of time in there?
17       A.  As far as I know.  I worked all day
18   every day, so I'm not here all the time.
19       Q.  Would you see him in the garage or
20   by the garage or you knew he was --
21       A.  Well, I wouldn't go in there if he
22   wasn't in there.
23       Q.  Did you know if there were any
24   weapons in the garage?

Page 28

1        A.  No.
2        Q.  Did you ever see any weapons in the
3    garage?
4        A.  No.
5        Q.  At some point you became aware that
6    in the weeks or months before February 23rd,
7    2018 a confidential informant had bought meth
8    off of Mark in that garage, or that's what the
9    police allege?
10       A.  Yeah.  That's beyond me.
11       Q.  Okay.  You became aware of that
12   allegation?
13           MR. ZEIGER:  I'm going to
14       object before you answer.  So I'm going
15       to object generally to relevance to the
16       entire line of questioning about
17       confidential informants.  I'm going to
18       instruct him to answer.  Kevin, if you
19       want me to object to each question for a
20       cleaner record, I'm happy to do that.
21       Some lawyers prefer I just make a general
22       objection and let --
23           MR. BRADFORD:  That's my
24       preference.

Page 29

1            MR. ZEIGER:  Okay.
2            MR. BRADFORD:  Your objection
3        is noted.
4            MR. ZEIGER:  Okay.  You can
5        answer, Joe.
6    BY MR. BRADFORD:
7        Q.  So at some point you became aware
8    that there were allegations that he had sold
9    meth to a confidential informant?
10       A.  Yeah.  When they busted into my room
11   and ripped down my bed, then I became aware of
12   it.
13       Q.  Okay.  So before then, you had never
14   had any reason to suspect that he was --
15       A.  No.
16       Q.  -- selling meth?
17       A.  No.
18       Q.  Okay.  So that surprised you, that
19   allegation?  Is it fair to say that?
20       A.  Yeah.
21       Q.  Okay.  I'm going to show you a
22   couple other pictures here.
23           I'm showing you what we marked
24   yesterday as Exhibit D-3.  I'll represent to

8  (Pages 26 to 29)

4a2593e2-e3f9-4e2a-ad13-8955ac1851a6

Joseph Kluska
November 6, 2020

Page 30

1  you that this is a photograph of a gun that
2  was found in the garage on February 23rd, 2018
3  by the local police or some law enforcement
4  agency.
5       Had you ever seen this gun -- did
6  you ever see this gun before February 23rd,
7  2018?
8       A.  No.
9       Q.   And the occasions you had been in
10 the garage, you didn't see this gun in the
11 garage?
12      A.  No.
13      Q.   Had you ever seen this scale that
14 was in the garage?  All these photographs were
15 taken on that day.
16      A.  No.
17      Q.   This is Exhibit D-4 I'm showing you.
18      A.  No.
19      Q.   Did you ever see -- I'm showing you
20 now what's been marked as D-5 -- a box
21 containing empty vials?
22      A.  No.
23      Q.   Had you ever seen that before?
24      A.  No.  I told you, I don't spend -- I

Page 31

1  haven't spent a lot of time over there.
2       Q.   I'm just --
3       A.  That's fine.
4       Q.   When you go in the garage, the
5  times -- I understand you didn't spend much
6  time right, and when you --
7       A.  Right.
8       Q.   -- go there, you didn't really look
9  around or anything?  You would just --
10      A.  No.
11      Q.   -- go in there to talk to Mark or --
12      A.  No.  Never seen anything like that
13 ever.
14      Q.   You understand that certain drugs
15 are sold in containers like this, right, from
16 watching TV or something like that?
17      A.  Sure.
18      Q.   Okay.  I'm going to show you one
19 more picture.  Same thing, these were
20 photographs that were --
21      A.  Sorry.  I'm real sorry.
22           (Background noise.)
23           All right.  Kevin, is it?
24      Q.   Yes.

Page 32

1       A.  All right, bud.
2       Q.   All right.  I'm showing you now D-6,
3  which is another photograph taken on February
4  23rd, 2018 in the garage.  I'll represent to
5  you these are little Ziplock baggies.  I'm
6  assuming the answer is the same, but have you
7  seen those before?
8       A.  No.
9       Q.   And, again, you understand just from
10 common knowledge or watching TV or something
11 like that that --
12      A.  Yes.
13      Q.   -- drugs sometimes are sold in
14 little Ziplock bags?
15      A.  Yes.
16      Q.   Thank you.
17           Did Mark engage in any hobbies or
18 anything like that that he would use small
19 vials or small Ziplock bags for that you know
20 of?
21      A.  I have no idea.
22      Q.   Okay.  When Mark was in the garage,
23 do you know what he was doing in there?
24      A.  No.  Hanging out, working on things,

Page 33

1  fixing things.  He fixed cars and stuff.  No,
2  I don't -- like I said, I don't spend a lot of
3  time in there.
4       Q.   And when you --
5       A.  Something is coming up on my screen
6  here.  Almost time to restart.
7           MR. BRADFORD:  Let's go off the
8  record.
9           (Discussion held off the
10 record.)
11 BY MR. BRADFORD:
12      Q.   You said that you weren't there
13 much, but -- I don't want to mischaracterize
14 your testimony, but you wouldn't go to the
15 garage much, but you might go there to talk to
16 Mark because he was in there?
17      A.   Just stop in maybe after work.
18 That's it.
19      Q.   And, again, you didn't keep anything
20 in there, so you didn't --
21      A.  No.
22      Q.   You weren't poking around in there?
23      A.  No.
24      Q.   Okay.  Do you know if other people

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

4a2593e2-e3f9-4e2a-ad13-8955ac1851a6

Joseph Kluska
November 6, 2020

Page 34

1    would visit him there?
2        A.  Sure.  There would be --
3        Q.  People who would visit the house?
4        A.  There would be people around,
5    hanging out, fixing cars and stuff.
6        Q.  At least at that time, would it be
7    unusual for someone who didn't live at the
8    house, whether it's a friend, another family
9    member or --
10       A.  I'm not real sure about that.
11       Q.  Okay.  And there was a trailer
12   really close to the garage.  Do you remember
13   that?  I can pull this up.
14       A.  Several of them.
15       Q.  Was there a very large one at least
16   in February 23rd, 2018?
17       A.  There's stuff all over out there.
18   Yeah, there's tractor-trailers.  There's
19   several of them out there.  Several.
20       Q.  All right.  And would you go in any
21   of those, anything that's like a trailer or
22   almost like an RV or something?
23       A.  No.  No.  There's a tractor-trailer
24   out there that I had some of my tools in.

Page 35

1        Q.  All right.  In February 2018 --
2    well, we already established you never owned a
3    gun.  Did your wife own any firearms?
4        A.  Yeah.  My wife had a gun.
5        Q.  How many guns or rifles or firearms
6    did she have back then?
7        A.  As far as I know, just one.
8        Q.  Is it possible she had others and
9    you just don't know?
10       A.  I don't think so.
11       Q.  Okay.  What was the one that you
12   knew about at least, what type of gun was
13   that?
14       A.  I don't know.  A little handgun she
15   carried with her.  I don't know guns.
16       Q.  Okay.  And where was that typically
17   kept?
18       A.  I believe she carried it in her
19   purse.
20       Q.  Okay.  And when she was not out,
21   where was it kept?
22       A.  It's been on the headboard above the
23   bed at nighttime.
24       Q.  And that was her decision to put it

Page 36

1    there?
2        A.  Yes.
3        Q.  Did she ever explain why it's right
4    above the headboard?
5        A.  No.  I never really asked her.
6        Q.  It wasn't really a concern to you?
7        A.  No.  She carried a gun.  She carried
8    a gun.
9        Q.  Is it fair to say she carried a gun
10   wherever she went?
11       A.  Yeah.  At that time, yeah.
12       Q.  So that would be the only gun that
13   would be in your room at that time?
14       A.  Yes.
15       Q.  What about the rest of the house;
16   were there guns in the rest of the house?
17       A.  Not that you would see, no.  I mean,
18   my daughter had a little gun that she kept in
19   her room.
20       Q.  Okay.
21       A.  But I don't -- I believe my
22   father-in-law had a gun safe, but I was never
23   in there.  I don't know exactly -- like I
24   said, I'm not a gun guy, so I don't know.

Page 37

1        Q.  Okay.  So Kierra had a gun and she
2    kept it in her room.  What about Tyeler?
3        A.  Yeah.  I know he had a gun or two,
4    but, again, I couldn't go about describing
5    them or even saying what they were called or
6    anything.
7        Q.  Okay.  Do you know where he would
8    typically keep them?
9        A.  In his room.  He had a gun safe as
10   well.
11       Q.  Okay.  Was that locked?
12       A.  I don't know.  I was never in it.
13       Q.  Kierra's gun, what type of gun was
14   it?  I understand you don't know models.
15       A.  It was pink.  I just know it was
16   pink.  I don't --
17       Q.  Was it like a rifle or is it like a
18   handgun?
19       A.  No.  It was a rifle, like a --
20       Q.  Longer gun?
21       A.  Yeah, it's a longer gun.
22       Q.  Okay.  And Richard testified he had
23   a gun safe.  Had you ever seen the contents of
24   that safe?

10  (Pages 34 to 37)

4a2593e2-e3f9-4e2a-ad13-8955ac1851a6

Joseph Kluska
November 6, 2020

Page 38

1    A.  No.
2    Q.  Were you aware that there was a gun
3  in the China cabinet drawer behind you at that
4  time?
5    A.  No.
6    Q.  Okay.  Do you know whether or not
7  Mark had any guns in his room?
8    A.  No.
9    Q.  Do you know if at that time Jeffrey
10  had any guns in the house?
11    A.  No.
12    Q.  And it's your testimony that if you
13  were walking around the house, you wouldn't
14  see a gun out in the open anywhere?
15    A.  No.  Like I said, at night when we
16  went to bed, my wife's would be on the
17  headboard and that was it.
18    Q.  If someone is going out to like hunt
19  or --
20    A.  If she would leave, she took hers
21  with her.
22    Q.  Okay.  Let's move to February 23rd,
23  2018.  I want to talk about exactly what
24  happened that day from your perspective.

Page 39

1    So as established through your
2  complaint and everything, the State Police
3  showed up as part of conducting a search
4  warrant to search the house and then it's
5  handed over to local authorities at some
6  point.  Do you remember that?
7    A.  Yep.
8    Q.  All right.  So I think the easiest
9  way to do this, if you just take me through
10  that morning from, I guess, the moment you
11  woke up early.
12    A.  Yeah.  The moment I was woken up.
13    Q.  Right.  Right.
14    A.  Yeah.  They busted in through the
15  outside door into my bedroom and literally
16  scared the bejesus out of me, and one of them
17  jumped on my bed, had me roll over and put my
18  hands up, which I did, and then they cuffed
19  me.  And he had a gun in his hand and cuffed
20  me behind my back, and then after cuffing me,
21  I was like, what the hell is going on.  I was
22  startled.  Cuffed me behind my back, at which
23  time the officer just kept telling me to shut
24  the F up, shut the F up, and he grabbed the

Page 40

1  zip tie where he cuffed me at behind my back,
2  lifted me up in the air and slammed me on the
3  floor, and I'm still like half asleep, not
4  knowing what's going on.  Picks me up, sets
5  me -- I have a table and two chairs in my
6  bedroom.  Sets me on the chair and wouldn't
7  explain anything.  Just shut up, just shut up,
8  just shut up.  So we sat in my room for a
9  while, and there was ruckus going on
10  everywhere, and then eventually they brought
11  us all downstairs and sat us all in one room,
12  all cuffed, took the dogs out of the house, at
13  which time the, I guess it would be called,
14  entry team left and then detectives and stuff
15  came in and started questioning and looking
16  around.  That's when they started searching
17  the whole damn place.
18    Q.  Okay.  And that's a good summary.
19  Thanks.  So I'm just going to break that down
20  a little bit.  Okay?
21    A.  Yep.
22    Q.  So is it fair to say that you didn't
23  know -- you were asleep -- when did you first
24  wake up?  When the door opened?

Page 41

1    A.  When they put a dent this big in my
2  door and knocked it in.  Boom, and I woke up,
3  and within a second, he was on my bed with his
4  feet on my bed.
5    Q.  And when you say the door, you're
6  saying the door to your bedroom?
7    A.  Yeah.
8    Q.  Okay.  And, again, this is going to
9  get a little tedious.  I'm sorry, but that's
10  just what I need to do.
11    A.  I understand.
12    Q.  Okay.  First of all, Renae was in
13  the bed with you?
14    A.  She was actually just getting out of
15  the shower.  She was getting ready for work.
16  She came in at the same exact time, like boom.
17    Q.  So is there a bathroom attached to
18  that bedroom?
19    A.  No.  It's right -- you go out the
20  hallway and then into another door.  It's
21  right next to the bedroom.
22    Q.  So maybe I missed this or maybe I'm
23  being thick or something, but when the police
24  kicked in the door and you're in the bedroom,

11  (Pages 38 to 41)

4a2593e2-e3f9-4e2a-ad13-8955ac1851a6

Joseph Kluska
November 6, 2020

Page 42

1   was Renae actually in the bedroom?
2       A.   She walked in, I believe, like right
3   at the same time.  She heard the bang and came
4   in and was like literally doing -- getting
5   ready for work, and she came in as I was still
6   laying in bed, and then --
7       Q.   Okay.  So was she coming in a
8   different doorway?
9       A.   No; from the bathroom right in.
10      Q.   There's a bathroom attached to the
11  bedroom, right?  There's a master bath?
12      A.   You go out the bedroom door and you
13  turn left and in the bathroom door.
14      Q.   Okay.  So I'm just confused about
15  where -- so to get in and out of your bedroom,
16  there's one door, right?
17      A.   They came in the outside door.
18      Q.   Oh, so you're talking about the door
19  to the entire house?
20      A.   Yeah.  There's an out -- in my
21  bedroom -- I'm sorry about that.  In my
22  bedroom, there's two doors, one that goes into
23  the hallway where the bathroom is and then one
24  that goes outside and down the steps.  They

Page 43

1   came in the one that goes outside and down the
2   steps.  My wife was coming in this door.
3       Q.   So it's actually the one that goes
4   outside down the steps?
5       A.   Is the one they kicked in.
6       Q.   And that's a door to the actual
7   outside of the house?
8       A.   Yes.
9       Q.   Oh, okay.
10      A.   It's outdoors.
11      Q.   Okay.
12      A.   It's like a metal outside door that
13  they bashed in.
14      Q.   Okay.  That's where I was confused.
15      A.   Yeah.
16      Q.   I've never been to the house, so
17  I've had this --
18      A.   That's fine.
19      Q.   It sounds kind of like a maze, if
20  you ask me.
21      A.   No.  There's an outside door.  They
22  busted in that door.
23      Q.   Okay.  So you were asleep and then
24  that door opens and you're awake.  What were

