Richard Angelmeyer
November 5, 2020

Page 1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA


ADA ANGLEMEYER, et al., : CIVIL ACTION
        Plaintiffs,      :
                         :
     vs.                 :
                         :
NORTHAMPTON COUNTY, et   :
al.,                     :
        Defendants.      :  No. 19-3714


                - - -
        Thursday, November 5, 2020
                - - -


        Deposition of RICHARD ANGLEMEYER,

taken pursuant to notice, via videoconference,

before Michele L. Murphy, a Registered

Professional Reporter and Notary Public, on

the above date, beginning at approximately

12:37 p.m.

                - - -



        STREHLOW & ASSOCIATES, INC.
        COURT REPORTERS - VIDEOGRAPHERS
         54 FRIENDS LANE, SUITE 116
        NEWTOWN, PENNSYLVANIA 18940
              (215) 504-4622

        www.strehlowcourtreporting.com

SUMMARY
JUDGMENT
EXHIBIT
3

1a220fbe-8763-4f5f-b224-127bea445765

Richard Angelmeyer
November 5, 2020

Page 2

APPEARANCES:

LEVIN & ZEIGER
By:  BRIAN J. ZEIGER, ESQUIRE
     (Via Videoconference)
     1500 JFK Blvd., Suite 620
     Philadelphia, PA  19102
     215-546-0340
     zeiger@levinzeiger.com
     Representing the Plaintiffs

PA OFFICE OF ATTORNEY GENERAL
By:  KEVIN BRADFORD, ESQUIRE
     (Via Videoconference)
     1600 Arch Street, 3rd Floor
     Philadelphia, PA  19103
     215-560-2402
     kbradford@attorneygeneral.gov
     Representing the Defendants

ALSO PRESENT:  Ada Anglemeyer
     (Via Videoconference)

- - -

Page 3

I N D E X
WITNESS:                 Page
Richard Anglemeyer
     By Mr. Bradford       5


E X H I B I T S

No.   Description      Ref.

D-10   Medical records for Richard
       Anglemeyer            57


- - -

Page 4

(It is hereby stipulated and agreed by and between counsel for all parties present that this deposition is being conducted by videoconference, that the court reporter, all counsel, and the witness are all in separate remote locations and participating via videoconference meeting under the control of Strehlow & Associates Court Reporting, that the officer administering the oath to the witness need not be in the place of the deposition and the witness shall be sworn in remotely by the court reporter after confirming the witness' identity.

It is further stipulated that exhibits may be marked by the attorney presenting the exhibit to the witness, and that a copy of any exhibit presented to a witness shall be e-mailed to or otherwise in possession of all counsel prior to any questioning of a witness regarding the exhibit in question.)

(It is hereby stipulated and

Page 5

agreed by and between counsel that reading, signing, sealing, filing and certification are waived; and that all objections, except as to the form of questions, be reserved until the time of trial.)

- - -

...RICHARD ANGLEMEYER, after having been duly sworn, was examined and testified as follows:

- - -

BY MR. BRADFORD:
Q.  Good afternoon, Mr. Anglemeyer.  I think you know me at this point, because I think you were in the room for most, if not the entire deposition before, but I am Kevin Bradford.  I'm representing the defendants in this lawsuit that you and three other members of your family have brought.

I assume you understand what the process is because you were sitting there. I'm just going to ask you a series of questions that relate to the lawsuit, and your obligation is to answer the questions to the

1a220fbe-8763-4f5f-b224-127bea445765

Richard Angelmeyer
November 5, 2020

Page 6

1    best of your ability, to the best of your
2    recollection. Okay?
3        A. Yes.
4        Q. All right. I'll try not to repeat
5    some things, but there are some things I'll
6    have to ask you the same type of thing even
7    though your wife already answered some of
8    those questions.
9            First of all, how old are you, sir?
10       A. 80.
11       Q. And you've been married for 60 years
12   to Ada, correct?
13       A. Correct.
14       Q. Okay. And you also live at 340 Old
15   Allentown Road?
16       A. Correct.
17       Q. And you are retired?
18       A. Yes.
19       Q. How long have you been retired? You
20   can tell the year or the number of years.
21       A. Since 1962.
22           THE WITNESS: Isn't that what
23   it is?
24           MRS. ANGLEMEYER: I don't know.

Page 7

1            THE WITNESS: Give me one
2    second.
3            MR. BRADFORD: Okay.
4            THE WITNESS: Okay, sir. It's
5    2002.
6    BY MR. BRADFORD:
7        Q. 2002, okay. That sounded a little
8    more realistic, I guess, than 1962. I'd want
9    that job when you retire when you were --
10       A. Yeah.
11       Q. So anyway, do you have any hobbies
12   or activities or anything that you do to keep
13   you busy?
14       A. You know what, I did up until 78.
15   Now I don't.
16       Q. Okay. Are you taking any medication
17   or is there anything that would affect your
18   ability to understand my questions today and
19   answer them?
20       A. I'm taking medication, but I can
21   understand your questions.
22       Q. Okay. And if at any point you don't
23   understand my question, let me know and I'll
24   figure out a different way to ask it to you.

Page 8

1            The bar that your wife spoke about
2    during her deposition, did you work there or
3    did you -- did you work there?
4        A. In her business?
5        Q. Yes.
6        A. No.
7        Q. Okay. Before February 23rd, 2018,
8    did you have any negative feelings toward law
9    enforcement?
10       A. No.
11       Q. Okay. In February 2018, how many
12   firearms did you own?
13       A. I can't tell you that, sir. I don't
14   know. A safe full.
15       Q. Right. So your wife spoke about a
16   safe that was in the house that kept
17   several -- several firearms were in that safe?
18       A. Many firearms.
19       Q. Were the firearms in that safe, were
20   they yours?
21       A. Yes.
22       Q. Okay. Did anyone else in the house
23   have access to them?
24       A. No.

Page 9

1        Q. Other than your wife, I guess?
2        A. No.
3        Q. Okay. And you have no idea what the
4    number is on that?
5            THE WITNESS: What did he say?
6            MRS. ANGLEMEYER: Do you know
7    the number of guns you had?
8            THE WITNESS: No. I inherited
9    a lot of them.
10   BY MR. BRADFORD:
11       Q. Would it be more than ten? I
12   understand --
13       A. Oh, yeah. It had to be 30.
14       Q. Okay. It could be 30?
15       A. Mm-hmm.
16           COURT REPORTER: Is that a yes?
17   I'm sorry.
18           MRS. ANGLEMEYER: Yes.
19           THE WITNESS: Yes.
20   BY MR. BRADFORD:
21       Q. You need to say yes. Right.
22           Did you ever have any involvement in
23   the Quarry Beach Hideaway business?
24       A. No.

3 (Pages 6 to 9)

1a220fbe-8763-4f5f-b224-127bea445765

Richard Angelmeyer
November 5, 2020

Page 10

1    Q.  Okay.  And you've never been
2  arrested?
3         MRS. ANGLEMEYER:  What did he
4  say?
5         THE WITNESS:  Was I ever
6  arrested?
7         My son and me got in a shoving
8  match and I was arrested maybe two years
9  ago.
10 BY MR. BRADFORD:
11   Q.  How long?
12   A.  Two years.
13   Q.  Two years ago.  And where did that
14 occur at?
15   A.  At Bruce Lane on my other property.
16   Q.  Where is your other property located
17 at?
18   A.  Wind Gap, but 100 Bruce Lane.
19   Q.  Okay.  Is it next to your property
20 that you're at right now or is it somewhere
21 else?
22   A.  Just drive down the road a little
23 bit, make a left, and that's where it is, up
24 in sort of the mountains.

Page 11

1    Q.  Okay.  And this incident that we're
2  talking about, did that occur after the
3  troopers came to your house in February of
4  2018?
5    A.  Let me think a minute.
6         MRS. ANGLEMEYER:  I think it
7  was before.  You don't know.
8         THE WITNESS:  You know what, I
9  can't remember and I don't want to give a
10 bad false answer.
11 BY MR. BRADFORD:
12   Q.  Okay.  And which son was this?
13   A.  Vernon.
14   Q.  Okay.  And did you or Vernon get
15 arrested?
16   A.  We both did.
17   Q.  Okay.  And what were the charges, if
18 you remember?
19   A.  I don't remember.
20   Q.  Was anyone convicted of anything; do
21 you remember?
22   A.  I pleaded guilty to like shoving
23 him.
24   Q.  Okay.  Did he plead guilty as well;

Page 12

1  do you remember?
2    A.  No.
3    Q.  Do you know what happened?  Do you
4  know if he got convicted or do you know what
5  happened --
6    A.  No, he didn't get convicted.
7    Q.  Now, you were sitting there when
8  your wife, Ada, was discussing your property
9  there in Wind Gap and she was looking at the
10 map.  Were you listening to that?
11   A.  No, I wasn't, to be honest with you.
12 A little bit.
13   Q.  Well, the parts that you listened
14 to, do you have any disagreement as to what
15 she said or did she seem to get everything
16 right?
17   A.  She seemed to get everything right.
18   Q.  So I'm not going to go through that
19 with you, because that would just be
20 duplicative.
21       I do want to talk about the garage
22 that we were talking about, and that was that
23 garage in the red circle that's actually
24 separate from the house, the main house?

Page 13

1    A.  Different address.
2    Q.  Right.  Right.  First, it's pretty
3  close, right?  You just walk across your
4  driveway and then you're there, right?
5    A.  Well, about 300 more feet after the
6  driveway.
7    Q.  Okay.  But if you were -- that's
8  fine.
9         Again, February 2018 is when this
10 incident took place.  So that's kind of a
11 benchmark that I'm using here.  So February
12 2018 before the police came, would you go in
13 that garage?
14   A.  Never.
15   Q.  Never?  Okay.
16       Who would go in the garage?
17   A.  Well, I wasn't at the garage.
18 Strangers I'd see go in, but I don't know
19 what, you know...
20   Q.  Okay.  And would any of your family
21 members -- was Mark Anglemeyer, would he spend
22 a lot of time out there?
23   A.  I know he went in the garage.  I
24 don't know how much time he spent out there.

4  (Pages 10 to 13)

1a220fbe-8763-4f5f-b224-127bea445765

Richard Angelmeyer
November 5, 2020

Page 14

1    Q.  Okay.  So you never went to the
2  garage.  You didn't know exactly what was in
3  there?
4    A.  No, sir.
5    Q.  Let me show you a photograph here.
6  Give me one second here.
7       You're looking at what we marked
8  previously as D-3.  Have you seen this gun
9  before?
10   A.  No.
11   Q.  What did you say?
12   A.  No.  I don't know what it is.
13   Q.  So you've never seen that before?
14   A.  No.
15   Q.  Do you know what's on the end of it
16  on the far right or where my cursor is?
17   A.  No, I don't.  It looks like a piece
18  of, you know, insulation, pipe insulation.
19   Q.  Well, to me it looks like some sort
20  of silencer, but I don't want to put words in
21  your mouth, so I'm just asking you what you
22  think it is or looks like.
23       MR. ZEIGER:  And please don't.
24       You can answer.

Page 15

1       THE WITNESS:  I don't know what
2    the hell -- why it would even be there.
3  BY MR. BRADFORD:
4    Q.  Okay.  And can I have
5  Mrs. Anglemeyer sit next to you?
6    A.  Sure.
7    Q.  I think that would be easier.  And
8  just so I have you in the screen, so I know
9  when you're talking to him.  Okay.  Of course
10  I said sit.  Or stand, whatever you're
11  comfortable with.
12       What about the trailer we were
13  talking about?  Your wife mentioned that
14  someone else had dropped it off there.  Did
15  you ever go in there?
16   A.  I've never went in the trailer, no.
17  It's actually like a pull-behind trailer, I
18  think you're referring to.
19       MRS. ANGLEMEYER:  Camper.
20       THE WITNESS:  Camper.
21  BY MR. BRADFORD:
22   Q.  Okay.  Other than the guns that were
23  in the safe, would you agree with me that
24  there were other firearms around the house in

Page 16

1  2018?
2    A.  Definitely.  Definitely.
3    Q.  I think your wife mentioned that you
4  kept one in a drawer in the China closet?
5    A.  Absolutely, yes.
6    Q.  Am I looking at it right now behind
7  you?
8    A.  Yeah.
9    Q.  All right.  You don't have to pull
10  anything out, but I couldn't help but notice
11  that.
12   A.  In the drawer.
13   Q.  In a drawer.  It's not a locked
14  drawer or anything like that?
15   A.  No; no lock.
16   Q.  Okay.  And I guess I do want to
17  confirm the people that lived with you back in
18  February 2018.  I'll go through the list and
19  you tell me if I have it right or wrong.
20       Besides you and your wife, I have
21  Joe and Renae Kluska, Jeffrey, Mark, Kierra,
22  Tyeler, and Clyde; is that correct?
23   A.  Yes.
24   Q.  And I asked about surveillance

Page 17

1  cameras on the property, and your wife and I
2  spoke about the one camera that was over by, I
3  guess, the rec room that's part of your house?
4    A.  Mm-hmm.
5    Q.  And there were also surveillance
6  cameras over by the garage?
7    A.  That's what I understand.
8    Q.  That's what you understand.  Do you
9  recall if there are any other surveillance
10  cameras around the property?
11   A.  No, not that I know.
12       MRS. ANGLEMEYER:  There are,
13   but they don't work.
14  BY MR. BRADFORD:
15   Q.  You actually have -- there's an
16  indoor pool attached to your house, I guess?
17   A.  Yes.
18   Q.  Just give me a second.  I'm just
19  skipping through stuff that I'm trying not to
20  ask you.
21       Do you know if Mark Anglemeyer had
22  any guns at the house?
23   A.  I never seen any.
24   Q.  And he had his own room?