Page 44

1   you saying, or were they saying anything?  Did
2   they say anything?
3       A.   They were saying, roll over, roll
4   over, roll over, roll over.  I rolled over.  I
5   was like, all right, what is going on?  What
6   is going on?  What the F is going on?
7            Put your hands behind your back.
8            They didn't explain nothing.  They
9   didn't do nothing.  They put my arms behind my
10  back.  They cuffed me behind my back.
11      Q.   Okay.
12      A.   At which time he ripped me from the
13  cuffs and slammed me on the floor, and I'm
14  still like, can you tell me what is going on?
15  And they were just, shut up, shut up, shut up.
16      Q.   Okay.  So you were laying on your
17  back and they told you roll over onto like
18  your chest?
19      A.   Yes, and I did it right away.
20      Q.   You did it right away, okay.
21           And when you did that, had anyone
22  actually touched you yet when you rolled over?
23      A.   He was on my bed with a gun pointed
24  at me, and I rolled over on my stomach and at

Page 45

1   which time when I put my hands like this on my
2   stomach, they took my hands and put them
3   behind my back and zip tied them (indicating).
4       Q.   So you're indicating that you had
5   your hands kind of above your head, although
6   you're laying down?
7       A.   Yeah, yeah, right like this.  On my
8   stomach with my hands like this.  And then
9   they cuffed me behind me like this and zip
10  tied them (indicating).
11      Q.   Okay.
12      A.   They wouldn't even let me get up.
13      Q.   How many -- I'm going to call them
14  troopers because they're troopers.  How many
15  troopers were there?
16      A.   In my bedroom -- at my bedroom,
17  there was two.
18      Q.   Two, okay.  And could you see their
19  faces or were they wearing -- what were they
20  wearing?
21      A.   They were wearing fatigues and
22  helmets and everything, but, yeah, I don't --
23  I couldn't see their faces at first.  Maybe a
24  little bit afterwards when things settled down

12  (Pages 42 to 45)

4a2593e2-e3f9-4e2a-ad13-8955ac1851a6

Joseph Kluska
November 6, 2020

Page 46

1   a little bit.
2       Q.   Okay.
3       A.   But, like I said, they were geared
4   up.  And it was 6 o'clock in the morning and
5   it was very hectic, so...
6       Q.   And is it fair to say it was dark
7   outside?
8       A.   Yeah.  It was February.  It was --
9       Q.   February at 6:00 a.m., I assume it
10  was?
11      A.   Yeah.  I was never outside the whole
12  day, so...
13      Q.   Was it dark in your bedroom when
14  they came in?  Were lights on or anything like
15  that?
16      A.   Yeah.  There was probably a light
17  on.  I was sleeping.
18      Q.   Okay.  Was there anything
19  distinctive about the two troopers?  Was one
20  taller or skinnier, or you can just compare
21  them?
22      A.   Yeah, absolutely.  One was taller.
23      Q.   Okay.  They were both white guys?
24      A.   Well, the tall one was definitely

Page 47

1   white and the other one, the shorter one, I
2   don't know.  I don't want to say he wasn't
3   white.  Maybe he was just Italian, but he was
4   a little darker skinned.  I'm not going to say
5   he was black, but he was --
6       Q.   Right.
7       A.   You know what I mean?  One was the
8   tall guy.
9       Q.   Okay.  Well, that's good.  I'm
10  asking partially just so I can distinguish
11  between the two.
12      A.   Absolutely.  Absolutely.
13      Q.   So we'll go taller and shorter and
14  one was a little bit more darker skinned?
15      A.   Yeah.
16      Q.   He wasn't black, but he was just
17  darker than the white guy?
18      A.   Absolutely.
19      Q.   Okay.  Who was yelling at you to
20  roll over?
21      A.   The tall white guy.
22      Q.   Okay.  And you said you had your
23  hands up and then he brought your arms behind
24  your back?

Page 48

1       A.   Cuffed me behind my back.
2       Q.   And same thing, was that the tall
3   white guy?
4       A.   Yes.
5       Q.   Okay.  And do you know where the
6   other trooper was at that point?
7       A.   Standing right next to the bed.
8       Q.   And you could see -- I guess you're
9   face down, but you could see because your head
10  is turned?
11      A.   Yeah.  Well, I was laying on my back
12  when he jumped up on my bed.  I was looking at
13  him, and he told me to roll over, and that's
14  when I rolled over.
15      Q.   Okay.
16      A.   Roll over, put your fucking hands
17  up.
18           I rolled over, put my hands up.  So
19  I seen him standing on my bed with his feet.
20      Q.   Okay.  All right.  So you get
21  handcuffed by the tall white guy and then what
22  exactly happens next?
23      A.   I just get lifted in the air, and I
24  scream, my fucking shoulders, my shoulders,

Page 49

1   and slammed me down on the ground and like I
2   just -- instantly just my shoulders just were
3   in so much pain, and I was asking him to take
4   the cuffs off.  He refused to.  And I'm like,
5   man, my shoulders, you don't understand, you
6   just ripped my shoulders out, you ripped my
7   shoulders out.
8           Shut up, shut up, shut up.
9       Q.   And who was yelling shut up?  Were
10  they both yelling or just one of them?
11      A.   No.  The white guy was.
12      Q.   All right.  And so which side -- I
13  don't know if this really matters, but which
14  side of the bed --
15      A.   One side is against the wall.
16  There's only one side to come off.  The other
17  side is against the wall.
18      Q.   Okay.  That makes sense.
19           Is there one side on the right side?
20  Where is the wall side?
21      A.   When I'm laying on my back in bed,
22  the wall side is to my right, and then the
23  side he threw me is to my left.
24      Q.   Okay.  So you're face down and he

13 (Pages 46 to 49)

4a2593e2-e3f9-4e2a-ad13-8955ac1851a6

Joseph Kluska
November 6, 2020

Page 50

1    then takes you pretty much off the bed?
2        A.  So when he's standing on the bed, it
3    would be to the right.
4        Q.  Okay.  Got you.
5        A.  His right.
6        Q.  His right, right.  I understand.
7        A.  You know what I mean?  I'm laying --
8    I don't want you to get confused here.  I'm
9    laying on my back, and then I roll over onto
10   my stomach.  So when I'm on my back, the wall
11   is to my right.  The open floor is to my left.
12   When I roll on my stomach, the wall is to the
13   left, the open floor is to the right.
14       Q.  I got it.  I could visualize it.
15       A.  Okay.
16       Q.  I appreciate that.  That is helpful.
17           And is it the tall white guy that
18   moved you from the bed to the floor --
19       A.  Yes.
20       Q.  -- or slammed you to the floor?
21       A.  Yes.
22       Q.  And to your knowledge, did the
23   shorter guy participate in that?
24       A.  He was standing there.  I don't

Page 51

1    think he laid a finger on me the whole time.
2        Q.  Okay.  Before he moved you from the
3    bed to the ground, had he asked you to do
4    anything else?
5        A.  No.  It was very quick and very
6    serious and very crazy happenings.
7        Q.  Okay.  And when they moved you, are
8    you saying he was standing on your bed or he
9    was standing on the ground and moved you off
10   the bed?
11       A.  No.  He was standing on my bed.  He
12   jumped up on my bed.  When he told me to roll
13   over and put my hands in back, when he said
14   put your hands, he was standing -- both his
15   feet were on my bed.
16       Q.  Okay.  And I mean --
17       A.  Pointing a gun at me.
18       Q.  I'm just thinking like to handcuff
19   someone, was he kneeling?  I'm just trying to
20   think --
21       A.  He might have dropped to a knee at
22   that point on my back.  You know what I mean?
23   And then when I went on the floor, you know
24   what I mean, like he ripped me up too.  It was

Page 52

1    so fast and so quick.
2        Q.  Okay.  I understand.
3            So just where exactly did he grab
4    you when he moved you from the bed to the
5    floor?
6        A.  From the zip ties.  I would imagine
7    he just grabbed the zip ties, because both my
8    arms just ripped right back instantly.  I
9    mean, he didn't like grab this arm and this
10   arm and pick me up.  He grabbed the zip ties
11   and yanked me up.  My arms ripped back
12   immediately.  I felt both of them right away.
13       Q.  Okay.  And did you basically slide
14   off onto the floor and hit the floor or did he
15   pick you up?
16       A.  No.  I was airborne.  He picked me
17   up and slammed me on the floor and then was
18   like right on me in a second.
19       Q.  Okay.  When you say he was right on
20   you, once you hit the floor?
21       A.  Yeah.  And then when he picked me up
22   off the floor, it was the same thing.  He
23   didn't like help me up.  He ripped me up by
24   the zip ties, like ripped my arms up.

Page 53

1        Q.  So then he stands you up and then --
2        A.  Slams me in the chair.  There's a
3    chair right next to a table.  There was a
4    table in my bedroom.  And then there I sat
5    with the cuff behind my back.
6        Q.  Okay.  You talked about this a
7    little bit, but what were you saying at that
8    point?
9        A.  Can you please tell me what was
10   going on.  What is going on?  And they just
11   wouldn't answer.  They just kept saying shut
12   up.  And I kept saying how my shoulders hurt.
13   You got to take the cuffs off.  My shoulders
14   hurt.  You got to take the cuffs off.
15           And just, shut up, shut up, shut up.
16       Q.  All right.  When did you first say
17   something about your shoulder?  I understand I
18   guess you were saying it when you were in the
19   chair, but did you say it --
20       A.  Instantly.  Instantly.  I felt it --
21   I mean, if you can imagine being ripped up out
22   of your freaking bed and slammed on the floor.
23   I'm sorry about my language, but I felt it
24   instantly and I said it instantly, my

14  (Pages 50 to 53)

4a2593e2-e3f9-4e2a-ad13-8955ac1851a6

Joseph Kluska
November 6, 2020

Page 54

1   shoulders.  What the fuck?  My shoulders.  And
2   I was swearing too.  What the F.  My
3   shoulders, my shoulders.  You just ripped my
4   shoulders out.
5       Q.   Yeah.
6       A.   And he kept telling me to shut up,
7   just shut up.
8       Q.   Okay.  So you're saying that from
9   the moment you basically hit the floor, you
10  were complaining about the shoulders?
11      A.   Absolutely.
12      Q.   And do you know whether or not they
13  got further injured when you were moved from
14  the floor to the chair?
15      A.   Yeah.  I would say yeah, because he
16  picked me up the same way.  I was still cuffed
17  behind my back.  It wasn't like he helped me
18  up.  He ripped me up.
19      Q.   What were you wearing?
20      A.   I was wearing a pair of blue jeans
21  and a T-shirt.
22      Q.   So then you're in the chair and then
23  they take you out of the room at some point?
24      A.   Well, then -- no.  They actually --

Page 55

1   not right away they don't.  They leave and
2   another group of guys come in, and then that's
3   when they talked to us and bring us
4   downstairs.
5       Q.   Okay.
6       A.   And then that's when there was
7   that -- it went from two guys to...
8       Q.   Okay.  Right.  I'm going to get to
9   that next.  I just want to wrap up with the
10  room here.
11      A.   Okay.
12      Q.   I guess we still have stuff to talk
13  about there.
14          So the gun was on the headboard that
15  night?
16      A.   I imagine.  I don't know.
17      Q.   Okay.  And --
18      A.   I really don't remember.
19      Q.   That's where it would typically be;
20  you don't remember it not being there?
21      A.   No.  No.
22      Q.   Okay.  Where was Renae as this was
23  happening?
24      A.   I told you, she was coming out of

Page 56

1   the bathroom.  When they pounced through the
2   door, she came running into the bedroom.
3       Q.   Okay.
4       A.   She was in the bathroom getting
5   ready for work.
6       Q.   Okay.  Were either of the troopers
7   interacting with her at that point while they
8   were happening to you?
9       A.   Yes.  She came in and was yelling,
10  get off him, get off him.  What's going on?
11  What's going on?  And it was -- yeah.  And
12  then they sat her down too.  They made her sit
13  down too.  I don't think they cuffed her, but
14  made her sit down.
15      Q.   Okay.  When you say "made her sit
16  down," did anyone make contact with her
17  physically, I mean, placed her in a seat or
18  you don't remember exactly how that happened?
19      A.   No.  I don't think they were rough
20  with her.
21      Q.   All right.
22      A.   Hey, is there any way I could use
23  the men's room real quick?
24      Q.   Yes.  Absolutely.  That's one of the

Page 57

1   instructions.  That's fine.
2       A.   It's right here.  It will take --
3       Q.   Take five minutes, because I'm going
4   to do the same thing.
5       A.   All right.  Thanks.
6          MR. ZEIGER:  11:40?
7          MR. BRADFORD:  11:40 is good,
8   yes.
9          (Short recess.)
10  BY MR. BRADFORD:
11      Q.   How long did you remain in the chair
12  in the room before you were taken downstairs,
13  approximately?
14      A.   I don't know.  Probably a good 15
15  minutes, 10, 15 minutes.
16      Q.   Okay.  And you said at some point
17  the two troopers that had been in the room
18  with you initially, they left?  Left the room,
19  I mean.
20      A.   Yeah.  Well, another guy came in.
21      Q.   So the two troopers that you
22  initially had contact with, they were there
23  with you and then eventually you and Renae are
24  both in a chair in the room, right?  Am I

15  (Pages 54 to 57)

4a2593e2-e3f9-4e2a-ad13-8955ac1851a6

Joseph Kluska
November 6, 2020

Page 58

1  following this right?
2      A.  Yeah.  We're both in the chair, but
3  I'm trying to think now.  Those two troopers
4  walked us down to the next room and sat us
5  down and left, and then that's when the suits
6  came in.
7      Q.  Okay.
8      A.  So that's when the suits came in,
9  the guys that weren't in fatigues.
10     Q.  Okay.  And those are the --
11     A.  The only ones that were in my room
12  were the ones in the fatigues, at least while
13  I was in there, and then they went in
14  obviously afterwards.
15     Q.  Okay.  So did the two troopers that
16  you initially had contact with remain with you
17  from the time you were in that room and then
18  they took you downstairs?
19     A.  Yes.
20     Q.  And how long were you in that room
21  with those two troopers?
22     A.  I'm going to say, Kevin, I'm going
23  to say -- again, it was two and a half years
24  ago.  I'm going to say it was probably 15

Page 59

1  minutes.
2      Q.  Okay.  Was there any conversation
3  amongst any of you during those 15 minutes?
4      A.  Not conversation-conversation, but I
5  mean, I tried to get answers out of them, but
6  they wouldn't give nothing up.  You know what
7  I mean?  The tall white guy was -- yeah, not
8  real, real conversation.  They wouldn't let me
9  smoke a cigarette.  I was a nervous wreck.
10     Q.  You remained handcuffed behind your
11  back the entire time?
12     A.  The entire time.
13     Q.  Okay.  What did you try asking them?
14     A.  If I could smoke a cigarette.
15     Q.  Right.  Besides that, did you ask --
16     A.  Yeah.  I asked them what the hell
17  was going on right off the bat.  I told you
18  that already.  I said that right from the
19  start, what the F is going on?  What's up?
20  Then when my wife came running in and was like
21  get off him, she was the same thing, what's
22  going on?  What is this about?
23         They just left us in the dark about
24  it.  We didn't get -- yeah.  They left us in

Page 60

1  the dark about it.
2      Q.  Did they respond to you at all?  Did
3  they say, don't worry about it or did they
4  just like ignore you?
5      A.  No.  They were telling me to shut
6  the F up.  Well, the white guy was.  The other
7  guy was -- it was a good cop/bad cop scenario.
8      Q.  So the shorter cop, he didn't tell
9  you shut the fuck up.  Did he give you any
10  information or did he say anything to you?
11     A.  No.  He took a cigarette that was
12  lit and he held it to my mouth, because they
13  wouldn't take my cuffs off, and let me take a
14  couple drags.  He was all right.  He was, you
15  know...
16     Q.  Okay.  So then eventually about
17  approximately 15 minutes later, they bring you
18  and Renae downstairs?
19     A.  Yep.  Yes.
20     Q.  And what room were you brought into?
21     A.  To the living room.
22     Q.  Is that the room right behind you
23  there?
24     A.  Yes.  Back in there, yeah.