5  (Pages 14 to 17)

1a220fbe-8763-4f5f-b224-127bea445765

Richard Angelmeyer
November 5, 2020

Page 18

1      A.  Yes, upstairs.
2      Q.  Upstairs.  And you and your wife
3  lived in the lower level, right?
4      A.  Yes.
5      Q.  And my understanding is there's two
6  bedrooms down there.  Who, if anyone, was
7  living in the other lower level bedroom in
8  February 2018?
9      A.  Clyde.  Clyde Buskirk.  I don't know
10  what time.  Jeff was --
11      Q.  And Jeff was --
12      A.  That was Jeffrey's bedroom.
13      Q.  I understand that.  He was in kind
14  of an area there?
15      A.  And then the other bedroom, yes, for
16  us.
17      Q.  And everyone besides you, your wife,
18  Jeffrey, and Clyde, you guys would sleep on
19  the lower level and then everyone else slept
20  on the upper level?
21      A.  Yes, sir.
22      Q.  Is that fair?
23      A.  Yes.
24      Q.  Okay.  Would you go in -- the people

Page 19

1  in the upper level, would you go in their
2  rooms?
3      A.  I can't recall ever -- well, if I
4  had to tell them something, I'd go up the top
5  and yell in.
6      Q.  Okay.  But you never actually
7  entered anyone's rooms?
8      A.  No.  That was theirs.
9      Q.  Okay.  The doors to the rooms at
10  least upstairs, were they locked?
11      A.  No.
12      Q.  In February of 2018, your wife spoke
13  about how she would do some target practicing.
14  Is that something you would engage in as well?
15      A.  No.  I don't do that.  I'm too P
16  (ph).
17      Q.  Would you use your guns for other
18  purposes, like hunting?
19      A.  Oh, yes.  Yes.
20      Q.  Okay.  Anything other than hunting
21  would you ever fire your gun?
22      A.  Not that I plan, you know.  I
23  mean -- no.
24      Q.  Look, if the answer is no, then the

Page 20

1  answer is no.  Or you don't remember, you
2  don't remember.
3      A.  Well, I tried to go back three
4  years.
5      Q.  Yeah.  Think about my question
6  before you answer, but if something comes to
7  mind, that's totally fine.
8         Would there be occasions where you'd
9  be walking around your property holding one of
10  your guns or having it on your hip on like a
11  holster?
12      A.  No.  I don't have no holsters.  If I
13  was hunting, I had the shotgun or whatever
14  and -- hell, that's all I did.
15      Q.  Okay.  And when you were hunting,
16  would you be hunting on your own property
17  there?
18      A.  Yes.  Yes.
19      Q.  Okay.  How often would you be
20  hunting back in February 2018 at least?
21      A.  I didn't hunt at all that year.  I
22  mean, I'm talking years before.
23      Q.  I'm sorry.  We lost you for a second
24  there.  Can you say that?

Page 21

1      A.  I didn't hunt for quite a few years,
2  but I'm telling you what I did when I hunted.
3  I gave up on that.  Too tough.
4      Q.  Okay.  And about when did you give
5  up hunting, about what year?
6      A.  At least ten years.
7      Q.  Okay.  I don't think I asked you
8  this.  If I did, I apologize.  Did you recall
9  before February 2018 the police ever coming to
10  your property?
11         MRS. ANGLEMEYER:  Yeah.
12         THE WITNESS:  Yeah; lots of
13  times.
14         MR. BRADFORD:  And,
15  Mrs. Anglemeyer, I know you're trying to
16  help him, but I can hear you feeding him
17  answers, so...
18         THE WITNESS:  She don't have to
19  feed me answers.
20  BY MR. BRADFORD:
21      Q.  I know.  And I understand, but like
22  I'm just asking you.
23         MRS. ANGLEMEYER:  He had a
24  nervous breakdown and he don't remember a

6 (Pages 18 to 21)

1a220fbe-8763-4f5f-b224-127bea445765

Richard Angelmeyer
November 5, 2020

Page 22

1    lot.
2         MR. BRADFORD: Okay. And
3    that's actually -- okay.
4    BY MR. BRADFORD:
5         Q.  So you had a nervous breakdown and
6    you don't remember a lot; is that correct?
7         A.  Yeah. It was hell.
8         Q.  Okay. When did you have a nervous
9    breakdown?
10        A.  After February 23rd of 2018.
11        Q.  Do you remember how -- did you go --
12        A.  I don't know when -- that's when
13   things started going crazy. I don't know when
14   I went to the doctor, but they took me in.
15        Q.  Okay. And was there an actual like
16   specific episode or is this something that
17   kind of gradually happened?
18        A.  I started to scream out, you know,
19   yell out craziness. I started to shake. I
20   couldn't write no more. What the hell else?
21            MRS. ANGLEMEYER: He's still on
22   medication for it.
23            THE WITNESS: And then they
24   gave me medications. Oh, and I

Page 23

1    started -- I couldn't separate reality
2    from what I thought. You know what I
3    mean? I thought what I thought was what
4    happened. Well, it didn't. And it got
5    so bad that...
6    BY MR. BRADFORD:
7         Q.  What medication did you start
8    taking?
9         A.  She knows. Let her look.
10        Q.  She can answer. That's fine.
11        A.  She's been taking care of me.
12        Q.  Okay.
13            MRS. ANGLEMEYER: It's
14   Sertraline. It's S-E-R-T-R-A-L-I-N-E.
15   BY MR. BRADFORD:
16        Q.  Is that something you're still
17   taking today?
18        A.  Oh, yes.
19            MRS. ANGLEMEYER: Yes.
20   BY MR. BRADFORD:
21        Q.  And is that for your mental health
22   or your nerves or something like that?
23        A.  Boy, it works. It calms me down. I
24   ain't shaking and I can -- I can't write good,

Page 24

1    but I can write. You know, it gradually got
2    me on track.
3         Q.  Okay. Has your memory improved
4    since you've been taking that or is that
5    still --
6         A.  You know, a lot of things come to my
7    mind and then I say what the hell, it couldn't
8    be. You know what I mean? The episode I'm
9    thinking happened, it couldn't. Now I can,
10   you know, know. So, you know, it didn't
11   happen.
12            MRS. ANGLEMEYER: It was bad.
13            THE WITNESS: It didn't happen.
14   Before I thought it was happening.
15            MRS. ANGLEMEYER: He didn't
16   want to get out of bed for three months.
17   BY MR. BRADFORD:
18        Q.  Okay. So you didn't want to get out
19   of bed for three months after the State Police
20   came to your house?
21        A.  Yeah.
22        Q.  And then you went in, saw someone,
23   and they prescribed this medication for you
24   and then things have been better?

Page 25

1         A.  Yes.
2         Q.  Okay. I'm going to come back to
3    that in a little bit, but let's talk about
4    February 23rd, 2018 and what you remember
5    about that day.
6             So I guess if you could just tell me
7    what happened that morning, what you recall,
8    and then I'll ask you some follow-up questions
9    just like --
10        A.  Well, I know what happened.
11        Q.  Okay. So just take us through the
12   moment you woke up or whatever.
13        A.  I know exactly what happened.
14        Q.  Okay.
15        A.  I was asleep on the couch with the
16   dog. The dog started growling. I got up to
17   check with the dog and I told him to shut up,
18   but he wouldn't. He just like growled. So
19   finally I got up and I walked out in the
20   kitchen. That's where that doors are.
21        Q.  Okay.
22        A.  I looked out, and I thought what I
23   saw was a fire truck. It looked pretty big,
24   and I thought what the hell. There's got to

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

1a220fbe-8763-4f5f-b224-127bea445765

Richard Angelmeyer
November 5, 2020

Page 26

1    be a fire.  Then I heard yelling out there.
2    So I doubled around and where you walk up the
3    stairway to the upper deck where the bedrooms
4    are upstairs, I yelled fire, fire, get the
5    dogs, get out.  The hell with everything else.
6    Just get out.
7         So then I come in here, and I was
8    standing here looking out and I still see this
9    truck with lights flashing, and I still
10   thought it was a fire.  And then all of the
11   sudden, I heard a big crash upstairs, and the
12   next thing happened, a big crash, yeah, and
13   then I heard screaming and hollering and
14   yelling.  I thought, you know -- I yelled up,
15   never mind, don't try and get them out of the
16   house.  You know, just get out.  I thought
17   they upset furniture up there.
18        And so I come back down and I walked
19   over, and I still hear hollering outside now.
20   So I start walking over to the door, and all
21   of the sudden the whole front of the house,
22   the doors and the side panels, come flying in,
23   and I'm standing there, still thinking it's a
24   fire.  Everybody start -- whole bunch start

Page 27

1    running past me and running through the house.
2         And so that's about what happened
3    there.  Then I went in the bedroom -- into the
4    living room where I was -- you know, where the
5    couch is, and then a guy with plain clothes
6    come in and frisked me.  And what happened
7    next then?  Oh, then I just stood over there.
8    There was a fireplace.  I just walked over and
9    stood at the fireplace, you know, just stood
10   there, because I still didn't really
11   comprehend what was going on.
12        Well, what happened next?  Oh,
13   should I continue on with the whole story?
14   Q.  Yes.  Keep going, and then I'll come
15   back and ask you a few follow-up questions.
16   A.  Okay.
17        THE WITNESS:  What did he say?
18        MRS. ANGLEMEYER:  I don't know
19   what he said.
20   BY MR. BRADFORD:
21   Q.  Keep going.  You're standing by the
22   fireplace?
23   A.  Okay.  I'm standing by the
24   fireplace, and then people were running

Page 28

1    around, you know, the cops, now that I know
2    they're cops.  They were running all around,
3    and I just stood at the fireplace.  And then a
4    cop come in, two cops come in, stood in front
5    of me with a bright light and, you know, moved
6    it back and forth like this here (indicating),
7    and then I got blinded.  I couldn't follow it
8    no more.  And the next thing I know, I got
9    hit, you know, in the face and stuff.
10   Q.  Okay.
11   A.  And I felt -- and like at the throat
12   here, and then I knew I was going down, and I
13   went down and hit the concrete, and that's all
14   I can remember for a while.
15   Q.  Okay.  All right.  Let's stop there
16   then.
17        Before you got hit, you realized
18   that these were police officers?
19   A.  Yes, sir.
20   Q.  Okay.  And you were just standing
21   there and there were police officers just
22   running around?
23   A.  Yeah.  They were running through the
24   room and going into the next room.

Page 29

1    Q.  What were they saying?
2    A.  They didn't say a word.  I said, why
3    are you's ever doing something like this?
4         And one cop yells back, because we
5    can.
6    Q.  And that's while you're standing
7    there?
8    A.  Yeah.
9    Q.  Okay.  So you saw them.  You said
10   you thought they were firemen; is that --
11   A.  Just in the beginning.
12   Q.  In the beginning, right.  And did
13   you realize they weren't firemen before or
14   after they entered the house?
15   A.  After they entered the house, I knew
16   they were something.  You know, they didn't
17   have police uniforms on.  They had like
18   combat.
19   Q.  Did they identify themselves like
20   State Police?
21   A.  No.  Nobody said nothing.
22   Q.  Nobody said anything?  Okay.
23        And they were just essentially
24   ignoring you, I guess, initially?

8  (Pages 26 to 29)

1a220fbe-8763-4f5f-b224-127bea445765

Richard Angelmeyer
November 5, 2020

Page 30

```
 1        A.  Yeah.  Initially I was standing
 2   there and they were running past me, and I
 3   just -- I couldn't figure it out, to be honest
 4   with you.
 5        Q.  Okay.  Did anyone ask you or
 6   instruct you or order you to get on the
 7   ground?
 8        A.  No.
 9        Q.  Did anyone instruct you, order you
10   or tell you to do anything?
11        A.  No.
12        Q.  Now, you talked about the brief
13   conversation you had with the one person.
14   Before you got hit, did you speak to anybody
15   else?
16        A.  No, sir.
17        Q.  About how long passed between the
18   time that they entered the house -- you're on
19   the lower level, right, is what we're talking
20   about?
21        A.  What?
22        Q.  On the lower level of the house?
23        A.  Yes.
24        Q.  So they entered the lower level,
```

Page 31

```
 1   right, and then at some point you got hit.
 2   About how much time passed before that time?
 3        A.  I'll tell you, it had to be at least
 4   like 10, 12 minutes.
 5        Q.  Really?  Okay.
 6            When you were sitting on the couch,
 7   were you awake or were you sleeping?
 8        A.  I was sleeping and then the dog woke
 9   me.
10        Q.  The dog makes a commotion and that's
11   what eventually draws you to look outside the
12   window?
13        A.  Yep.  Yes.
14        Q.  Ada, was she in the next room over?
15        A.  Two rooms.
16        Q.  Two rooms.  Did you try waking her
17   up before they --
18        A.  No.  I didn't get a chance.
19        Q.  Okay.  So when you look out the
20   window -- from the time from when you look out
21   the window to when they actually enter the
22   lower level, was that just a matter of
23   seconds?
24        A.  No.  It was a lot longer than
```

Page 32

```
 1   seconds, because they crashed into the
 2   upstairs first before they came in here.
 3        Q.  So you heard them enter upstairs
 4   first and then --
 5        A.  Yeah.  I heard Joe screaming and
 6   something really -- I thought the furniture
 7   fell over.
 8        Q.  Okay.
 9        A.  But it was them coming through with
10   that ram.
11        Q.  You mentioned the plain clothes
12   officer who frisked you?
13        A.  Yes.
14        Q.  And did you encounter that person
15   before you got struck?
16        A.  Before I got struck, absolutely.
17        Q.  Okay.  Did he have any like -- what
18   was he wearing?
19        A.  No.  He had a suit on.
20        Q.  He had a suit on, okay.
21            And can you describe him?  Like was
22   he tall, short, white guy?
23        A.  Oh, he was a white guy.
24        Q.  Yeah.  He had a suit on.  Did he
```