Page 61

1      Q.  And who else was in that room?
2      A.  At that point, everybody was brought
3  in.  The whole list of names I gave you who
4  was here was all in that living room.
5      Q.  Okay.  Was Ada there or had she --
6  because at some point she left in an
7  ambulance?
8      A.  Yes.  That was within the first --
9  like right away.  Like as soon as we came
10  down, she was in there initially crying and my
11  teeth, my teeth, my teeth, and then they
12  allowed her to go right away.  The ambulance
13  was called right away.
14     Q.  Okay.  So you were in the room with
15  her briefly at the same time as her?
16     A.  Very briefly.
17     Q.  Okay.  All right.  Did they sit you
18  down?  What happens?
19     A.  Yeah.  They sat us down.  And,
20  again, the whole time I was just saying to
21  please at least pull my cuffs to the front,
22  because my shoulders hurt so bad.  And we were
23  just sitting in that room, it seemed like, for
24  eternity.

16  (Pages 58 to 61)

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

4a2593e2-e3f9-4e2a-ad13-8955ac1851a6

Joseph Kluska
November 6, 2020

Page 62

1     Q.  Okay.  So was there any discussion
2  going on?  What was happening in that room
3  once everybody was in it?
4     A.  No.  Then as I said, the suits came
5  in, and they started calling us like one at a
6  time out to the other room and talking to us,
7  asking us questions.  Other than that, we
8  pretty much sat in that room for a long time.
9     Q.  Okay.  How long did you remain in
10  that room before the troopers left, the guys
11  in the fatigues, about?
12     A.  It wasn't very long.  It wasn't very
13  long.  The troopers were -- they busted in,
14  wrecked the place, and were probably out of
15  here when all the other guys came in.  I want
16  to say from start to finish, probably not much
17  more than a half hour.  I mean, again, it was
18  a long time ago, so...
19     Q.  No.  I know, and just go off your
20  best memory.
21     A.  Yeah.  Yeah.
22     Q.  Was there any sort of argument
23  between members of your family and the
24  troopers while you were in that same room

Page 63

1  together, in the living room on the lower
2  level?
3     A.  I wouldn't say arguing, no.  Just
4  wanting answers, wanting to know what the F
5  was going on, but, no, I wouldn't say
6  face-to-face arguing.  I mean...
7     Q.  Was anyone --
8     A.  I wasn't arguing with anybody.  I
9  just wanted my cuffs off.
10     Q.  Was anyone yelling at the troopers,
11  anyone who lived in the house?
12     A.  There might have been a little
13  grappling with words and stuff.  I know my
14  brother-in-law Jeff was really, really upset
15  and he may have said some things, but I don't
16  remember word for word or anything like that.
17     Q.  Do you remember generally what he
18  was saying?
19     A.  No.
20     Q.  Did this interaction ever get
21  physical?
22     A.  Not while I was there, no.  I
23  didn't, no.  I told you the interaction -- I
24  told you the physicality with me.

Page 64

1     Q.  Yes.  I'm talking about --
2     A.  What happened with everyone else?
3  No.
4     Q.  Right.  I'm talking about now you're
5  in the living room with everyone and you said
6  Jeff was getting loud or -- I don't want to
7  put words in your mouth, but Jeff was saying
8  something to the --
9     A.  Well, apparently something happened
10  before I got down here.  So I'm just being
11  honest.  Yeah.  He looked very -- but, no, I
12  didn't see nothing, though.
13     Q.  And the reason I'm asking this
14  question is because questioning of the
15  troopers indicate that there was some sort of
16  kind of argument.
17     A.  Like I said, that must have been
18  before I came.  You know what I mean?  Once I
19  got down here, we were all sitting here just
20  in confusion.  It wasn't -- but, again, I was
21  in my room for 15, 20 minutes, so...
22     Q.  Okay.  So you're sitting in the
23  living room and then the troopers at some
24  point, they depart and now it's just the suits

Page 65

1  are there?
2     A.  Yes.  Then it's the suits, yes.
3     Q.  Okay.  Were they zip tie handcuffs?
4  What kind of handcuffs were they?
5     A.  Zip tie, yes.
6     Q.  At some point they were removed,
7  right?
8     A.  No, not until they left.
9     Q.  Right.  That's what I'm asking.
10  When were they removed and who removed them?
11     A.  Once a local cop -- after I kept
12  bitching and bitching and bitching, a local
13  cop put them from my back to my front.  He
14  gave me that much.  He put them from my back
15  to my front, but I was zip tied until they
16  were done searching the entire property for
17  probably -- I don't know exactly how long, but
18  probably six hours.  A long, long time.  When
19  I was in that living room the whole entire
20  morning, the whole entire time that they were
21  searching the property, I was not free-handed
22  one time until they left.  They cut my zip
23  ties off when they left.
24     Q.  Okay.  But --

17 (Pages 62 to 65)

4a2593e2-e3f9-4e2a-ad13-8955ac1851a6

Joseph Kluska
November 6, 2020

Page 66

1      A. But they did move them from the back
2  to the front.
3      Q. And that was, would you say, shortly
4  after you got to the living room initially?
5      A. No. No. Because the whole time I
6  was in the living room I was still just
7  bitching, my shoulders, my shoulders, you guys
8  ain't listening to me, I'm telling you my
9  shoulders are killing me, and they're like,
10  just hold on, hold on, hold on, and then
11  finally one of them -- I don't know which one,
12  but was like, all right, I'll just move them
13  to the front, and he moved them to the front.
14      Q. And that was a guy in the suit or
15  was he in fatigues?
16      A. No, no, not fatigues. I don't think
17  he was like a suit and tie suit. A police
18  officer.
19      Q. Right. I'm sorry.
20          And I'm sorry if I asked this, but I
21  just don't think I have a clear answer on this
22  yet. You're brought down to the living room?
23      A. Yep.
24      Q. Eventually you see that the troopers

Page 67

1  in the fatigues, they leave, right?
2      A. Yes.
3      Q. How much time passed just in that
4  timeframe, from when you get down to the
5  living room to when they --
6      A. Again, I said I don't think that
7  long. I don't know exactly. I'm not going to
8  put an exact minute on it, but not that long.
9  They switched from fatigues to police officers
10  rather swiftly.
11      Q. Okay. Did you eventually learn why
12  they were there?
13      A. Yeah.
14      Q. How did you find out?
15      A. They had said that -- the one
16  officer had said what was going on. They had
17  reason to believe there was drugs here and
18  this, that, and the other thing, and that's
19  what they were searching for.
20      Q. When you say one of the officers,
21  was it one of the troopers in fatigues or one
22  of the other people that showed up later?
23      A. Police officer.
24      Q. Police officer, okay.

Page 68

1          Did you request medical attention at
2  that time? I know you said you were in pain.
3      A. No. I didn't ask to go to the
4  hospital or nothing like that, no.
5      Q. Okay.
6      A. I just wanted the cuffs released. I
7  was in a lot of pain.
8      Q. And we already talked about how you
9  were charged with possession of marijuana?
10      A. Yes, you did.
11      Q. We talked about that earlier. Okay.
12          Were you detained at all? Did you
13  have to go to the police station, or how did
14  that process go?
15      A. I got charges in the mail.
16      Q. Okay. So at some point did you seek
17  medical care for your shoulders?
18      A. Oh, absolutely, yes.
19      Q. I'm going to move onto that.
20          Do you remember what the first thing
21  you did to address your shoulders?
22      A. Yeah. The first thing I did was try
23  and just get by it, and then just couldn't and
24  then the first thing I did was, I went to the

Page 69

1  doctor.
2      Q. You were working at Comunale
3  Construction at that time?
4      A. Yes.
5      Q. Did you go to work like the next day
6  you were due to work after February 23rd,
7  2018?
8      A. No.
9      Q. And why not?
10      A. I was actually laid off at that
11  time.
12      Q. Okay.
13      A. Yep.
14      Q. How long had you been laid off for?
15      A. I don't remember. Probably at that
16  time, maybe -- a lot of times when it gets
17  real nasty in like January, mid January.
18  Never before that. So maybe a month.
19      Q. When you say "laid off," that means
20  because just not enough work to do or was it
21  something different?
22      A. Yeah, in the wintertime. Yeah,
23  wintertime it slows down. I do roofing
24  outside. Wintertime it slows down.

18 (Pages 66 to 69)

4a2593e2-e3f9-4e2a-ad13-8955ac1851a6

Joseph Kluska
November 6, 2020

Page 70

1    Q.  So it's just due to lack of work,
2  not because of some incident or anything that
3  happened at work?
4    A.  Excuse me one minute, Kevin.  I got
5  to hit the screen.  It's blocking you.
6      Why is that not doing it?  If I hit
7  okay -- I can't see your face.  I can see your
8  neck down.  I can't see your face.  It says
9  wait an hour.  Okay.  Restart now.  I'm trying
10  to do this.
11        MR. ZEIGER:  Click that wait an
12  hour again.
13        THE WITNESS:  I am hitting it.
14        MR. ZEIGER:  It just takes a
15  minute until the computer acknowledges
16  that you want to wait an hour.  It's no
17  big deal.
18        THE WITNESS:  Same thing, now I
19  see your face, but only like nose down.
20      (Discussion held off the
21  record.)
22  BY MR. BRADFORD:
23    Q.  I was just starting to ask you about
24  your -- you were talking about you were laid

Page 71

1  off, and that was due to lack of work.  It
2  wasn't because of some --
3    A.  The weather.  The weather.  I'm
4  usually only laid off a couple weeks in the
5  winter.  That's it.
6    Q.  So it was during that time.
7      Just while we're on the subject,
8  when was the next time you went to work?
9    A.  I went back to work, I believe, I'm
10  going to say usually -- and, again, I don't
11  remember exact dates, but I'm going to say it
12  was the end of March.
13    Q.  Okay.
14    A.  Or middle of March.  Like sometime
15  in March.  Usually January and February are
16  two really rough months.
17    Q.  There's one thing I did want to ask
18  you about.  In your room, did you have a large
19  amount of cash?
20    A.  I did not, no.
21    Q.  Okay.  So you understand that there
22  was $15,000 recovered from --
23    A.  Yes.
24    Q.  -- a compartment in the floor?

Page 72

1    A.  Yes.  My wife has a lot of --
2  whatever.  I don't know.
3    Q.  Is that your money or is that your
4  wife's money?
5    A.  My wife's money.
6    Q.  Did you know that was there?
7    A.  No.
8    Q.  And you found out after this
9  incident that there was $15,000 in the
10  floorboard --
11    A.  Yep.
12    Q.  -- and underneath the floor of your
13  room essentially?
14    A.  Mm-hmm.
15    Q.  Did you know there was a compartment
16  there in the floor?
17    A.  It wasn't in the floorboard.
18    Q.  Where was it?
19    A.  There was no floorboard in my room.
20  Underneath my bed.  As far as I knew, it was
21  underneath the bed.  I knew she had money.  I
22  didn't know no amount, so...
23    Q.  Okay.
24    A.  But there's no floorboard.

Page 73

1    Q.  So at some point you sought medical
2  care for your shoulders?
3    A.  Yeah.
4    Q.  And I have you getting an MRI on
5  March 22nd, 2018, just to give you kind of
6  a --
7    A.  That makes sense, because when I
8  finally went back to work is when I only
9  worked a couple days and I was like I can't do
10  this.  And then that's when I was like I
11  couldn't -- I tried to do it and couldn't do
12  it.
13    Q.  Okay.
14    A.  It was different from the time that
15  it happened when I wasn't working to the time
16  I tried to go back to work, and I just
17  couldn't pull it off.
18    Q.  Okay.
19    A.  So that makes sense with the March
20  22nd.
21    Q.  Okay.  So you weren't working due to
22  lack of work initially and then you came back
23  to work because business picked up and then
24  you realized once you actually started working

19 (Pages 70 to 73)

4a2593e2-e3f9-4e2a-ad13-8955ac1851a6

Joseph Kluska
November 6, 2020

Page 74

1  that the shoulders were affecting your ability
2  to actually do the job?
3      A.  Real bad, yeah.
4      Q.  Okay.  I'm going to share a screen
5  here just so as I walk you through kind of the
6  sequence of events.  I'm going to show you
7  some medical records I selected.  I have a
8  bunch of medical records, not all of them.
9          Just for the record, I have this
10  marked as -- we'll have this marked as D-11,
11  and these are just selected medical records
12  relating to Joseph Kluska.
13          And the first page I'm showing you,
14  Mr. Kluska -- and I'm going to be saying
15  things just for the record here -- it's Bates
16  stamped Anglemeyer-925 at the bottom.  This is
17  a document requesting an MRI that was done of
18  your right shoulder on March 22nd, 2018.  Do
19  you see that?
20      A.  I see it.
21      Q.  Okay.  And then it looks like you
22  got a -- three pages ahead to -- wait.  The
23  Bates stamp is upside down on this one,
24  Anglemeyer-927, which shows you had an MRI of

Page 75

1  your left shoulder on 3/29/18?
2      A.  Sounds right.
3      Q.  Okay.  So I'm assuming you went to
4  the doctor and the doctor said we should get
5  some MRIs done of your shoulder?
6      A.  Yeah.  I couldn't perform my job.
7      Q.  Okay.  From the time of the
8  incident, February 23rd, 2018, to the time you
9  started back to work, how were your shoulders
10  feeling?
11      A.  Horrible.
12      Q.  Did it get worse, feel the same?
13      A.  No.  It was just -- it was real bad.
14  I couldn't do my job.  I couldn't lift my
15  arms.  I couldn't move them right.  I
16  couldn't -- I still can't.
17      Q.  Okay.  Before February 23rd, 2018,
18  had you had any issues with your upper body,
19  your shoulders or your back or anything like
20  that?
21      A.  No.  I mean, I've had back problems
22  in the past.  I'm not -- I've had back
23  problems in the past, but never nothing with
24  my shoulders.

Page 76

1      Q.  Okay.  And it looks like -- I'm
2  going to scroll ahead here and show you
3  documents before I ask you questions or maybe
4  I'll show you documents as I ask you
5  questions.  I'm going to go to Anglemeyer-835.
6  This is a document from The Surgical Specialty
7  Center at Coordinated Health, Bethlehem
8  Campus.  It seems to indicate you had surgery
9  on May 2nd, 2018?
10      A.  Yep.  Yep.
11      Q.  And I'm just going to read in the
12  highlighted parts here.  "Procedure performed:
13  Open repair of completely avulsed full
14  thickness tear, upper border right
15  subscapularis tendon."  And then No. 2,
16  "excision and removal of small cyst superior
17  aspect right shoulder."
18          Is that your understanding of the --
19  is that the technical description of what --
20      A.  That's what it says.
21      Q.  You had surgery on your right
22  shoulder?
23      A.  Yeah.
24      Q.  To repair a torn tendon?