Page 33

```
 1   have any facial hair?  How old --
 2        A.  No, he didn't have facial hair.  I'd
 3   say he's 50-some.
 4        Q.  Did he have hair, or what color was
 5   his hair on his head?
 6        A.  As far as I can remember, he had
 7   hair.  He wasn't bald.
 8        Q.  Okay.  Do you remember what color
 9   that hair was?
10        A.  No, sir.
11        Q.  Okay.  Did he identify himself to
12   you at all?
13        A.  Come back with that one.
14        Q.  Did he identify himself to you?
15        A.  No.  No.
16        Q.  Did he tell you who he was?
17        A.  He searched the couch and me.
18        Q.  And this is while all the other
19   people are running back and forth through the
20   house?
21        A.  Mm-hmm.  Yes.
22        Q.  All right.  And I want to go now to
23   the part where you get struck.  So you said
24   that two cops -- first of all, other than the
```

9 (Pages 30 to 33)

1a220fbe-8763-4f5f-b224-127bea445765

Richard Angelmeyer
November 5, 2020

Page 34

1    guy wearing the plain clothes, wearing the
2    suit, what was everyone else wearing?
3        A.  They were in like military style.
4        Q.  Okay.  And so I guess two of those
5    individuals then approached you?
6        A.  Yes, and stood in front of me.
7        Q.  Okay.  And were they holding
8    anything?  What was in their hands?
9        A.  The flashlight.  One was.
10       Q.  Okay.  Were you holding anything?
11       A.  No.
12       Q.  Were there any firearms available to
13   you there?  I mean, the room with the
14   fireplace, that's right behind you?
15       A.  Yes -- no -- yeah.  Yeah.
16       Q.  Okay.
17           MRS. ANGLEMEYER:  It's like
18       behind the China closet, the other room.
19           MR. BRADFORD:  Right.  That's
20       kind of what I'm envisioning.
21   BY MR. BRADFORD:
22       Q.  Okay.  So one of the cops is holding
23   a flashlight.  And then take me through very
24   slowly exactly what happened.  You already

Page 35

1    kind of did, but if you can just kind of do
2    that again.
3        A.  Surely.  Well, he stood in front of
4    me.  He started going like this here with the
5    light (indicating), and I was following the
6    light.  Pretty soon I couldn't see no more.
7        Q.  Was he saying anything to you?
8        A.  No, not a word.  And then the next
9    thing I know is, I got hit and grabbed, and
10   that's all I remember.
11       Q.  Okay.  Did both of them make
12   physical contact with you or just one of them
13   or you're not sure?
14       A.  I got to say I'm not sure.
15       Q.  Okay.
16       A.  Because I'm not sure.
17       Q.  Right.  That's fine.
18       A.  I was blinded.  You know, I was
19   blinded.
20       Q.  Okay.  So you said you were hit with
21   something?
22       A.  I don't know what.  I was blinded
23   and I got hit with something.  Something
24   knocked me out.

Page 36

1        Q.  Do you know if it was a shield or
2    the flashlight?
3        A.  I was blinded.  I don't know.
4        Q.  Okay.  And you said you were hit
5    with something and someone grabbed your neck.
6    Did that happen at the same time or is that --
7        A.  Oh, I can tell you just how it was.
8        Q.  Okay.  Go ahead.
9        A.  I was blinded and the next thing I
10   hear, bang, and like this here (indicating),
11   and that's all I remember.
12       Q.  So you were indicating like someone
13   was grabbing your neck?
14       A.  Yeah.  Like they were going to push
15   me, you know, like they were going to knock --
16   you know, shove me on the floor by the neck.
17       Q.  Okay.  And so how did you end up on
18   the floor?  Do you remember that?
19       A.  Here's what it was:  I was pretty
20   well out and I was on the concrete floor, and
21   I had hit my head on something, on the side I
22   think the fireplace, and I was dizzy and I was
23   everything else.  So I just laid there, trying
24   to figure out, what the hell, am I hurt or

Page 37

1    what, you know, and that's all I can tell you.
2        Q.  Were you laying on your back or were
3    you --
4        A.  No; side, on the side.
5        Q.  Okay.  And do you remember if the
6    two cops stayed there with you, or what's the
7    next thing --
8        A.  Well, the next thing that happened
9    is I was laying there, and what I remember
10   next is a cop coming in, grabbed my arm and
11   grabbed the other one.  You know, I'm on the
12   floor.  They got both arms behind here and
13   then whatever, handcuffed me or whatever.
14       Q.  Okay.  And were they like zip tie
15   handcuffs; do you know?
16       A.  I think they were real handcuffs.
17       Q.  Okay.  And did you see the person
18   who was handcuffing you?
19           Is that no?
20       A.  No.  You're right.  I didn't try, to
21   be honest with you.
22       Q.  From the time you went to the floor
23   to the time you got handcuffed, did anyone say
24   anything to you or did you say anything to

10  (Pages 34 to 37)

1a220fbe-8763-4f5f-b224-127bea445765

Richard Angelmeyer
November 5, 2020

Page 38

1    anyone else?
2         Is the answer no?
3    A.  No.  I'm sorry.
4    Q.  Okay.  Could you see anyone else who
5    lived in the house, could you see them
6    interacting with any of the police?
7    A.  My wife.
8    Q.  Tell me what you saw involving your
9    wife.
10   A.  I was flat on the floor, but I could
11   look in the hallway to where the room is where
12   she walked out.  And I was just laying there
13   looking, and pretty soon it was like a hell of
14   a commotion and like she went up in the air
15   sort of and the next thing I know, boom, on
16   the concrete, and she was screaming.  And then
17   I knew she got knocked down or knocked out.
18   She was screaming, they knocked my teeth out.
19   Q.  Okay.  Did you see who struck her?
20   A.  No, sir.  They had -- two of them
21   had their backs towards me, you know, and I
22   could see -- in other words, two of them are
23   like this.  She was here (indicating).
24        MRS. ANGLEMEYER:  He can't see

Page 39

1    your hands.
2         THE WITNESS:  Oh, you can't see
3    my hands?
4    BY MR. BRADFORD:
5    Q.  Right.  Right.
6    A.  Two of them are like this
7    (indicating).
8         MRS. ANGLEMEYER:  He can only
9    see what's on the screen.
10        THE WITNESS:  Oh, okay.
11   BY MR. BRADFORD:
12   Q.  That's fine.  Just describe it.
13   That's okay.
14   A.  Two of them are standing with their
15   backs towards me and she had recently been
16   coming out facing me.
17   Q.  Okay.  So she was face-to-face with
18   the two troopers?
19   A.  What did he say?
20   Q.  So she was facing the two cops?
21   A.  Yeah.
22   Q.  Okay.
23   A.  Yes.
24   Q.  Okay.  And then at some point she

Page 40

1    goes to the ground?
2    A.  Absolutely, yes.
3    Q.  And can you tell which of the two
4    cops caused that to happen?
5    A.  No, sir.  I think they both did.
6    They usually work in unison.
7    Q.  Okay.  Well, I don't want you to
8    assume what they were doing.
9         Did either of them or both of them
10   have a shield?
11   A.  I couldn't tell you, sir.
12   Q.  What was the lighting in that room?
13   First of all, your wife said it was dark
14   outside.  Do you agree?
15   A.  Yeah.
16   Q.  And she indicated there was only
17   night lights lit in the room.  Do you agree
18   with that?
19   A.  I agree with what I could see.  I
20   could see the two backs of the cops and I
21   could see her in front of them.
22        MRS. ANGLEMEYER:  The lighting
23   he asked you.
24   BY MR. BRADFORD:

Page 41

1    Q.  Was the lighting, would you say,
2    dim?
3    A.  Oh, yes.
4    Q.  Okay.  At any point when these two
5    cops were interacting with your wife, could
6    you hear them -- and you told me about what
7    she said afterwards, but could you hear them
8    talking or screaming or anyone ordering
9    anything?
10   A.  There was no words that I heard.
11   Q.  No words?  All right.
12        When the cops were running around,
13   were they saying anything?
14   A.  Saying anything?
15   Q.  Yeah.
16   A.  No.  When I asked them why are you
17   doing this, he said because we can.
18   Q.  Right.  I guess I was more so asking
19   were they announcing themselves as, hey, State
20   Police, search warrant, anything?
21   A.  Nobody ever did that.  No, sir.
22   Q.  Okay.  So I think I stopped you --
23   first of all, one more thing before I leave
24   this area.  Ada, she was standing near the

11  (Pages 38 to 41)

1a220fbe-8763-4f5f-b224-127bea445765

Richard Angelmeyer
November 5, 2020

Page 42

1    doorway to the hallway, is that fair to say
2    that, when she got struck?
3        A.   She was facing out the way the cops
4    come in.
5        Q.   Was she near the doorway?
6        A.   No.  She was back a ways.
7        Q.   I mean, the doorway to the hallway,
8    I guess is what I'm asking.
9        A.   Yes.  That's what --
10       Q.   So the hallway is kind of behind
11   her?
12       A.   From that doorway there was some
13   distance and then the two cops and then her.
14       Q.   Okay.  Do you know how much that
15   distance was?
16       A.   Let me think a second.
17           Five, six feet, I'd say.
18       Q.   Okay.
19       A.   Maybe seven feet.
20           MRS. ANGLEMEYER:  The room
21   ain't that big.
22           MR. BRADFORD:  Okay.  We're
23   just going with his recollection.
24   BY MR. BRADFORD:

Page 43

1        Q.   All right.  So now you are
2    handcuffed behind your back on the ground?
3        A.   Yeah.  Yes.
4        Q.   First of all -- I got sidetracked
5    because I asked if you saw anyone else living
6    in the house interact with the cops, and as
7    you just described to me, you talked about
8    your wife.  Did you see anybody else other
9    than your wife interact with the police at
10   that point?
11       A.   At that point, no.
12       Q.   Okay.  What happens next after
13   you're handcuffed?
14       A.   Well, she starts screaming, they
15   knocked my teeth out, and then I realized that
16   they knocked her teeth out and I seen her go
17   down on the floor, and the police had been
18   warned how many times she's in the bedroom and
19   just had major surgery.  I warned them way
20   ahead of time upstairs.  They told me that
21   they warned them.  And she's screaming and
22   carrying on, and I'm screaming and carrying on
23   now.  I'm handcuffed.  I was trying to get out
24   of the handcuffs.

Page 44

1        Q.   What were you saying?
2        A.   What?
3        Q.   What were you saying?
4        A.   Saying?
5        Q.   What were you screaming?  What were
6    you saying?
7        A.   Curse words.  I called them what
8    they were.  I said, who would ever do
9    something like this, you scummy, you know, and
10   I kept cursing for a while, and the next thing
11   I know, they got her up somehow and come
12   walking past me.  And afterwards everybody --
13   like everybody saying, who would -- you bring
14   the ambulance to the victim, not make the
15   victim walk to the ambulance.  What's wrong
16   with them people?  But they made her walk all
17   through the whole house and out in the
18   driveway.  So that's --
19       Q.   Did you --
20       A.   But I was handcuffed.  I couldn't
21   move, you know.
22       Q.   Did you say anything?  I understand
23   you personally felt that she should not be
24   walking to the ambulance.  Did you say

Page 45

1    anything?
2        A.   No, I didn't say anything.
3        Q.   Okay.  Were any other residents of
4    the house in the area that you were in?
5        A.   Any what?
6        Q.   Anyone else in the house, like any
7    other family members or Clyde or anyone else?
8        A.   Yeah.  Jeff was down here.
9        Q.   What did you see happen with Jeff?
10       A.   Well, just let me think a second and
11   I'll know.
12           Okay.  They got him and they took
13   him out here in the kitchen, and then I heard
14   him say something to him.  There was a cop --
15   I'm sitting inside by the fireplace now,
16   sitting there like this, and I said, what's
17   your name?  And he didn't answer.  And again I
18   said, what's your name?  And this time he
19   yelled out his name, and I said, you wouldn't
20   give me the right name anyhow.  And then it
21   was one of the cops out here that I couldn't
22   see, they all yelled out in unison, that's his
23   name.  Yes, it is, you know.
24       Q.   What was his name?

12  (Pages 42 to 45)

1a220fbe-8763-4f5f-b224-127bea445765

Richard Angelmeyer
November 5, 2020

Page 46

1    A.  I can't...
2        MR. BRADFORD:  You can't give
3    him hints.
4        MRS. ANGLEMEYER:  I got back
5    trouble.  Sorry.
6        THE WITNESS:  Anyhow, that's
7    all that happened.
8    BY MR. BRADFORD:
9    Q.  So --
10   A.  I think you may know.  There's
11   another thing.  I didn't see it, but he got
12   hit.
13   Q.  How do you know that?
14   A.  Oh, screamed and I heard a cracking
15   noise.
16   Q.  Okay.  And that happened when you
17   were in the other room, so you didn't actually
18   see it?
19   A.  Handcuffs on the floor it happened.
20   Q.  You're still handcuffed on the
21   floor --
22   A.  Yeah.
23   Q.  -- when that happened?
24   A.  Yep.

Page 47

1    Q.  Okay.  Did you see anybody else
2    interact with the police while you were in
3    that room, I guess?
4        Is the answer no?
5    A.  No.
6    Q.  Okay.
7    A.  No.
8    Q.  You just have to say no so the court
9    reporter can pick it up.
10   A.  No.
11   Q.  Okay.  So now you're handcuffed on
12   the ground.  Ada has been taken out of the
13   room and as we learned that she was taken to
14   the see EMTs outside, right?
15   A.  Yeah.
16   Q.  What happened next for you?
17   A.  Well, I'm laying on the floor and
18   then a cop come in and took my handcuffs off
19   and let me get up.
20   Q.  Okay.  And did you have a
21   conversation with that cop?
22   A.  I was hurting.
23   Q.  You said you were yelling and
24   cursing at the cops at one point.  Was anybody

Page 48

1    else yelling or cursing at the police?
2    A.  No.
3    Q.  So the cuffs are taken off you.
4    Where did you go?  What happens next?
5    A.  I sat on the couch.
6    Q.  The couch in that room that you were
7    in?
8    A.  Yes.
9    Q.  And is anyone else there with you?
10   A.  It was -- Renae was down here.
11   Q.  Okay.  Go ahead.
12   A.  Because she asked can they -- can I
13   give the dogs their medicine.  And now this is
14   secondary police, like not them uniformed
15   ones.  This was like in plain clothes.  The
16   plain clothes guys said, yeah, go ahead.  So
17   he told her she could give the dogs
18   medicine.
19   Q.  So let me stop you there actually.
20   I'm glad you mentioned that.  So when someone
21   gets you up and uncuffs you, were you uncuffed
22   while you were on the ground?
23   A.  On the ground.  I was uncuffed on
24   the ground.