Page 77

1      A.  Yes.
2      Q.  And what happened after surgery?
3  First of all, did they give you a sling or
4  anything like that?  Did you have to have
5  any --
6      A.  Yeah.  I was wrapped up for quite a
7  little while, yeah.
8      Q.  Okay.  Were you wearing a sling
9  before that?
10      A.  No.  No.  I was just not doing
11  nothing.
12      Q.  Okay.  In between the MRI and the
13  surgery, you remained out of work?
14      A.  Yes.
15      Q.  Were you collecting unemployment or
16  anything like that?
17      A.  No.
18      Q.  When you're typically laid off for
19  the seasonal thing, would you collect
20  unemployment or was there any source of income
21  during those times?
22      A.  No.  If I was laid off, I was
23  collecting unemployment.
24      Q.  All right.  Was there any physical

20  (Pages 74 to 77)

4a2593e2-e3f9-4e2a-ad13-8955ac1851a6

Joseph Kluska
November 6, 2020

Page 78

1   therapy?  Or what did the recovery from this
2   procedure involve?
3       A.  Yeah, physical therapy.
4       Q.  And how often would you have to do
5   physical therapy?
6       A.  Several times a week.  I don't know
7   exactly how many, but...
8       Q.  Would that be at the physical
9   therapist or was that on your own as well?
10      A.  No.  I went to Coordinated Health.
11      Q.  Coordinated Health, okay.  I don't
12  think I have those.  I have some of those
13  records, I think through your attorney.
14          I'm going to scroll ahead here.
15  Here's one.  So now I'm still on D-11.  I'm at
16  Anglemeyer-813.  At some point the therapy
17  ended?
18      A.  Yes.
19      Q.  And was the therapy to address the
20  recovery from the right shoulder surgery?
21      A.  It was both.  It was recovery from
22  the shoulder surgery and -- like I said, when
23  it ripped, the right one ripped totally.  The
24  left one was only partially tore.  So the

Page 79

1   therapy was -- they did therapy on both of
2   them.  This was recovery; this was to try and
3   prevent having surgery (indicating).
4       Q.  Okay.  So right was recovery; left
5   was to prevent having surgery?
6       A.  Prevention, yes.
7       Q.  Understood.
8           And I'm showing you records from a
9   visit at Coordinated Health, the therapist,
10  from September 14th, 2018.  The provider is
11  Dr. Luchetti.
12      A.  Luchetti, yes.
13      Q.  Luchetti.  Sorry.  If there's a
14  wrong way to say something, I will say it that
15  way.
16      A.  I don't even know how to turn a
17  computer on.
18      Q.  I have issues too.
19          All right.  And I'm just showing you
20  this because it seems to me that this is the
21  end of your therapy.  So that's why I'm
22  presenting this to you.  I'll read this
23  section on Page 814, Anglemeyer-814.
24  "44-year-old male presents for re-check of

Page 80

1   right shoulder four months S/P open
2   subscapularis repair with removal of cyst.
3   Date of surgery 5/2/18.  He states the
4   shoulder is doing okay.  He has not been in
5   therapy since late July due to hospitalization
6   for diverticulitis and then financial issues.
7   He has returned to work.  He notes some
8   discomfort in the morning if he sleeps on the
9   shoulder at night."
10          And then I'm just going to scroll
11  ahead to the final page.  It says
12  Discussion/Summary.  "Doing well four months
13  post-op.  Follow up as needed."
14          First of all, do you recall if this
15  was the last time you went to therapy?
16      A.  No.  I don't recall dates.
17      Q.  Okay.  Do you remember --
18      A.  I know I was broke.
19      Q.  Do you remember it being around
20  September?
21      A.  It could have been.  Again, that was
22  a long time ago.  If that's what it says, then
23  that's what it was.
24      Q.  I don't have any records beyond

Page 81

1   this, so that's why I'm asking you.
2       A.  Yeah.
3       Q.  I mean, it doesn't say, okay, you're
4   definitely cut loose or something.  It says
5   follow up as needed.
6       A.  If it says my last thing was
7   September, then it probably was.
8       Q.  All right.  We'll see if there's any
9   other records that help.
10          I do want to ask you, so you were
11  hospitalized at some point in July?
12      A.  Mm-hmm.
13      Q.  You have to say yes.
14      A.  Oh, yes.  Sorry about that.
15      Q.  Can you just generally describe what
16  that was about and how long you were
17  hospitalized?
18      A.  I had diverticulitis.  It's an
19  infection in my stomach.  And I was there, I
20  think, like eight days.
21      Q.  Okay.  And just to be clear, did
22  that have anything to do with your shoulders?
23      A.  No.
24      Q.  Okay.  I just have to ask that

21 (Pages 78 to 81)

4a2593e2-e3f9-4e2a-ad13-8955ac1851a6

Joseph Kluska
November 6, 2020

Page 82

1  question.
2      A.  No.  That's fine.  It's an infection
3  in the stomach.
4      Q.  Okay.  After you ended physical
5  therapy, was there anything else you were
6  doing for your shoulders?  Were you doing
7  exercises at home or did you go back to
8  physical therapy?
9      A.  No.  I had to try and work, and it's
10  kind of just been dealing with it ever since.
11  It's not easy.
12      Q.  Okay.  And you did, according to
13  this note here, at least as of September 14th,
14  2018, assuming they wrote down what you said
15  correctly, you had returned to work?
16      A.  Yeah.  I did return to work.
17      Q.  At least as of September 14th, 2018
18  you had returned to work.  Do you remember how
19  far in advance -- do you remember when you did
20  return to work?
21      A.  No.  I don't remember exact date,
22  no.
23      Q.  When you were hospitalized, were you
24  working at that time?

Page 83

1      A.  No.  I don't recall.  July?  No.
2  No, I was not working.  No.  When I was --
3  when I had my stomach issue, I was not
4  working.  I was still off work.
5      Q.  Okay.  Did your stomach issue --
6  obviously when you were in the hospital, that
7  was part of the reason you couldn't work?
8      A.  No.  I was out because of my
9  shoulder, and I had the stomach issue while I
10  was out because of my shoulder.  It just
11  happened to be when it happened.  I don't
12  know.
13      Q.  Okay.  How are your shoulders today?
14      A.  Like I said, it's every day.  I
15  mean, I just deal with it.  I don't know if
16  you ever had a serious injury, but I just deal
17  with it.  I mean, I'm cut open, man.  It gets
18  me -- I just deal with it.  It bothers me.
19  There's not a day that goes by that it does
20  not bother me, not one day.  I just deal with
21  it.
22      Q.  Okay.
23      A.  Obviously it's not as bad as it was
24  when it happened.  You know what I mean?  But

Page 84

1  I just -- I deal with it.  I mean, I'm limited
2  now.  You know what I mean?  I can't carry
3  bundles or stuff like that anymore.  I just --
4  I can't do it.  I just do what I can to get
5  by.
6      Q.  Okay.  Since we'll say September
7  2018, has it slowly improved or has it stopped
8  improving?
9      A.  It's obviously not as bad as it was
10  then, but it's not improving.  It's been two
11  years, and like I said, it takes me probably a
12  good 20 minutes every single morning of my
13  life to where I get up and I'm -- it takes me
14  a long time to get moving and getting -- it
15  hurts.  Every day it bothers me, every single
16  day, Kevin.  Every day.
17      Q.  Okay.  We talked about you returning
18  to work in 2018 at some point.
19      A.  Yep.  Yes.
20      Q.  And you were still at Comunale
21  Construction then?
22      A.  Yes.
23      Q.  And did you return at the same work
24  level at that point?

Page 85

1      A.  In job description, same crew, but
2  like I said, it was just -- I was limited
3  after that.
4      Q.  Okay.  Was your hourly rate the
5  same?
6      A.  Yes.
7      Q.  When did you stop working at
8  Comunale Construction?  I'm sorry if I covered
9  this.  I'm just trying to do it in sequence
10  here.
11      A.  I think the last time I worked for
12  them was, I'm going to say, right before the
13  pandemic.  Whatever exact date, I don't know
14  the exact date.  February, maybe March.
15      Q.  Right.
16      A.  I worked with them until then, yeah,
17  of this year.
18      Q.  Have you remained in contact with
19  them to -- my understanding is that the
20  pandemic hit and that shut basically all kinds
21  of construction down?
22      A.  Yes.
23      Q.  And so you were probably one of
24  several people who were laid off at that time;

22  (Pages 82 to 85)

4a2593e2-e3f9-4e2a-ad13-8955ac1851a6

Joseph Kluska
November 6, 2020

Page 86

1    is that your understanding?
2        A.   The whole state shut down.  Don't
3    you remember?
4        Q.   Right.  So have you maintained
5    contact with them to return to work as we
6    somehow ever emerge from the Coronavirus?
7        A.   No.  There was just personal issues
8    throughout the whole pandemic and then I
9    just -- I haven't gone back to work with them
10   since this ended.
11       Q.   So you have no plans to go back to
12   work with them?
13       A.   No.
14       Q.   Okay.  You said personal issues.  Is
15   that some issues you had --
16       A.   There was just things through the
17   pandemic.  It's just -- it has nothing really
18   to do with this.  It's just personal issues
19   through the pandemic where things came to a
20   head and I'm not going back to work for them.
21       Q.   Okay.  But you would still be
22   physically able to -- I mean, I know you can't
23   work to the same level that you did before
24   this whole incident, but you could still

Page 87

1    technically be able to do the job?
2        A.   If I had to.  Maybe just not -- I
3    can't do it every day.  It's why, like I said,
4    I've been doing my own thing, because I
5    don't -- I can't do it every day no more.  I
6    just can't.  Too much.
7        Q.   Okay.
8            MR. BRADFORD:  Brian, do we
9        have for Joe, do we have emotional on
10       this?  Because it's going to affect it if
11       I get into something else.
12           MR. ZEIGER:  Well, my view
13       is -- can we go off the record.
14           MR. BRADFORD:  Yes.
15           (Discussion held off the
16       record.)
17   BY MR. BRADFORD:
18       Q.   Mr. Kluska, due to this incident,
19   did you seek any professional mental health
20   care, like with a counselor or psychologist or
21   psychiatrist?
22       A.   No.
23       Q.   Okay.  And it's my understanding
24   that based on a conversation off the record,

Page 88

1    that your attorney will not be pursuing
2    damages for emotional distress and so,
3    therefore, I'm not going to ask you questions
4    that could relate to your mental health status
5    and other issues happening in your life.
6        A.   I don't understand what you're
7    saying.
8            MR. BRADFORD:  Well, Brian, can
9        you just acknowledge that?
10           MR. ZEIGER:  Let's go off the
11       record here again.
12           (Discussion held off the
13       record.)
14   BY MR. BRADFORD:
15       Q.   So, Mr. Kluska, you spoke with your
16   attorney, and I think we confirmed that you're
17   not proceeding with emotional distress damages
18   in this case, at least with respect to your
19   claims?
20       A.   No, I'm not.
21       Q.   Okay.  Sir, give me one second.  I
22   think I'm done.
23           I do want to ask you about -- you
24   went to the emergency department in November

Page 89

1    of 2018 for a -- you had a fall and you had a
2    broken rib.  Do you remember that?
3            I'm going to show that to you.  I'll
4    show you a document just to refresh your
5    recollection.  I'm still in D-11,
6    Anglemeyer-1240.  It indicates at the top
7    there in highlight that you were admitted to
8    Saint Luke's Anderson Campus on November 18th,
9    2018, and it says "Chief Complaint: Fall.
10   Patient fell last night on step."
11           Do you recall that?
12       A.   Yeah, vaguely.  Yeah.
13       Q.   Do you have any pain from that
14   incident?
15       A.   I can't read this right again now.
16   What did I hit?
17       Q.   I'll read it to you.  "Slipped on
18   icy step yesterday a.m. and fell backward.
19   Landed on right posterior rib on concrete
20   steps.  Didn't hit head.  Denies neck or back
21   pain.  Complains of eight out of ten pain in
22   the right posterior ribs with radiation around
23   toward the front.  Worse with movement or deep
24   inspiration."

23 (Pages 86 to 89)

4a2593e2-e3f9-4e2a-ad13-8955ac1851a6

Joseph Kluska
November 6, 2020

Page 90

1      A.  And when was this happening?
2      Q.  This says November 18th, 2018.
3   That's your name there at the top?
4      A.  Yeah.
5      Q.  Any recollection of this?
6      A.  Yeah.  Yeah.  That was a non-issue.
7   It was my rib.  I thought I broke it and I
8   didn't.
9      Q.  Okay.  Well, it then says -- I moved
10  on to another page.  It's Anglemeyer-1246, and
11  I'm going to read from the highlighted part.
12  It's progress notes by a PA on November 18th.
13  It says, "Patient was called and notified of
14  his fracture of the right ninth rib."
15     A.  Yeah.  I think it was -- I guess
16  fractured would be the right word, yeah.
17  Yeah.
18     Q.  Did this incident cause any -- I
19  don't see it anywhere.  Did that cause any
20  damage to your shoulders?
21     A.  No.
22     Q.  And you mentioned earlier you had
23  back -- can you just generally tell me what
24  your back issues were before February 2018?

Page 91

1      A.  I have a bad back.  I've been
2   roofing for 30 years almost.  I have a bad
3   back.
4      Q.  Okay.
5      A.  Sore back, bad back.
6      Q.  Okay.  Does that cause you any pain
7   or discomfort?
8      A.  My back?
9      Q.  Yes.
10     A.  Yes.
11     Q.  When you got surgery and the rehab,
12  did you have health insurance at that point?
13     A.  Through my wife's work.
14     Q.  Okay.
15         MR. BRADFORD:  I think I'm
16     done, Mr. Kluska.  Thank you for your
17     time.  I know this isn't fun, but it's
18     part of the procedure.
19         THE WITNESS:  I totally
20     understand it.
21         MR. BRADFORD:  Nothing
22     personal.
23         MR. ZEIGER:  Joe, thank you
24     very much.