Page 49

1    Q.  Okay.  Were you uncuffed by one of
2    the troopers, one of the people --
3    A.  Yes.  Yes.  One of the nasty ones.
4    Q.  Okay.  And so then you sit on the
5    couch and then at some point, is that the last
6    time you see any of the troopers?
7    A.  Yeah.  They disappeared and then
8    like the locals come.
9    Q.  Okay.
10   A.  Because he said he was more a
11   township cop.  Then he want to give me coffee.
12       MRS. ANGLEMEYER:  When did they
13   send you to the hospital?
14       THE WITNESS:  I sent myself to
15   the hospital.
16       MRS. ANGLEMEYER:  Oh, okay.
17       THE WITNESS:  Okay.  Go ahead.
18   BY MR. BRADFORD:
19   Q.  You sat yourself down on the couch?
20   A.  I sat on the couch.
21   Q.  All right.  You said Renae came
22   downstairs.  Was that after you were on the
23   couch?
24   A.  Yeah.  I was sitting in there on the

13  (Pages 46 to 49)

1a220fbe-8763-4f5f-b224-127bea445765

Richard Angelmeyer
November 5, 2020

Page 50

1    couch.
2        Q.  And then she comes downstairs?
3        A.  Yeah.
4        Q.  Okay.
5        A.  Yes.
6        Q.  And where was Jeff?  Was he still in
7    the other room or did he come into that room
8    as well?
9        A.  You know, I don't know.  I lost
10   track of him.
11       Q.  Okay.  Was Clyde in the area?
12       A.  Yes.
13       Q.  Where was he?
14       A.  He was laying on the floor next to
15   me.
16       Q.  Okay.  Did you see his interaction
17   with the police?
18       A.  Yes.
19       Q.  What happened to Clyde?
20       A.  Well, Clyde come out the bedroom
21   just walking out and one of the -- this is now
22   the uniformed guys, run over and, pow, knocked
23   him flat.  He's only 100 pounds, on the
24   concrete and then stood on him, stood on him

Page 51

1    with a foot and then they handcuffed him.
2        Q.  Okay.  And did they eventually
3    uncuff him like they did with you?
4        A.  Yes.
5        Q.  While he was handcuffed on the
6    ground, did anyone make physical contact with
7    him other than to uncuff him?
8        A.  Well, you know, they use boots a
9    lot.  He got hit here somehow (indicating).  I
10   didn't --
11       Q.  Where are you indicating?
12       A.  He got hit under the armpit somehow,
13   because it was all black and blue.
14       Q.  Okay.  And could that have been when
15   he went down to the ground initially?
16       A.  When they were running around, yeah.
17   I think he got kicked.  I didn't see it.  I
18   think he got kicked in here somehow, because
19   it's all black and blue, under the armpit.
20       Q.  Okay.  Let me ask you this:  So you
21   were standing around for a while before they
22   took you to the ground.  Did the same thing
23   happen with Clyde?
24       A.  No.  As soon as he come out his

Page 52

1    bedroom, they knocked him flat.
2        Q.  Okay.  But then you just stood there
3    for a while --
4        A.  Yeah.
5        Q.  -- watching the scene?
6        A.  No.  No.  Wait.  We got to make it
7    right.  I was handcuffed and on the concrete
8    when he come out his room.
9        Q.  Okay.  So you were already
10   handcuffed?
11       A.  Yeah.
12       Q.  Okay.  So he didn't come out of his
13   room -- you had been up and around and
14   standing by the fireplace and then handcuffed
15   and then he comes out?
16       A.  Right.
17       Q.  Okay.  So now you're on the couch
18   with Clyde and Renae?
19       A.  Yeah.  Yes.
20       Q.  And that's the last you saw of the
21   state troopers?
22       A.  Yes.
23       Q.  Or at least you later found out were
24   state troopers.  Okay.

Page 53

1        Was there any type of argument or
2    discussion afterwards with the state troopers
3    that you had?
4        A.  Not the state troopers, no.  The
5    locals, you know, they wanted to talk to you
6    and, you know, we didn't know, this and that,
7    and they wanted a conversation, and I told the
8    one local from Moorestown, go get an honest
9    job.  So that's what I said to him.  He said,
10   I like my job.
11       I said, I don't.
12       Q.  Okay.  And are you aware some of
13   your family members were charged with crimes
14   that day?
15       A.  That day?
16       Q.  Yes.
17       A.  I didn't know if he was charged with
18   crimes.  I know they was going to take him
19   away.
20       Q.  Okay.  My information is that Mark,
21   Joe Kluska, and Tyeler were charged with
22   crimes that day.
23       A.  Yes.  I heard that.
24       Q.  Okay.  Did you go to the hospital

14  (Pages 50 to 53)

1a220fbe-8763-4f5f-b224-127bea445765

Page 54

1    that day?
2        A.   Yes.
3        Q.   And that's Saint Luke's Anderson
4    Campus?
5        A.   Yes.
6        Q.   And, first of all, how did you get
7    there?
8        A.   Wait a minute.
9            MRS. ANGLEMEYER:  How did you
10   get there?
11           THE WITNESS:  The ambulance.
12   Okay.  I got there by ambulance.
13   BY MR. BRADFORD:
14       Q.   You got there by ambulance, okay.
15           And what did they treat you for at
16   the hospital?
17       A.   I had a little hole here on the side
18   of my head that was bleeding (indicating).
19       Q.   And you're indicating kind of like
20   almost your right temple?
21       A.   Like by the right side.
22       Q.   Temple, okay.
23       A.   And my leg was -- that's why I
24   really went to the hospital.  My leg was

Page 55

1    starting to bother me pretty bad.  It felt
2    like there was water on it, you know,
3    something.  So I went down and they cleaned my
4    eye, checked my eye, and cleaned me up, the
5    blood and everything there, and then they
6    x-rayed my knee.  And I said, you got to MRI
7    it, but they didn't want to do that.  So
8    that's what happened.
9        Q.   Okay.  And the x-ray didn't show any
10   structural damage; is that correct?
11       A.   Right.
12       Q.   Okay.  How long were you --
13       A.   Yes.  I'm sorry.
14       Q.   About how long were you at the
15   hospital there for?  A couple hours?
16       A.   Oh, yeah.  Yes.
17       Q.   Okay.  Which knee was this?
18       A.   Right.
19       Q.   Right knee.
20           Did you ever in the past have any
21   issues with your right knee?
22       A.   At one time, but nothing showed up.
23   I thought I had a problem, but I didn't.
24       Q.   Okay.  Do you remember like the

Page 56

1    nature of that problem in the past?
2        A.   Yeah.  It hurt.  You know, it was
3    like hurt when I walked.
4        Q.   Okay.  And did you ever get a brace
5    or was --
6        A.   I went in.
7        Q.   -- there any surgery or anything
8    like that?
9        A.   And I got an x-ray, and that was the
10   end of it.  No, no, no.  Everything was okay.
11       Q.   Okay.
12       A.   I never went back.
13       Q.   So did you eventually get further
14   treatment for your knee after February 23rd,
15   2018?
16       A.   Oh, yeah.  Yes.  My knee got
17   progressively worse and worse and worse, so I
18   said I got to go, you know, get this checked
19   again, get it checked.  I went up.  They
20   checked -- they x-rayed it and then they seen
21   something wasn't right, and they MRI'd it, and
22   it's a mess.
23           MRS. ANGLEMEYER:  He always
24   forgets this, but his meniscus was torn.

Page 57

1            MR. BRADFORD:  Okay.  Yeah.
2    I'll get to that.  Thank you.
3    BY MR. BRADFORD:
4        Q.   I'm going to show you a couple of
5    documents related to your medical care.  So
6    give me one second.
7        A.   Sure.
8        Q.   I'm sharing my screen now.  These
9    are notes from, it looks like -- well, first
10   of all, I'll have this marked as D-10.  It's
11   about 20 pages of medical records I just
12   pulled from all the records we have in this
13   case.
14       A.   Okay.
15       Q.   So I'm going to go to Page 8, which
16   is Bates stamped PSP-1123 that we got as part
17   of the subpoena.  I'm directing your attention
18   to an entry from, it looks like, from March
19   30, 2018, Bushkill Family Practice, and I'm
20   directing your attention to this red box here.
21   I'll just read it to you.  "Patient come into
22   office wanting an MRI for right knee pain.  He
23   said he knows there is something wrong and had
24   an x-ray done at the hospital, which was

15  (Pages 54 to 57)

1a220fbe-8763-4f5f-b224-127bea445765

Richard Angelmeyer
November 5, 2020

Page 58

1   normal.  Patient refuses to see ortho, have
2   shots or physical therapy.  He will, quote,
3   'do what he has to do,' unquote, and left the
4   office."
5          Do you remember that?
6       A.  What was the date?
7       Q.  It was March 30th, 2018.  So it
8   would have been about a month afterwards.
9       A.  Okay.  Right.  Yes.
10      Q.  That was before you got the MRI?
11          MRS. ANGLEMEYER:  Yes, I think
12  so.
13          THE WITNESS:  Yes.
14  BY MR. BRADFORD:
15      Q.  Okay.
16      A.  I have to get the dates in my head.
17      Q.  And that's part of the reason I'm
18  showing you documents with dates on them.
19          Do you remember being instructed
20  that you should see ortho, have shots or get
21  physical therapy?
22      A.  I went in.  They MRI'd it and then
23  they wanted me to go to therapy, but I said I
24  think this hurts too much, I'm not going to

Page 59

1   therapy, and the guy says -- he looked at the
2   things and the MRI and then they were going to
3   operate.
4       Q.  Okay.  All right.
5          MRS. ANGLEMEYER:  You're on
6   hold.
7          MR. BRADFORD:  Yes.  Give me
8   one second here.  I'm just trying to --
9          THE WITNESS:  Yeah.  No problem
10  at all.
11          MR. BRADFORD:  -- figure out
12  where I'm going here.
13  BY MR. BRADFORD:
14      Q.  Did you eventually get surgery on
15  your right knee?
16      A.  Yes.
17      Q.  And I'm now on Page 14 of this
18  Exhibit D-10.  It's going to be a series of
19  documents that are in order.  This one is
20  Bates stamped PSP-3302, and I'm just going to
21  direct your attention to the bottom of this.
22  These are notes from the day you got surgery,
23  I'll represent to you.  It says, "Right
24  knee" -- and at the bottom of the page in the

Page 60

1   red box, it says, "Right knee lateral meniscus
2   tear with associated parameniscal cyst, medial
3   meniscus tear," and it says, "1, patient has
4   been experiencing right knee pain which
5   affects him daily basis for the past two
6   years.  Explained the procedure of a right
7   knee arthroscopic partial medial and lateral
8   meniscectomies with decompression of
9   parameniscal cyst in detail as well as risks
10  and benefits.  He has elected to proceed."
11          Is that your recollection of what
12  was happening with your knee?
13      A.  Yes.
14      Q.  Okay.  At any point did anyone tell
15  you, once they determined there was a torn
16  meniscus, exactly when that happened?
17      A.  No.  They never said.
18      Q.  So this took place earlier this
19  year, right, March 12th, 2020?
20      A.  When I got the operation?
21      Q.  Yes.  Yes.
22      A.  Yes.  That sounds right.
23      Q.  Okay.  How has your knee been since
24  then?

Page 61

1       A.  No good.  Now it seems to got weak
2   and it kicks out on me sometimes.
3       Q.  Did they say there was any
4   complications with the surgery or did it go as
5   planned?
6       A.  I didn't go back.
7       Q.  Okay.
8          MRS. ANGLEMEYER:  He's got an
9   appointment coming up.
10  BY MR. BRADFORD:
11      Q.  So you had the surgery in March, I
12  think we've established, and you haven't been
13  back since the surgery?
14          MRS. ANGLEMEYER:  Yeah, you
15  did.
16          THE WITNESS:  Yeah.  Yeah.  I
17  went back.
18          MRS. ANGLEMEYER:  One time.
19          THE WITNESS:  One time.
20          MRS. ANGLEMEYER:  And we have
21  another appointment coming.
22  BY MR. BRADFORD:
23      Q.  Did they want you to do any physical
24  therapy or anything associated with recovery?

16  (Pages 58 to 61)

1a220fbe-8763-4f5f-b224-127bea445765

Richard Angelmeyer
November 5, 2020

Page 62

1      A.  No.  He didn't say.
2      Q.  So they just do the surgery.  You
3  came back for an appointment.  Did they say
4  everything looks good at the appointment that
5  you went to, or what did they tell you?
6      A.  Well, he told me that my knee looked
7  okay, and if I got any problems, I should come
8  down and see him.
9      Q.  Okay.  And your wife just mentioned
10  that you have an appointment coming up, but
11  you haven't seen him since then?
12      A.  No, not since the operation.
13      Q.  Not since the operation.
14      I do want to talk a little bit about
15  your -- we already talked about this a little
16  bit, about you having a breakdown, and I just
17  want to talk about that a little bit.  I don't
18  want to pry, but I just want to nail a few
19  things down.
20      I'm going to show you another note,
21  because I think you did say about three months
22  after the incident is when things got bad for
23  you?
24      A.  Really bad.