Page 92

1         THE WITNESS:  All right.
2         MR. ZEIGER:  Wait a second.
3   I'm sorry.  I know I said I don't ask
4   questions to my witnesses, but I do have
5   a question for him.  I'm sorry.
6         Can you unshare?
7         MR. BRADFORD:  I'm trying to do
8   that right now.
9   BY MR. ZEIGER:
10     Q.  Mr. Kluska, good afternoon.  It's
11  Brian, your attorney.  How are you today?
12     A.  Okay.
13     Q.  Mr. Kluska, do you recall when the
14  troopers left and the locals were there?
15     A.  Yes.
16     Q.  Okay.  Can you please tell us about
17  how long it was that you were like maintained
18  in custody of the locals after the incident?
19     A.  I'm going, like I said --
20         MR. BRADFORD:  Objection to the
21     form.
22         You can answer.
23         THE WITNESS:  I'm going to say
24     it happened at 6:00 in the morning and

Page 93

1   I'm going to probably say it was 2:00 or
2   3:00 in the afternoon.  So probably a
3   good seven, eight hours.
4   BY MR. ZEIGER:
5      Q.  And you had your hands zip tied
6   behind your back during that entire period of
7   time?
8      A.  I told you, after a while they let
9   me put them in the front, but they were still
10  zip tied.
11     Q.  How long of a time passed from when
12  you were sat in the chair and then they
13  released your hands to the front and then
14  recuffed you or zip tied you?
15     A.  Brian, I begged those guys for
16  probably halfway.  Three, four -- probably
17  three, four hours I sat there with them behind
18  my back.  It was a while.
19     Q.  I understand that your mother-in-law
20  Ada was removed from the property by an
21  ambulance, correct?
22     A.  Yes.
23     Q.  Other than your mother-in-law, the
24  rest of the people that were present there, to

24  (Pages 90 to 93)

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

4a2593e2-e3f9-4e2a-ad13-8955ac1851a6

Joseph Kluska
November 6, 2020

Page 94

1  your knowledge, were they all kept on the same
2  timeline as you or were any of them released
3  earlier?
4      A.  No.  We weren't allowed to leave the
5  room.  Just to go to the bathroom.  That was
6  it.  And there's a bathroom right in the
7  living room.  So, no, we couldn't go nowhere.
8      Q.  So as far as you know, the entire
9  group of people was held by law enforcement
10 for somewhere between six and seven hours?
11     A.  Mark, I believe, was taken away.
12     Q.  So Mark was arrested.  Ada was taken
13 to the hospital by ambulance?
14     A.  Yeah.
15     Q.  Everyone else that was involved in
16 the case was kept in the house restrained for
17 somewhere between six and seven hours, except
18 to go to the bathroom?
19         MR. BRADFORD:  Objection to the
20 form.
21         THE WITNESS:  Yes, absolutely.
22         MR. ZEIGER:  Thank you.  I have
23 nothing further.
24 BY MR. BRADFORD:

Page 95

1      Q.  I do have a follow-up question.
2          Did I ask you if Tyeler Trinkley was
3  charged with anything on that day?
4      A.  I'm not real certain.
5      Q.  Are you aware that they discovered
6  what was believed to be a marijuana grow
7  operation in his closet?
8      A.  No.
9          MR. ZEIGER:  I'll object.  It's
10 outside the scope of the questions that I
11 asked, but I'll allow --
12         MR. BRADFORD:  You asked about
13 people being restrained when it happened.
14         MR. ZEIGER:  I understand that.
15 I said I'll instruct you to answer, if
16 you know.
17         MR. BRADFORD:  Okay.
18         THE WITNESS:  I don't recall
19 those charges or nothing, no.
20 BY MR. BRADFORD:
21     Q.  And do you recall the police finding
22 at least the materials to make Molotov
23 cocktails in his room?
24     A.  If that's what they said, I don't

Page 96

1  remember.
2      Q.  Had you ever seen a marijuana grow
3  operation or Molotov cocktails or ingredients
4  for Molotov cocktails in his room?
5      A.  No.
6      Q.  Was this a concern for you?  Did you
7  ever talk to him about this?
8      A.  No, I haven't really.
9      Q.  You know he pled guilty to at least
10 one charge?
11     A.  Whatever he did when he went to
12 court.  I don't know what he did.
13     Q.  You didn't really talk to --
14     A.  He's my stepson.  I don't talk to
15 him all the time, no.  I don't recall what
16 exactly details of what happened with him, no.
17     Q.  Okay.  Okay.
18     A.  Okay?
19         MR. BRADFORD:  I'm good.
20         (Exhibit D-11 marked for
21 identification.)
22         (Witness excused.)
23         (Deposition concluded at 12:27
24 p.m.)

Page 97

1          CERTIFICATE
2      I HEREBY CERTIFY that the
3  proceedings, evidence and objections are
4  contained fully and accurately in the
5  stenographic notes taken by me upon the
6  foregoing matter, and that this is a true and
7  correct transcript of same.
8
9
10
11
12 --------------------
13 MICHELE L. MURPHY
14 RPR-Notary Public
15
16
17
18
19     (The foregoing certification of this
20 transcript does not apply to any reproduction
21 of the same by any means, unless under the
22 direct control and/or supervision of the
23 certifying reporter.)
24

25  (Pages 94 to 97)

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

4a2593e2-e3f9-4e2a-ad13-8955ac1851a6

Joseph Kluska
November 6, 2020

**A**

**a.m** 1:18 46:9
89:18
**ability** 74:1
**able** 86:22
87:1
**absolutely**
6:5 7:8
10:2 18:9
19:23 26:14
46:22 47:12
47:12,18
54:11 56:24
68:18 94:21
**accurately**
97:4
**acknowledge**
88:9
**acknowled...**
70:15
**ACTION** 1:5
**actual** 43:6
**Ada** 1:5 2:12
6:14 17:8
61:5 93:20
94:12
**additional**
25:8
**address** 9:2
10:1 68:21
78:19
**administeri...**
4:10
**admitted**
89:7
**advance**
82:19
**affect** 87:10
**affirmative**
26:21
**afternoon**
92:10 93:2
**agency** 30:4
**ago** 9:12
10:18 14:9
20:7,21
58:24 62:18
80:22
**agreed** 4:2
5:1
**ahead** 74:22
76:2 78:14
80:11
**ain't** 66:8

**air** 40:2
48:23
**airborne**
52:16
**al** 1:5,8
**allegation**
28:12 29:19
**allegations**
29:8
**allege** 28:9
**alleged** 6:3
**Allentown**
9:18,20,21
10:1,12
11:3 14:17
24:5
**allow** 95:11
**allowed**
61:12 94:4
**ambulance**
61:7,12
93:21 94:13
**amount**
71:19 72:22
**and/or** 97:22
**Anderson**
89:8
**Anglemeyer**
1:5 2:12
**Anglemeye...**
89:6
**Anglemeye...**
90:10
**Anglemeye...**
78:16
**Anglemeye...**
79:23
**Anglemeye...**
76:5
**Anglemeyeus...**
74:16
**Anglemeye...**
74:24
**annoy** 6:1
**answer** 21:12
28:14,18
29:5 32:6
53:11 66:21
92:22 95:15
**answers** 59:5
63:4
**anybody** 63:8
**anymore**
12:11 84:3

**apparently**
64:9
**apply** 97:20
**appreciate**
50:16
**approxima...**
1:17 10:11
57:13 60:17
**Arch** 2:9
**area** 23:23
26:17
**arguing** 63:3
63:6,8
**argument**
62:22 64:16
**arm** 52:9,10
**arms** 44:9
47:23 52:8
52:11,24
75:15
**arrested** 13:6
13:19 94:12
**arrests** 19:13
19:20
**asked** 15:1
36:5 51:3
59:16 66:20
95:11,12
**asking** 22:11
24:24 47:10
49:3 59:13
62:7 64:13
65:9 81:1
**asleep** 40:3
40:23 43:23
**aspect** 76:17
**assault** 14:6
**assessment**
19:22
**Associates**
1:21 4:9
**assume** 46:9
**assuming**
32:6 75:3
82:14
**attached**
41:17 42:10
**attention**
68:1
**attorney** 2:7
4:17 5:16
78:13 88:1
88:16 92:11
**authorities**

**39:5**
**avulsed** 76:13
**awake** 43:24
**aware** 28:5
28:11 29:7
29:11 38:2
95:5

**B**

**B** 3:8
**back** 7:9 9:4
9:15 10:16
11:16,17
15:14 21:9
22:9 35:6
39:20,22
40:1 44:7
44:10,10,17
45:3 47:24
48:1,11
49:21 50:9
50:10 51:13
51:22 52:8
52:11 53:5
54:17 59:11
60:24 65:13
65:14 66:1
71:9 73:8
73:16,22
75:9,19,21
75:22 82:7
86:9,11,20
89:20 90:23
90:24 91:1
91:3,5,5,8
93:6,18
**background**
9:22 31:22
**backward**
89:18
**bad** 21:16
61:22 74:3
75:13 83:23
84:9 91:1,2
91:5
**baggies** 32:5
**bags** 32:14,19
**ballpark**
20:17
**bang** 42:3
**based** 87:24
**bashed** 43:13
**basically**
10:17 52:13

**54:9** 85:20
**bat** 59:17
**Bates** 74:15
74:23
**bath** 42:11
**bathroom**
41:17 42:9
42:10,13,23
56:1,4 94:5
94:6,18
**bed** 29:11
35:23 38:16
39:17 41:3
41:4,13
42:6 44:23
48:7,12,19
49:14,21
50:1,2,18
51:3,8,10
51:11,12,15
52:4 53:22
72:20,21
**bedroom**
14:18 15:16
15:19,19
18:12 23:11
39:15 40:6
41:6,18,21
41:24 42:1
42:11,12,15
42:21,22
45:16,16
46:13 53:4
56:2
**begged** 93:15
**beginning**
1:17
**behavior**
18:17
**bejesus** 39:16
**believe** 25:17
35:18 36:21
42:2 67:17
71:9 94:11
93:15
**believed** 95:6
**best** 62:20
**Bethlehem**
76:7
**beyond** 19:14
28:10 80:24
**big** 41:1
70:17
**biological**
7:24

**bird** 24:21
**birthday**
25:24
**bit** 40:20
45:24 46:1
47:14 53:7
**bitching**
65:12,12,12
66:7
**black** 47:5,16
**blocking** 70:5
**blue** 54:20
**Blvd** 2:4
**body** 75:18
**boom** 41:2,16
**border** 76:14
**born** 6:23
**bother** 83:20
**bothers** 83:18
84:15
**bottom** 74:16
11:24
**bought** 9:11
9:12 28:7
**box** 30:20
**boyfriend**
25:10
**Bradford** 2:8
3:3 5:12,14
21:22,24
28:23 29:2
29:6 33:7
33:11 57:7
57:10 70:22
87:8,14,17
88:8,14
91:15,21
92:7,20
94:19,24
95:12,17,20
96:19
**break** 40:19
90:19 91:6
**Brian** 2:3
5:21 87:8
88:8 92:11
93:15
**briefly** 5:14
61:15,16
**bring** 55:3
60:17
**broke** 80:18
90:7
**broken** 89:2
**brother-in-...**
17:5,6

**63:14**
**brother-in-...**
18:15
**brought**
40:10 47:23
60:20 61:2
66:22
**bucks** 13:1,3
**bud** 32:1
**bunch** 74:8
**bundles** 84:3
**business**
73:23
**busted** 29:10
39:14 43:22
62:13

**C**

**C** 2:1
**C-O-M-U-...**
11:24
**cabinet** 38:3
**call** 45:13
**called** 37:5
40:13 61:13
90:13
**calling** 62:5
**Campus** 76:8
89:8
**care** 68:17
73:2 87:20
**carried** 35:15
35:18 36:7
36:7,9
**carry** 84:2
**cars** 33:1
34:5
**case** 88:18
94:16
**cash** 71:19
**cause** 90:18
90:19 91:6
**Center** 76:7
**certain** 31:14
95:4
**CERTIFIC...**
97:1
**certification**
5:3 97:19
**CERTIFY**
97:2
**certifying**
97:23
**chair** 40:6

**53:2,3,19**
54:14,22
57:11,24
58:2 93:12
**chairs** 40:5
**charge** 96:10
**charged** 13:9
13:19 14:2
14:3 68:9
95:3
**charges**
13:16,23
14:7 68:15
95:19
**check** 23:12
**chest** 44:18
**Chief** 89:9
**child** 24:20
**children** 7:21
8:16 23:10
**China** 38:3
**cigarette** 59:9
59:14 60:11
**circle** 26:11
26:15
**circumstan...**
14:14
**CIVIL** 1:5
**claims** 6:2
88:19
**cleaner** 28:20
**clear** 66:21
81:21
**Click** 70:11
**close** 34:12
**closer** 7:4
**closet** 95:7
**Clyde** 17:9
**cocktails**
95:23 96:3
96:4
**collect** 77:19
**collecting**
77:15,23
**come** 49:16
55:2
**coming** 33:5
42:7 43:2
55:24
**common**
32:10
**company**
11:14
**compare**

Joseph Kluska
November 6, 2020

46:20
compartme...
71:24 72:15
complaining
54:10
Complains
89:21
complaint
39:2 89:9
completely
76:13
computer
70:15 79:17
Comunale
11:21 12:23
69:2 84:20
85:8
concern 36:6
96:6
concluded
96:23
concrete
89:19
conduct 14:6
conducted
4:4 6:7
conducting
39:3
confidential
28:7,17
29:9
confirmed
88:16
confirming
4:14
confused
42:14 43:14
50:8
confusion
64:20
construction
11:9,22,24
12:8,23
69:3 84:21
85:8,21
contact 20:11
56:16 57:22
58:16 85:18
86:5
contained
97:4
containers
31:15
containing

30:21
contents
37:23
control 4:8
97:22
conversation
59:2,8
87:24
conversatio...
59:4
convicted
14:2
Coordinated
76:7 78:10
78:11 79:9
cop 60:7,8
65:11,13
cop/bad 60:7
copy 4:19
Coronavirus
86:6
correct 6:14
14:7 93:21
97:7
correctly
82:15
counsel 4:2,5
4:21 5:1
counselor
87:20
COUNTY
1:7
couple 7:2
9:13,14
22:12,13,15
22:17 29:22
60:14 71:4
73:9
court 1:1,21
4:5,9,13
96:12
covered 85:8
crazy 51:6
crew 85:1
criminal
13:23 18:22
19:3,7
crying 61:10
cuff 53:5
cuffed 39:18
39:19,22
40:1,12
44:10 45:9
48:1 54:16

56:13
cuffing 39:20
cuffs 44:13
49:4 53:13
53:14 60:13
61:21 63:9
68:6
currently
8:13,20 9:3
11:11
custody
92:18
cut 65:22
81:4 83:17
cyst 76:16
80:2

**D**

D 3:1
D-1 26:10
D-11 3:10
74:10 78:15
89:5 96:20
D-3 29:24
D-4 30:17
D-5 30:20
D-6 32:2
damage
90:20
damages 88:2
88:17
damn 40:17
dark 46:6,13
59:23 60:1
darker 47:4
47:14,17
date 1:17
22:22 80:3
82:21 85:13
85:14
dates 9:12
10:14,21
20:21 21:6
22:6,8,12
71:11 80:16
dating 26:5
daughter 8:1
8:6,8 17:7
25:9 36:18
day 12:18
27:17,18
30:15 38:24
46:12 69:5
83:14,19,20

84:15,16,16
87:3,5 95:3
days 7:2 73:9
81:20
deal 70:17
83:15,16,18
83:20 84:1
dealing 82:10
decades 14:9
decision
35:24
deep 89:23
defendants
1:8 2:11
5:18
definitely
22:22 46:24
81:4
Denies 89:20
dent 41:1
depart 64:24
department
88:24
deposition
1:13 4:3,12
5:20 96:23
depositions
6:7 23:21
describe
81:15
describing
37:4
description
3:9 76:19
85:1
detailed 5:23
details 96:16
detained
68:12
detectives
40:14
different 8:9
42:8 69:21
73:14
direct 97:22
discomfort
80:8 91:7
discovered
95:5
discussion
33:9 62:1
70:20 87:15
88:12
Discussion/...