Page 63

1      Q.  Okay.  Right.  And I'm still on this
2  document and I'm now bouncing up to -- I'm
3  starting at the ninth page of this document,
4  D-10, and I'm on Bates stamped PSP-1112.  And
5  this indicates you went to Bushkill Family
6  Practice on May 17th, 2018.  Do you see that?
7      A.  Just a minute.
8      MRS. ANGLEMEYER:  Yeah,
9  probably.
10  BY MR. BRADFORD:
11      Q.  Well, that's the date it says at the
12  top there, right, May 17th, 2018?  You'll
13  agree with that, right?
14      A.  Yes.
15      Q.  And it indicates that you were there
16  for 25 minutes?
17      A.  Sounds right, yes.
18      Q.  Okay.  You were there for -- it says
19  chief complaint was depression?
20      A.  Yes.
21      Q.  I'm going to scroll down to -- well,
22  on Page 1114 is a description of that visit in
23  the red box.  And you can go ahead and read
24  that to yourself and then we'll talk about it.

Page 64

1      (Brief pause.)
2      A.  Okay.  I read that.
3      Q.  Okay.  So is this the first time
4  that you sought help for your mental health
5  related to this incident?
6      A.  Yes.
7      Q.  Okay.  And were you given a
8  prescription at this point?
9      A.  Yes.
10      Q.  And I'm scrolling down to Page 1115,
11  and that indicates in the red box there you
12  were prescribed Sertraline, which I guess is
13  what you were talking about earlier?
14      MRS. ANGLEMEYER:  Zoloft.
15      MR. BRADFORD:  Right, which is
16  the name brand.
17      MRS. ANGLEMEYER:  It's the main
18  name, but he has like a cheaper medicine,
19  but it's the same thing.
20      MR. BRADFORD:  Okay.  So it's
21  the equivalent.
22      MRS. ANGLEMEYER:  Yes.
23  BY MR. BRADFORD:
24      Q.  Okay.  You agree with your wife's

Page 65

1  recollection there, Mr. Anglemeyer?
2      A.  Yes.
3      Q.  Okay.  And so is it fair to say
4  you've been on that medication since May of
5  2018?
6      A.  Yes, sir.
7      Q.  Has that dosage increased or
8  decreased along the way here?
9      MRS. ANGLEMEYER:  The
10  medication?
11      MR. BRADFORD:  Yes.
12      MRS. ANGLEMEYER:  It's about
13  the same.
14      MR. BRADFORD:  Okay.
15  BY MR. BRADFORD:
16      Q.  All right.  Before February 2018,
17  did you ever have any bouts with depression?
18      A.  Not that I know of.  No, sir.
19      Q.  Okay.  You never sought treatment
20  for that?
21      A.  No.
22      Q.  Aside from taking the -- I'm going
23  to call it the Zoloft just because that's easy
24  to say.  Do you regularly see a doctor for

17 (Pages 62 to 65)

1a220fbe-8763-4f5f-b224-127bea445765

Richard Angelmeyer
November 5, 2020

Page 66

1    your depression or how often do you -- or not,
2    I guess is the question?
3            MRS. ANGLEMEYER:  About every
4    three months he goes to the doctor.
5            MR. BRADFORD:  Every three
6    months he goes to the doctor for --
7            MRS. ANGLEMEYER:  About that.
8            MR. BRADFORD:  Is it for
9    depression or other things?
10           MRS. ANGLEMEYER:  He goes for
11   overall.
12           MR. BRADFORD:  Okay.
13           MRS. ANGLEMEYER:  In fact, I
14   forced him to go to the doctor, because
15   he was in no state to take care of
16   himself.
17           MR. BRADFORD:  Okay.  You're
18   talking about in May 2018?
19           MRS. ANGLEMEYER:  Yes.  I
20   couldn't handle it no more.  He had to
21   go.
22           MR. BRADFORD:  Okay.  All
23   right.
24           Give me one second.  I think

Page 67

1    I'm almost done.
2    BY MR. BRADFORD:
3        Q.  I know what I wanted to ask you.  So
4    was there damage to your house from the
5    incident?
6        A.  Yes, sir.
7        Q.  I mean, I assume it was the entry
8    points that they --
9        A.  Yeah, the entry points and let's
10   see. Let's go through the --
11           MRS. ANGLEMEYER:  All the
12   upstairs doors.
13           THE WITNESS:  All the upstairs
14   doors, inside doors, and --
15           MRS. ANGLEMEYER:  Game room.
16           THE WITNESS:  They ransacked
17   everything, you know.  Let's go out to
18   the game room.  There they smashed --
19   threw cue balls at a game my wife had,
20   and it's a very expensive thing.  It's
21   where two people sit in and play against
22   each other.  They smashed that, threw a
23   cue ball through it, smashed -- what was
24   that?

Page 68

1            MRS. ANGLEMEYER:  Ping pong.
2            THE WITNESS:  A ping pong table
3    and cut the surveillance camera.
4            MRS. ANGLEMEYER:  They
5    destroyed the camera.  I think they took
6    one with them.
7    BY MR. BRADFORD:
8        Q.  Do you know if this was done by the
9    troopers or -- it's my understanding the
10   troopers were there and then local cops were
11   there and they were there completing the
12   search.  The troopers got all the people
13   together and then handed over the scene to the
14   local cops.  Do you know -- first of all, you
15   didn't personally witness any of this
16   happening, right?
17       A.  No, sir, I did not.
18       Q.  Do you know whether it was the
19   troopers or the local cops that did the damage
20   you described?
21       A.  Beings they cut the surveillance
22   camera wires, I would say it was the troopers.
23       Q.  Okay.  But you're just kind of
24   speculating on that?

Page 69

1        A.  Yes, sir.
2        Q.  Okay.  Did you ever seek
3    compensation for repairing these items?
4        A.  No.  I want to wait to talk to you,
5    know, the lawyers, see what we can do.
6        Q.  Yes.  I'm saying like at the time
7    this happened, did you call and complain or do
8    anything like that to the State Police or the
9    local police or anyone about the damage?
10       A.  Okay.  I wrote -- at the time, I
11   immediately also knew I was robbed.
12           MRS. ANGLEMEYER:  Don't start.
13   BY MR. BRADFORD:
14       Q.  Are you talking about the guns?
15       A.  I'm sorry.  What?
16       Q.  Is this where -- I know.  I know.
17   I'm not asking about that.  I want to know
18   about the --
19           MR. ZEIGER:  Can I just speak
20   for a moment?
21           MR. BRADFORD:  Yes.
22           MR. ZEIGER:  He's confused.
23   He's talking about a different period of
24   his life.

18  (Pages 66 to 69)

1a220fbe-8763-4f5f-b224-127bea445765

Richard Angelmeyer
November 5, 2020

Page 70

1          MR. BRADFORD: Okay.
2          MR. ZEIGER: You got to slow
3     down a little bit. You can ask any
4     questions you want. I haven't objected
5     much, but you got to slow down, because
6     he's thinking about something like 10 or
7     20 years before this case. Okay?
8          MR. BRADFORD: Okay.
9     BY MR. BRADFORD:
10         Q. All I'm trying to figure out is --
11    I'm not saying about as part of this lawsuit,
12    which is happening right now, but at the time
13    before you had a lawsuit, did you or anyone on
14    your behalf -- let's not ask it that way. Did
15    you or your wife or anyone in your house
16    contact either the State Police or the local
17    cops to say, hey, you did all this damage to
18    my house, I want you to pay for the repairs or
19    anything like that?
20         A. No.
21         Q. The answer is no?
22         MRS. ANGLEMEYER: No. He said
23    no.
24         THE WITNESS: No.

Page 71

1     BY MR. BRADFORD:
2          Q. Okay. The injury right next to your
3     eye, did that heal? I mean, we talked about
4     your other injuries.
5          A. Yes. What do you want to know?
6          Q. I just want to make sure there's no
7     further problems from that particular part of
8     your injury.
9          A. Okay. Maybe three, four months or,
10    I don't know, a year later, my right eye, I
11    started -- I couldn't see very good, and so I
12    thought it was cataracts, but we went to an
13    eye specialist and he said there was a busted
14    blood vessel in the back of the cornea and I'm
15    going blind. And I said -- then I'm
16    getting -- every month I get a shot to the
17    eyeball back to the cornea, and that's where I
18    am. I may be blind -- see, this was all --
19    this is where I got hit here (indicating).
20    This was all bloodshot. And so he's saying I
21    might go blind, but he's giving me these
22    injections.
23         Q. Did anyone tell you it was from --
24    did you have any eye issues before this

Page 72

1     incident?
2          A. No, sir.
3          Q. None at all?
4          A. Well, I had a cataract operation.
5          Q. Okay.
6          A. Long ago.
7          Q. Okay. Has anyone told you that your
8     current condition is attributed to the injury
9     you suffered on February 23rd, 2018?
10         A. He didn't commit himself.
11         Q. Okay.
12         A. That's all I can tell you. Except
13    that there's a leaking blood vessel.
14         Q. Okay. Can that happen just over
15    time just as part of getting old?
16         A. Probably. I don't know.
17         Q. And when did this issue start?
18         MRS. ANGLEMEYER: It started
19    after he got hit in the head. That's
20    what happened. Sorry.
21    BY MR. BRADFORD:
22         Q. I'm saying like was it a couple
23    months after, was it a year after?
24         MRS. ANGLEMEYER: It was

Page 73

1     gradual. It went gradual. He started
2     that he couldn't see good and then he
3     couldn't see good and finally I said,
4     well, you better go to the eye doctor,
5     and that's what happened.
6     BY MR. BRADFORD:
7          Q. Okay. Are there any other injuries
8     that you suffered that we haven't talked about
9     today?
10         A. No, sir.
11         Q. Okay.
12         MR. BRADFORD: I thank you for
13    your time, Mr. Anglemeyer. Again, like I
14    told your wife earlier, I appreciate it
15    and I appreciate your answers and --
16         THE WITNESS: Well, I
17    appreciate you too.
18         MR. BRADFORD: Okay. All
19    right.
20         And you're good, Brian, right?
21         MR. ZEIGER: Yes.
22         (Exhibit D-10 marked for
23    identification.)
24         (Witness excused.)

19 (Pages 70 to 73)

1a220fbe-8763-4f5f-b224-127bea445765

Richard Angelmeyer
November 5, 2020

Page 74

```
 1              (Deposition concluded at 1:57
 2    p.m.)
 3              - - -
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 75