80:12
disorderly
14:6
distinctive
46:19
distinguish
47:10
distress 88:2
88:17
distribution
20:4
**DISTRICT**
1:1,2
diverticulitis
80:6 81:18
doctor 69:1
75:4,4
document
74:17 76:6
89:4
documents
76:3,4
dogs 40:12
doing 5:20
12:7 32:23
42:4 70:6
77:10 80:4
80:12 82:6
82:6 87:4
dollars 13:4
door 16:11
16:23 39:15
40:24 41:2
41:5,6,20
41:24 42:12
42:13,16,17
42:18 43:2
43:6,12,21
43:22,24
56:2
doors 42:22
doorway 42:8
double 21:20
downstairs
40:11 55:4
57:12 58:18
60:18
Dr 79:11
drags 60:14
drawer 38:3
driveway
26:17
dropped
51:21

drug 20:4
drugs 20:5
31:14 32:13
67:17
due 69:6 70:1
71:1 73:21
80:5 87:18
DUIs 13:24
duly 5:9

**E**

E 2:1,1 3:1,8
e-mailed 4:20
earlier 12:5
68:11 90:22
94:3
early 20:16
39:11
earning 13:1
easiest 39:8
**EASTERN**
1:2
easy 82:11
economy
12:15
eight 81:21
89:21 93:3
either 8:16
20:10 56:6
embarrass
6:1
emerge 86:6
emergency
88:24
emotional
87:9 88:2
88:17
employment
11:17
empty 30:21
ended 13:18
78:17 82:4
86:10
enforcement
24:13 30:3
94:9
engage 32:17
engaging
18:16
enter 17:19
18:10
entire 11:17
28:16 42:19
59:11,12

65:16,19,20
93:6 94:8
entry 40:14
**ESQUIRE**
2:3,8
essentially
72:13
established
35:2 39:1
estimate 21:1
estimating
10:22
et 1:5,7
eternity
61:24
event 13:10
events 14:14
74:6
eventually
40:10 57:23
60:16 66:24
67:11
everybody
61:2 62:3
evidence 97:3
exact 9:12
10:14,21
20:21 21:6
22:6,8,11
41:16 67:8
71:11 82:21
85:13,14
exactly 20:8
23:17 36:23
38:23 48:22
52:3 56:18
65:17 67:7
78:7 96:16
examined 5:9
excision
76:16
Excuse 16:4
70:4
excused
96:22
exercises
82:7
exhibit 4:18
4:19,23
26:10 29:24
30:17 96:20
exhibits 4:17
explain 36:3
40:7 44:8

explained
5:21
express 24:12

**F**

F 39:24,24
44:6 54:2
59:19 60:6
63:4
face 48:9
49:24 70:7
70:8,19
face-to-face
63:6
faces 45:19
45:23
fair 16:24
19:12,22
21:8,17
29:19 36:9
40:22 46:6
fall 89:1,9
familiarity
14:21
family 17:8
34:8 62:23
far 27:17
35:7 72:20
82:19 94:8
fast 52:1
father 6:8
father-in-law
17:8 36:22
fatigues
45:21 58:9
58:12 62:11
66:15,16
67:1,9,21
February 7:7
9:17,24
11:2 13:9
14:16 20:12
22:4 24:4
24:12 25:3
25:18 27:2
28:6 30:2,6
32:3 34:16
35:1 38:22
46:8,9 69:6
71:15 75:8
75:17 85:14
90:24
feel 75:12
feeling 75:10

feet 41:4
48:19 51:15
fell 89:10,18
felt 52:12
53:20,23
filing 5:2
final 80:11
finally 66:11
73:8
financial 80:6
find 67:14
finding 95:21
fine 10:23
13:5,17
14:22 15:13
16:20 31:3
43:18 57:1
82:2
finger 51:1
finish 62:16
firearms
24:15,17
35:3,5
fired 24:19
first 21:9
40:23 41:12
45:23 53:16
61:8 68:20
68:22,24
74:13 77:3
80:14
five 20:18
57:3
fixed 33:1
fixing 33:1
34:5
floor 2:9 40:3
44:13 50:11
50:13,18,20
51:23 52:5
52:14,14,17
52:20,22
53:22 54:9
54:14 71:24
72:12,16
floorboard
72:10,17,19
72:24
follow 80:13
81:5
follow-up
95:1
following
58:1

follows 5:10
foregoing
97:6,19
form 5:4
92:21 94:20
found 30:2
72:8
four 5:19
14:2,3
20:18 80:1
80:12 93:16
93:17
fracture
90:14
fractured
90:16
freaking
53:22
free-handed
65:21
frequent
23:12
frequently
26:3
Friday 1:11
friend 17:9
34:8
FRIENDS
1:22
front 61:21
65:13,15
66:2,13,13
89:23 93:9
93:13
froze 15:9
fuck 54:1
60:9
fucking 48:16
48:24
full 76:13
full-time
12:10
fully 97:4
fun 91:17
further 4:16
54:13 94:23

_____ G _____

garage 26:16
26:23 27:1
27:7,10,19
27:20,24
28:3,8 30:2
30:10,11,14

31:4 32:4
32:22 33:15
34:12
geared 46:3
general 2:7
28:21
General's
5:16
generally
5:22 18:24
19:9 28:15
63:17 81:15
90:23
getting 9:4
41:14,15
42:4 56:4
64:6 73:4
84:14
give 10:20
59:6 60:9
73:5 77:3
88:21
given 6:2
go 11:17
15:14,22
16:8 20:24
23:9,13
27:9,21
31:4,8,11
33:7,14,15
34:20 37:4
41:19 42:12
47:13 61:12
62:19 68:3
68:13,14
69:5 73:16
76:5 82:7
86:11 87:13
88:10 94:5
94:7,18
goes 42:22,24
43:1,3
83:19
going 5:22,24
6:18 9:15
10:14 14:24
16:19 22:9
26:7 28:13
28:14,17
29:21 31:18
38:18 39:21
40:4,9,19
41:8 44:5,6
44:6,14

45:13 47:4
53:10,10
55:8 56:10
56:11 57:3
58:22,22,24
59:17,19,22
62:2 63:5
67:7,16
68:19 71:10
71:11 74:4
74:6,14
76:2,5,11
78:14 80:10
85:12 86:20
87:10 88:3
89:3 90:11
92:19,23
93:1
good 5:13
7:17 40:18
47:9 57:7
57:14 60:7
84:12 92:10
93:3 96:19
grab 52:3,9
grabbed
39:24 52:7
52:10
grappling
63:13
green 26:11
ground 49:1
51:3,9
group 55:2
94:9
grow 95:6
96:2
guess 10:19
20:15 26:16
39:10 40:13
48:8 53:18
55:12 90:15
guilty 13:17
14:3 96:9
gun 24:19
30:1,5,6,10
35:3,4,12
36:7,8,9,12
36:18,22,24
37:1,3,9,13
37:13,20,21
37:23 38:2
38:14 39:19
44:23 51:17

55:14
guns 25:2,2
35:5,15
36:16 38:7
38:10
guy 36:24
47:8,17,21
48:3,21
49:11 50:17
50:23 57:20
59:7 60:6,7
66:14
guys 46:23
55:2,7 58:9
62:10,15
66:7 93:15

_____ H _____

H 3:8
half 20:18
22:9 40:3
58:23 62:17
halfway
93:16
hallway
41:20 42:23
hand 39:19
handcuff
51:18
handcuffed
48:21 59:10
handcuffs
65:3,4
handed 39:5
handgun
35:14 37:18
handle 12:18
hands 39:18
44:7 45:1,2
45:5,8
47:23 48:16
48:18 51:13
51:14 93:5
93:13
hang 26:8
hanging
32:24 34:5
happen 15:11
happened
38:24 56:18
64:2,9 70:3
73:15 77:2
83:11,11,24
92:24 95:13

96:16
happening
55:23 56:8
62:2 88:5
90:1
happenings
51:6
happens
48:22 61:18
happy 28:20
head 26:20
45:5 48:9
86:20 89:20
headboard
35:22 36:4
38:17 55:14
health 76:7
78:10,11
79:9 87:19
88:4 91:12
hear 6:17
24:8 25:16
heard 42:3
hectic 46:5
height 7:3
held 33:9
60:12 70:20
87:15 88:12
94:9
hell 39:21
59:16
helmets
45:22
help 52:23
81:9
helped 54:17
helpful 50:16
Hey 56:22
high 25:20
highlight
89:7
highlighted
76:12 90:11
Hill 8:14
histories
18:22
history 11:18
19:4,7
hit 52:14,20
54:9 70:5,6
85:20 89:16
89:20
hitting 70:13
hobbies

32:17
hold 66:10,10
66:10
home 16:21
82:7
honest 64:11
Horrible
75:11
hospital 68:4
83:6 94:13
hospitalizat...
80:5
hospitalized
81:11,17
82:23
hour 13:1,3
62:17 70:9
70:12,16
hourly 85:4
hours 65:18
93:3,17
94:10,17
house 9:11
14:21 15:3
17:3,17
24:11 25:6
26:12 34:3
34:8 36:15
36:16 38:10
38:13 39:4
40:12 42:19
43:7,16
63:11 94:16
hunt 38:18
hurt 53:12,14
61:22
hurts 84:15

_____ I _____

icy 89:18
idea 22:14
32:21
identification
96:21
identity 4:15
ignore 60:4
illegal 18:17
imagine 52:6
53:21 55:16
immediately
52:12
improved
84:7
improving

84:8,10
in-between
10:4,8
incident 70:2
72:9 75:8
86:24 87:18
89:14 90:18
92:18
income 77:20
indicate
64:15 76:8
indicates
89:6
indicating
45:3,4,10
79:3
infection
81:19 82:2
informant
28:7 29:9
informants
28:17
information
14:5,10
60:10
ingredients
96:3
initially
57:18,22
58:16 61:10
66:4 73:22
injured 54:13
injury 83:16
inspiration
89:24
instantly 49:2
52:8 53:20
53:20,24,24
instruct
28:18 95:15
instructions
5:23 57:1
insurance
91:12
interacting
56:7
interaction
63:20,23
involve 78:2
involved 20:4
94:15
issue 83:3,5,9
issues 19:10
20:3 75:18

Joseph Kluska
November 6, 2020

79:18 80:6
86:7,14,15
86:18 88:5
90:24
**Italian** 47:3

———— **J** ————

**J** 2:3
**January**
69:17,17
71:15
**jeans** 54:20
**Jeff** 17:6,10
18:15 19:6
63:14 64:6
64:7
**Jeffrey** 19:22
21:2 23:21
38:9
**JFK** 2:4
**jibe** 24:1
**job** 74:2 75:6
75:14 85:1
87:1
**Joe** 29:5 87:9
91:23
**John** 25:13
**Joseph** 1:13
3:3,10 5:8
74:12
**July** 80:5
81:11 83:1
**jumped**
39:17 48:12
51:12
**June** 7:16

———— **K** ————

**kbradford...**
2:10
**keep** 27:6
33:19 37:8
**kept** 35:17,21
36:18 37:2
39:23 53:11
53:12 54:6
65:11 94:1
94:16
**Kevin** 2:8
5:14 28:18
31:23 58:22
70:4 84:16
**kicked** 41:24
43:5

**kids** 16:1
**Kierra** 8:7
17:7 18:4
25:9 37:1
**Kierra's**
37:13
**killing** 66:9
**kind** 12:7
43:19 45:5
64:16 65:4
73:5 74:5
82:10
**kinds** 85:20
**Kluska** 1:13
2:13 3:3,10
5:8,13 8:7
26:9 74:12
74:14 87:18
88:15 91:16
92:10,13
**knee** 51:21
**kneeling**
51:19
**knew** 19:20
27:20 35:12
72:20,21
**knocked** 41:2
**know** 6:17
7:19 9:11
10:14,20,23
16:18 18:16
18:21,24
19:2,3,7,9
19:10,11,12
19:14,15,17
19:21 20:3
20:8,18,20
22:15,19,22
23:17 25:14
25:20,24
26:1 27:17
27:23 32:19
32:23 33:24
35:7,9,14
35:15 36:23
36:24 37:3
37:7,12,14
37:15 38:6
38:9 40:23
47:2,7 48:5
49:13 50:7
51:22,23
54:12 55:16

57:14 59:6
60:15 62:19
63:4,13
64:18 65:17
66:11 67:7
68:2 72:2,6
72:15,22
78:6 79:16
80:18 83:12
83:15,24
84:2 85:13
86:22 91:17
92:3 94:8
95:16 96:9
96:12
**knowing** 40:4
**knowledge**
19:22 32:10
50:22 94:1
**Kunkletown**
8:14 10:17

———— **L** ————

**L** 1:15 97:13
**lack** 70:1
71:1 73:22
**laid** 51:1
69:10,14,19
70:24 71:4
77:18,22
85:24
**Landed**
89:19
**Lane** 1:22
8:14
**language**
53:23
**large** 34:15
71:18
**late** 80:5
**law** 24:13
30:3 94:9
**lawsuit** 5:18
6:3
**lawyers**
28:21
**laying** 42:6
44:16 45:6
48:11 49:21
50:7,9
**learn** 67:11
**leave** 16:21
16:23 38:20
55:1 67:1

94:4
**left** 40:14
42:13 49:23
50:11,13
57:18,18
58:5 59:23
59:24 61:6
62:10 65:8
65:22,23
75:1 78:24
79:4 92:14
**let's** 9:8
11:18 33:7
38:22 88:10
**level** 15:3,5
15:16 17:15
23:23 63:2
84:24 86:23
**LEVIN** 2:2
**life** 84:13
88:5
**lift** 75:14
**lifted** 40:2
48:23
**light** 46:16
**lighter** 7:6
**lights** 46:14
**limited** 84:1
85:2
**line** 28:16
**list** 61:3
**Listen** 22:16
**listening** 66:8
**lit** 60:12
**literally**
39:15 42:4
**little** 32:5,14
35:14 36:18
40:20 41:9
45:24 46:1
47:4,14
53:7 63:12
77:7
**live** 8:13,16
8:23 9:9
10:9 21:5
34:7
**lived** 9:1,5,6
9:13 21:3
63:11
**lives** 23:5
**living** 9:17,17
9:24 10:12
11:3,8

14:16 15:15
17:3 20:7
20:17 21:9
21:13,14,18
22:14 25:5
60:21 61:4
63:1 64:5
64:23 65:19
66:4,6,22
67:5 94:7
**local** 30:3
39:5 65:11
65:12
**locals** 92:14
92:18
**locations** 4:7
**lock** 16:10,23
**locked** 16:3,5
16:12 37:11
**long** 7:15 9:1
10:11 12:1
20:7,21
21:7 57:11
58:20 62:8
62:9,12,13
62:18 65:17
65:18,18
67:7,8
69:14 80:22
81:16 84:14
92:17 93:11
**longer** 37:20
37:21
**look** 18:1,11
23:15 31:8
**looked** 64:11
**looking** 40:15
48:12
**looks** 74:21
76:1
**loose** 81:4
**lot** 16:17
27:16 31:1
33:2 68:7
69:16 72:1
81:3 83:15
83:17,24
84:1,2
86:22
**Luchetti**
79:11,12,13
**Luke's** 89:8

———— **M** ————

**mail** 68:15

**maintained**
86:4 92:17
**male** 79:24
**man** 49:5
83:17
**March** 71:12
71:14,15
73:5,19
74:18 85:14
**marijuana**
13:9,13,14
68:9 95:6
96:2
**Mark** 17:5
18:15 19:1
19:24 22:23
23:7 27:15
28:8 31:11
32:17,22
33:16 38:7
94:11,12
**marked** 4:17
26:10 29:23
30:20 74:10
74:10 96:20
**married** 7:12
7:15
**master** 42:11
**materials**
95:22
**matter** 97:6
**matters**
49:13
**maze** 43:19
**mean** 15:24
17:22 24:24
36:17 47:7
50:7 51:16
51:22,24
52:9 53:21
56:17 57:19
59:5,7
62:17 63:6
64:18 75:21
**means** 69:19
97:21
**medical** 3:10
68:1,17
73:1 74:7,8
74:11