```
 1              CERTIFICATE
 2         I HEREBY CERTIFY that the
 3    proceedings, evidence and objections are
 4    contained fully and accurately in the
 5    stenographic notes taken by me upon the
 6    foregoing matter, and that this is a true and
 7    correct transcript of same.
 8
 9
10
11
12    --------------------
13    MICHELE L. MURPHY
14    RPR-Notary Public
15
16
17
18
19         (The foregoing certification of this
20    transcript does not apply to any reproduction
21    of the same by any means, unless under the
22    direct control and/or supervision of the
23    certifying reporter.)
24
```

20 (Pages 74 to 75)

1a220fbe-8763-4f5f-b224-127bea445765

Richard Angelmeyer
November 5, 2020

**A**

ability 6:1
  7:18
absolutely
  16:5 32:16
  40:2
access 8:23
accurately
  75:4
ACTION 1:5
activities
  7:12
actual 22:15
Ada 1:5 2:12
  6:12 12:8
  31:14 41:24
  47:12
address 13:1
administeri...
  4:10
affect 7:17
afternoon
  5:13
ago 10:9,13
  72:6
agree 15:23
  40:14,17,19
  63:13 64:24
agreed 4:2
  5:1
ahead 36:8
  43:20 48:11
  48:16 49:17
  63:23
ain't 23:24
  42:21
air 38:14
al 1:5,8
Allentown
  6:15
ambulance
  44:14,15,24
  54:11,12,14
and/or 75:22
Anderson
  54:3
Anglemeyer
  1:5,13 2:12
  3:3,10 5:8
  5:13 6:24
  9:6,18 10:3
  11:6 13:21
  15:5,19
  17:12,21

21:11,15,23
  22:21 23:13
  23:19 24:12
  24:15 27:18
  34:17 38:24
  39:8 40:22
  42:20 46:4
  49:12,16
  54:9 56:23
  58:11 59:5
  61:8,14,18
  61:20 63:8
  64:14,17,22
  65:1,9,12
  66:3,7,10
  66:13,19
  67:11,15
  68:1,4
  69:12 70:22
  72:18,24
  73:13
announcing
  41:19
answer 5:24
  7:19 11:10
  14:24 19:24
  20:1,6
  23:10 38:2
  45:17 47:4
  70:21
answered 6:7
answers
  21:17,19
  73:15
anybody
  30:14 43:8
  47:1,24
anyone's 19:7
anyway 7:11
apologize
  21:8
apply 75:20
appointment
  61:9,21
  62:3,4,10
appreciate
  73:14,15,17
approached
  34:5
approxima...
  1:17
Arch 2:9
area 18:14
  41:24 45:4

50:11
argument
  53:1
arm 37:10
armpit 51:12
  51:19
arms 37:12
arrested 10:2
  10:6,8
  11:15
arthroscopic
  60:7
Aside 65:22
asked 16:24
  21:7 40:23
  41:16 43:5
  48:12
asking 14:21
  21:22 41:18
  42:8 69:17
asleep 25:15
associated
  60:2 61:24
Associates
  1:21 4:9
assume 5:20
  40:8 67:7
attached
  17:16
attention
  57:17,20
  59:21
attorney 2:7
  4:17
attributed
  72:8
available
  34:12
awake 31:7
aware 53:12

**B**

B 3:7
back 16:17
  20:3,20
  25:2 26:18
  27:15 28:6
  29:4 33:13
  33:19 37:2
  42:6 43:2
  46:4 56:12
  61:6,13,17
  62:3 71:14
  71:17

backs 38:21
  39:15 40:20
bad 11:10
  23:5 24:12
  55:1 62:22
  62:24
bald 33:7
ball 67:23
balls 67:19
bang 36:10
bar 8:1
basis 60:5
Bates 57:16
  59:20 63:4
Beach 9:23
bed 24:16,19
bedroom
  18:7,12,15
  27:3 43:18
  50:20 52:1
bedrooms
  18:6 26:3
beginning
  1:17 29:11
  29:12
behalf 70:14
Beings 68:21
benchmark
  13:11
benefits
  60:10
best 6:1,1
better 24:24
  73:4
big 25:23
  26:11,12
  42:21
bit 10:23
  12:12 25:3
  62:14,16,17
  70:3
black 51:13
  51:19
bleeding
  54:18
blind 71:15
  71:18,21
blinded 28:7
  35:18,19,22
  36:3,9
blood 55:5
  71:14 72:13
bloodshot
  71:20

blue 51:13,19
Blvd 2:4
boom 38:15
boots 51:8
bother 55:1
bottom 59:21
  59:24
bouncing
  63:2
bouts 65:17
box 57:20
  60:1 63:23
  64:11
Boy 23:23
brace 56:4
Bradford 2:8
  3:3 5:12,17
  7:3,6 9:10
  9:20 10:10
  11:11 15:3
  15:21 17:14
  21:14,20
  22:2,4 23:6
  23:15,20
  24:17 27:20
  34:19,21
  39:4,11
  40:24 42:22
  42:24 46:2
  46:8 49:18
  54:13 57:1
  57:3 58:14
  59:7,11,13
  61:10,22
  63:10 64:15
  64:20,23
  65:11,14,15
  66:5,8,12
  66:17,22
  67:2 68:7
  69:13,21
  70:1,8,9
  71:1 72:21
  73:6,12,18
  brand 64:16
breakdown
  21:24 22:5
  22:9 62:16
Brian 2:3
  73:20
brief 30:12
  64:1
bright 28:5
bring 44:13

brought 5:19
Bruce 10:15
  10:18
bunch 26:24
Bushkill
  57:19 63:5
business 8:4
  9:23
Buskirk 18:9
busted 71:13
busy 7:13

**C**

C 2:1
call 65:23
  69:7
called 44:7
calms 23:23
camera 17:2
  68:3,5,22
cameras 17:1
  17:6,10
Camper
  15:19,20
Campus 54:4
care 23:11
  57:5 66:15
carrying
  43:22,22
case 57:13
  70:7
cataract 72:4
cataracts
  71:12
caused 40:4
CERTIFIC...
  75:1
certification
  5:3 75:19
CERTIFY
  75:2
certifying
  75:23
chance 31:18
charged
  53:13,17,21
charges
  11:17
cheaper
  64:18
check 25:17
checked 55:4
  56:18,19,20
chief 63:19

China 16:4
  34:18
circle 12:23
CIVIL 1:5
cleaned 55:3
  55:4
close 13:3
closet 16:4
  34:18
clothes 27:5
  32:11 34:1
  48:15,16
Clyde 16:22
  18:9,9,18
  45:7 50:11
  50:19,20
  51:23 52:18
coffee 49:11
color 33:4,8
combat 29:18
come 24:6
  25:2 26:7
  26:18,22
  27:6,14
  28:4,4
  33:13 42:4
  44:11 47:18
  49:8 50:7
  50:20 51:24
  52:8,12
  57:21 62:7
comes 20:6
  50:2 52:15
comfortable
  15:11
coming 21:9
  32:9 37:10
  39:16 61:9
  61:21 62:10
commit 72:10
commotion
  31:10 38:14
compensati...
  69:3
complain
  69:7
complaint
  63:19
completing
  68:11
complicatio...
  61:4
comprehend
  27:11

concluded
  74:1
concrete
  28:13 36:20
  38:16 50:24
  52:7
condition
  72:8
conducted
  4:4
confirm
  16:17
confirming
  4:14
confused
  69:22
contact 35:12
  51:6 70:16
contained
  75:4
continue
  27:13
control 4:8
  75:22
conversation
  30:13 47:21
  53:7
convicted
  11:20 12:4
  12:6
cop 28:24 29:4
  37:10 45:14
  47:18,21
  49:11
cops 28:1,2,4
  33:24 34:22
  37:6 39:20
  40:4,20
  41:5,12
  42:3,13
  43:6 45:21
  47:24 68:10
  68:14,19
  70:17
copy 4:19
cornea 71:14
  71:17
correct 6:12
  6:13,16
  16:22 22:6
  55:10 75:7
couch 25:15
  27:5 31:6
  33:17 48:5

Richard Angelmeyer
November 5, 2020

48:6 49:5
49:19,20,23
50:1 52:17
counsel 4:2,5
4:21 5:1
COUNTY
1:7
couple 55:15
57:4 72:22
course 15:9
court 1:1,21
4:5,9,13
9:16 47:8
cracking
46:14
crash 26:11
26:12
crashed 32:1
craziness
22:19
crazy 22:13
crimes 53:13
53:18,22
cue 67:19,23
cuffs 48:3
current 72:8
Curse 44:7
cursing 44:10
47:24 48:1
cursor 14:16
cut 68:3,21
cyst 60:2,9

_____ D _____
D 3:1
D-10 3:9
57:10 59:18
63:4 73:22
D-3 14:8
daily 60:5
damage
55:10 67:4
68:19 69:9
70:17
dark 40:13
date 1:17
58:6 63:11
dates 58:16
58:18
day 25:5
53:14,15,22
54:1 59:22
deck 26:3
decompres...

60:8
decreased
65:8
defendants
1:8 2:11
5:17
Definitely
16:2,2
deposition
1:13 4:3,12
5:16 8:2
74:1
depression
63:19 65:17
66:1,9
describe
32:21 39:12
described
43:7 68:20
description
3:8 63:22
destroyed
68:5
detail 60:9
determined
60:15
different 7:24
13:1 69:23
dim 41:2
direct 59:21
75:22
directing
57:17,20
disagreement
12:14
disappeared
49:7
discussing
12:8
discussion
53:2
distance
42:13,15
DISTRICT
1:1,2
dizzy 36:22
do,' 58:3
doctor 22:14
65:24 66:4
66:6,14
73:4
document
63:2,3
documents

57:5 58:18
59:19
dog 25:16,16
25:17 31:8
31:10
dogs 26:5
48:13,17
doing 29:3
40:8 41:17
door 26:20
doors 19:9
25:20 26:22
67:12,14,14
doorway 42:1
42:5,7,12
dosage 65:7
doubled 26:2
downstairs
49:22 50:2
drawer 16:4
16:12,13,14
draws 31:11
drive 10:22
driveway
13:4,6
44:18
dropped
15:14
duly 5:9
duplicative
12:20

_____ E _____
E 2:1,1 3:1,7
e-mailed 4:20
earlier 60:18
64:13 73:14
easier 15:7
EASTERN
1:2
easy 65:23
either 40:9
70:16
elected 60:10
EMTs 47:14
encounter
32:14
enforcement
8:9
engage 19:14
enter 31:21
32:3
entered 19:7
29:14,15

30:18,24
entire 5:16
entry 57:18
67:7,9
envisioning
34:20
episode 22:16
24:8
equivalent
64:21
ESQUIRE
2:3,8
essentially
29:23
established
61:12
et 1:5,7
eventually
31:11 51:2
56:13 59:14
everybody
26:24 44:12
44:13
evidence 75:3
exactly 14:2
30:3 36:24
60:16
examined 5:9
excused
73:24
exhibit 4:18
4:19,23
59:18 73:22
exhibits 4:17
expensive
67:20
experiencing
60:4
Explained
60:6
eye 55:4,4
71:3,10,13
71:24 73:4
eyeball 71:17

_____ F _____
face 28:9
face-to-face
39:17
facial 33:1,2
facing 39:16
39:20 42:3
fact 66:13
fair 18:22

42:1 65:3
false 11:10
family 5:19
13:20 45:7
53:13 57:19
63:5
far 14:16
33:6
February 8:7
8:11 11:3
13:9,11
16:18 18:8
19:12 20:20
21:9 22:10
25:4 56:14
65:16 72:9
feed 21:19
feeding 21:16
feelings 8:8
feet 13:5
42:17,19
fell 32:7
felt 28:11
44:23 55:1
figure 7:24
30:3 36:24
59:11 70:10
filing 5:2
finally 25:19
73:3
fine 13:8 20:7
23:10 35:17
39:12
fire 19:21
25:23 26:1
26:4,4,10
26:24
firearms 8:12
8:17,18,19
15:24 34:12
firemen
29:10,13
fireplace 27:8
27:9,22,24
28:3 34:14
36:22 45:15
52:14
first 6:9 13:2
32:2,4
32:24 40:13
41:23 43:4
54:6 57:9
64:3 68:14
Five 42:17

flashing 26:9
flashlight
34:9,23
36:2
flat 38:10
50:23 52:1
floor 2:9
36:16,18,20
37:12,22
38:10 43:17
46:19,21
47:17 50:14
flying 26:22
follow 28:7
follow-up
25:8 27:15
following
35:5
follows 5:10
foot 51:1
forced 66:14
foregoing
75:6,19
forgets 56:24
form 5:4
forth 28:6
33:19
found 52:23
four 71:9
FRIENDS
1:22
frisked 27:6
32:12
front 26:21
28:4 34:6
35:3 40:21
full 8:14
fully 75:4
furniture
26:17 32:6
further 4:16
56:13 71:7

_____ G _____
game 67:15
67:18,19
Gap 10:18
12:9
garage 12:21
12:23 13:13
13:16,17,23
14:2 17:6
GENERAL
2:7

getting 71:16
72:15
give 7:1 11:9
14:6 17:18
21:4 45:20
46:2 48:13
48:17 49:11
57:6 59:7
66:24
given 64:7
giving 71:21
glad 48:20
go 12:18
13:12,16,18
15:15 16:18
18:24 19:1
19:4 20:3
22:11 33:22
36:8 43:16
48:4,11,16
49:17 53:8
53:24 56:18
57:15 58:23
61:4,6
63:23 66:14
66:21 67:10
67:17 71:21
73:4
goes 40:1
66:4,6,10
going 5:22
12:18 22:13
25:2 27:11
27:14,21
28:12,24
35:4 36:14
36:15 42:23
53:18 57:4
57:15 58:24
59:2,12,18
59:20 62:20
63:21 65:22
71:15
good 5:13
23:24 61:1
62:4 71:11
73:2,3,20
grabbed 35:9
36:5 37:10
37:11
grabbing
36:13
gradual 73:1
73:1

gradually
22:17 24:1
ground 30:7
40:1 43:2
47:12 48:22
48:23,24
51:6,15,22
growled
25:18
growling
25:16
guess 7:8 9:1
16:16 17:3
17:16 25:6
29:24 34:4
41:18 42:8
47:3 64:12
66:2
guilty 11:22
11:24
gun 14:8
19:21
guns 9:7
15:22 17:22
19:17 20:10
69:14
guy 27:5
32:22,23
34:1 59:1
guys 18:18
48:16 50:22

_____ H _____
H 3:7
hair 33:1,2,4
33:5,7,9
hallway
38:11 42:1
42:7,10
handcuffed
37:13,23
43:2,13,23
44:20 46:20