**meeting** 4:8
**member** 34:9
**members**
62:23
**memory**
62:20
**men's** 56:23
**mental** 87:19
88:4
**mentioned**
18:14 90:22
**met** 5:14
**metal** 43:12
**meth** 28:7
29:9,16
**middle** 71:14
**minus** 10:18
**minute** 67:8
70:4,15
**minutes** 57:3
57:15,15
59:1,3
60:17 64:21
84:12
**mischaract...**
33:13
**missed** 41:22
**Mm-hmm**
72:14 81:12
**models** 37:14
**Molotov**
95:22 96:3
96:4
**moment**
39:10,12
54:9
**money** 72:3,4
72:5,21
**month** 69:18
**months** 9:3
10:18 22:13
28:6 71:16
80:1,12
**morning** 5:13
39:10 46:4
65:20 80:8
84:12 92:24
**mother-in-l...**
6:8,12,14
17:7 93:19
93:23

**mouth** 60:12
64:7
**move** 38:22
66:1,12
68:19 75:15
**moved** 9:13
10:16,18,19
21:9 22:2
22:20,24
50:18 51:2
51:7,9 52:4
54:13 66:13
90:9
**movement**
89:23
**moving** 84:14
**MRI** 73:4
74:17,24
77:12
**MRIs** 75:5
**Murphy** 1:15
97:13

———— **N** ————

**N** 2:1 3:1
**name** 5:13
8:3,4 25:12
25:14 90:3
**named** 5:17
**names** 61:3
**nasty** 69:17
**neck** 70:8
89:20
**need** 4:11
41:10
**needed** 80:13
81:5
**negative**
24:12
**negatives**
21:21
**nervous** 59:9
**never** 29:13
31:12 35:2
36:5,22
37:12 43:16
46:11 69:18
75:23
**NEWTOWN**
1:22
**night** 38:15
55:15 80:9
89:10
**nighttime**

———— Footer ————

Joseph Kluska
November 6, 2020

35:23
ninth 90:14
noise 31:22
non-issue
90:6
non-stop
12:11
normally
16:2,5
NORTHA...
1:7
nose 70:19
Notary 1:16
note 82:13
noted 21:23
29:3
notes 80:7
90:12 97:5
notice 1:14
notified
90:13
November
1:11 88:24
89:8 90:2
90:12
number
20:24

—————
O
—————
o'clock 46:4
oath 4:10
object 21:20
28:14,15,19
95:9
objection
21:22 28:22
29:2 92:20
94:19
objections
5:4 97:3
obviously
58:14 83:6
83:23 84:9
occasionally
15:12 27:12
27:14
occasions
30:9
Office 2:7
5:16
officer 4:10
39:23 66:18
67:16,23,24
officers 67:9

67:20
Oh 16:7
42:18 43:9
68:18 81:14
okay 6:4,6,10
6:13,16,19
7:1,3 8:2,6
8:20 9:8,16
10:6,16
11:2,6,13
12:17 13:22
14:5,13
15:11,22
16:10,16,24
17:22 18:14
19:6,16,24
20:2,14
21:8 22:1
22:11,21,23
23:15,17
24:4,8,23
25:3 26:2,9
26:15,19,24
28:11 29:1
29:4,13,18
29:21 31:18
32:22 33:24
34:11 35:11
35:16,20
36:20 37:1
37:7,11,22
38:6,22
40:18,20
41:8,12
42:7,14
43:9,11,14
43:23 44:11
44:16,20
45:11,18
46:2,18,23
47:9,19,22
48:5,15,20
49:18,24
50:4,15
51:2,7,16
52:2,13,19
53:6 54:8
55:5,8,11
55:17,22
56:3,6,15
57:16 58:7
58:10,15
59:2,13
60:16 61:5

61:14,17
62:1,9
64:22 65:3
65:24 67:11
67:24 68:5
68:11,16
69:12 70:7
70:9 71:13
71:21 72:23
73:13,18,21
74:4,21
75:3,7,17
76:1 77:8
77:12 78:11
79:4 80:4
80:17 81:3
81:21,24
82:4,12
83:5,13,22
84:6,17
85:4 86:14
86:21 87:7
87:23 88:21
90:9 91:4,6
91:14 92:12
92:16 95:17
96:17,17,18
old 6:21,22
8:3 9:20,21
10:1,12
11:3 14:17
25:18
once 52:20
62:3 64:18
65:11 73:24
ones 58:11,12
open 23:23
38:14 50:11
50:13 76:13
80:1 83:17
opened 40:24
opens 43:24
operation
95:7 96:3
outcome
13:15
outdoors
43:10
outside 39:15
42:17,24
43:1,4,7,12
43:21 46:7
46:11 69:24
95:10

owned 24:17
35:2

—————
P
—————
P 2:1,1
p.m 96:24
PA 2:4,7,9
90:12
page 3:2
74:13 79:23
80:11 90:10
pages 74:22
paid 13:17
pain 49:3
68:2,7
89:13,21,21
91:6
pair 54:20
pandemic
12:4 85:13
85:20 86:8
86:17,19
part 39:3
83:7 90:11
91:18
partially
47:10 78:24
participate
50:23
participating
4:7
particular
19:8,11
parties 4:3
parts 76:12
passed 67:3
93:11
Patient 89:10
90:13
paved 26:17
Pennsylvania
1:2,22 8:15
people 15:1
15:24 25:4
33:24 34:3
34:4 67:22
85:24 93:24
94:9 95:13
perform 75:6
performed
76:12
period 10:4,8
93:6
person 25:9

personal 86:7
86:14,18
91:22
perspective
38:24
Philadelphia
2:4,9
photograph
26:7 30:1
32:3
photographs
30:14 31:20
physical
12:13,16
63:21 77:24
78:3,5,8
82:4,8
physicality
63:24
physically
56:17 86:22
pick 52:10,15
picked 52:16
52:21 54:16
73:23
Picks 40:4
picture 31:19
pictures
29:22
pink 37:15,16
pipe 13:13
place 4:11
10:17 40:17
62:14
placed 56:17
plaintiffs 1:5
2:6 5:19
plans 86:11
please 53:9
61:21 92:16
pled 13:17
14:2 96:9
point 12:8
20:8 22:1
28:5 29:7
39:6 48:6
51:22 53:8
54:23 56:7
57:16 61:2
61:6 64:24
65:6 68:16
73:1 78:16
81:11 84:18
84:24 91:12

pointed 44:23
Pointing
51:17
poking 33:22
police 20:11
24:5,13
28:9 30:3
39:2 41:23
66:17 67:9
67:23,24
68:13 95:21
possession
4:21 13:12
13:14 20:4
68:9
possible 35:8
possibly
19:20
post-op 80:13
posterior
89:19,22
pounced 56:1
prefer 28:21
preference
28:24
present 2:12
4:3 6:6
20:10 93:24
presented
4:19
presenting
4:18 79:22
presents
79:24
pretty 50:1
62:8
prevent 79:3
79:5
Prevention
79:6
prior 4:22
probably
7:11 12:2
17:1 20:20
46:16 57:14
58:24 62:14
62:16 65:17
65:18 69:15
81:7 84:11
85:23 93:1
93:2,16,16
problem
24:23
problems

75:21,23
procedure
76:12 78:2
91:18
proceeding
88:17
proceedings
97:3
process 9:4
9:15 68:14
professional
1:16 87:19
progress
90:12
property
26:8 65:16
65:21 93:20
provider
79:10
psychiatrist
87:21
psychologist
87:20
Public 1:16
97:14
pull 34:13
61:21 73:17
purse 35:19
pursuant
1:14
pursuing
88:1
put 7:5 9:8
35:24 39:17
41:1 44:7,9
45:1,2
48:16,18
51:13,14
64:7 65:13
65:14 67:8
93:9

—————
Q
—————
question 4:23
6:17 21:16
28:19 64:14
82:1 92:5
95:1
questioning
4:22 28:16
40:15 64:14
questions 5:5
5:24 6:4
14:24 18:4

24:24 62:7
76:3,5 88:3
92:4 95:10
quick 7:17
51:5 52:1
56:23
quite 11:4
77:6
quiz 11:1

—————
R
—————
R 2:1
radiation
89:22
rate 85:4
re-check
79:24
read 76:11
79:22 89:15
89:17 90:11
reading 5:2
ready 41:15
42:5 56:5
real 8:18 14:8
20:6 31:21
34:10 56:23
59:8,8
69:17 74:3
75:13 95:4
realized
73:24
really 12:12
19:18 22:7
31:8 34:12
36:5,6
49:13 55:18
63:14,14
71:16 86:17
96:8,13
reason 12:13
29:14 64:13
67:17 83:7
recall 80:14
80:16 83:1
89:11 92:13
95:18,21
96:15
recess 57:9
recognize
9:22
recollection
24:2 89:5
90:5
record 14:11

28:20 33:8
33:10 70:21
74:9,15
87:13,16,24
88:11,13
**records** 3:10
74:7,8,11
78:13 79:8
80:24 81:9
**recovered**
71:22
**recovery**
78:1,20,21
79:2,4
**recuffed**
93:14
**red** 26:15
**Ref** 3:9
**refresh** 89:4
**refused** 49:4
**regarding**
4:23
**Registered**
1:15
**rehab** 91:11
**relate** 88:4
**relating**
74:12
**relationship**
8:9
**released** 68:6
93:13 94:2
**relevance**
28:15
**remain** 57:11
58:16 62:9
**remained**
59:10 77:13
85:18
**remember**
14:12,13
22:8 34:12
39:6 55:18
55:20 56:18
63:16,17
68:20 69:15
71:11 80:17
80:19 82:18
82:19,21
86:3 89:2
96:1
**remote** 4:6
**remotely**
4:13

**removal**
76:16 80:2
**removed** 65:6
65:10,10
93:20
**Renae** 2:13
6:13 7:12
14:17 15:15
41:12 42:1
55:22 57:23
60:18
**Renae's** 8:8
**rented** 9:14
10:6
**repair** 76:13
76:24 80:2
**report** 25:23
**reporter** 1:16
4:5,14
97:23
**REPORTE...**
1:21
**Reporting**
4:9
**represent**
26:11 29:24
32:4
**representing**
2:6,11 5:16
**reproduction**
97:20
**request** 68:1
**requesting**
74:17
**reserved** 5:5
**respect** 88:18
**respond** 60:2
**rest** 36:15,16
93:24
**restart** 33:6
70:9
**restrained**
94:16 95:13
**return** 82:16
82:20 84:23
86:5
**returned**
80:7 82:15
82:18
**returning**
84:17
**rib** 89:2,19
90:7,14
**ribs** 89:22

**Richard** 17:8
37:22
**rifle** 37:17,19
**rifles** 35:5
**right** 6:10 7:4
7:13 8:11
8:18 9:18
9:19,21
11:11 12:20
15:4 19:19
21:19 23:5
26:12,19
31:6,7,15
31:23 32:1
32:2 34:20
35:1 36:3
39:8,13,13
41:19,21
42:2,9,11
42:16 44:5
44:19,20
45:7 47:6
48:7,20
49:12,19,22
50:3,5,6,6
50:11,13
52:8,12,18
52:19 53:3
53:16 55:1
55:8 56:21
57:2,5,24
58:1 59:15
59:17,18
60:14,22
61:9,12,13
61:17 64:4
65:7,9
66:12,19
67:1 74:18
75:2,15
76:14,17,21
77:24 78:20
78:23 79:4
79:19 80:1
81:8 85:12
85:15 86:4
89:15,19,22
90:14,16
92:1,8 94:6
**ripped** 29:11
44:12 49:6
49:6 51:24
52:8,11,23
52:24 53:21

54:3,18
78:23,23
**Road** 9:18,20
9:21 10:1
10:12 11:3
14:17 24:5
**roll** 39:17
44:3,3,4,4
44:17 47:20
48:13,16
50:9,12
51:12
**rolled** 44:4
44:22,24
48:14,18
**roofing** 69:23
91:2
**room** 6:11
15:23 16:7
16:12,21
17:13,14,19
17:20,21
18:1,5,6,11
23:7,9,14
23:22 29:10
36:13,19
37:2,9 38:7
40:8,11
54:23 55:10
56:23 57:12
57:17,18,24
58:4,11,17
58:20 60:20
60:21,22
61:1,4,14
61:23 62:2
62:6,8,10
62:24 63:1
64:5,21,23
65:19 66:4
66:6,22
67:5 71:18
72:13,19
94:5,7
95:23 96:4
**rough** 56:19
71:16
**RPR-Notary**
97:14
**ruckus** 40:9
**running** 56:2
59:20
**RV** 34:22

_____
**S**
**S** 2:1 3:8
**S-H-A-N-T...**
25:17
**S/P** 80:1
**safe** 36:22
37:9,23,24
**Saint** 89:8
**salary** 12:22
**sat** 40:8,11
53:4 56:12
58:4 61:19
62:8 93:12
93:17
**saying** 19:19
22:12 37:5
41:6 44:1,1
44:3 51:8
53:7,11,12
53:18 54:8
61:20 63:18
64:7 74:14
88:7
**says** 70:8
76:20 80:11
80:22 81:4
81:6 89:9
90:2,9,13
**scale** 30:13
**scared** 39:16
**scenario** 60:7
**school** 25:20
**scope** 95:10
**scream** 48:24
**screen** 15:9
33:5 70:5
74:4
**scroll** 76:2
78:14 80:10
se 23:22
**sealing** 5:2
**search** 39:3,4
**searching**
40:16 65:16
65:21 67:19
**seasonal**
77:19
**seat** 56:17
**second** 15:9
41:3 52:18
88:21 92:2
**section** 79:23
**see** 27:19
28:2 30:6

30:10,19
36:17 38:14
45:18,23
48:8,9
64:12 66:24
70:7,7,8,19
74:19,20
81:8 90:19
**seek** 68:16
87:19
**seen** 30:5,13
30:23 31:12
32:7 37:23
48:19 96:2
**segued** 12:7
**selected** 74:7
74:11
**selling** 29:16
**senior** 25:20
**sense** 26:13
49:18 73:7
73:19
**separate** 4:6
**September**
79:10 80:20
81:7 82:13
82:17 84:6
**sequence**
74:6 85:9
**serious** 51:6
83:16
**sets** 40:4,6
**settled** 45:24
**seven** 10:13
10:15,17
20:16 93:3
94:10,17
**shakes** 26:20
**Shantz** 25:15
25:17
**share** 74:4
**shit** 23:12
**Short** 57:9
**shorter** 47:1
47:13 50:23
60:8
**shortly** 22:4
66:3
**shoulder**
53:17 74:18
75:1,5
76:17,22
78:20,22
80:1,4,9