47:11 51:1
51:5 52:7
52:10,14
handcuffing
37:18
handcuffs
37:15,16
43:24 46:19
47:18
handed 68:13
handle 66:20

Richard Angelmeyer
November 5, 2020

hands 34:8
39:1,3
happen 24:11
24:13 36:6
40:4 45:9
51:23 72:14
happened
12:3,5
22:17 23:4
24:9 25:7
25:10,13
26:12 27:2
27:6,12
34:24 37:8
46:7,16,19
46:23 47:16
50:19 55:8
60:16 69:7
72:20 73:5
happening
24:14 60:12
68:16 70:12
happens
43:12 48:4
head 33:5
36:21 54:18
58:16 72:19
heal 71:3
health 23:21
64:4
hear 21:16
26:19 36:10
41:6,7
heard 26:1
26:11,13
32:3,5
41:10 45:13
46:14 53:23
hell 15:2
20:14 22:7
22:20 24:7
25:24 26:5
36:24 38:13
help 16:10
21:16 64:4
hey 41:19
70:17
Hideaway
9:23
hints 46:3
hip 20:10
hit 28:9,13,17
30:14 31:1
35:9,20,23

36:4,21
46:12 51:9
51:12 71:19
72:19
hobbies 7:11
hold 59:6
holding 20:9
34:7,10,22
hole 54:17
hollering
26:13,19
holster 20:11
holsters
20:12
honest 12:11
30:3 37:21
53:8
hospital
49:13,15
53:24 54:16
54:24 55:15
57:24
hours 55:15
house 8:16,22
11:3 12:24
12:24 15:24
17:3,16,22
24:20 26:16
26:21 27:1
29:14,15
30:18,22
33:20 38:5
43:6 44:17
45:4,6 67:4
70:15,18
hunt 20:21
21:1
hunted 21:2
hunting
19:18,20
20:13,15,16
20:20 21:5
hurt 36:24
56:2,3
hurting 47:22
hurts 58:24

I
idea 9:3
identification
73:23
identify
29:19 33:11
33:14

identity 4:15
ignoring
29:24
immediately
69:11
improved
24:3
incident 11:1
13:10 62:22
64:5 67:5
72:1
increased
65:7
indicated
40:16
indicates
63:5,15
64:11
indicating
28:6 35:5
36:10,12
38:23 39:7
51:9,11
54:18,19
71:19
individuals
34:5
indoor 17:16
information
53:20
inherited 9:8
initially
29:24 30:1
51:15
injections
71:22
injuries 71:4
73:7
injury 71:2,8
72:8
inside 45:15
67:14
instruct 30:6
30:9
instructed
58:19
insulation
14:18,18
interact 43:6
43:9 47:2
interacting
38:6 41:5
interaction
50:16

involvement
9:22
involving
38:8
issue 72:17
issues 55:21
71:24
items 69:3

J
J 2:3
Jeff 18:10,11
45:8,9 50:6
Jeffrey 16:21
18:18
Jeffrey's
18:12
JFK 2:4
job 7:9 53:9
53:10
Joe 16:21
32:5 53:21

K
kbradford...
2:10
keep 7:12
27:14,21
kept 8:16
16:4 44:10
Kevin 2:8
5:16
kicked 51:17
51:18
kicks 61:2
Kierra 16:21
kind 15:10
18:13 22:17
34:20 35:1
35:1 42:10
54:19 68:23
kitchen 25:20
45:13
Kluska 16:21
53:21
knee 55:6,17
55:19,21
56:14,16
57:22 59:15
59:24 60:1
60:4,7,12
60:23 62:6
knew 28:12
29:15 38:17

69:11
knock 36:15
knocked
35:24 38:17
38:17,18
43:15,16
50:22 52:1
know 5:14
6:24 7:14
7:23 8:14
9:6 11:7,8
12:3,4,4
13:18,19,23
13:24 14:2
14:12,15,18
15:1,8
17:11,21
18:9 19:22
21:15,21
22:12,13,18
23:2 24:1,6
24:8,10,10
24:10 25:10
25:13 26:14
26:16 27:4
27:9,18
28:1,1,5,8,9
29:16 35:9
35:18,22
36:1,3,15
36:16 37:1
37:11,15
38:15,21
42:14 44:9
44:11,21
45:11,23
46:10,13
50:9,9 51:8
53:5,6,6,17
53:18 55:2
56:2,18
65:18 67:3
67:17 68:8
68:14,18
69:5,16,16
69:17 71:5
71:10 72:16
knows 23:9
57:23

L
L 1:15 75:13
laid 36:23
Lane 1:22

10:15,18
46:1,12
lateral 60:1,7
law 8:8
lawsuit 5:18
5:23 70:11
70:13
lawyers 69:5
laying 37:2,9
38:12 47:17
50:14
leaking 72:13
learned 47:13
leave 41:23
left 10:23
58:3
leg 54:23,24
let's 25:3
28:15 67:9
67:10,17
70:14
level 18:3,7
18:19,20
19:1 30:19
30:22,24
31:22
LEVIN 2:2
life 69:24
light 28:5
35:5,6
lighting
40:12,22
41:1
lights 26:9
40:17
list 16:18
listened
12:13
listening
12:10
lit 40:17
little 7:7
10:22 12:12
25:3 54:17
62:14,15,17
70:3
live 6:14
lived 16:17
18:3 38:5
living 18:7
27:4 43:5
local 53:8
68:10,14,19
69:9 70:16
locals 49:8

53:5
located 10:16
locations 4:7
lock 16:15
locked 16:13
19:10
long 6:19
10:11 30:17
55:12,14
72:6
longer 31:24
look 19:24
23:9 31:11
31:19,20
38:11
looked 55:22
25:23 59:1
62:6
looking 12:9
14:7 16:6
26:8 38:13
looks 14:17
14:19,22
57:9,18
62:4
lost 20:23
50:9
lot 9:9 13:22
22:1,6 24:6
31:24 51:9
lots 21:12
lower 18:3,7
18:19 30:19
30:22,24
31:22
Luke's 54:3

M
main 12:24
64:17
major 43:19
map 12:10
March 57:18
58:7 60:19
61:11
Mark 13:21
16:21 17:21
53:20
marked 4:17
14:7 57:10
73:22
married 6:11
match 10:8
matter 31:22

75:6
mean 19:23
20:22 23:3
24:8 34:13
42:7 67:7
71:3
means 75:21
medial 60:2,7
medical 3:9
57:5,11
medication
7:16,20
22:22 23:7
24:23 65:4
65:10
medications
22:24
medicine
48:13,18
64:18
meeting 4:8
members
5:18 13:21
45:7 53:13
memory 24:3
60:8
meniscecto...
60:8
meniscus
56:24 60:1
60:3,16
mental 23:21
64:4
mentioned
15:13 16:3
32:11 48:20
62:9
mess 56:22
Michele 1:15
75:13
military 34:3
24:7 26:15
minute 11:5
54:8 63:7
minutes 31:4
63:16
Mm-hmm
9:15 17:4
33:21
moment
25:12 69:20
month 58:8
71:16
months 24:16

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

24:19 62:21
66:4,6 71:9
72:23
**Moorestown**
53:8
**morning** 25:7
**mountains**
10:24
**mouth** 14:21
**move** 44:21
**moved** 28:5
**MRI** 55:6
57:22 58:10
59:2
**MRI'd** 56:21
58:22
**Murphy** 1:15
75:13

**N**

N 2:1 3:1
**nail** 62:18
**name** 45:17
45:18,19,20
45:23,24
64:16,18
**nasty** 49:3
**nature** 56:1
**near** 41:24
42:5
**neck** 36:5,13
36:16
**need** 4:11
9:21
**negative** 8:8
**nerves** 23:22
**nervous**
21:24 22:5
22:8
**never** 10:1
13:14,15
14:1,13
15:16 17:23
19:6 26:15
56:12 60:17
65:19
**NEWTOWN**
1:22
**night** 40:17
**ninth** 63:3
**noise** 46:15
**normal** 58:1
**NORTHA...**
1:7

**Notary** 1:16
**note** 62:20
**notes** 57:9
59:22 75:5
**notice** 1:14
16:10
**November**
1:11
**number** 6:20
9:4,7

**O**

**oath** 4:10
**objected** 70:4
**objections**
5:4 75:3
**obligation**
5:24
**occasions**
20:8
**occur** 10:14
11:2
**office** 2:7
57:22 58:4
**officer** 4:10
32:12
**officers** 28:18
28:21
**Oh** 9:13
19:19 22:24
23:18 27:7
27:12 32:23
36:7 39:2
39:10 41:3
46:14 49:16
55:16 56:16
**okay** 6:2,14
7:3,4,7,16
7:22 8:7,11
8:22 9:3,14
10:1,19
11:1,12,14
11:17,24
13:7,15,20
14:1 15:4,9
15:22 16:16
18:24 19:6
19:9,20
20:15,19
21:4,7 22:2
22:3,8,15
23:12 24:3
24:18 25:2
25:11,14,21

27:16,23
28:10,15,20
29:9,22
30:5 31:5
31:19 32:8
32:17,20
33:8,11
34:4,7,10
34:16,22
35:11,15,20
36:4,8,17
37:5,14,17
38:4,19
39:10,13,17
39:22,24
40:7 41:4
41:22 42:14
42:18,22
43:12 45:3
45:12 46:16
47:1,6,11
47:20 48:11
49:1,4,9,16
49:17 50:4
50:11,16
51:2,14,20
52:2,9,12
52:17,24
53:12,20,24
54:12,14,22
55:9,12,17
55:24 56:4
56:10,11
57:1,14
58:9,15
59:4 60:14
60:23 61:7
62:7,9 63:1
63:18 64:2
64:3,7,20
64:24 65:3
65:14,19
66:12,17,22
68:23 69:2
69:10 70:1
70:7,8 71:2
71:9 72:5,7
72:11,14
73:7,11,18
old 6:9,14
33:1 72:15
**once** 60:15
**ones** 48:15
49:3

**operate** 59:3
**operation**
60:20 62:12
62:13 72:4
**order** 30:6,9
59:19
**ordering** 41:8
**ortho** 58:1,20
**outside** 26:19
31:11 40:14
47:14
**overall** 66:11

**P**

P 2:1,1 19:15
**p.m** 1:18 74:2
**PA** 2:4,7,9
**page** 3:2
57:15 59:17
59:24 63:3
63:22 64:10
**pages** 57:11
**pain** 57:22
60:4
**panels** 26:22
**paramelscal**
60:2,9
**part** 17:3
33:23 57:16
58:17 70:11
71:7 72:15
**partial** 60:7
**participating**
4:7
**particular**
71:7
**parties** 4:3
**parts** 12:13
**passed** 30:17
31:2
**patient** 57:21
58:1 60:3
**pause** 64:1
**pay** 70:18
**PENNSYL...**
1:2,22
**people** 16:17
18:24 27:24
33:19 44:16
49:2 67:21
68:12
**period** 69:23
**person** 30:13
32:14 37:17

**personally**
44:23 63:13
**ph** 19:16
**Philadelphia**
2:4,9
**photograph**
14:5
**physical**
35:12 51:6
58:2,21
61:23
**pick** 47:9
**piece** 14:17
**ping** 68:1,2
**pipe** 14:18
**place** 4:11
13:10 60:18
**plain** 27:5
32:11 34:1
48:15,16
**Plaintiffs** 1:5
2:6
**plan** 19:22
**planned** 61:5
**play** 67:21
**plead** 11:24
**pleaded**
11:22
**please** 14:23
**point** 5:14
7:22 31:1
39:24 41:4
43:10,11
47:24 49:5
60:14 64:8
**points** 67:8,9
**police** 13:12
21:9 24:19
28:18,21
29:17,20
38:6 41:20
43:9,17
47:2 48:1
48:14 50:17
69:8,9
70:16
**pong** 68:1,2
**pool** 17:16
**possession**
4:21
**pounds** 50:23
**pow** 50:22
**Practice**
57:19 63:6

**practically**
19:13
**prescribed**
24:23 64:12
**prescription**
64:8
**present** 2:12
4:3
**presented**
4:19
**presenting**
4:18
**pretty** 13:2
25:23 35:6
36:19 38:13
55:1
**previously**
14:8
**prior** 4:22
**probably**
63:9 72:16
**problem**
55:23 56:1
59:9
**problems**
62:7 71:7
**procedure**
60:6
**proceed**
60:10
**proceedings**
75:3
**process** 5:21
**Professional**
1:16
**progressively**
56:17
**property**
10:15,16,19
12:8 17:1
17:10 20:9
20:16 21:10
**pry** 62:18
**PSP-1112**
63:4
**PSP-1123**
57:16
**PSP-3302**
59:20
**Public** 1:16
75:14
**pull** 16:9
**pull-behind**
15:17

**pulled** 57:12
**purposes**
19:18
**pursuant**
1:14
**push** 36:14
**put** 14:20

**Q**

**Quarry** 9:23
**question** 4:23
7:23 20:5
66:2
**questioning**
4:22
**questions** 5:5
5:23,24 6:8
7:18,21
25:8 27:15
70:4
**quite** 21:1
**quote** 58:2

**R**

R 2:1
**ram** 32:10
**ransacked**
67:16
**read** 57:21
63:23 64:2
**reading** 5:2
**real** 37:16
**realistic** 7:8
**reality** 23:1
**realize** 29:13
**realized**
28:17 43:15
**really** 27:10
31:5 32:6
54:24 62:24
**reason** 58:17
**rec** 17:3
**recall** 17:9
19:3 21:8
25:7
**recollection**
6:2 42:23
60:11 65:1
**records** 3:9
57:11,12
**recovery**
61:24
**red** 12:23
57:20 60:1

63:23 64:11
**Ref** 3:8
**referring**
15:18
**refuses** 58:1
**regarding**
4:23
**Registered**
1:15
**regularly**
65:24
**relate** 5:23
**related** 57:5
64:5
**remember**
11:9,18,19
11:21 12:1
20:1,2
21:24 22:6
22:11 25:4
28:14 33:6
33:8 35:10
36:11,18
37:5,9
55:24 58:5
58:19
**remote** 4:6
**remotely**
4:13
**Renae** 16:21
48:10 49:21
52:18
**repairing**
69:3
**repairs** 70:18
**repeat** 6:4
**reporter** 1:16
4:5,14 9:16
47:9 75:23
**REPORTE...**
1:21
**Reporting**
4:9
**represent**
59:23
**representing**
2:6,11 5:17
**reproduction**
75:20
**reserved** 5:5
**residents**
45:3
**retire** 7:9
**retired** 6:17

6:19
**Richard** 1:13
3:3,9 5:8
**right** 6:4 8:15
9:21 10:20
12:16,17
13:2,2,3,4
14:16 16:6
16:9,19
18:3 28:15
29:12 30:19
31:1 33:22
34:14,19
35:17 37:20
39:5,5
41:11,18
43:1 45:20
47:14 49:21
52:7,16
54:20,21
55:11,18,19
55:21 56:21
57:22 58:9
59:4,15,23
60:1,4,6,19
60:22 63:1