83:9,10
**shoulders**
48:24,24
49:2,5,6,7
53:12,13
54:1,1,3,3,4
54:10 61:22
66:7,7,9
68:17,21
73:2 74:1
75:9,19,24
81:22 82:6
83:13 90:20
**show** 26:7
29:21 31:18
74:6 76:2,4
89:3,4
**showed** 39:3
67:22
**showing** 26:9
29:23 30:17
30:19 32:2
74:13 79:8
79:19
**shows** 74:24
**shut** 39:23,24
40:7,7,8
44:15,15,15
49:8,8,8,9
53:11,15,15
53:15 54:6
54:7 60:5,9
85:20 86:2
**side** 26:16
49:12,14,15
49:16,17,19
49:19,20,22
49:23
**signing** 5:2
**simple** 14:6
**single** 84:12
84:15
**Sir** 88:21
**sit** 56:12,14
56:15 61:17
**sitting** 61:23
64:19,22
**situation**
12:15
**six** 65:18
94:10,17
**skinned** 47:4
47:14

**skinnier**
46:20
**skip** 14:23
**slammed**
40:2 44:13
49:1 50:20
52:17 53:22
**Slams** 53:2
**sleep** 15:18
**sleeping**
46:17
**sleeps** 80:8
**slide** 52:13
**sling** 77:3,8
**Slipped** 89:17
**slowly** 84:7
**slows** 69:23
69:24
**small** 13:14
32:18,19
76:16
**smoke** 59:9
59:14
**snoop** 18:13
**sold** 29:8
31:15 32:13
**son** 8:10,11
17:6,10
**soon** 8:19
61:9
**Sore** 91:5
**sorry** 8:11
13:4 15:6
15:10 21:16
31:21,21
41:9 42:21
53:23 66:19
66:20 79:13
81:14 85:8
92:3,5
**sort** 62:22
64:15
**sought** 73:1
**sounds** 43:19
75:2
**source** 77:20
**Specialty**
76:6
**specifically**
18:23
**specifics**
19:17,21
**spelled** 11:23
**spend** 27:16

Joseph Kluska
November 6, 2020

30:24 31:5
33:2
**spent** 20:15
31:1
**spoke** 88:15
**stamp** 74:23
**stamped**
74:16
**standing** 48:7
48:19 50:2
50:24 51:8
51:9,11,14
**stands** 53:1
**start** 11:18
19:1 59:19
62:16
**started** 5:15
6:18 40:15
40:16 62:5
73:24 75:9
**starting**
70:23
**startled**
39:22
**state** 5:17
39:2 86:2
**states** 1:1
80:3
**station** 68:13
**status** 88:4
**stay** 17:12
26:4
**staying** 23:22
25:10 26:2
**Steep** 8:14
**stenographic**
97:5
**step** 89:10,18
**steps** 42:24
43:2,4
89:20
**stepson** 7:24
8:2 96:14
**stipulated** 4:1
4:16,24
**stomach**
44:24 45:2
45:8 50:10
50:12 81:19
82:3 83:3,5
83:9
**stop** 12:3
16:1 33:17
85:7

**stopped** 13:2
84:7
**Street** 2:9
**Strehlow**
1:21 4:9
**stuff** 16:1
33:1 34:5
34:17 40:14
55:12 63:13
84:3
**subject** 71:7
**subscapula...**
76:15 80:2
**suit** 66:14,17
66:17
**Suite** 1:22 2:4
**suits** 58:5,8
62:4 64:24
65:2
**summarize**
9:10
**summary**
40:18
**superior**
76:16
**supervision**
97:22
**sure** 5:21
14:8 20:6
21:6 22:20
25:19 31:17
34:2,10
**surgery** 76:8
76:21 77:2
77:13 78:20
78:22 79:3
79:5 80:3
91:11
**Surgical** 76:6
**surprised**
29:18
**suspect** 29:14
**swearing**
54:2
**swiftly** 67:10
**switched** 67:9
**sworn** 4:13
5:9

**T**

**T** 3:8
**T-shirt** 54:21
**table** 40:5
53:3,4

**take** 10:20
11:16,19
39:9 49:3
53:13,14
54:23 57:2
57:3 60:13
60:13
**taken** 1:13
30:15 32:3
57:12 94:11
94:12 97:5
**takes** 50:1
70:14 84:11
84:13
**talk** 26:22
31:11 33:15
38:23 55:12
96:7,13,14
**talked** 53:6
55:3 68:8
68:11 84:17
**talking** 42:18
62:6 64:1,4
70:24
**tall** 46:24
47:8,21
48:2,21
50:17 59:7
**taller** 46:20
46:22 47:13
**team** 40:14
**tear** 76:14
**technical**
76:19
**technically**
87:1
**tedious** 41:9
**teeth** 61:11
61:11,11
**tell** 8:2 9:2
12:24 44:14
53:9 60:8
90:23 92:16
**telling** 39:23
54:6 60:5
66:8
**ten** 89:21
**tendon** 76:15
76:24
**testified** 5:10
37:22
**testimony**
33:14 38:12
**thank** 32:16

**91:16,23**
94:22
**Thanks** 40:19
57:5
**therapist**
78:9 79:9
**therapy** 78:1
78:3,5,16
78:19 79:1
79:1,21
80:5,15
82:5,8
**thick** 41:23
**thickness**
76:14
**thing** 18:10
31:19 48:2
52:22 57:4
59:21 67:18
68:20,22,24
70:18 71:17
77:19 81:6
87:4
**things** 32:24
33:1 45:24
63:15 74:15
86:16,19
**think** 7:20
25:8,19,22
35:10 39:8
51:1,20
56:13,19
58:3 66:16
66:21 67:6
78:12,13
81:20 85:11
88:16,22
90:15 91:15
**thinking**
51:18
**thought** 90:7
**three** 14:2,3
74:22 93:16
93:17
**threw** 49:23
**thrown** 14:4
**tie** 40:1 65:3
65:5 66:17
**tied** 45:3,10
65:15 93:5
93:10,14
**ties** 52:6,7,10
52:24 65:23
**tight** 26:8

**time** 5:5 17:4
17:22 18:8
20:21 21:2
22:16 23:3
24:9 26:3
27:16,18
31:1,6 33:3
33:6 34:6
36:11,13
38:4,9
39:23 40:13
41:16 42:3
44:12 45:1
51:1 58:17
59:11,12
61:15,20
62:6,8,18
65:18,20,22
66:5 67:3
68:2 69:3
69:11,16
71:6,8
73:14,15
75:7,8
80:15,22
82:24 84:14
85:11,24
91:17 93:7
93:11 96:15
**timeframe**
67:4
**timeline** 94:2
**times** 14:3
17:1 31:5
69:16 77:21
78:6
**today** 5:20
6:11 83:13
92:11
**told** 25:5
30:24 44:17
48:13 51:12
55:24 59:17
63:23,24
93:8
**tools** 27:3,5
34:24
**top** 89:6 90:3
**tore** 78:24
**torn** 76:24
**totally** 78:23
91:19
**touched**
44:22

**tractor-trai...**
34:23
**tractor-trai...**
34:18
**trailer** 34:11
34:21
**transcript**
97:7,20
**trial** 5:6
**tried** 59:5
73:11,16
**Trinkley** 8:4
95:2
**trooper** 48:6
**troopers** 5:17
45:14,14,15
46:19 56:6
57:17,21
58:3,15,21
62:10,13,24
63:10 64:15
64:23 66:24
67:21 92:14
**true** 97:6
**try** 59:13
68:22 79:2
82:9
**trying** 51:19
58:3 70:9
85:9 92:7
**turn** 42:13
79:16
**turned** 48:10
32:10
**two** 6:7 9:3
10:18 18:14
22:9 37:3
40:5 42:22
45:17,18
46:19 47:11
55:7 57:17
57:21 58:3
58:15,21,23
71:16 84:10
**Tyeler** 8:4,8
17:6,12
37:2 95:2
**type** 35:12
37:13
**typically**
15:23 16:14
16:15 35:16
37:8 55:19

77:18

**U**

**uncomfort...**
6:2
**underneath**
72:12,20,21
**understand**
6:16 13:8
16:20 20:23
31:5,14
32:9 37:14
41:11 49:5
50:6 52:2
53:17 71:21
88:6 91:20
93:19 95:14
**understand...**
15:2 21:1
23:20 25:4
27:15 76:18
85:19 86:1
87:23
**Understood**
79:7
**unemploy...**
77:15,20,23
**UNITED** 1:1
**unlocked**
17:1
**unshare** 92:6
**unusual** 34:7
**upper** 15:5
15:16 17:15
75:18 76:14
**upset** 63:14
**upside** 74:23
**use** 32:18
56:22
**usually** 71:4
71:10,15

**V**

**vaguely**
89:12
**vials** 30:21
32:19
**videoconfe...**
1:14 2:3,8
2:13 4:4,8
**VIDEOGR...**
1:21
**view** 87:12
**visit** 34:1,3

79:9
**visualize**
50:14
**vs** 1:6

**W**

**wait** 70:9,11
70:16 74:22
92:2
**waived** 5:3
**wake** 40:24
**walk** 74:5
**walked** 42:2
58:4
**walking**
38:13
**wall** 49:15,17
49:20,22
50:10,12
**want** 10:13
11:17 26:22
28:19 33:13
38:23 47:2
50:8 55:9
62:15 64:6
70:16 71:17
81:10 88:23
**wanted** 63:9
68:6
**wanting** 63:4
63:4
**warrant** 39:4
**wasn't** 16:2,2
16:5,8 20:7
23:11 27:22
36:6 47:2
47:16 54:17
62:12,12
63:8 64:20
71:2 72:17
73:15
**watching**
31:16 32:10
**way** 9:8 39:9
54:16 56:22
79:14,15
**we'll** 12:20
15:14 19:1
20:16,23
47:13 74:10
81:8 84:6
**we're** 5:20
6:18 9:4,15
58:2 71:7

Joseph Kluska
November 6, 2020

weapons
27:24 28:2
wearing
45:19,20,21
54:19,20
77:8
weather 71:3
71:3
week 78:6
weeks 28:6
71:4
weight 7:3,5
7:9
weird 21:17
went 20:8
36:10 38:16
51:23 55:7
58:13 68:24
71:8,9 73:8
75:3 78:10
80:15 88:24
96:11
weren't 14:20
24:9 33:12
33:22 58:9
73:21 94:4
whatsoever
18:22
white 46:23
47:1,3,17
47:21 48:3
48:21 49:11
50:17 59:7
60:6
wife 6:12,13
8:15,21
15:20 16:17
16:22 17:7
35:3,4 43:2
59:20 72:1
wife's 38:16
72:4,5
91:13
winter 71:5
wintertime
69:22,23,24
witness 3:2
4:6,11,12
4:18,20,22
26:20 70:13
70:18 91:19
92:1,23
94:21 95:18
96:22

witness' 4:14
witnesses
92:4
woke 39:11
41:2
woken 39:12
word 63:16
63:16 90:16
worded 21:17
words 63:13
64:7
work 5:15
11:6,13
12:1,10,11
16:17 22:17
33:17 41:15
42:5 56:5
69:5,6,20
70:1,3 71:1
71:8,9 73:8
75:9 77:13
80:7 82:9
82:15,16,18
82:20 83:4
83:7 84:18
84:23 86:5
86:9,12,20
86:23 91:13
worked 11:21
27:17 73:9
85:11,16
working
11:11,19
12:3,23
13:2 32:24
73:21,24
82:24 83:2
83:4 85:7
worry 60:3
worse 75:12
89:23
wouldn't
18:11 22:17
22:18 27:21
33:14 38:13
40:6 45:12
53:11 59:6
59:8 60:13
63:3,5
wrap 55:9
wrapped
77:6

wreck 59:9
wrecked
62:14
wrong 14:11
79:14
wrote 82:14
www.strehl...
1:24

____ X ____
X 3:1,8

____ Y ____
yanked 52:11
yeah 9:7
10:20,21
11:5 12:9
16:1,7
18:12 19:10
20:1,22
25:1,24
26:4 28:10
29:10,20
34:18 35:4
36:11,11
37:3,21
39:12,14
41:7 42:20
43:15 45:7
45:7,22
46:8,11,16
46:22 47:15
48:11 52:21
54:5,15,15
56:11 57:20
58:2 59:7
59:16,24
60:24 61:19
62:21,21
64:11 67:13
68:22 69:22
69:22 73:3
74:3 75:6
76:23 77:6
77:7 78:3
81:2 82:16
85:16 89:12
89:12 90:4
90:6,6,15
90:16,17
94:14
year 7:2 12:5
12:24 85:17
years 6:22

9:2,5,6,12
9:13,14
10:13,15,17
12:2 20:16
20:19 22:9
22:13,16,17
22:18 58:23
84:11 91:2
yelling 47:19
49:9,10
56:9 63:10
Yep 6:20
8:22 9:23
10:5,24
12:6 39:7
40:21 60:19
66:23 69:13
72:11 76:10
76:10 84:19
yesterday 6:6
6:7 9:22
14:20 23:21
26:10 29:24
89:18
young 24:20

____ Z ____
Zeiger 2:2,3
3:4 21:20
28:13 29:1
29:4 57:6
70:11,14
87:12 88:10
91:23 92:2
92:9 93:4
94:22 95:9
95:14
zeiger@lev...
2:5
zip 40:1 45:3
45:9 52:6,7
52:10,24
65:3,5,15
65:22 93:5
93:10,14
Ziplock 32:5
32:14,19

____ 0 ____

____ 1 ____
10 57:15
10:36 1:18
102 8:14

11 12:2
11:40 57:6,7
116 1:22
12 12:2
12:27 96:23
14th 79:10
82:13,17
15 57:14,15
58:24 59:3
60:17 64:21
15,000 71:22
72:9
1500 2:4
16 18:7
1600 2:9
17 18:7 25:20
18 25:21,22
18058 8:15
185 7:11
18940 1:22
18th 89:8
90:2,12
19 8:7
19-3714 1:8
190 7:11
19102 2:4
19103 2:9
1st 7:16

____ 2 ____
2 76:15
2:00 93:1
20 17:23
64:21 84:21
2002 7:16
2016 11:18
11:21
2018 7:7 9:17
9:24 11:2
13:9 14:16
20:12,16
22:5 24:4
24:12 25:3
25:18 27:2
28:7 30:2,7
32:4 34:16
35:1 38:23
69:7 73:5
74:18 75:8
75:17 76:9
79:10 82:14
82:17 84:7
84:18 89:1
89:9 90:2

90:24
2020 1:11
21 17:23
210 7:4,5,6
215 1:23
215-546-0340
2:5
215-560-2402
2:10
22 24:21
22nd 73:5,20
74:18
23 8:5 17:23
23rd 20:12
22:5 24:4
24:12 25:3
28:6 30:2,6
32:4 34:16
38:22 69:6
75:8,17
28 13:1,3,4
2nd 76:9

____ 3 ____
3/29/18 75:1
3:00 93:2
30 91:2
340 9:18 10:1
14:17 24:5
3rd 2:9

____ 4 ____
44-year-old
79:24
46 6:22

____ 5 ____
5 3:3
5'9 7:5,6
5/2/18 80:3
504-4622
1:23
54 1:22

____ 6 ____
6 1:11 46:4
6:00 46:9
92:24
620 2:4

____ 7 ____
73 6:24 7:1
74 3:10 6:23

| | 8 | |
|---|---|---|
| 814 79:23 | | |
| | 9 | |
| 92 3:4 | | |
| 94 3:3 | | |