63:12,13,17
64:15 65:16
66:23 68:16
70:12 71:2
71:10 73:19
73:20
**risks** 60:9
**road** 6:15
10:22
**robbed** 69:11
**room** 5:15
17:3,24
27:4 28:24
28:24 31:14
34:13,18
38:11 40:12
40:17 42:20
46:17 47:3
47:13 48:6
50:7,7 52:8
52:13 67:15
67:18
**rooms** 19:2,7
19:9 31:15
31:16
**RPR-Notary**
75:14
**run** 50:22

**running** 27:1
27:1,24
28:2,22,23
30:2 33:19
41:12 51:16

**S**
**S** 2:1 3:7
**S-E-R-T-R-**
23:14
**safe** 8:14,16
8:17,19
15:23
**Saint** 54:3
**sat** 48:5
49:19,20
**saw** 24:22
25:23 29:9
38:8 43:5
52:20
**saying** 29:1
35:7 41:13
41:14 44:1
44:3,4,6,13
69:6 70:11
71:20 72:22
**says** 59:1,23
60:1,3
63:11,18
**scene** 52:5
68:13
**scream** 22:18
**screamed**
46:14
**screaming**
26:13 32:5
38:16,18
41:8 43:14
43:21,22
44:5
**screen** 15:8
39:9 57:8
**scroll** 63:21
**scrolling**
64:10
**scummy** 44:9
**sealing** 5:2
**search** 41:20
68:12
**searched**
33:17
**second** 7:2
14:6 17:18
20:23 42:16

45:10 57:6
59:8 66:24
**secondary**
48:14
**seconds**
31:23 32:1
**see** 13:18
26:8 35:6
37:17 38:4
38:5,19,22
38:24 39:2
39:9 40:19
40:20,21
43:8 45:9
45:22 46:11
46:18 47:1
47:14 49:6
50:16 51:17
58:1,20
62:8 63:6
65:24 67:10
69:5 71:11
71:18 73:2
73:3
**seek** 69:2
**seen** 14:8,13
17:23 43:16
56:20 62:11
**send** 49:13
**sent** 49:14
**separate** 4:6
12:24 23:1
**series** 5:22
59:18
**Sertraline**
23:14 64:12
**seven** 42:19
**shake** 22:19
**shaking**
23:24
**sharing** 57:8
**shield** 36:1
40:10
**short** 32:22
**shot** 71:16
**shotgun**
20:13
**shots** 58:2,20
**shove** 36:16
**shoving** 10:7
11:22
**show** 14:5
55:9 57:4
62:20

**showed** 55:22
**showing**
58:18
**shut** 25:17
**side** 26:22
36:21 37:4
37:4 54:17
54:21
**sidetracked**
43:4
**signing** 5:2
**silencer**
14:20
**sir** 6:9 7:4
8:13 14:4
18:21 28:19
30:16 33:10
38:20 40:5
40:11 41:21
65:6,18
67:6 68:17
69:1 72:2
73:10
**sit** 15:5,10
49:4 67:21
**sitting** 5:21
12:7 31:6
45:15,16
49:24
**six** 42:17
**skipping**
17:19
**sleep** 18:18
**sleeping** 31:7
31:8
**slept** 18:19
**slow** 70:2,5
**slowly** 34:24
**smashed**
67:18,22,23
**son** 10:7
11:12
**soon** 35:6
38:13 51:24
**sorry** 9:17
20:23 38:3
46:5 55:13
69:15 72:20
**sort** 10:24
14:19 38:15
**sought** 64:4
65:19
**sounded** 7:7
**sounds** 60:22

63:17
**speak** 30:14
69:19
**specialist**
71:13
**specific** 22:16
**speculating**
68:24
**spend** 13:21
**spent** 13:24
**spoke** 8:1,15
17:2 19:12
**stairway** 26:3
**stamped**
57:16 59:20
63:4
**stand** 15:10
**standing** 26:8
26:23 27:21
27:23 28:20
29:6 30:1
39:14 41:24
51:21 52:14
**start** 23:7
26:20,24,24
69:12 72:17
**started** 22:13
22:18,19
23:1 25:16
35:4 71:11
72:18 73:1
**starting** 55:1
63:3
**starts** 43:14
**state** 24:19
29:20 41:19
52:21,24
53:2,4
66:15 69:8
70:16
**STATES** 1:1
**stayed** 37:6
**stenographic**
75:5
**stipulated** 4:1
4:16,24
**stood** 27:7,9
27:9 28:3,4
34:6 35:3
50:24,24
52:2
**stop** 28:15
48:19
**stopped**

41:22
**story** 27:13
**Strangers**
13:18
**Street** 2:9
**Strehlow**
1:21 4:9
**struck** 32:15
32:16 33:23
38:19 42:2
**structural**
55:10
**stuff** 17:19
28:9
**style** 34:3
**subpoena**
57:17
**sudden** 26:11
26:21
**suffered** 72:9
73:8
**suit** 32:19,20
32:24 34:2
**Suite** 1:22 2:4
**supervision**
75:22
**sure** 15:6
35:13,14,16
57:7 71:6
**Surely** 35:3
**surgery**
43:19 56:7
59:14,22
61:4,11,13
62:2
**surveillance**
16:24 17:5
17:9 68:3
68:21
**sworn** 4:13
5:9

**T**
**T** 3:7
**table** 68:2
**take** 25:11
34:23 53:18
66:15
**taken** 1:14
47:12,13
48:3 75:5
**talk** 12:21
25:3 53:5
62:14,17

63:24 69:4
**talked** 30:12
43:7 62:15
71:3 73:8
**talking** 11:2
12:22 15:9
15:13 20:22
30:19 41:8
64:13 66:18
69:14,23
**tall** 32:22
**target** 19:13
**tear** 60:2,3
**teeth** 38:18
43:15,16
**tell** 6:20 8:13
16:19 19:4
25:6 30:10
31:3 33:16
36:7 37:1
38:8 40:3
40:11 60:14
62:5 71:23
72:12
**telling** 21:2
**temple** 54:20
54:22
**ten** 9:11 21:6
**testified** 5:10
**thank** 57:2
73:12
**theirs** 19:8
**therapy** 58:2
58:21,23
59:1 61:24
**thing** 6:6
26:12 28:8
35:9 36:9
37:7,8
38:15 41:23
44:10 46:11
51:22 64:19
67:20
**things** 6:5,5
22:13 24:6
24:24 59:2
62:19,22
66:9
**think** 5:14,15
11:5,6
14:22 15:7
15:18 16:3
20:5 21:7
36:22 37:16

40:5 41:22
42:16 45:10
46:10 51:17
51:18 58:11
58:24 61:12
62:21 66:24
68:5
**thinking** 24:9
26:23 70:6
**thought** 23:2
23:3,3
24:14 25:22
25:24 26:10
26:14,16
29:10 32:6
55:23 71:12
**three** 5:18
20:3 24:16
24:19 62:21
66:4,5 71:9
**threw** 67:19
67:22
**throat** 28:11
72:12
**Thursday**
1:11
**tie** 37:14
**time** 5:5
13:22,24
18:10 30:18
31:2,2,20
36:6 37:22
37:23 43:20
45:18 49:6
55:22 61:18
61:19 64:3
69:6,10
70:12 72:15
73:13
**times** 21:13
43:18
**today** 7:18
23:17 73:9
**told** 25:17
41:6 43:20
48:17 53:7
62:6 72:7
73:14
**top** 19:4
63:12
**torn** 56:24
60:15
**totally** 20:7
**tough** 21:3
**township**

Richard Angelmeyer
November 5, 2020

Page 6

| | | | | | | |
|---|---|---|---|---|---|---|
| 49:11 | 18:13 21:21 | **want** 7:8 11:9 | 12:8 15:13 | 1:24 | **ZEIGER** 2:2 | 2:10 |
| **track** 24:2 | 44:22 | 12:21 14:20 | 16:3,20 | **X** | 2:3 14:23 | **23rd** 8:7 |
| 50:10 | **understand...** | 16:16 24:16 | 17:1 18:2 | **X** 3:1,7 | 69:19,22 | 22:10 25:4 |
| **trailer** 15:12 | 18:5 68:9 | 24:18 33:22 | 18:17 19:12 | **x-ray** 55:9 | 70:2 73:21 | 56:14 72:9 |
| 15:16,17 | **uniformed** | 40:7 49:11 | 38:7,9 | 56:9 57:24 | **zeiger@lev...** | **25** 63:16 |
| **transcript** | 48:14 50:22 | 55:7 61:23 | 40:13 41:5 | **x-rayed** 55:6 | 2:5 | |
| 75:7,20 | **uniforms** | 62:14,17,18 | 43:8,9 62:9 | 56:20 | **zip** 37:14 | **3** |
| **treat** 54:15 | 29:17 | 62:18 69:4 | 67:19 70:15 | | **Zoloft** 64:14 | **30** 9:13,14 |
| **treatment** | **unison** 40:6 | 69:17 70:4 | 73:14 | **Y** | 65:23 | 57:19 |
| 56:14 65:19 | 45:22 | 70:18 71:5 | **wife's** 64:24 | **yeah** 7:10 | | **300** 13:5 |
| **trial** 5:6 | **UNITED** 1:1 | 71:6 | **Wind** 10:18 | 9:13 16:8 | **0** | **30th** 58:7 |
| **tried** 20:3 | **unquote** 58:3 | **wanted** 53:5 | 12:9 | 20:5 21:11 | | **340** 6:14 |
| **troopers** 11:3 | **upper** 18:20 | 53:7 58:23 | **window** | 21:12 22:7 | **1** | **3rd** 2:9 |
| 39:18 49:2 | 19:1 26:3 | 67:3 | 31:12,20,21 | 24:21 26:12 | **1** 60:3 | |
| 49:6 52:21 | **upset** 26:17 | **wanting** | **wires** 68:22 | 28:23 29:8 | **1:57** 74:1 | **4** |
| 52:24 53:2 | **upstairs** 18:1 | 57:22 | **witness** 3:2 | 30:1 32:5 | **10** 31:4 70:6 | |
| 53:4 68:9 | 18:2 19:10 | **warned** 43:18 | 4:6,11,12 | 32:24 34:15 | **100** 10:18 | **5** |
| 68:10,12,19 | 26:4,11 | 43:19,21 | 4:18,20,22 | 34:15 36:14 | 50:23 | **5** 1:11 3:3 |
| 68:22 | 32:2,3 | **warrant** | 6:22 7:1,4 | 39:21 40:15 | **1114** 63:22 | **50-some** 33:3 |
| **trouble** 46:5 | 43:20 67:12 | 41:20 | 9:5,8,19 | 41:15 43:3 | **1115** 64:10 | **504-4622** |
| **truck** 25:23 | 67:13 | **wasn't** 12:11 | 10:5 11:8 | 45:8 46:22 | **116** 1:22 | 1:23 |
| 26:9 | **use** 19:17 | 13:17 33:7 | 15:1,20 | 48:16 49:7 | **12** 31:4 | **54** 1:22 |
| **true** 75:6 | 51:8 | 56:21 | 21:12,18 | 49:24 50:3 | **12:37** 1:18 | **57** 3:10 |
| **try** 6:4 26:15 | **usually** 40:6 | **watching** | 22:23 24:13 | 51:16 52:4 | **12th** 60:19 | |
| 31:16 37:20 | | 52:5 | 27:17 39:2 | 52:11,19 | **14** 59:17 | **6** |
| **trying** 17:19 | **V** | **water** 55:2 | 39:10 46:6 | 55:16 56:2 | **1500** 2:4 | **60** 6:11 |
| 21:15 36:23 | **Vernon** 11:13 | **way** 7:24 | 49:14,17 | 56:16 57:1 | **1600** 2:9 | **620** 2:4 |
| 43:23 59:8 | 11:14 | 42:3 43:19 | 54:11 58:13 | 56:16 57:1 | **17th** 63:6,12 | |
| 70:10 | **vessel** 71:14 | 65:8 70:14 | 59:9 61:16 | 59:9 61:14 | **18940** 1:22 | **7** |
| **two** 10:8,12 | 72:13 | **ways** 42:6 | 61:19 67:13 | 61:16,16 | **19-3714** 1:8 | **78** 7:14 |
| 10:13 18:5 | **victim** 44:14 | **we'll** 63:24 | 67:16 68:2 | 63:8 67:9 | **19102** 2:4 | |
| 28:4 31:15 | 44:15 | **we're** 11:1 | 68:15 70:24 | **year** 6:20 | **19103** 2:9 | **8** |
| 31:16 33:24 | **videoconfe...** | 30:19 42:22 | 73:16,24 | 20:21 21:5 | **1962** 6:21 7:8 | **8** 57:15 |
| 34:4 37:6 | 1:14 2:3,8 | **we've** 61:12 | **witness'** 4:14 | 60:19 71:10 | | **80** 6:10 |
| 38:20,22 | 2:13 4:4,8 | **weak** 61:1 | **woke** 25:12 | 72:23 | **2** | |
| 39:6,14,18 | **VIDEOGR...** | **wearing** | 31:8 | **years** 6:11,20 | **20** 57:11 70:7 | |
| 39:20 40:3 | 1:21 | 32:18 34:1 | **word** 29:2 | 10:8,12,13 | **2002** 7:5,7 | |
| 40:20 41:4 | **visit** 63:22 | 34:1,2 | 35:8 | 20:4,22 | **2018** 8:7,11 | |
| 42:13 60:5 | **vs** 1:6 | **went** 13:23 | **words** 14:20 | 21:1,6 60:6 | 11:4 13:9 | |
| 67:21 | | 14:1 15:16 | 38:22 41:10 | 70:7 | 13:12 16:1 | |
| **Tyeler** 16:22 | **W** | 22:14 24:22 | 41:11 44:7 | **yell** 19:5 | 16:18 18:8 | |
| 53:21 | **wait** 52:6 | 27:3 28:13 | **work** 8:2,3 | 22:19 | 19:12 20:20 | |
| **type** 6:6 53:1 | 54:8 69:4 | 37:22 38:14 | 17:13 40:6 | **yelled** 26:4 | 21:9 22:10 | |
| | **waived** 5:3 | 51:15 54:24 | **works** 23:23 | 26:14 45:19 | 25:4 56:15 | |
| **U** | **waking** 31:16 | 55:3 56:6 | **worse** 56:17 | 45:22 | 57:19 58:7 | |
| **uncuff** 51:3,7 | **walk** 13:3 | 56:12,19 | 56:17,17 | **yelling** 26:1 | 63:6,12 | |
| **uncuffed** | 26:2 44:15 | 58:22 61:17 | **wouldn't** | 26:14 47:23 | 65:5,16 | |
| 48:21,23 | 44:16 | 62:5 63:5 | 25:18 45:19 | 48:1 | 66:18 72:9 | |
| 49:1 | **walked** 25:19 | 71:12 73:1 | **write** 22:20 | **yells** 29:4 | **2020** 1:11 | |
| **uncuffs** 48:21 | 26:18 27:8 | **weren't** 29:13 | 23:24 24:1 | **Yep** 31:13 | 60:19 | |
| **understand** | 38:12 56:3 | **white** 32:22 | **wrong** 16:19 | 46:24 47:15 | **215** 1:23 | |
| 5:20 7:18 | **walking** 20:9 | 32:23 | 44:15 57:23 | **you's** 29:3 | **215-546-0340** | |
| 7:21,23 | 26:20 44:12 | **wife** 6:7 8:1 | **wrote** 69:10 | | 2:5 | |
| 9:12 17:7,8 | 44:24 50:21 | 8:15 9:1 | **www.strehl...** | **Z** | **215-560-2402** | |