Page 1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA


ADA ANGLEMEYER, et al., : CIVIL ACTION
　　　　Plaintiffs,　　　:
　　　　　　　　　　　　 :
　　　vs.　　　　　　　　:
　　　　　　　　　　　　 :
NORTHAMPTON COUNTY, et :
al.,　　　　　　　　　　:
　　　　Defendants.　　 :　No. 19-3714


- - -

Friday, November 6, 2020

- - -


Deposition of JEFFREY ANGLEMEYER,

taken pursuant to notice, via teleconference

and videoconference, before Michele L. Murphy,

a Registered Professional Reporter and Notary

Public, on the above date, beginning at

approximately 1:55 p.m.

- - -


STREHLOW & ASSOCIATES, INC.
COURT REPORTERS - VIDEOGRAPHERS
54 FRIENDS LANE, SUITE 116
NEWTOWN, PENNSYLVANIA 18940
(215) 504-4622

www.strehlowcourtreporting.com

SUMMARY
JUDGMENT
EXHIBIT
4

67cbe287-7b81-41ab-8ce2-efc166d7286e

Jeffrey Anglemeyer
November 6, 2020

Page 2

1  A P P E A R A N C E S :
2
3  LEVIN & ZEIGER
   By:  BRIAN J. ZEIGER, ESQUIRE
        (Via Videoconference)
4       1500 JFK Blvd., Suite 620
        Philadelphia, PA  19102
5       215-546-0340
        zeiger@levinzeiger.com
6       Representing the Plaintiffs
7
   PA OFFICE OF ATTORNEY GENERAL
8  By:  KEVIN BRADFORD, ESQUIRE
        (Via Videoconference)
9       1600 Arch Street, 3rd Floor
        Philadelphia, PA  19103
10      215-560-2402
        kbradford@attorneygeneral.gov
11      Representing the Defendants
12
13           - - -
14
15
16
17
18
19
20
21
22
23
24

Page 3

1            I N D E X
2  WITNESS:                    Page
3  Jeffrey Anglemeyer
      By Mr. Bradford        5
4
5
6
7
           E X H I B I T S
8
   No.    Description       Ref.
9
   D-12   Medical records of Jeffrey
10          Anglemeyer         81
11
              - - -
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 4

1            (It is hereby stipulated and
2  agreed by and between counsel for all
3  parties present that this deposition is
4  being conducted by videoconference, that
5  the court reporter, all counsel, and the
6  witness are all in separate remote
7  locations and participating via
8  videoconference meeting under the control
9  of Strehlow & Associates Court Reporting,
10 that the officer administering the oath
11 to the witness need not be in the place
12 of the deposition and the witness shall
13 be sworn in remotely by the court
14 reporter after confirming the witness'
15 identity.
16           It is further stipulated that
17 exhibits may be marked by the attorney
18 presenting the exhibit to the witness,
19 and that a copy of any exhibit presented
20 to a witness shall be e-mailed to or
21 otherwise in possession of all counsel
22 prior to any questioning of a witness
23 regarding the exhibit in question.)
24           (It is hereby stipulated and

Page 5

1  agreed by and between counsel that
2  reading, signing, sealing, filing and
3  certification are waived; and that all
4  objections, except as to the form of
5  questions, be reserved until the time of
6  trial.)
7             - - -
8             ...JEFFREY ANGLEMEYER, after
9  having been duly sworn, was examined and
10 testified as follows:
11            - - -
12 BY MR. BRADFORD:
13    Q.   Good afternoon, Mr. Anglemeyer.  My
14 name is Kevin Bradford.  I work for the
15 Attorney General's Office.  I represent the
16 troopers that you are suing in this lawsuit.
17       I think you've -- I don't know, have
18 you been in the room while the other
19 depositions have been conducted over the past
20 couple days?
21    A.   At points I was in here, so I think
22 I understand what's going on.
23    Q.   Okay.  So that's where I was going
24 with that.  So you generally know how this

2 (Pages 2 to 5)

67cbe287-7b81-41ab-8ce2-efc166d7286e

Jeffrey Anglemeyer
November 6, 2020

Page 6

1    works.  I'm sure Mr. Zeiger told you a little
2    bit about it.  I'm just going to ask you
3    questions and you're going to provide answers
4    to the best of your knowledge.  Okay?
5        A.  Okay.
6        Q.  If you need a break, let me know.
7    We can do that.  I don't know how long we'll
8    be.  Hopefully not too long, but if you need a
9    break, just let me know.
10        What's your date of birth?
11       A.  12/24/62.
12       Q.  And your height and weight?
13       A.  5'8", 198 pounds.
14       Q.  And was your weight in February 2018
15   about the same?
16       A.  Yes.
17       Q.  Okay.
18       A.  Yes, I believe so.
19       Q.  All right.  And I don't know if you
20   heard me give some instructions or more of a
21   statement to other people, but my questions
22   aren't intended to upset you, annoy you,
23   irritate you, but given the nature of the
24   claims that you're making in this lawsuit, I

Page 7

1    have to ask these questions.  Okay?
2        A.  I understand.
3        Q.  Okay.  What is your marital status?
4        A.  Divorced.
5        Q.  How many times were you married?
6        A.  Twice.
7        Q.  When did you get divorced the first
8    time?
9        A.  1990, I think.  No; maybe -- wait.
10   Somewhere in that vicinity.
11       Q.  Okay.  And that's fine.  That's no
12   problem.
13       And when did you remarry?
14       A.  1996, I think.  Wait.  Yeah, I think
15   1996.
16       Q.  And when did that marriage end?
17       A.  2017.
18       Q.  Do you have any children?
19       A.  Yes.
20       Q.  How many?
21       A.  Two.
22       Q.  And what are their names?
23       A.  Ashley and Monica.
24       Q.  And are they with your first wife or

Page 8

1    second wife or --
2        A.  One with each wife.
3        Q.  Okay.  How old is Ashley, about?
4        A.  Maybe 23.
5        Q.  And Monica?
6        A.  35.
7        Q.  Do either of them live with you?
8        A.  No.
9        Q.  Where do you currently live?
10       A.  With my parents, 340 Old Allentown
11   Road, Wind Gap, PA.
12       Q.  And how long have you lived there?
13       A.  Three years, since 2017 I moved back
14   home.
15       Q.  So after your second marriage ended,
16   you moved back to 340 Old Allentown Road and
17   you've been there ever since?
18       A.  Yes.  I'm giving you the best of my
19   memory right now.
20       Q.  Yes.
21       A.  It's close.
22       Q.  That's fine.
23       And that current period of you
24   living there, that included the February 23rd,

Page 9

1    2018 events?
2        A.  Yes.  I moved in roughly a little --
3    like September prior to that.  So I was there
4    what?  Whatever, couple months, five months or
5    whatever until it happened.  I don't know how
6    long.
7        Q.  Okay.
8        A.  I think September I moved in.
9        Q.  Okay.  And if you're estimating on
10   dates and numbers or times or anything like
11   that, that's totally fine.  Just let us know
12   you're estimating.
13       A.  I am.
14       Q.  Okay.  And to the extent I can show
15   you documents to help refresh your
16   recollection, I'll do that, but we'll see how
17   it goes.
18       Were you involved in some sort of
19   domestic violence situation in 2017?
20       A.  There was an issue.
21       Q.  Were you arrested or charged with
22   anything?
23       A.  I was charged.  The case was
24   dropped.

3 (Pages 6 to 9)

67cbe287-7b81-41ab-8ce2-efc166d7286e

Jeffrey Anglemeyer
November 6, 2020

Page 10

1     Q.  Okay.  And did that pertain to an
2  incident with your then wife, your then second
3  wife, I guess?
4     A.  Yes.
5     Q.  What were the charges; do you
6  remember?
7     A.  It was two incidents.  I'm not sure
8  which one, the one against me or against my
9  wife.  There was an incident that my wife was
10  charged.  Is that the one you're referring to
11  or was --
12     Q.  Tell me about the first one.  Tell
13  me about both.
14     A.  My wife was charged with disorderly
15  conduct, convicted of disorderly conduct.
16  There's that.
17     Q.  Okay.
18     A.  I'm not sure which one you're
19  talking about.  That's why I'm asking.
20     Q.  Right.  Right.  Okay.  And what's
21  the other one?
22     A.  I was charged, but the case was
23  dismissed.
24     Q.  What were you charged with?

Page 11

1     A.  Strangulation, but I was defending
2  myself.
3     Q.  And was that part of the same
4  incident where the wife was charged with
5  disorderly conduct or was that a separate
6  incident?
7     A.  Separate.
8     Q.  And that would have been 2017?
9     A.  Yeah, 2016, 2017.  You got the
10  papers, I guess.  I don't.  I don't know.  I
11  can't remember exact dates, but in the
12  vicinity of the time period.
13     Q.  Okay.  And I don't have your
14  entire -- have you had other than those two
15  incidents -- well, other than that, I guess,
16  one strangulation charge we were talking
17  about, have you ever been arrested for other
18  things at other times?
19     A.  Yes.
20     Q.  Can you take me through at least
21  just generally what you recall about your
22  criminal history?
23     A.  How far do you want to go back?
24     Q.  Where does it begin?

Page 12

1     A.  I'm going to be 58, so I have a long
2  life, pretty long life.
3     Q.  Okay.  How about --
4     MR. ZEIGER:  I'd just object
5  and ask you to be more specific and ask
6  more specific questions.
7  BY MR. BRADFORD:
8     Q.  Here's the way I can do it:  I'm
9  going to read you a summary that was as part
10  of the paperwork in this case, and then you
11  can tell me if that's a fair representation of
12  it.
13     So you have a criminal history out
14  of Pennsylvania, New Jersey, and Florida that
15  consists of firearms not to be carried, theft,
16  criminal mischief, obstructing justice,
17  numerous drug possession/possession with
18  intent, simple assault, harassment, disorderly
19  conduct, terroristic threats, strangulation,
20  and resisting arrest.
21     A.  Well, I don't recall all of them.  I
22  mean, I can't verify all of them, but some of
23  them I'm assuming they're true.  Could you --
24  what are you asking me to respond to on this

Page 13

1  specifically?  I don't know what you're asking
2  me.
3     Q.  If that's a fair summary of your
4  criminal history, to your knowledge.
5     A.  I think some of it is -- I can't
6  verify either way whether it's accurate,
7  completely accurate.  I'm sure some of it is.
8     Q.  Okay.  Is it fair to say nothing
9  jumps out of the charges that you say, wait,
10  no, that definitely was not a charge I ever
11  faced?
12     A.  Well, I don't remember charges that
13  you're saying I faced.  I know the convictions
14  better than I do -- what I pled guilty to.
15  That, I recall.  What other things that were
16  on the sidelines, I really don't recall.
17     Q.  Let me ask that way.  What have you
18  ever been actually convicted of, whether you
19  pled guilty or you were found guilty?
20     A.  DUIs, the firearms not to be
21  carried, which was a legal handgun.  I just
22  got drunk and had -- was target practicing,
23  and had a DUI.  Then -- okay.  Would you give
24  me the charges and I'll respond to them?

4  (Pages 10 to 13)

67cbe287-7b81-41ab-8ce2-efc166d7286e

Jeffrey Anglemeyer
November 6, 2020

Page 14

1    Q.  Okay.  I can do that.
2        The firearms not to be carried, is
3  that the incident you just described or is
4  there another one?
5    A.  That's the incident.
6    Q.  Okay.  Then I have theft.
7    A.  I was never convicted of theft in my
8  life.  As far as whether I was charged, I
9  can't remember what the charges were.
10   Q.  Okay.  Criminal mischief?
11   A.  That, I think -- that's a yes, I
12 would say.
13   Q.  Do you remember like ballpark at
14 least like what year that was or how old you
15 were or something like that?
16   A.  That would have been between 1988
17 and 1993 or 4, somewhere in there.  I mean, I
18 really can't give that.  I'm so far off
19 possibly.  I don't know.
20   Q.  Okay.
21   A.  I should say I don't know.  It
22 sounds correct, whatever -- I don't know.  I
23 don't know.  That's my answer.
24   Q.  Okay.  Obstructing justice?

Page 15

1    A.  Yeah.  Yes, I do.
2    Q.  What was that from, what time?
3    A.  That was February the 13th, I
4  believe, of this year.
5    Q.  And what did that pertain to, what
6  was the incident?
7    A.  Somebody took my car.  I left my
8  keys in my car and somebody took it, and the
9  cops apparently believed I had knowledge of
10 who took the car, and I don't.  So right now
11 I'm charged.  That's pending.  I don't know
12 who took the car.  So they charged me to get
13 me to say who took the car, and I don't know.
14   Q.  Where is the car now?
15   A.  The car was involved in an accident.
16 It's right here.  I have the car.
17       MR. ZEIGER:  Objection.  Hold
18 on.  Stop talking.
19       Kevin, are you asking about an
20 open case?
21       MR. BRADFORD:  Well, now I am.
22       MR. ZEIGER:  No.  Don't answer.
23 You have a Fifth Amendment right.
24       MR. BRADFORD:  Oh, right,

Page 16

1  right, right.  Yeah, yeah, yeah.  Okay.
2  That's fine.  That's fine.
3  BY MR. BRADFORD:
4    Q.  I was actually asking about as of
5  February 2018.  I didn't present my question
6  this way, but as of February 2018, do you
7  recall having ever been charged or convicted
8  of obstructing justice?  So in the past.
9    A.  No, I don't recall.  If you can
10 refresh my memory, I might.  I don't know.
11   Q.  Look, I'm not showing you some sort
12 of rap sheet or anything like that, and I
13 don't have that in front of me.
14       Have you had drug possession or
15 possession with intent to deliver charges and
16 convictions in the past?
17   A.  I have -- no.  I have never been
18 convicted of selling drugs, if that's what
19 that means.
20   Q.  Okay.  Have you ever been charged
21 with selling drugs?
22   A.  Yes.
23   Q.  Have you ever been convicted of
24 possessing drugs, illegal?

Page 17

1    A.  Yeah; marijuana.
2    Q.  Okay.  Were you ever charged in 2001
3  with buying large amounts of meth?
4    A.  I was accused of that, but I was
5  found innocent.
6        MR. ZEIGER:  Can I object?
7        MR. BRADFORD:  You can object.
8        MR. ZEIGER:  Can I put an
9  objection on the record?
10       MR. BRADFORD:  Yes.
11       MR. ZEIGER:  You asked were you
12 convicted of selling drugs, and the
13 statute in Pennsylvania is possession
14 with the intent to deliver or manufacture
15 drugs, and you did not ask about
16 manufacture drugs, and I don't want you
17 to come back later and say that he lied
18 in this deposition by answering your
19 question wrong that he wasn't convicted
20 of selling drugs.  He has a conviction
21 for possession with intent to deliver and
22 manufacturing, but you asked was he
23 convicted of selling.  He wasn't.  He was
24 convicted of manufacturing.  I would ask

5 (Pages 14 to 17)

67cbe287-7b81-41ab-8ce2-efc166d7286e

Jeffrey Anglemeyer
November 6, 2020

Page 18

1    you to rephrase the question.  He's not
2    trying to lie or mislead you.
3            MR. BRADFORD:  Okay.  I
4    appreciate that clarification.
5            MR. ZEIGER:  Thank you.
6    BY MR. BRADFORD:
7        Q.  Let me re-ask the question.
8        Were you ever convicted of
9    possessing or distributing or manufacturing
10   drugs, any of those things?
11       A.  I was convicted of growing
12   marijuana.
13       Q.  Okay.
14       A.  That's the answer.
15       Q.  Were you ever convicted of selling
16   or manufacturing meth?
17       A.  No.
18       Q.  Were you ever charged with
19   distributing or selling or buying meth?
20       A.  To the best of my knowledge, yes.
21   That would be the answer, but I don't know
22   these legalistic terms very well.
23       Q.  Well, I'm asking very simply.  I'm
24   probably not even using the proper term, but

Page 19

1    I'm just simply asking have you ever
2    been charged with selling, buying or
3    manufacturing meth?
4        A.  Not manufacturing.  The other two I
5    would think yes, but I cannot give you the
6    exact charge.
7        Q.  So the other two would be selling or
8    buying?
9        A.  But no.  You asked if I was
10   convicted.  I was not convicted.
11       Q.  Okay.  You were charged, and that
12   was going to be my next question.  So you've
13   been charged with selling and/or buying meth,
14   charged?
15       A.  Yes.
16       Q.  And it's your testimony that you
17   were never convicted of buying or selling
18   meth?
19       A.  I was never convicted of buying or
20   selling any drug.
21       Q.  Okay.  Simple assault?
22       A.  Yes.
23       Q.  Convicted?
24       A.  No.

Page 20

1        Q.  So just charged, not convicted?
2        A.  Correct.
3        Q.  Harassment?
4        A.  Possibly.  I can't recall, but
5    possibly.  That would be a summary offense or
6    a -- are we talking about a summary offense or
7    a misdemeanor?
8        Q.  Either.
9        A.  Harassment, maybe.  I can't recall
10   it, but if you have documentation, I could
11   confirm it through documentation to refresh my
12   memory.
13           MR. ZEIGER:  Harassment is a
14   summary.
15           Go ahead, Kevin.  Sorry to
16   interrupt.
17           MR. BRADFORD:  Well, I'm not
18   even asking it -- that's fine.
19   BY MR. BRADFORD:
20       Q.  Disorderly conduct?
21       A.  Yes.
22       Q.  And you have a conviction for that?
23       A.  Yes, I do.
24       Q.  Terroristic threats?

Page 21

1        A.  No.
2        Q.  Never arrested for that, never
3    convicted or which is it or neither?
4        A.  Without my records before me, I
5    can't -- I do not believe I was ever --
6    terroristic threats?  No, I don't think I was
7    ever arrested for that.  I could be wrong, but
8    I don't think so.  I was never convicted of
9    it.
10       Q.  Strangulation, did we just talk
11   about that?
12       A.  Yes.
13       Q.  And there's no other strangulation
14   incident that you can recall?
15       A.  No.
16       Q.  Okay.  And, lastly, resisting
17   arrest?
18       A.  I can't recall anything on resisting
19   arrest.  I don't know.  If you can refresh my
20   memory by giving me times and dates, but -- go
21   ahead.
22       Q.  That's fine.
23       So as of February 2018, you were
24   living at 340 Old Allentown Road, correct?

6 (Pages 18 to 21)

67cbe287-7b81-41ab-8ce2-efc166d7286e

Jeffrey Anglemeyer
November 6, 2020

Page 22

1      A.  Yes.
2      Q.  And I was asking your mother about
3  this yesterday, and it's my understanding that
4  you were staying in the room right outside of
5  their bedroom.  Did you have your own bedroom,
6  or where exactly were you staying?
7      A.  I was in -- I wouldn't call it a
8  room.  Like a breezeway, walkway that's
9  expanded with a sliding door.  It's really --
10  I had a bed there.  It turned into an
11  improvised room right by my mom's door so I
12  could monitor her.  I gave her meds.  I was
13  responsible for her primary care.  I took care
14  of my mom.
15      Q.  Okay.  What type of medical -- is it
16  a medical issue she was having back then?
17      A.  Yes; the back surgery.
18      Q.  Oh, right.  She had the back surgery
19  a few months before?
20      A.  Yes.
21      Q.  Was she in a lot of pain at that
22  point, as far as you could tell?
23      A.  She was better at that time.  I
24  still had my bedroom there because that's

Page 23

1  where it was set up, but months earlier it was
2  very important that I be at that location.
3      Q.  Okay.
4      A.  Closer to the time of the surgery.
5      Q.  Okay.  And this would be on the
6  lower level of the house, right?
7      A.  Yes.
8      Q.  We established through other
9  depositions -- again, I don't know if you were
10  there for these particular parts, but there's
11  an upper level and a lower level to the house.
12  There's four bedrooms upstairs and there's two
13  bedrooms downstairs?
14      A.  Yes.
15      Q.  Okay.  Were you working at that
16  time?
17      A.  No.
18      Q.  And I think I saw that somewhere.
19  You've been out on disability for several
20  years?
21      A.  For many years.  Ten years.
22      Q.  When did that start?
23      A.  Probably -- it's a gray area.  When
24  you say when was I disabled, at what point did

Page 24

1  I actually collect disability or at what point
2  did I --
3      Q.  Let me take it from a different
4  angle.  When was the last time you actually
5  were working?  Like what were you doing?
6      A.  Well, I was laying tile probably in
7  2008.  Again, I won't know the exact years.
8  I'd have to try to find records.  Let's say
9  2008, approximately.
10      Q.  Okay.  And what were you doing in
11  2008?
12      A.  Laying tile.  I was helping.  I was
13  a helper.
14      Q.  Okay.  And who were you working for?
15      A.  Martin Lipyanic.
16      Q.  And how did that work come to an
17  end?
18      A.  Well, let me think here.  I don't
19  remember.  It just came to an end.  What do
20  you mean?  You mean is that the injury that
21  took me out?  No.  I was injured before that.
22      Q.  Okay.
23      A.  I don't really know what you're
24  asking me.

Page 25

1      Q.  Okay.  I'm getting this information
2  from your Interrogatory response, so let me
3  see where that is.
4      I don't have the questions here, but
5  in the case in 2001, you were a carpenter and
6  a "truss fell on me"?
7      A.  Yes.  When I give these years, I'm
8  giving the closest in my mind at the time.  I
9  didn't research it to find out exactly when it
10  happened.
11      Q.  Okay.  I gave you written questions
12  through your attorney and your job is to, to
13  the best of your ability, find out the
14  information, so that's part of the reason we
15  do that on paper first.
16      A.  Okay.  It says 2001?  I think I
17  might have misspoke.  It might have been 2000.
18      Q.  Okay.
19      A.  At the time, I thought I know, and
20  then later on when you ask me it again, a new
21  recollection comes to my mind and I could have
22  been wrong.
23      Q.  Okay.  And that's --
24      A.  I don't really --

7  (Pages 22 to 25)

67cbe287-7b81-41ab-8ce2-efc166d7286e

Jeffrey Anglemeyer
November 6, 2020

Page 26

1     Q.  All right.  Let me see something
2  here.
3        So what happened, you got injured in
4  2000 or 2001?
5     A.  Something like that.  Now that I'm
6  thinking about it, I think it was -- it could
7  have been 2001.  I don't know.  It should be
8  between 2000 and 2001.
9     Q.  Okay.  So it is my understanding
10 from your written Interrogatories that you've
11 been out on disability since 2001 after the
12 truss fell on you?
13    A.  Well, yes, I was.  Then I went back
14 to work and then I went back on disability.
15    Q.  Okay.  That's where --
16    A.  It gets confusing how to get it into
17 words.
18    Q.  Right.  Okay.  So when was the last
19 time you actually worked?  2008?
20    A.  I would say so.
21    Q.  Okay.  And what have you done for
22 income since then?
23    A.  Well, my wife was a nurse before I
24 got divorced and I collected disability.

Page 27

1     Q.  Okay.  And now that you're divorced,
2  your only source of income is your disability
3  payments?
4     A.  Yes, and I live here with my parents
5  for free, so...
6     Q.  Okay.  And your brother Mark lives
7  there, right?
8     A.  Yes.
9     Q.  And he's lived there since you moved
10 back in after your divorce?
11    A.  Yes.
12    Q.  Okay.  Do you know anything about
13 Mark's criminal history?
14    A.  I know he has one, but I don't know
15 for sure.
16    Q.  Do you know if he's ever had
17 convictions for possessing or distributing or
18 manufacturing drugs?
19    A.  I heard -- I think there's a history
20 there from a long time ago, but it's so long
21 ago, I couldn't tell you exactly the details
22 of it.
23    Q.  Okay.  Do you remember him getting
24 arrested at the bar your family owned?

Page 28

1     A.  Yes.  I do recall something like
2  that.  It was on the news too.
3     Q.  Okay.  Did you work at the bar?
4     A.  No.
5     Q.  Before February 2018, had the police
6  been to 340 Old Allentown Road?
7     A.  I don't know.
8     Q.  In the few months that you were
9  living there before February 2018, did they
10 come at that point, to your knowledge?
11    A.  They came to talk to me one time
12 about that thing with my ex-wife.
13    Q.  Okay.  And did you have any issues
14 or conflicts with them at that point?
15    A.  No.
16    Q.  They came to the house and they
17 asked you some questions?
18    A.  Well, they couldn't contact me by
19 phone because I didn't answer the phone, so
20 they just came to talk to me.  It was somebody
21 broke into her house or something.  I don't
22 know.  My ex-wife -- there was nobody broke
23 in, but she said some stuff about me and they
24 came to investigate and they left and nothing

Page 29

1  ever came of it.
2     Q.  So they spoke with you and you never
3  found out about any new charges based on what
4  they asked you about?
5     A.  No.  I never got charged.  They
6  believed me.  I was living at home.  They
7  didn't have a problem with me.
8     Q.  Do you own any firearms?
9     A.  No.
10    Q.  Are you allowed to own any firearms?
11    A.  No.
12    Q.  And why is that?
13    A.  Because of the cultivation of
14 marijuana charge.  I pled guilty to growing
15 marijuana and that's a felony; therefore, I
16 can't have a gun, so I stay away from guns.
17    Q.  Okay.  I'm sorry I asked you this
18 when you went through all those charges, but
19 around when was -- how long ago was that
20 conviction?  What I'm trying to find out is
21 how long have you been in the status where
22 you're not allowed to own a gun?
23    A.  I'm trying to think of when I pled
24 guilty to that.  Seventeen years ago, I would

8  (Pages 26 to 29)

67cbe287-7b81-41ab-8ce2-efc166d7286e

Jeffrey Anglemeyer
November 6, 2020

Page 30

1  say.
2      Q.  Okay.  And so since that conviction,
3  you have never possessed a gun?
4      A.  No.
5      Q.  And before that conviction, did you
6  have any guns?
7      A.  Yes.
8      Q.  You have a .22 Smith and Wesson?
9      A.  Yes.
10     Q.  And a .357 Smith and Wesson?
11     A.  Yes.
12     Q.  Where are those guns now?
13     A.  One got stolen.  I reported it
14  stolen.  That was in --
15     Q.  When was that?
16     A.  It was when I worked at Mare's
17  Bakery between 1990 and 1995.  So if I was to
18  guess, somewhere around 1993.
19     Q.  Okay.  And what about the other one?
20     A.  The other one, I believe, was stolen
21  by the police when I got drunk that time and
22  got a DUI with a gun in the car when I was out
23  target practicing.
24     Q.  So that was the gun you were target

Page 31

1  practicing with?
2      A.  Yes.
3      Q.  And did that incident occur before
4  your conviction for the cultivation of
5  marijuana?
6      A.  Yes.
7      Q.  When was the last time you
8  discharged a firearm?
9      A.  The last time I discharged a firearm
10  was with that .22 most likely.  I don't
11  remember, but I'm thinking that's when, with
12  the .22 in -- 1996 was the last time I owned a
13  gun, so that would have been it.  About.  Give
14  or take a year.
15     Q.  Okay.  In February of 2018, who was
16  living at 340 Old Allentown Road with you
17  besides your parents?
18     A.  Me, Mark was living upstairs, Renae,
19  Joe, and Kierra and Tyeler and Clyde.
20     Q.  And earlier today we established
21  that Joe and Renae had a room upstairs.
22  Tyeler had a room upstairs.  Kierra had a room
23  upstairs?
24     A.  Yes.

Page 32

1      Q.  And Mark had a room.  Was that
2  upstairs?
3      A.  Yes.
4      Q.  Okay.  Would you have occasion to go
5  into those rooms?
6      A.  I don't recall ever going in there,
7  but most likely at some point I may have went
8  in that room to say something to somebody or
9  give a message or say somebody was here to see
10  them, something like that, but I don't recall
11  the incident anymore.
12     Q.  Okay.  I'm just saying generally
13  like would it be common for you to be in those
14  rooms?
15     A.  Oh, maybe Renae and Joe's to go up
16  and visit Renae and Joe, because they got more
17  room to do that.  The other rooms, there's
18  really no room to socialize.
19     Q.  Okay.  So you might just say hi to
20  someone or you have to talk to someone about
21  something, but you wouldn't hang out in there?
22     A.  Right.  Joe and Renae's room I might
23  go into and hang out, but the other ones I
24  would just knock on the door and tell them

Page 33

1  something, but not generally enter.  There's
2  no room to enter.  It's all cluttered up.
3      Q.  Were the rooms upstairs, the
4  bedrooms, were they usually locked?
5      A.  No.
6      Q.  Okay.  I want to talk to you about
7  the garage.  I'm not going to pull up the
8  photograph.  I don't know if you saw it
9  earlier during some of the other depositions.
10     A.  I think I know what garage you're
11  talking about.
12     Q.  It was in the red circle?
13     A.  Yeah.  Well, I didn't look at that,
14  but I know the garage that's in question.
15     Q.  Okay.  Would you at least in early
16  2018, February 2018, or months before that go
17  into that garage?
18     A.  Prior to the incident with the
19  police, I was in there one time, but since
20  then, I've been in there more often.
21     Q.  Okay.  Was Mark in there frequently?
22     A.  I'd say yeah.  He would enter that
23  place.
24     Q.  And you understand that the charges

9  (Pages 30 to 33)

67cbe287-7b81-41ab-8ce2-efc166d7286e

Jeffrey Anglemeyer
November 6, 2020

Page 34

1    against Mark from February 2018 were based on,
2    or at least partially based on, some meth
3    sales that he made to a confidential
4    informant?
5        A.  I'm aware of the allegation.
6        Q.  Okay.  Did you have any suspicion
7    that he was selling meth to anyone at that
8    time?
9        A.  No.
10       Q.  Did you see any empty plastic vials
11   in there?
12       A.  No.  I never seen them.
13       Q.  How about little Ziplock bags?
14       A.  I never -- I was only in there once
15   to look for a chain saw.  No, I never seen
16   that.  I really never seen anything like that.
17   Tools I saw.
18       Q.  Okay.  There was a gun with what
19   appeared to be a silencer on the end of it
20   that was found in there when the police were
21   there on February 23rd, 2018.  Had you seen
22   that gun before?
23       A.  Never seen that before.
24       Q.  And you know that drugs, depending

Page 35

1    on the drug, might be distributed -- illegal
2    drugs might be distributed in a small vial,
3    right, from -- I'm not saying personal
4    experience, but I'm saying even from just TV?
5        A.  Makes sense to me.
6        Q.  And sometimes it's distributed in a
7    little tiny Ziplock bag?
8        A.  Yeah.  That makes sense to me.  It's
9    got to be in something, right?
10       Q.  Right.
11           Did people come visit Mark at the
12   garage when he was in there?
13       A.  Yeah.
14       Q.  Do you know what he was doing out
15   there?
16       A.  I was only over there -- I mean, I
17   seen him working on stuff from a distance, but
18   as far as what's going on inside, I'm really
19   not an eyewitness to what -- I seen cars pull
20   in and then work on cars.
21       Q.  Okay.  How long would it take you to
22   go from the side French door, which I think is
23   right in front of you or right in that room
24   there, to the garage, if you just walked at a

Page 36

1    normal pace?
2        A.  A minute.  That's hard for me to
3    say.  A minute.  I don't know.  A minute.
4    That's a good question.
5        Q.  That's fine.
6        A.  A minute maybe.
7        Q.  Okay.  I understand you probably
8    never timed it.
9        A.  Yeah.
10       Q.  Were you aware of -- the police, one
11   of the things they searched was a trailer on
12   February 23rd, 2018.  Are you aware of that?
13       A.  No.  I heard it in a conversation,
14   but are we talking -- could you describe -- I
15   don't know.
16       Q.  Okay.
17       A.  I don't know.
18       Q.  If I show you a trailer that's near
19   the garage, do you understand what that is?
20   Does that mean anything to you?
21       A.  There's multiple buildings out
22   there, so I don't -- when you say "trailer," I
23   think it could apply to multiple things, so I
24   can't say with certainty which one we're

Page 37

1    talking about, and I don't know which ones
2    were searched or not.
3        Q.  Okay.  Fair enough.
4            How many structures are on the
5    property there?
6        A.  I would have to go out and count.
7        Q.  So a lot?
8        A.  It depends how you define
9    "structure" is another factor.
10       Q.  Okay.
11       A.  Is a tractor-trailer thing that you
12   drive on the highway with a tractor-trailer
13   that takes shipping goods a structure?  I
14   mean, you use the word "structure" now and
15   then you say trailer, so I don't know.
16       Q.  Okay.  If we define the word
17   "structure" very broadly to include something
18   like that, then, yes, there's a lot of
19   structures?
20       A.  You could -- anything that you could
21   put something in, like a lawnmower, there
22   would be maybe up to eight of them.
23       Q.  Okay.  And how many acres is the
24   overall property?

10  (Pages 34 to 37)

67cbe287-7b81-41ab-8ce2-efc166d7286e

Jeffrey Anglemeyer
November 6, 2020

Page 38

1       A.  My understanding is 50 acres.
2       Q.  I understand in 2018 you didn't own
3   any firearms.  Were there any firearms in the
4   house, though?
5       A.  I'm aware of one firearm that I
6   visually seen in the month prior to the
7   incident.
8       Q.  And what was that, who owned it, and
9   where was it?
10      A.  I'm not certain.  I'm assuming it
11  might be my mom's, but, see, I can't say for
12  certain.  I never really investigated it, and
13  I seen it in a drawer.
14      Q.  Where was the drawer, what room?
15      A.  It's right behind me.
16      Q.  In the China cabinet behind you?
17      A.  It's in a drawer there.
18      Q.  Right.  The drawer wasn't locked,
19  right?
20      A.  No.
21      Q.  Your father testified that he had
22  several guns, but they were all kept in a
23  safe.  Were you aware of that?
24      A.  No.  I knew at one time he had guns

Page 39

1   in safes 10, 15 years ago, but at the time
2   when I moved back home, I didn't know if the
3   situation was still the same or if things
4   changed, and I never investigated it either.
5   So I didn't know.
6       Q.  Okay.  Would your father ever walk
7   around with a gun if he's going hunting or for
8   any reason?
9       A.  Yes, when he was younger, but he's
10  too old at this point.
11      Q.  Okay.  So in early 2018, was he at
12  that point too old and wasn't using the guns?
13      A.  I didn't ever see him with a gun at
14  that point.
15      Q.  Okay.
16      A.  I would say, yes, he was too old.
17      Q.  There's testimony that Renae owned
18  one or definitely one and possibly more guns.
19  Did you know that?
20      A.  No.
21      Q.  Did you ever see her gun or any of
22  her guns?
23      A.  No.  I was only -- you got to
24  understand, I was only there for how many

Page 40

1   months prior to this incident.  Prior to that,
2   I didn't come here.
3       Q.  Okay.  Prior to your return there,
4   how long had it been since you actually lived
5   there?
6       A.  Let me think a second.  It could
7   have been as much as ten years.
8       Q.  Okay.
9       A.  I would need help trying to figure
10  it out by other people to actually make a
11  determination.
12      Q.  That's fine.  I understand you're
13  just guesstimating based on your memory.
14      A.  Me and my wife split up off and on.
15  I might have came here for a week or two, but
16  then we had a dispute.  I didn't talk to
17  anybody for five years.  So there's five years
18  right there, and then there's additional.  So
19  it's probably ten years.
20      Q.  Okay.  That's fine.
21          What about did Tyeler have a gun?
22      A.  Well, from what I heard afterwards
23  in one of the reports, yes, but prior to that,
24  I had no knowledge --

Page 41

1       Q.  Okay.
2       A.  -- of any gun.
3       Q.  Same question for Kierra?
4       A.  I didn't know.
5       Q.  Okay.
6       A.  I stay away from guns.  It's not in
7   my best interest to be anywhere near a gun,
8   and everybody knows that.  So that's the way
9   it is.  Nobody brings them around me.
10      Q.  Okay.  And as I think I started
11  with, the only time you had actually seen a
12  gun before February 2018 was the gun in the
13  drawer behind you?
14      A.  And that probably was only there for
15  a short period of time.  That was stuck there
16  temporarily, because I normally go in that
17  drawer in order to get tools and that's a tool
18  drawer, that's not a gun drawer.  So I'm
19  assuming it was only there for a very short
20  period of time, but I didn't double check on
21  it.  I stay away from it.  I don't even pick
22  them up.  If I see them, I won't touch them.
23      Q.  Did you ever see anyone, any of your
24  family members, on the property with guns,

11  (Pages 38 to 41)

Jeffrey Anglemeyer
November 6, 2020

Page 42

1   holding them?
2       A.  Prior to 2018 or whatever?
3       Q.  Yes.  I mean, the reason I'm asking
4   is because your mother indicated that she
5   would go out and target practice on the
6   property.
7       A.  If she did that, it had to be on
8   rare occasions she did it, because I didn't
9   see it, and she didn't do it in front of me.
10  So I'm not saying she didn't do it.  I'm
11  saying I wasn't there then.  And when I was
12  there, she had a broken back, so certainly she
13  wasn't out there practicing after the surgery,
14  and I came in here only a month before she had
15  the surgery.  So I wasn't living here to see
16  these things that people are talking about.
17      Q.  Okay.  And when you were there
18  several months before the incident -- I
19  understand everything you just told me.  What
20  about Renae, Tyeler or Kierra; did you ever
21  see them shooting guns on the property before
22  February of 2018, holding guns or shooting?
23      A.  No.  I don't believe I recall that.
24  I might have heard it, boom, boom, boom

Page 43

1   outside, but I'm not down there.  I know that
2   sometimes they went down to the quarry hole
3   and target behind the house where it's safe
4   for target practice, but I didn't observe it.
5   I stay away from it.
6       Q.  Okay.  And I understand you're
7   trying to stay away from it.  I'm just
8   asking -- if you try and stay away from
9   something, you might see something.  So that's
10  why I'm asking these questions.
11      A.  I just saw the handgun in that
12  drawer and that's the limit of what I actually
13  observed.
14      Q.  Okay.  Were you aware generally that
15  there were guns in the house?  Let's just
16  answer that.
17      A.  Some.  I had no knowledge that there
18  was the extent of guns that apparently were
19  here according to what the papers are saying.
20  I didn't know there was anywhere near this
21  volume of guns, because I think most of them
22  were unused.  That's my opinion.  I wouldn't
23  know for sure.  Well, I didn't see any of
24  these guns that I'm seeing pictures of.

Page 44

1   That's why I come to that conclusion.
2       Q.  Did you see the picture of all the
3   guns that were taken from the house?
4       A.  I seen a picture on the computer
5   earlier.  I walked through the kitchen and
6   observed the guns.
7       Q.  I want to talk about exactly what
8   happened on February 23rd, 2018.
9           MR. ZEIGER:  Can I have a
10  two-minute break maybe?
11          MR. BRADFORD:  Yes.  That's
12  fine.
13  Jeff, is the computer up?
14          THE WITNESS:  It's saying, yes,
15  it came up.
16          MR. BRADFORD:  Maybe can we
17  switch?  Because I'm going to show you
18  some documents and I think the audio is
19  much better.  I'm sure Michele would
20  appreciate that.  So let's see if you can
21  switch to that.
22          (Short recess.)
23  BY MR. BRADFORD:
24      Q.  All right.  We actually stopped at a

Page 45

1   good spot because I was just about to ask you
2   what happened February 23rd, 2018.  So if you
3   could just generally walk me through what
4   happened, and I'll go back and ask you a
5   series of questions about each stage of the
6   events.  Okay?
7       A.  Okay.  All right.  I was in the bed
8   at that doorway where my mom was.  My dad was
9   sleeping on the couch out towards where the
10  police came in.  I heard my dad say something,
11  the dogs, and I heard a boom and I saw bright
12  lights, and I was thinking a gas fire, but it
13  wasn't.  It was lights from the police
14  officers.
15          So I walked out into the kitchen and
16  immediately was taken down by a police
17  officer.  At that time, there were two
18  officers that came through the broken door.  I
19  knew it was police officers because I seen TV
20  shows, so I understood that this was the
21  police.  I didn't know why, but I knew it was
22  the police, so I followed their orders.  He
23  yelled, get down, and he grabbed -- he like
24  clothes-lined me behind my head and threw me

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

67cbe287-7b81-41ab-8ce2-efc166d7286e

Jeffrey Anglemeyer
November 6, 2020

Page 46

```
 1    down on my hands and knees.  And while I was
 2    on my hands and knees, there was a pause, and
 3    I looked up and he was -- the police officer
 4    was feeling around his body looking for
 5    something, and he said to another officer,
 6    because I was on my hands and knees and I
 7    could look around right in front of him, and
 8    he goes, I don't have any zip ties.  So the
 9    other officer reached over and handed him a
10    zip tie to zip tie me, and at that time, I had
11    my head turned up to the officer at his knees
12    like and I said, my mom just had back surgery,
13    because I seen how they just threw me to the
14    ground.  I wanted to inform them of my mother,
15    and my dad was sick.  And when I said that, he
16    said, shut up, and he took his boot on the
17    back of my neck and he slammed me to the floor
18    on my knees to flat on my thing, and that's
19    when he hurt my neck.  And then he bent down
20    and he put his knee on me and zip tied me.
21    And then he reached down and he grabbed me by
22    the wrist and yanked me to my feet, which
23    pulled my shoulder.  Both shoulders actually
24    were pulled, but one was worse than the other.
```

Page 47

```
 1        They turned the switch to the --
 2    they turned the switch to the light on in the
 3    kitchen and sat me in a chair, and another
 4    officer -- he told another officer to watch
 5    me, and he put both his hands on my shoulders
 6    making sure I didn't get up out of that chair,
 7    but he put me in that chair where I could see
 8    down the hallway where my mom's bedroom was.
 9        At this point, I was sitting in the
10    chair and I think it was a black officer
11    behind me, a big guy, with his hands both on
12    my shoulders, this other officer then saw my
13    dad was there by the fireplace.  I knew he was
14    out there, but I actually didn't see him until
15    that point.  So I think he was wandering
16    around while all this was going on, because I
17    never noticed him.  Then the same officer that
18    stomped on the back of my neck and pinned me
19    to the floor headed for my father.  I was
20    yelling, my dad's ill, my dad's elderly, he's
21    ill.  And he grabbed him by the throat and
22    pinned him against the wall by the fireplace.
23    Then he was feeling around again his body and
24    he like -- he had my dad by the throat pinned
```

Page 48

```
 1    against the wall, and my dad -- I could see my
 2    dad's face and his eyes bulge and he couldn't
 3    breathe.  It looked like he couldn't breathe.
 4    And then he was turning around to look at
 5    another cop to get another zip tie off another
 6    officer and my dad went unconscious and fell
 7    to the floor, and I seen his leg twist, like
 8    it went in the wrong direction.  Because he
 9    went straight down.  He didn't get thrown down
10    on his face.  He just went straight down and
11    his leg twisted.  Then the officer, the same
12    officer, spread him on the floor and laid him
13    in the right direction on the floor and zip
14    tied him.  And then Clyde came out his
15    bedroom, which is right there where my dad was
16    choked in front of the door, and then the
17    officer, same officer, took him down.
18        At this point, the third officer, I
19    noticed a third officer.  He was dressed in
20    riot gear, as far as what I would call it.
21    While he was zip tying Clyde, my mom came out
22    of the bedroom.  I watched the riot cop with
23    the shield head towards my mom.  At that
24    point, the officer that had taken me down and
```

Page 49

```
 1    taken my dad down and taken Clyde down goes up
 2    and ran.  What it appeared to me, he was
 3    trying to keep the guy in riot gear to my mom.
 4    He ran, and he was initially behind him, but
 5    he ran and he went around him, and they both
 6    impacted my mom at the same time.  But the
 7    other officer was running and the guy with the
 8    shield was not running.  He was moderately
 9    walking.  And they hit my mom both at the same
10    time, but the other officer is the one who hit
11    my mother with the impact and drove her into
12    the dresser.  And I heard a big boom when he
13    hit her, and then I heard my mom -- at this
14    point, I can't see my mom because both of
15    these officers have their back towards me, but
16    I could see -- I seen my mom come out of the
17    door and then I seen the one officer run and
18    the other one, and they blocked my view of my
19    mom, but I knew where my mom was standing and
20    I seen where they ran and, kaboom, I heard the
21    big boom.  At that point, I heard my mom let
22    out a scream that I'll never forget.  It was
23    blood-curdling.  I thought she was killed
24    right there.  At this point, I was screaming
```

13  (Pages 46 to 49)

Jeffrey Anglemeyer
November 6, 2020

Page 50

1  hysterically at the cops to stop, stop.  I
2  knew they were police officers.  I didn't
3  think they were like robbers coming in.  I was
4  yelling, stop, stop, stop.  What are you's
5  doing?  They're elderly people.  And I was
6  freaking out there.  I mean, screaming.  There
7  was nothing I could do, because the black
8  officer who was behind me had my shoulders.  I
9  mean, I couldn't -- and I was zip tied.  I
10  can't do nothing.  And I wasn't trying -- I
11  knew I couldn't do nothing, but then I could
12  see my mom screaming on the floor and then
13  screaming, my teeth are knocked out.
14       Somehow the cops were blocking me
15  where I couldn't see my mom like this from
16  like moments she's on the floor, and I could
17  see her and then I couldn't the way the cops
18  were moving in front of me and I couldn't see.
19  At some point, my mom was on her feet again
20  screaming, my teeth are knocked out, my back.
21  She's in pain.  My dad was screaming and
22  crying.  At that point he came to.  He
23  initially went unconscious and fell to the
24  floor, because the cops had him by the throat

Page 51

1  at his hand, and that's what I say made him go
2  unconscious.
3       Then he came to shortly after they
4  zip tied him, and he's crying and screaming,
5  stop, stop, stop, and I'm yelling, call an
6  ambulance, call an ambulance, call an
7  ambulance.  And I was yelling at an officer,
8  specifically that one officer who did what I
9  felt harmed my mom.
10       At that time, I didn't feel it was
11  the cop that had the shield.  It was the other
12  officer that was running -- I didn't see
13  exactly what happened, but I knew who was
14  running at a high rate of speed and, from my
15  perspective, hit her hard.
16       So I was yelling, call an ambulance,
17  call an ambulance, and I'm screaming at him
18  like what's wrong with you, call an ambulance.
19  Because they like stood there dumbfounded and
20  just looked at my mom like in shock.  They
21  appeared in shock that my mom was injured.
22  And then I said, you idiot, I said to the cop.
23  You idiot, call an ambulance.
24       He said, I told you -- and he told

Page 52

1  me prior to shut up, shut up, shut up, because
2  I was screaming a lot when he had my father by
3  the throat, and he came over and started
4  slapping me.  He slapped me once in the jaw,
5  and that's when I felt the shooting pain in my
6  neck, and I dumped my head down and then he
7  was punching me with open hands.  These were
8  not punches.  They were open hands across the
9  top of my head.  And then the black officer
10  behind me said -- I heard him say, hey, I
11  don't agree with this, and he stopped hitting
12  me, and then he like went over to the
13  fireplace and stood there and crossed his arms
14  and didn't say nothing, and the black officer
15  bent down to me and said, calm down.  We're
16  calling an ambulance right now.  I don't agree
17  with what just happened.  And then they took
18  my mom somehow -- I'm trying to think.  She
19  got -- and then -- oh, when my dad was laying
20  there crying hysterical and they decided to
21  unhandcuff my dad, because they knew he passed
22  out.  I mean, un-zip tie him, and they left
23  him get up.  When he went to get up, he
24  couldn't walk, because his leg was --

Page 53

1  something was wrong with his leg.  He was
2  disoriented.  He was out of it.  So my mom
3  already got taken away in an ambulance.
4       Then me and my sister were yelling,
5  he's got to get -- he needs an ambulance too.
6  So they called a second ambulance to take him
7  away, because he couldn't walk, and I could
8  see he was disorientated, and it seemed like
9  he was incoherent, like he didn't know what
10  was going on at that point.  He was out of it.
11       So they took him to the hospital.
12  And I was still sitting there with zip ties
13  behind my back when they left.
14       Q.  In the kitchen?
15       A.  Well, I wouldn't call it in the
16  kitchen.  I would call it right on the center
17  line between the kitchen and the living room.
18       Q.  Okay.  In the chair you had been in
19  pretty much the whole time?
20       A.  In my underwear.
21       Q.  Okay.
22       A.  I was in my underwear.
23       Q.  Okay.  All right.  Let me ask --
24  that was a pretty thorough description.  Thank

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

67cbe287-7b81-41ab-8ce2-efc166d7286e

Jeffrey Anglemeyer
November 6, 2020

Page 54

1   you. Let me ask some follow-up questions on
2   that.
3       First of all, was it dark inside the
4   house before they came in at least?
5       A. If you can just hold on here. I got
6   interference somehow.
7       Would you get this out of here?
8       I got some speaker or something
9   making noise here alongside of me.
10      What is that? It's this. That's
11  it.
12      Okay. We had a speaker here,
13  additional speaker, that we're not using now.
14      Q. Okay.
15      A. Okay. Could you repeat the
16  question?
17      Q. Yes. Yes. Absolutely.
18      What would have been the lighting
19  condition in the house when they --
20      A. Well, the lights were out, but
21  there's a little kitchen night light, and
22  generally you can see pretty well. I mean, I
23  can navigate that kitchen without turning any
24  lights on. Okay? I don't know if my mom and

Page 55

1   dad can, but I don't need to turn the light
2   on. I can see. But the problem was that
3   lights were shining in our eyes. When the
4   police came in, they took them lights and
5   shined it in our eyes, and that threw our
6   vision out. That's my opinion.
7       Q. Okay. So is it fair to say the
8   lighting inside was dim and then you had the
9   bright lights that the police had which was
10  shining in your eyes?
11      A. Yes.
12      Q. Okay. When the police came in, it
13  was through -- we were talking yesterday. I
14  guess we were talking them French doors off to
15  the side there?
16      A. Yes.
17      Q. That's where they came in?
18      A. Yes. They smashed the window, the
19  glass out.
20      Q. Okay. Before they came in, did you
21  look out the window or did you know that they
22  were coming in?
23      A. No, but the first time I realized it
24  is when I had a light shining in my eyes.

Page 56

1       Q. Okay. And so was the light shining
2   in your eyes from outside before they smashed
3   your window or after they smashed the window?
4       A. I did not come out to the kitchen
5   until the window -- the glass door, they call
6   it, not a window, the glass door was smashed
7   and they were already entering through the
8   glass opening.
9       Q. Okay. What were they wearing? Were
10  they all wearing the same type of thing?
11      A. No. There was a combination of riot
12  gear and military wear. I would call it
13  military clothes.
14      Q. Can you describe the military -- I
15  mean, were some people in military clothes and
16  other people in riot gear? Is that --
17      A. Yes. That's the way I saw it.
18      Q. Okay. Describe what the people in
19  riot gear were wearing.
20      A. Helmets, black. It looked black to
21  me, but I couldn't really look at them,
22  because the black guy -- I think he was black.
23  When I look back, I got a glimpse of this
24  guy's face that was behind me holding my

Page 57

1   shoulder, and I recall a glance. I got a
2   glimpse, but I think he was black, a black
3   man, and I think he was wearing a helmet, I
4   think, that was blocking my view, I think.
5       Q. Okay. And the people who were
6   dressed in -- how many people entered the
7   house at that point?
8       A. There was three.
9       Q. And the people who were wearing what
10  you described as riot gear, they had helmets.
11  What kind of clothing were they wearing?
12      A. I would say like bulletproof
13  equipment and stuff like that. There was one
14  guy dressed in what I would consider more like
15  a camouflage or a green or something like that
16  or light brown.
17      Q. Okay. So one guy is wearing camo,
18  right?
19      A. I don't know if it's camo. It could
20  be just brown or gray or green. You know what
21  I mean? Like that khaki-ish look or whatever.
22  I don't know how to describe it.
23      Q. And then the other two were wearing
24  what you were describing like as riot gear?

15  (Pages 54 to 57)

Jeffrey Anglemeyer
November 6, 2020

Page 58

1       A.   Yeah.  One had a shield.  I don't
2  think the other one did.
3       Q.   Okay.  And they were in black
4  clothing, I guess?
5       A.   I think -- as I recall, it was
6  black.
7       Q.   Okay.
8       A.   But it's been a while since it
9  happened.
10      Q.   Okay.
11      A.   And it was a very stressful event.
12  You know, I was like traumatized for my
13  parents, and it changed my life.  So I think
14  that's the best recollection I can come up
15  with.
16      Q.   That's all you're doing here.
17  You're answering questions to the best of your
18  recollection.  If you don't remember a certain
19  detail, that's no problem.  That's normal.
20           Were they saying anything, like
21  State Police or search warrant, anything like
22  that?
23      A.   No.  I never heard anything like
24  that.  Now, if they did, I never heard

Page 59

1  anything like that.  I'm not saying they
2  didn't say it outside, but when they entered
3  the place, they didn't say it.
4       Q.   Okay.  Were they saying anything as
5  they entered the place?
6       A.   Get down.
7       Q.   Okay.  Did you get down?
8       A.   I got down quick, as quick as I
9  could.  He didn't give me time.  He just threw
10  me down.
11      Q.   Because you were pretty much -- how
12  far away were you from the glass door when
13  they entered?  Like a couple feet?
14      A.   No.  I was -- I mean, I could
15  measure it, but 15 feet, 12 feet.  I need a
16  tape measure, to be honest with you.
17      Q.   All right.  So you heard them say
18  that, but by the time they got to you, you
19  were not down on the ground yet?
20      A.   When I came around the corner, they
21  were there.
22      Q.   Okay.
23      A.   And as soon as I seen the guy, I had
24  a flashlight in my hand, where the guy said

Page 60

1  get down, with his hand already on me.  He was
2  in this kitchen before I got out to the
3  kitchen.
4       Q.   Did you have time to like put your
5  hands up or --
6       A.   No.
7       Q.   -- anything else?
8       A.   No.  As soon as the light went on,
9  he threw me to the floor.
10      Q.   Okay.  And which person was this?  I
11  have three people here.  One is in the
12  military gear, which we're saying is the
13  green/brown, and then two are in riot gear,
14  one has a shield, one doesn't.
15      A.   The main perpetrator of this whole
16  thing is the guy in what I call the
17  military -- not the riot gear.  The other, the
18  whatever it is, military.
19      Q.   What you described, okay.  So that
20  is the person who threw you to the ground?
21      A.   Yes.  I left one detail out.  When
22  he was -- later on after my mom and dad went
23  to the hospital, I said -- there was one guy
24  that I personally blamed the most and it was

Page 61

1  the guy that I just told you, not the guys in
2  the riot gear but the other guy, and I asked
3  him for his name, because I wanted to know who
4  he was so I could report this later, because
5  both of my parents went to the hospital, and I
6  think he gave me a misrepresentation of his
7  name.  I said, what's your name?
8           He said, Tanya.  And that's a female
9  name, so I take that -- unless that's his last
10  name, I felt he was being sarcastic, giving me
11  a woman's name as a joke.  But that was my
12  impression.
13      Q.   Okay.  All right.  So you get pushed
14  to the ground and then that same person put
15  the -- well, he didn't have the zip ties; is
16  that what you said?
17      A.   No.  He had to have them handed to
18  him from the other guy who had his hands on my
19  shoulders later on.  Another guy did have zip
20  ties, but he didn't have them.  He forgot.
21  That's my assessment of it.
22      Q.   Okay.
23      A.   He didn't have them.  He was like
24  feeling for them in his belt or something,

16 (Pages 58 to 61)

67cbe287-7b81-41ab-8ce2-efc166d7286e

Jeffrey Anglemeyer
November 6, 2020

Page 62

1   like he should have them there.
2       Q.  Okay.  Did you get hurt when you
3   were pushed to the ground?
4       A.  No.  When I was pushed on my hands
5   and knees, it was a jar.  In my opinion, that
6   ain't where my injury came from.
7       Q.  Okay.  And then you were quickly
8   thereafter handcuffed with the zip ties behind
9   your back?
10      A.  Yeah.  After he stomped on my neck
11  and pinned me to the floor, he dropped down
12  and zip tied me.
13      Q.  And this is the same person who
14  pushed you down?
15      A.  Yes.
16      Q.  Explain to me how he stomped on your
17  neck.
18      A.  When I was on my hands and knees, I
19  turned my head up and tried to talk to him and
20  tell him that my mother and father -- about my
21  mom just having surgery and my father was
22  elderly and ill, and he just wanted no part of
23  the conversation.  He said, shut up, and he
24  took his boot and took it behind -- he took it

Page 63

1   and slammed me to the floor on my stomach and
2   my face into the tile floor with his sole of
3   his boot.
4       Q.  And where was his boot?  It was
5   actually on the back of your neck or your back
6   or where?
7       A.  On the back of my neck.
8       Q.  Okay.  And then did your chest make
9   contact with the floor?
10      A.  Yes.  I was flat on the floor,
11  because there was a dog dish -- water for the
12  dog dish, and that got spilled and I felt -- I
13  was laying in a puddle of water from the dog
14  dish.
15      Q.  Okay.  And were you injured from
16  that?
17      A.  From?
18      Q.  Being pushed.
19      A.  The boot is -- that and also when he
20  slapped me in the face and told me to shut up
21  when I was screaming to call an ambulance.
22  When he initially -- the first slap on the
23  jaw, it was an open hand and it spun my neck.
24  I didn't really expect that, and I felt a

Page 64

1   shooting pain in my neck at that point.  But I
2   think -- because I think the stomp did it, but
3   I think the smack maybe pulled me -- let me
4   know I was injured.  But I didn't know how bad
5   I was initially.  I was just dizzy and sick to
6   my stomach and that.  That was it.
7       Q.  So you're pushed to the floor.  Now
8   you're flat on the floor and you get zip tied.
9   Did the zip tie injure you at all, is your
10  understanding?
11      A.  No.  I don't think that did it.  The
12  pulling me to my feet in a real brisk motion
13  of one, like a smooth yank right to my feet
14  real fast with both my hands zip tied real
15  close -- because when you zip tie somebody's
16  hands together behind their back, it's stress
17  on their shoulders to begin with, and then
18  when somebody grabbed between there at my
19  wrist and yanked, it had pulled my shoulders.
20      Q.  Okay.  So you were brought to your
21  feet.  The one trooper was holding -- you were
22  brought to your feet -- well, you were laying
23  prone on the floor on your chest and you were
24  brought to your feet by someone grabbing your

Page 65

1   arm?
2       A.  Yeah, grabbing me by the wrist
3   between my two hands, grabbing me by the wrist
4   and just yanking me right -- these are strong
5   guys.  They yanked me right to my feet.  I
6   didn't have to get up.
7       See, when you're on your stomach and
8   your hands are zip tied, you can't get
9   yourself up, because you can't put your hands
10  on -- so you need somebody to help you up, but
11  he yanked real hard.
12      Q.  Okay.  At that point, were you
13  saying anything to the troopers?  Did you
14  say --
15      A.  Yeah.  I just said, ow, my
16  shoulders.
17      Q.  Were you cursing at them or yelling
18  at them or anything?
19      A.  Yes.
20      Q.  What types of things were you
21  saying?
22      A.  Well, specifically when my mom and
23  dad were going off to the hospital, I called
24  him an idiot.  Well, no.  Before they went to

17 (Pages 62 to 65)

Jeffrey Anglemeyer
November 6, 2020

Page 66

1    the hospital, I said, you idiot, call an
2    ambulance, and that's when he came over and
3    started slapping me around for calling him an
4    idiot.
5        Q.   That's after you were already on the
6    chair?
7        A.   Yes; zip tied.
8        Q.   Zip tied, all right.
9           So while you're laying on the
10   ground, were you yelling anything?
11       A.   No.  I was waiting -- when I first
12   initially -- I was waiting to find out what's
13   going on, because I had no clue why this was
14   happening, but I knew it was cops, so I wasn't
15   about to give them a hard time.  And they were
16   big.  They're tough guys.
17       Q.   So you were brought to your feet and
18   then they sit you on a chair?
19       A.   They turned the lights on.
20       Q.   Then they turn the lights on?
21       A.   In the kitchen.
22       Q.   In the kitchen.  But you can see
23   into the other room because --
24       A.   I could see.

Page 67

1        Q.   Right.  And then when you called
2    someone an idiot or said something about an
3    idiot, that's when you got hit in the head
4    with the open hand?
5        A.   Well, it was -- first it was in the
6    face on the jaw, and then I couldn't do
7    nothing, I was zip tied, so I couldn't like
8    block anything, and that's why I put my head
9    straight forward like down so he couldn't hit
10   me in the face, and he just did some slaps off
11   the top of my head and said shut up.
12       Q.   So how many times did he actually
13   slap you?
14       A.   Three.  One on the jaw.  I laid my
15   head and he just like tapped me.  The first
16   one was the one that got me and then the other
17   ones were just kaboom, and that's when the
18   police officer, the black guy, said, hey, I
19   don't agree with this.  I think he was black,
20   but I didn't get a good look, but that's my
21   impression, he was black.
22       Q.   Okay.
23       A.   Because he looked dark, but I
24   couldn't get a good look.

Page 68

1        Q.   Were the other troopers white?
2        A.   Yes.
3        Q.   And after the slaps, did anyone make
4    physical contact with you?
5        A.   No.
6        Q.   Of the troopers, I guess I should
7    say.
8        A.   No; only one officer.
9        Q.   The same officer that threw you to
10   the ground initially?
11       A.   Yes.
12       Q.   So it's your testimony he threw you
13   to the ground, then he went over and threw
14   your dad to the ground?
15       A.   Well, there was stuff happening
16   between there.  Do you want all of it or just
17   part of it?
18       Q.   Did you tell it to me already?
19       A.   Yes.  Yes, but it seems like you're
20   skipping points.
21       Q.   I'm trying to get the order of
22   things.  So my understanding is that at some
23   point after he throws you to the ground, the
24   same trooper throws your dad to the ground and

Page 69

1    throws Clyde to the ground --
2        A.   Yes.
3        Q.   -- throws your mom to the ground,
4    not necessarily in that order, but...
5        A.   Well, with my mom, it was two cops
6    that were doing that.
7        Q.   Okay.
8        A.   The one in the --
9        Q.   The one with the shield and then
10   the --
11       A.   It was the same officer that took me
12   down at a high rate of speed ran when my mom
13   came out, charged and, boom, my mom got
14   tackled -- like not tackled, I wouldn't say
15   tackled, but rammed into the dresser.  It made
16   a loud sound.  At that point, I couldn't
17   believe what I was seeing.
18       Q.   Okay.  At the point that they made
19   contact with your mom, what was the lighting
20   in the area where that happened?
21       A.   Well, I could see, but it wasn't as
22   bright as in the kitchen.  I could see.
23       Q.   Okay.  And how far away were you
24   from your mom at that point?

18  (Pages 66 to 69)

67cbe287-7b81-41ab-8ce2-efc166d7286e

Jeffrey Anglemeyer
November 6, 2020

Page 70

1      A.  18, 20 -- 18 feet, but it might be
2  more.
3      Q.  Okay.
4      A.  18.
5      Q.  And same thing when you saw -- so
6  your dad, Clyde, then your mom?
7      A.  Yes.
8      Q.  Okay.  And when your father went to
9  the ground, how far away were you from him?
10     A.  Between 8 and 10 feet.
11     Q.  Okay.  And how about Clyde?
12     A.  Between 8 and 10 feet.  He was
13  laying right alongside of my dad when he went
14  down.
15     Q.  So how much time passed from the
16  moment they entered the house to the moment
17  that you were sitting in the chair, about?
18     A.  I was going down immediately, so...
19     Q.  That's what I'm asking.  Did this
20  all happen boom, boom, boom?
21     A.  A minute.  Now, that's a guess.
22  You're asking me for a guess.
23     Q.  Right.  I know you weren't timing
24  it.

Page 71

1      A.  Maybe a minute and a half tops.
2  See, things like this, you lose perspective of
3  time.  Things start to -- your time perception
4  might get a little off.  So I'm thinking I may
5  not be accurate on that.
6      Q.  Okay.  And when the other people
7  were being taken to the ground, had you
8  already been slapped?
9      A.  No.  It was after -- I got slapped
10  after my mom got knocked to the ground.
11  Because when she was up and everybody stood
12  around -- and I looked around and everybody
13  stood around and nobody was calling an
14  ambulance, and I was screaming.
15     Q.  Okay.
16     A.  I had a panic attack when I seen my
17  parents injured.  It really did me bad.  It
18  really, really -- that really traumatized me.
19  That's the best way I can determine it.  That
20  was horrible for me.  That was the worst
21  experience I ever had.
22     Q.  And you said the one officer said, I
23  don't agree with this, to you?
24     A.  Yes.

Page 72

1      Q.  And did you respond to that?
2      A.  No, because he was trying to -- I
3  was having a panic attack or whatever you want
4  to call it, because I thought my mom and dad
5  were being killed, and he would say -- he
6  tried to calm me down, because I was doing a
7  lot of screaming, I'm going to admit.  I did a
8  lot of screaming, and I don't even remember
9  exactly what all I said, but my mom had
10  surgery and I see her screaming and they hit
11  her at that rate of speed, and so he just was
12  saying, look, I don't agree with what
13  happened, we're getting an ambulance, calm
14  down.  That's what he was trying -- he was
15  doing this I think to calm me down, because I
16  was hysterical.  I was hysterical.
17     Q.  Okay.  And it's my understanding
18  from the earlier deposition that Joe Kluska
19  and Renae were brought downstairs to that
20  living room, I guess, that's right next to the
21  kitchen --
22     A.  Yes.
23     Q.  -- at some point?
24         Were you still in the chair at that

Page 73

1  point?
2      A.  Yes.
3      Q.  And were the troopers still there?
4      A.  There was a time period where a
5  separate group of cops came in and they
6  overlapped each other.
7      Q.  It was my understanding they brought
8  everyone that was in the house down to like
9  that level and you were all there and then the
10  troopers left and then the local cops came in?
11     A.  Yes.  That's the way I see it.
12     Q.  Okay.  All right.  Was there any
13  sort of argument between you and your
14  relatives and the State Police at any point, a
15  verbal argument at that point?
16     A.  No, not that I'm aware of.  It was
17  more about getting my mom and dad to the
18  hospital, finding out what's wrong with my
19  dad, because you got to remember, my dad
20  didn't get in the same ambulance with my mom.
21  They had put my mom on an ambulance, and then
22  when they got my dad up, they took -- they
23  released -- my mom and dad were the only ones
24  that they took off the zip ties and didn't

19  (Pages 70 to 73)

67cbe287-7b81-41ab-8ce2-efc166d7286e

Jeffrey Anglemeyer
November 6, 2020

Page 74

1  handcuff them.  And when they went to get my
2  dad up, he couldn't walk and he was
3  disorientated and wasn't acting like mentally
4  there at that point.  So we demanded -- yes,
5  we demanded they call an ambulance again.  We
6  felt they were not calling ambulances quick
7  enough.
8      Q.  It's my understanding they took your
9  mom out pretty quickly and put her in the
10  ambulance?
11      A.  Yes, because she was obviously --
12      Q.  Yeah.  And when that was happening,
13  was someone saying, hey, put my dad in there,
14  or is this afterwards and they said, you know,
15  I think he needs an ambulance too?
16      A.  Well, my dad did come to.  He wasn't
17  unconscious at that point.  He was awake, and
18  he was crying.  So when they -- no.  We didn't
19  demand -- my dad was telling also, get an
20  ambulance, get her on an ambulance, and then
21  we had to tell my dad, you need to get an
22  ambulance.  There was something between --
23  dad, get in an ambulance.
24          He's a stubborn man and he thinks --

Page 75

1  he doesn't want to pay -- he's too cheap to
2  pay the ambulance bill, to be honest with you.
3  But he can't walk and he can't think right.
4  We can clearly see he needs to go to the
5  hospital, yet he's --
6      Q.  Is it fair to say by the time you
7  convinced your dad to get an ambulance and go
8  to the hospital, your mom had already left?
9      A.  She was gone.  But he couldn't stand
10  up straight, he couldn't breathe.
11      Q.  Right.
12      A.  There was stuff happening to him
13  that he needed to go.
14      Q.  Right.  Right.  And I understand
15  that.  I just want to make sure it's not like,
16  okay, she wanted to go in the ambulance and
17  they said, no, he's not getting in the
18  ambulance.  So it wasn't a situation like
19  that, the same ambulance as your mom?
20      A.  No, it was not like that.
21      Q.  Okay.  That's all I was trying to
22  clear up.
23          Did you or anyone else say anything
24  about a state trooper who had recently been

Page 76

1  shot, Corporal Kelly?
2      A.  I don't even know about that
3  incident.  I don't know of any Corporal Kelly
4  getting shot.  So nobody told me about it.
5      Q.  All right.  Did anyone say anything
6  about a trooper being shot while the troopers
7  were there?
8      A.  I didn't hear it.  So I'm not going
9  sit and say absolutely I heard everything that
10  everybody said, because I didn't.  I was in my
11  own little state of shock at the time, but --
12      Q.  As you sit here today, do you have
13  any knowledge -- I know you didn't hear it
14  directly, but from someone else that they did
15  say something about --
16      A.  No.  I never -- this is the first
17  I'm hearing about this.  I'm a little shocked
18  at this statement.
19      Q.  So don't read into my questions
20  anything.  I'm just asking you a question.
21      A.  I understand, but you're asking me
22  for a reason, so I'm just thinking, well, I
23  never heard anything like this.
24          MR. ZEIGER:  I understand guys.

Page 77

1  I'll object.
2          Jeff, wait until Kevin asks you
3  a question and give him an answer to what
4  he asks you.
5          Counsel, I would ask you to ask
6  questions, and my client will answer
7  them, and as I've stated previously, the
8  Anglemeyers are all very pro-police.  I
9  don't think anything -- so let's move
10  forward with the question, please.
11          MR. BRADFORD:  Yes.
12  BY MR. BRADFORD:
13      Q.  Again, don't read anything into my
14  question.  If I ask you a question that
15  doesn't make sense to you, you never heard of
16  anything, your answer is I don't know,
17  Mr. Anglemeyer.  Okay?
18      A.  Okay.
19          MR. ZEIGER:  It is now asked
20  and answered.  I'm going to instruct him
21  to answer more questions, but I'd ask you
22  to kindly move on.
23          MR. BRADFORD:  Yes.
24  BY MR. BRADFORD:

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

67cbe287-7b81-41ab-8ce2-efc166d7286e

Jeffrey Anglemeyer
November 6, 2020

Page 78

1    Q.  Did you ask for medical attention on
2  that day?
3    A.  No.
4    Q.  Did you complain to any of the other
5  troopers about what the one trooper had done?
6    A.  Are you referring to the injuries to
7  my mom and dad?
8    Q.  Well, you told me how the one
9  trooper you held responsible for everything
10  that happened to you and your parents?
11    A.  I think it was a pretty much
12  discussion at that time amongst us all that
13  this was a horrible thing that they did and we
14  were in shock.  And so I don't know what was
15  discussed.  I mean, I'm sure if you would ask
16  me my opinion, I would believe we certainly
17  discussed this outrageous thing, because at
18  this time, we didn't have any understanding of
19  the why.  All's we know is my mom and dad are
20  severely injured, and I'm thinking they're
21  dying.  So, I mean, yes.  I have to say yes,
22  but if you ask me for specifics, I don't know
23  what was said.
24    Q.  I mean, you eventually did learn why

Page 79

1  they were there, right?
2    A.  Yeah, but that was after the
3  troopers, I think, left.
4    Q.  Oh, no.  I know, and this is a
5  separate question.
6    And you learned that they were there
7  to serve a search warrant?
8    A.  Well, yeah.  I figured that out.
9    Q.  And pertaining to your brother Mark,
10  right?
11    A.  Yes.  They told me.  They asked a
12  question -- they didn't say directly.  I don't
13  recall what they said, but the questions that
14  they were asking directed towards my brother
15  Mark, so...
16    Q.  And when you say "they were asking,"
17  are you talking about the troopers or are you
18  talking about the local police that then
19  showed up?
20    A.  It was the locals that did the
21  questioning.
22    Q.  You weren't charged with anything
23  that day, right?
24    A.  No.

Page 80

1    Q.  I want to talk about what happened
2  afterwards to you medically.  Did you at some
3  point seek medical treatment?
4    A.  Yes.
5    Q.  Okay.  And what did you do and where
6  did you go?
7    A.  I went to the family doctor, I
8  think, and he sent me for an MRI.
9    Q.  What I'm going to do now is, I'm
10  going to show you some -- I pulled certain
11  documents from your medical records, and that
12  just will hopefully help you understand dates
13  and specific events.
14    A.  Good.
15    Q.  Give me a second here.
16    And your previous injury to your
17  back, what was wrong with your back?
18    A.  Herniated disc, lower back.
19  Multiple herniated discs.
20    Q.  And that's been something you've
21  been dealing with since the early 2000s?
22    A.  Yes.
23    Q.  And that was still a problem in
24  2018?

Page 81

1    A.  Yes.
2    Q.  Were you taking any medication for
3  that?
4    A.  No; just over the counter when
5  it's -- like ibuprofen.  When you say
6  medication, yeah.  I was wrong.  I take some
7  over-the-counter ibuprofen.
8    Q.  Okay.  That's fine.
9    All right.  First I want to ask you
10  about -- this is an emergency department
11  visit.  First of all, I'm showing you what I'm
12  marking now as D-12.  It is just specific
13  documents from your medical records.  I'm not
14  using all of them, so I'm not going to have
15  one big huge exhibit.
16    So the first page I want to direct
17  your attention to, it seems to be an emergency
18  department visit by you from July 18th, 2015,
19  and it says, "Patient arrested.  At jail was
20  lying on the floor.  Officers felt he had
21  syncopal episode.  Patient denies this, states
22  he was awake the whole time.  Patient refused
23  treatment by EMS.  Patient states 'unless
24  you're giving me OxyContin, morphine, Percocet

21  (Pages 78 to 81)

Jeffrey Anglemeyer
November 6, 2020

Page 82

1    or Viagra, I don't have any use for you.'"
2         Do you recall this incident?
3    A.  Yeah, I do.
4    Q.  Can you tell me about that?
5    A.  I got caught with -- I was arrested
6    for public drunkenness.
7    Q.  Okay.
8    A.  And I got -- okay?
9    Q.  Go ahead.  Yeah.
10   A.  And they wouldn't release me from
11   the Nazareth Jail until my blood alcohol
12   content went down.  They said that was their
13   rules.  They made me sit on a wooden bench
14   that was connected to concrete for a long
15   time, which aggravated -- it screwed my back
16   up, my lower back.  And then I couldn't --
17   because of this here prior injury, not that
18   they -- not that they caused the injury, that
19   they made me sit on a wooden board in a very
20   uncomfortable position, I got inflammation of
21   the back and then I couldn't get up.  So could
22   you --
23   Q.  Okay.  So how did you end up at the
24   hospital?

Page 83

1    A.  Because I couldn't get up, my back.
2    And then when I get there -- you know, the
3    Viagra thing, I was in a lot of pain at that
4    particular moment from sitting on that for
5    many, many, many hours and stuff, for hours I
6    think it was, an hour or something, and my
7    back was in bad shape.  See, if -- I had
8    aggravated my back before this incident.  Two
9    days before this I was at the doctor for my
10   back, for my lower back.  So I've already been
11   to the doctor for my back two days -- probably
12   two days or four days, maybe a week before
13   this incident, is my recollection.  So I was
14   having real bad back problems at that
15   particular time, and then when they sat me on
16   that board, boom, my back problem flared up.
17   And what happens is, I sit in a position and
18   it impinges the nerve and then, boom, I'm in
19   big trouble with my back.
20        When they asked me what they're
21   going to do for me, there's nothing they can
22   do for me.  Unless you're going to give me a
23   painkiller, you're -- I mean, I've been to
24   pain management, and the only thing they can

Page 84

1    do is give me a painkiller to resolve this
2    problem at that point, because it's inflamed.
3    Q.  Okay.
4    A.  But the Viagra thing, I might have
5    misspoke or something like that or maybe they
6    got it wrong.  Viagra is not a painkiller.
7    That's a sex drug.  So I don't know why it's
8    there.
9    Q.  Okay.  Well, according to you, they
10   could have wrote it down wrong?
11   A.  Or I could have said it wrong.  I
12   had been drinking.
13   Q.  Right.  Were you convicted of public
14   drunkenness from that --
15   A.  Yeah.
16   Q.  -- episode?
17   A.  This was specifically at the party,
18   the block party at Nazareth.  I drank too much
19   and stumbled over a -- I tripped over the
20   pavement.  The walks were off by two inches
21   and I stumbled.  Added to the problem with my
22   back, the cops seen me stumble.  I'm at a
23   block party, says, okay -- they were serving
24   booze, beer at the block party.  So I got

Page 85

1    arrested for public drunkenness.
2    Q.  Okay.  I'm going to move to the
3    second page of this document.  I'll come back
4    to the top, but it's Bates stamped PSP-3213,
5    and it seems to be -- I'll scroll down as
6    needed, but it looks like you went to the
7    emergency department at Saint Luke's Hospital
8    Anderson Campus emergency department on
9    February 25th, 2018, and your chief complaint
10   was neck pain.  "Patient was" -- I'm reading
11   from the document at this point, as you can
12   tell.  "Patient was part of a drug raid on
13   February 25th," which I guess maybe that date
14   is not right, "which resulted in him being
15   physically abused during the process.  Patient
16   states he was stomped by a boot heel on the
17   back of his neck, causing him neck pain."
18        Is this the first time -- first of
19   all, does this seem accurate that you went to
20   the hospital on February 25th, 2018?
21   A.  Yeah.
22   Q.  Okay.  Is this the first time you
23   sought treatment for any injuries from
24   February 23rd?

22  (Pages 82 to 85)

Jeffrey Anglemeyer
November 6, 2020

Page 86

1      A.  I'm going to tell you what I think.
2  I think I went to the family doctor first.
3  When was this?  This is the emergency room.
4      Q.  Yes.
5      A.  Okay.  You're right.  This was
6  probably the first time then.
7      Q.  Okay.  And you see here down lower
8  it says you complained of pain in neck/mid
9  back and left shoulder?
10     A.  Right.
11     Q.  And it looks like you got an x-ray
12  of your shoulder.  I've moved on to the next
13  page.  Do you remember getting an x-ray of
14  your shoulder and an x-ray of your back?
15     A.  You know --
16     Q.  That's what the record --
17     A.  I mean, I believe it's true and I
18  have a sort of memory, but if you ask me
19  questions about that day, I wouldn't remember
20  it.
21     Q.  Okay.
22     A.  I mean, I say it's true.  I'm not
23  disputing it.
24     Q.  Right.  Well, I'll represent to you

Page 87

1  that the records that I'm showing you right
2  now indicate that you got an x-ray of your
3  left shoulder and an x-ray of your spine
4  "cervical 2 or 3 VW injury"?
5      A.  I'm in agreement.
6      Q.  Okay.  I'm scrolling down further,
7  and it appears that they gave you Tylenol?
8      A.  Okay.  I don't remember all this.
9      Q.  Okay.  Do you remember what the
10  results of the x-rays were?
11     A.  No.  I don't think -- I think an
12  x-ray determines whether you have a broken
13  bone, and, no, I don't think I had a broken
14  bone.
15     Q.  Okay.  I'm scrolling now to the
16  seventh page of D-12, PSP-3196.  This appears
17  to be from April 16th, 2018, an evaluation in
18  physical therapy at Saint Luke's, Wind Gap.
19  Do you remember going to physical therapy?
20     A.  Yes.
21     Q.  Okay.  And it indicates that you
22  would -- why were you there?  Let me ask you
23  that.
24     A.  See, again, my memory is not that

Page 88

1  clear on these things, but I'm assuming it was
2  for -- at the time and date, I'm assuming that
3  there was the time I went for my neck.
4      Q.  Okay.  And more towards the middle
5  of the page, the highlighted part I
6  highlighted, it says Plan, and it says
7  "duration in visits:  12, and duration in
8  weeks, six."  So above that, it says
9  "frequency, two times a week."
10     So it looks like the plan was for
11  you to go to physical therapy twice a week for
12  six weeks?
13     A.  That's not the way I recall it.
14     Q.  Okay.  That's what it says.  What do
15  you recall?
16     A.  Well, that might have been the plan
17  initially, but when I went in there, I was
18  going through headaches, ongoing headache
19  problems because of my neck, and I discussed
20  it with them, and they told me to come back
21  when my neck -- when my headaches went away,
22  because they didn't want to acerbate, whatever
23  the word is --
24     Q.  Exacerbate, yeah.

Page 89

1      A.  -- my headaches.  So let the
2  headaches -- let your headaches calm down and
3  then we'll work from there.  But my headaches,
4  I still have headache.  I got ongoing
5  headaches.
6      Q.  So is it fair to say you never moved
7  forward with this plan?
8      A.  Right.  I went forward with pain
9  management instead.
10     Q.  Because as I scroll down to the next
11  page, the highlighted part where it says you
12  canceled, "reason, patient having headaches,
13  will call back when wanting to RS," which I
14  assume is reschedule.  That's page PSP-3191.
15  And then there's a similar entry from
16  PSP-3188.  "Canceled.  Patient been having
17  headaches, will call after seeing the doctor
18  to reschedule."
19     So is that what you're talking
20  about?
21     A.  Yeah.
22     Q.  Okay.  So you start going to see
23  pain management?
24     A.  Yes.

23  (Pages 86 to 89)

Jeffrey Anglemeyer
November 6, 2020

Page 90

1      Q.  And what kind of treatment did they
2  provide you there?
3      A.  I'm going to give you the best of my
4  knowledge.  Is it an epidural injection with a
5  steroid and a painkiller?
6      Q.  And how many times did you get that?
7      A.  I've lost count.  You can only get
8  so many, I know that, they told me.
9      Q.  Okay.  And then I have you going
10 to -- now I'm on the tenth page of this
11 document, which is PSP-3139.  It looks like a
12 trip to the emergency department Saint Luke's
13 Anderson on July 4th, 2018.  And scrolling
14 down, it says History, Chief Complaint.  You
15 talk about shooting pain in your neck and
16 intermittent ringing in B/L ears?
17     A.  And headaches.  The major thing was
18 headaches, so I don't know why it doesn't say
19 headaches on there.
20     Q.  It talks about neck pain.  Okay.
21     A.  Oh, yeah.  There it says headaches.
22     Q.  There it does say headaches, okay.
23         And do you remember what happened at
24 this trip to the emergency department?

Page 91

1      A.  They gave me a painkiller.  I mean,
2  I don't know if that's the exact one.  They
3  gave me -- is it Oxycodone?
4      Q.  I'll scroll down further.  It says,
5  just to let me know what page we're on, 3145,
6  PSP-3145.  In the middle I highlighted a
7  section.  It says, "He feels much better after
8  receiving migraine cocktail.  He will follow
9  up with ENT for further evaluation of ringing
10 in the ears.  Will prescribe muscle relaxer
11 for neck pain and Fioricet for headaches.
12 Discussed signs and symptoms to return to the
13 emergency department.  Patient agrees with
14 discharge plan."
15     A.  Okay.
16     Q.  Does that sound about right?
17     A.  Yes.  Yes, it sounds right.
18     Q.  Okay.  Did you follow up with the
19 ENT?
20     A.  What's an ENT?
21     Q.  I believe it's ear, nose and throat
22 doctor.
23     A.  No.  I didn't go to no ear, nose and
24 throat doctor.  Why are they saying that?

Page 92

1      Q.  I'm just reading what the -- do you
2  remember?
3      A.  Oh, yes.  Now I recall.  Ringing in
4  the ears, yes, but it wasn't painful.  It's
5  just a ringing in the ears.  I didn't go.  But
6  the headaches were.
7      Q.  And when did you start developing
8  headaches?
9      A.  Right away.
10     Q.  I mean, when you say "right away,"
11 what date?  The date the police came to the
12 house?
13     A.  Yeah.  I had a headache that day
14 when they did that to me.
15     Q.  And you never had headaches before?
16     A.  Yeah, I had headaches, but not these
17 ongoing severe headaches like this.  I've had
18 headaches before, but this is different.  This
19 is more extreme.
20     Q.  Okay.  And now I'm scrolling down.
21 I'm on the twelfth page, PSP-3112.  It's
22 another visit to the Saint Luke's Anderson
23 emergency department from February 16th, 2019.
24 You're complaining of neck pain.  "Patient

Page 93

1  reports having neck injury one year ago; now
2  is having neck pain again.  Sees pain
3  management, but did not call.  'I gotta do
4  something about this pain.  It's killing me.'"
5         Do you remember that visit?
6      A.  I remember going.  I don't remember
7  the specific statements and things like that.
8  I remember I was in a lot of pain, so I went.
9      Q.  Okay.  Were you going to see your
10 pain management doctor at that point?
11     A.  I would have to see dates and I
12 would -- I'd have to go through medical
13 records.  I can't answer these questions.  I
14 don't know what these dates are.  What's the
15 date we're talking about?
16     Q.  This date we're talking about,
17 February 16th, 2019.  So about a year later.
18     A.  I would say I thought I -- yeah, I
19 think I probably -- look, I'd be guessing.
20 You got the records.  I don't.
21     Q.  Okay.  Well, it says here in the
22 middle "he has not seen his pain management
23 doctor in quite some time."
24     A.  Okay.  Well, that means -- I don't

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

67cbe287-7b81-41ab-8ce2-efc166d7286e

Jeffrey Anglemeyer
November 6, 2020

Page 94

1  know what "quite some time" is, what they
2  meant by that.
3      Q.  Okay.
4      A.  I'm not going to dispute the medical
5  records.
6      Q.  Okay.  Do you know why you stopped
7  seeing your pain management doctor?
8      A.  Yeah.
9      Q.  Why is that?
10     A.  Because when I switched to Highmark
11 Blue Cross and Blue Shield, they wouldn't take
12 my insurance.  So then they stopped taking --
13 I went and I got a $9,000 bill.  They stopped
14 taking my insurance.  Now I'm going to be
15 switching back to Humana and they'll take it.
16     Q.  At that time, did you search for a
17 different doctor that would take your
18 insurance?
19     A.  Well, what time are we talking
20 about?
21     Q.  Well, the time when --
22     A.  I need dates.
23     Q.  -- your doctor stopped taking your
24 insurance.

Page 95

1      A.  Well, that was the end of doggone --
2  the end of -- the beginning of this year they
3  stopped taking it.  Then I was having back
4  problems, lower back.  So I went to the pain
5  management doctor.  Well, I went there for my
6  neck and my back, both.
7      Q.  Okay.  For both?
8      A.  Yes, to Lehigh University Hospital,
9  because they would take that insurance.
10     Q.  Okay.
11     A.  But they will only do pain
12 management on one location at a time.  So now
13 I got to choose between neck pain and lower
14 back pain.
15     Q.  Okay.  So which did you choose?
16     A.  At that time, I had -- I've had at
17 least three shots into the neck, an epidural
18 injection straight into the neck, and I had
19 multiple from my family doctor into the
20 shoulder and the neck area.
21     Q.  Were you seeing a pain management
22 doctor before February 23rd, 2018?
23     A.  No.  You mean in my whole life?
24     Q.  Well, in the past year before that?

Page 96

1      A.  No.
2      Q.  Let's put it that way.
3          Okay.  Just to wrap up this February
4  16th, 2019 visit, I scrolled down to Page
5  3116.  It looks like you were given medication
6  and discharged?
7      A.  If it says it, I'll go along with
8  it.
9      Q.  Okay.
10     A.  I mean, I don't have specific
11 memories of these incidents.
12     Q.  All right.  Then April 9th, 2019 you
13 go to Saint Luke's emergency department again?
14     A.  Yes, if that's what it says.
15     Q.  Yeah, that's what it says.  And with
16 a complaint of a headache.  "Patient reports
17 chronic occipital HA headache that radiates
18 forward, 'feels like my head is gonna blow
19 up.'  Reports he is nauseous and dizzy with
20 ringing in his ears.  Patient reports his
21 prescribed meds are not working."
22     A.  Yes.  I do recall -- I recall
23 incidents.  I don't recall dates.
24     Q.  Okay.  PSP Page 3080 is where I'm

Page 97

1  at.  It looks like you were prescribed
2  Oxycodone.  I guess again you were given meds
3  and discharged?
4      A.  Yes.
5      Q.  Now moving to earlier this year.
6  I'm on document No. PSP-3011.  It looks like
7  May 21st, 2020 you had an evaluation in
8  physical therapy at Saint Luke's, Wind Gap.
9  Do you remember that?
10     A.  Yes.
11     Q.  Why were you there?
12     A.  Wait.  Saint Luke's -- physical
13 therapy in Saint Luke's, Wind Gap?
14     Q.  Here seems to be the address in the
15 upper left-hand corner.
16     A.  I see that.  I'm thinking of the
17 date.  See, I got to worry about dates, not
18 locations.  January, February, March, April,
19 May.  That was for lower back.
20     Q.  Okay.  That was lower back.  All
21 right.  And at the bottom of the page -- I'm
22 just trying to refresh your recollection -- it
23 says you were there May 21st, 2020, you were
24 referred by a Dr. Malige?

25  (Pages 94 to 97)

Jeffrey Anglemeyer
November 6, 2020

Page 98

1      A.  I guess.
2      Q.  Right.  It seems to indicate that
3   it's for your back.  And it indicates you were
4   using a cane in either your right or left
5   hand.  Were you using a cane at that point?
6      A.  Yes.
7      Q.  And it lists in some comments there,
8   it says you have no desire to be there.  Do
9   you remember making those comments?
10     A.  Yes, because --
11     Q.  "This is all fucking pointless.  I
12  don't want anyone pulling or yanking on me or
13  stretching.  I have seen that stuff on TV and
14  don't want it done to me.  My life is
15  completely over.  Look at me, I'm fucked."
16         Did you say those things?
17     A.  You know what, I don't remember
18  saying it, but I'm not going to say I didn't
19  say it.  I was depressed.  I was really going
20  through pain at that moment.
21     Q.  And you were there for pain in your
22  lower back?
23     A.  Yes.
24     Q.  Okay.

Page 99

1      A.  At that particular time I was in
2   pain, a lot of pain, and my neck.
3      Q.  Right.
4      A.  And I had to decide at pain
5   management which one I was going to treat at
6   the time.  Plus my insurance wasn't covering
7   the doctor I had for my neck, so when I went
8   over to them and I started the back pain, I
9   wanted them to switch to my neck, and he said,
10  no, we have to complete one location at a
11  time, and he wouldn't do my neck.  So I got
12  two injuries and I had to pick between two
13  injuries and choose which one is going to get
14  worked on at the time, and I committed to my
15  lower back when I was in a lot of pain, but
16  when my back got a little better, I had a bad
17  back and then I couldn't get that work done
18  because my insurance wouldn't cover it over at
19  the other place.  It was a mess with
20  insurances.
21     Q.  Okay.  But they wanted you to do
22  physical therapy, somebody did?
23     A.  Well, they gave me -- my insurance
24  didn't cover the physical therapy.  It was $40

Page 100

1   a visit.  I got a massive amount of -- here's
2   the problem I got:  Nothing is free.  There's
3   always a payment.  And at the end of medical
4   bill problems here, I got a $30,000 debt from
5   medical bills.
6      Q.  Okay.  From the notes here it seems
7   like you're not interested in getting the
8   physical therapy no matter what.
9      A.  Once they charged me, I knew at that
10  point I got -- I had to pay that day.  At that
11  point I was like -- it threw me for a loop.  I
12  can't afford this, and I got negatives.
13     Q.  So you go for this initial
14  evaluation and then there's a note up here, it
15  seems to be added later, from July 2nd, 2020.
16  "Patient has not attended skilled PT services
17  since 5/21/20, date of the IE."  I guess
18  that's initial evaluation.  "If patient wishes
19  to continue skilled PT services, referral is
20  necessary.  Patient to be discharged from
21  skilled PT services at this time."
22         Did I read that correctly?
23     A.  I think you did.  Are you asking me
24  a question or just --

Page 101

1      Q.  I'm just asking you if I read that
2   correctly.
3      A.  Yeah.
4      Q.  I mean, is that true, you never
5   showed up there again after the initial
6   evaluation on May 21st, 2020?
7      A.  I called them and informed my pain
8   management doctor everything, that I didn't
9   have insurance, that I really didn't have no
10  confidence in this -- I lacked confidence in
11  physical therapy, but I had a lot of faith in
12  pain management.  So I skipped the physical
13  therapy because I didn't have the money to do
14  it and I put my faith in pain management,
15  those epidural injections.
16     Q.  Now, as I understand it, I think
17  you're alleging that you've suffered mentally
18  from this incident?
19     A.  Yeah.
20     Q.  Have you ever sought or received
21  treatment from a mental health professional
22  such as a psychologist, psychiatrist or --
23     A.  Yes.
24     Q.  -- expert?

26 (Pages 98 to 101)

Jeffrey Anglemeyer
November 6, 2020

Page 102

1      With whom, when?  I don't know if
2  I've seen anything about that.
3      A.  Well, my family doctor put me on
4  Duloxetine and other mental drugs until we
5  could figure out which one, and then he
6  wasn't -- I was going through mental distress,
7  so he said I needed to see -- it was best if I
8  see a psychiatrist, at which time Saint Luke's
9  Hospital, who I was involved in, wouldn't --
10  had a one-year waiting list and were not
11  taking new -- wouldn't do it.  So I called
12  around.  I couldn't find nobody to even take
13  my insurance.  Finally I got somebody who said
14  they would take my insurance, which was Blue
15  Mountain Psychiatry, and they claimed they
16  would accept my insurance.  Everybody else
17  said no.  So I went there.  I had -- they
18  upped my meds.  He gave me Abilify.  I was
19  diagnosed with post-traumatic stress disorder.
20  That's what I was told.  And then they sent me
21  a $700 bill for one visit, which I don't have
22  the money for this here.  Again, everything is
23  costing a lot of money.
24      Q.  So who was that last provider you

Page 103

1  said?
2      A.  Blue Mountain Psychiatry.
3      Q.  Blue Mountain Psychiatry?
4      A.  Easton, Pennsylvania.  You want the
5  doctor's name?
6      Q.  Sure.
7      A.  Dr. Rifai Muhamad.  I don't have it
8  here, but I think that's the name.  Rifai
9  Muhamad.
10      Q.  And when did you go there?
11      A.  Maybe five months ago.  I could be
12  way off.
13      Q.  You went there once?
14      A.  Yeah.  But I went back to my family
15  doctor, and he does the same thing.  Dr. Rifai
16  prescribed the same exact thing my family
17  doctor did, Duloxetine.
18      Q.  Who is your family doctor?
19      A.  Dr. Martin of Nazareth, Nazareth
20  Family Practice.
21      Q.  I don't know if I have that.
22      A.  He's with Saint Luke's.
23      MR. BRADFORD:  Brian, did you
24  provide me with any medical records from

Page 104

1  that, mental health records or any
2  records?
3      MR. ZEIGER:  I'm not a hundred
4  percent sure where you were just at, but
5  my understanding is the mental health
6  treatment was completed by the family
7  doctor, that the other doctor he only had
8  a very limited amount of visits to.
9      MR. BRADFORD:  Right.  He just
10  talked about one visit to that doctor.
11      MR. ZEIGER:  Right.  So one
12  visit, I appreciate your diligence, but I
13  don't know that one visit is necessarily
14  relevant.
15      MR. BRADFORD:  Well, but any
16  treatment is relevant, but, yeah, my
17  primary concern would be, I guess, the
18  family doctor.
19      MR. ZEIGER:  Right.  But if he
20  went to the family doctor for 60 visits,
21  I mean, it's not only relevant, it's
22  important.  So I would think that we
23  would have given you that or you would
24  have ordered it.

Page 105

1      MR. BRADFORD:  I don't know if
2  I saw that practice before, but maybe I
3  missed that.  So we can follow up.
4      MR. ZEIGER:  There's a lot of
5  records here for me to deal with too.
6      MR. BRADFORD:  Yes.
7      MR. ZEIGER:  So I agree with
8  your thinking, but I just don't have an
9  answer.
10      MR. BRADFORD:  Okay.
11      MR. ZEIGER:  I thought his
12  family doctor records would have been
13  included in either what we gave you or in
14  what you ordered.
15      MR. BRADFORD:  Okay.  Yeah.  I
16  don't know if I had actually Dr. Martin
17  listed anywhere, but I can't say
18  definitively one way or another, because
19  there's not only a lot of records, there
20  was a lot of information floating around
21  here.
22  BY MR. BRADFORD:
23      Q.  Okay.  Is any of your depression
24  attributed to the lower back injury that seems

27 (Pages 102 to 105)

Jeffrey Anglemeyer
November 6, 2020

Page 106

1    to be chronic and not getting any better?
2        A.  No.
3        Q.  That doesn't depress you at all?
4        A.  Well, it doesn't make me happy, but
5    the headaches and the fear too.
6        Q.  What's the fear you have?
7        A.  Well, I don't know.  For a long time
8    I had fear like they were -- I thought the
9    cops -- because they said, we'll be watching
10   you.  One of the cops said something like
11   that.  I think it was a Bushkill cop -- or not
12   a Bushkill.  Said something to me afterwards,
13   like we're watching these guys.
14       Q.  Not one of the troopers; it was
15   after the troopers left?
16       A.  Right.  Right.  But it wasn't that.
17   It was mostly what happened to my mom and dad
18   that I think triggered it.  I can't give you a
19   direct answer as to why I started getting
20   screwed up in the head as far as depression
21   and anxiety and like -- I think it wasn't --
22   it was mostly that somebody broke in in the
23   middle of the night and did something to my
24   parents.  It freaked me out and I think it

Page 107

1    threw me out of whack somehow.
2        Q.  Did you have any depression or
3    anxiety before February 23rd, 2018?
4        A.  Well, I've already been depressed,
5    but not like this, which is -- it's linked --
6    I got ongoing headaches and ongoing thinking
7    of this situation.  I maybe exaggerated or --
8    am I supposed to tell you what the doctor said
9    to me?  I don't know what I'm supposed to say
10   right now.
11       Q.  I'm just understanding what you were
12   being treated for and what your diagnosis was,
13   so yes.
14       A.  PTSD.  Between the two doctors, Blue
15   Mountain Psychiatry and Nazareth, both
16   determined I needed -- I had post-traumatic
17   stress disorder and they upped me -- they gave
18   me more medication of Abilify at Blue Mountain
19   Psychiatry.
20       Q.  Okay.  But I think you said that you
21   suffered from depression and/or anxiety before
22   this incident as well?
23       A.  Well, when I got divorced, I had
24   depression.  I don't know -- it's not like

Page 108

1    this, though.
2        Q.  Okay.  Were you --
3        A.  This is a fear --
4        Q.  Were you receiving any medication
5    for your mental health at any point before
6    February 23rd, 2018?
7        A.  No.
8        Q.  And do you continue to receive
9    medication for your mental health right now?
10       A.  Yes, I do.  I'm still on Duloxetine.
11       Q.  Has that dosage changed at all over
12   time?
13       A.  It started out at 30 milligrams and
14   it didn't seem to be working, so they upped it
15   to 60 milligrams.
16       Q.  And when did that start?
17       A.  I don't know.  2018, maybe six
18   months afterwards.  I don't -- see, I don't
19   like to guess at these things.
20       Q.  Okay.  That's fine.  I'm not showing
21   you -- if I have the documents, I don't even
22   know where they are, so I have nothing to even
23   show you.
24           Give me one second here.  I think

Page 109

1    I'm almost done.
2           MR. BRADFORD:  Thank you,
3    Mr. Anglemeyer.  I appreciate your time.
4           THE WITNESS:  Thank you.
5           MR. ZEIGER:  Is that it, Kevin?
6           MR. BRADFORD:  That's it.
7           MR. ZEIGER:  All right.
8           (Exhibit D-12 marked for
9    identification.)
10          (Witness excused.)
11          (Deposition concluded at 4:00
12   p.m.)
13             - - -
14
15
16
17
18
19
20
21
22
23
24

28  (Pages 106 to 109)

Jeffrey Anglemeyer
November 6, 2020

Page 110

1              CERTIFICATE
2         I HEREBY CERTIFY that the
3    proceedings, evidence and objections are
4    contained fully and accurately in the
5    stenographic notes taken by me upon the
6    foregoing matter, and that this is a true and
7    correct transcript of same.
8
9
10
11
12    --------------------
13    MICHELE L. MURPHY
14    RPR-Notary Public
15
16
17
18
19         (The foregoing certification of this
20    transcript does not apply to any reproduction
21    of the same by any means, unless under the
22    direct control and/or supervision of the
23    certifying reporter.)
24

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

67cbe287-7b81-41ab-8ce2-efc166d7286e

Jeffrey Anglemeyer
November 6, 2020

**A**

**Abilify**
102:18
107:18
**ability** 25:13
**absolutely**
54:17 76:9
**abused** 85:15
**accept** 102:16
**accident**
15:15
**accurate** 13:6
13:7 71:5
85:19
**accurately**
110:4
**accused** 17:4
**acerbate**
88:22
**acres** 37:23
38:1
**acting** 74:3
**ACTION** 1:5
**ADA** 1:5
**added** 84:21
100:15
**additional**
40:18 54:13
**address**
97:14
**administeri...**
4:10
**admit** 72:7
**afford** 100:12
**afternoon**
5:13
**aggravated**
82:15 83:8
**ago** 27:20,21
29:19,24
39:1 93:1
103:11
**agree** 52:11
52:16 67:19
71:23 72:12
105:7
**agreed** 4:2
5:1
**agreement**
87:5
**agrees** 91:13
**ahead** 20:15
21:21 82:9
**ain't** 62:6

**al** 1:5,8
**alcohol** 82:11
**All's** 78:19
**allegation**
34:5
**alleging**
101:17
**Allentown**
8:10,16
21:24 28:6
31:16
**allowed**
29:10,22
**alongside**
54:9 70:13
**ambulance**
51:6,6,7,16
51:17,18,23
52:16 53:3
53:5,6
63:21 66:2
71:14 72:13
73:20,21
74:5,10,15
74:20,20,22
74:23 75:2
75:7,16,18
75:19
**ambulances**
74:6
**April** 87:17
96:12 97:18
**Arch** 2:9
**area** 23:23
69:20 95:20
**argument**
73:13,15
107:21
110:22
**Anderson**
85:8 90:13
92:22
**angle** 24:4
**Anglemeyer**
1:5,13 3:3
3:10 5:8,13
77:17 109:3
**Anglemeyers**
77:8
**annoy** 6:22
**answer** 14:23
15:22 18:14
18:21 28:19
43:16 77:3
77:6,16,21

**93:**13 105:9
106:19
**answered**
77:20
**answering**
17:18 58:17
**answers** 6:3
**anxiety**
106:21
107:3,21
**anybody**
40:17
**anymore**
32:11
**apparently**
15:9 43:18
**appeared**
34:19 49:2
51:21
**appears** 87:7
87:16
**apply** 36:23
110:20
**appreciate**
18:4 44:20
104:12
109:3
**approxima...**
1:18 24:9
**April** 87:17
**amount**
100:1 104:8
**amounts** 17:3
**and/or** 19:13
**arm** 65:1
**arms** 52:13
**arrest** 12:20
21:17,19
**arrested** 9:21
11:17 21:2
21:7 27:24
81:19 82:5
85:1
**Ashley** 7:23
8:3
**asked** 17:11
17:22 19:9
28:17 29:4
29:17 61:2
77:19 79:11
83:20
**asking** 10:19

**12:**24 13:1
15:19 16:4
18:23 19:1
20:18 22:2
24:24 42:3
43:8,10
70:19,22
76:20,21
79:14,16
100:23
101:1
**asks** 77:2,4
**assault** 12:18
19:21
**assessment**
61:21
**Associates**
1:21 4:9
**assume** 89:14
**assuming**
12:23 38:10
41:19 88:1
88:2
**attack** 71:16
72:3
**attended**
100:16
**attention**
78:1 81:17
**attorney** 2:7
4:17 5:15
25:12
**attributed**
105:24
**audio** 44:18
**awake** 74:17
81:22
**aware** 34:5
36:10,12
38:5,23
43:14 73:16

**B**

**B** 3:7
**B/L** 90:16
**back** 8:13,16
11:23 17:17
22:16,17,18
26:13,14
27:10 39:2
42:12 45:4
46:12,17
47:18 49:15
50:20 53:13

**56:**23 62:9
63:5,5,7
64:16 80:17
80:17,18
82:15,16,21
41:7 58:14
58:17 71:19
90:3 102:7
**better** 13:14
22:23 44:19
91:7 99:16
106:1
**big** 47:11
49:12,21
66:16 81:15
83:19
**bill** 75:2
94:13 100:4
102:21
**bills** 100:5
104:9,15
105:1,6,10
105:15,22
109:2,6
**break** 6:6,9
44:10
**breathe** 48:3
48:3 75:10
**breezeway**
22:8
**Brian** 2:3
103:23
**bright** 45:11
55:9 69:22
**brings** 41:9
**brisk** 64:12
**broadly**
37:17
**broke** 28:21
28:22
106:22
**broken** 42:12
45:18 87:12
87:13
**brother** 27:6
79:9,14
**brought**
64:20,22,24
66:17 72:19
73:7
**brown** 57:16
57:20
**buildings**
36:21
**bulge** 48:2

**bent** 46:19
52:15
**best** 6:4 8:18
18:20 25:13
41:7 58:14
58:17 71:19
90:3 102:7
**better** 13:14
22:23 44:19
91:7 99:16
106:1
**big** 47:11
49:12,21
66:16 81:15
83:19
**bill** 75:2
94:13 100:4
102:21
**bills** 100:5
104:9,15
105:1,6,10
105:15,22
109:2,6
**birth** 6:10
**bit** 6:2
**black** 47:10
50:7 52:9
52:14 56:20
56:20,22,22
57:2,2 58:3
58:6 67:18
67:19,21
**blamed** 60:24
**block** 67:8
49:18
**blocking**
50:14 57:4
**blood** 82:11
**blood-curd...**
49:23
**blow** 96:18
**Blue** 94:11,11
102:14
103:2,3
107:14,18
**Blvd** 2:4
**board** 82:19
83:16
**body** 46:4
47:23
**bone** 87:13
87:14
**boom** 42:24
42:24,24
45:11 49:12
49:21 69:13

**70:**20,20,20
83:16,18
**boot** 46:16
62:24 63:3
63:4,19
85:16
**booze** 84:24
**bottom** 97:21
**Bradford** 2:8
3:3 5:12,14
12:7 15:21
15:24 16:3
17:7,10
18:3,6
20:17,19
44:11,16,23
77:11,12,23
77:24
103:23
104:9,15
105:1,6,10
105:15,22
109:2,6
**break** 6:6,9
44:10
**breathe** 48:3
48:3 75:10
**breezeway**
22:8
**Brian** 2:3
103:23
**bright** 45:11
55:9 69:22
**brings** 41:9
**brisk** 64:12
**broadly**
37:17
**broke** 28:21
28:22
106:22
**broken** 42:12
45:18 87:12
87:13
**brother** 27:6
79:9,14
**brought**
64:20,22,24
66:17 72:19
73:7
**brown** 57:16
57:20
**buildings**
36:21
**bulge** 48:2

**bulletproof**
57:12
**Bushkill**
106:11,12
**buying** 17:3
18:19 19:2
19:8,13,17
19:19

**C**

**C** 2:1
**cabinet** 38:16
**call** 22:7
48:20 51:5
51:6,6,16
51:17,18,23
53:15,16
56:5,12
60:16 63:21
66:1 72:4
74:5 89:13
89:17 93:3
**called** 53:6
65:23 67:1
101:7
102:11
**calling** 52:16
66:3 71:13
74:6
**calm** 52:15
72:6,13,15
89:2
**camo** 57:17
57:19
**camouflage**
57:15
**Campus** 85:8
**canceled**
89:12,16
**cane** 98:4,5
**car** 15:7,8,10
15:12,13,14
15:15,16
30:22
**care** 22:13,13
**carpenter**
25:5
**carried** 12:15
13:21 14:2
**cars** 35:19,20
**case** 9:23
10:22 12:10
15:20 25:5
**caught** 82:5

Jeffrey Anglemeyer
November 6, 2020

caused 82:18
causing 85:17
center 53:16
certain 38:10
  38:12 58:18
  80:10
certainly
  42:12 78:16
certainty
  36:24
CERTIFIC...
  110:1
certification
  5:3 110:19
CERTIFY
  110:2
certifying
  110:23
cervical 87:4
chain 34:15
chair 47:3,6
  47:7,10
  53:18 66:6
  66:18 70:17
  72:24
changed 39:4
  58:13
  108:11
charge 11:16
  13:10 19:6
  29:14
charged 9:21
  9:23 10:10
  10:14,22,24
  11:4 14:8
  15:11,12
  16:7,20
  17:2 18:18
  19:2,11,13
  19:14 20:1
  29:5 69:13
  79:22 100:9
charges 10:5
  13:9,12,24
  14:9 16:15
  29:3,18
  33:24
cheap 75:1
check 41:20
chest 63:8
  64:23
chief 85:9
  90:14
children 7:18

China 38:16
choked 48:16
choose 95:13
  95:15 99:13
chronic 96:17
  106:1
circle 33:12
CIVIL 1:5
claimed
  102:15
claims 6:24
clarification
  18:4
clear 75:22
  88:1
clearly 75:4
client 77:6
close 8:21
  64:15
Closer 23:4
closest 25:8
clothes 56:13
  56:15
clothes-lined
  45:24
clothing
  57:11 58:4
clue 66:13
cluttered
  33:2
Clyde 31:19
  48:14,21
  49:1 69:1
  70:6,11
cocktail 91:8
collect 24:1
collected
  26:24
combination
  56:11
come 17:17
  24:16 28:10
  35:11 40:2
  44:1 49:16
  56:4 58:14
  74:16 85:3
  88:20
comes 25:21
coming 50:3
  55:22
comments
  98:7,9
committed
  99:14

common
  32:13
complain
  78:4
complained
  86:8
complaining
  92:24
complaint
  85:9 90:14
  96:16
complete
  99:10
completed
  104:6
completely
  13:7 98:15
computer
  44:4,13
concern
  104:17
concluded
  109:11
conclusion
  44:1
concrete
  82:14
condition
  54:19
conduct
  10:15,15
  11:5 12:19
  20:20
conducted
  4:4 5:19
confidence
  101:10,10
confidential
  34:3
confirm
  20:11
confirming
  4:14
conflicts
  28:14
confusing
  26:16
connected
  82:14
consider
  57:14
consists
  12:15
contact 28:18

63:9 68:4
  69:19
contained
  110:4
content 82:12
continue
  100:19
  108:8
control 4:8
  110:22
conversation
  36:13 62:23
convicted
  10:15 13:18
  14:7 16:7
  16:18,23
  17:12,19,23
  17:24 18:8
  18:11,15
  19:10,10,17
  19:19,23
  20:1 21:3,8
  84:13
conviction
  17:20 20:22
  29:20 30:2
  30:5 31:4
convictions
  13:13 16:16
  27:17
convinced
  75:7
cop 48:5,22
  51:11,22
  106:11
cops 15:9
  50:1,14,17
  50:24 66:14
  69:5 73:5
  73:10 84:22
  106:9,10
copy 4:19
corner 59:20
  97:15
Corporal
  76:1,3
correct 14:22
  20:2 21:24
  110:7
correctly
  100:22
  101:2
costing
  102:23

couch 45:9
counsel 4:2,5
  4:21 5:1
  77:5
count 37:6
  90:7
counter 81:4
COUNTY
  1:7
couple 5:20
  9:4 59:13
court 1:1,21
  4:5,9,13
cover 99:18
  99:24
covering 99:6
criminal
  11:22 12:13
  12:16 13:4
  14:10 27:13
Cross 94:11
crossed 52:13
crying 50:22
  51:4 52:20
  74:18
cultivation
  29:13 31:4
current 8:23
currently 8:9
cursing 65:17

_____
        D
_____
D 3:1
D-12 3:9
  81:12 87:16
  109:8
dad 45:8,10
  46:15 47:13
  47:24 48:1
  48:6,15
  49:1 50:21
  52:19,21
  55:1 60:22
  65:23 68:14
  68:24 70:6
  70:13 72:4
  73:17,19,19
  73:22,23
  74:2,13,16
  74:19,21,23
  75:7 78:7
  78:19
  106:17
dad's 47:20

47:20 48:2
dark 54:3
  67:23
date 1:17
  6:10 85:13
  88:2 92:11
  92:11 93:15
  93:16 97:17
  100:17
dates 9:10
  11:11 21:20
  80:12 93:11
  93:14 94:22
  96:23 97:17
day 78:2
  79:23 86:19
  92:13
  100:10
days 5:20
  83:9,11,12
  83:12
deal 105:5
dealing 80:21
debt 100:4
decide 99:4
decided
  52:20
Defendants
  1:8 2:11
defending
  11:1
define 37:8
  37:16
definitely
  13:10 39:18
definitively
  105:18
deliver 16:15
  17:14,21
demand
  74:19
demanded
  74:4,5
denies 81:21
department
  81:10,18
  85:7,8
  90:12,24
  91:13 92:23
  96:13
depending
  34:24
depends 37:8
deposition

1:13 4:3,12
  17:18 72:18
  109:11
depositions
  5:19 23:9
  33:9
depress
  106:3
depressed
  98:19 107:4
depression
  105:23
  106:20
  107:2,21,24
describe
  36:14 56:14
  56:18 57:22
described
  14:3 57:10
  60:19
describing
  57:24
description
  3:8 53:24
desire 98:8
detail 58:19
  60:21
details 27:21
determinat...
  40:11
determine
  71:19
determined
  107:16
determines
  87:12
developing
  92:7
diagnosed
  102:19
diagnosis
  107:12
different 24:3
  92:18 94:17
diligence
  104:12
dim 55:8
direct 81:16
  106:19
  110:22
directed
  79:14
direction
  48:8,13

directly
  76:14 79:12
disability
  23:19 24:1
  26:11,14,24
  27:2
disabled
  23:24
disc 80:18
discharge
  91:14
discharged
  31:8,9 96:6
  97:3 100:20
discs 80:19
discussed
  78:15,17
  88:19 91:12
discussion
  78:12
dish 63:11,12
  63:14
dismissed
  10:23
disorder
  102:19
  107:17
disorderly
  10:14,15
  11:5 12:18
  20:20
disorientated
  53:2,8 74:3
dispute 40:16
  94:4
disputing
  86:23
distance
  35:17
distress
  102:6
distributed
  35:1,2,6
distributing
  18:9,19
  27:17
DISTRICT
  1:1,2
divorce 27:10
divorced 7:4
  7:7 26:24
  27:1 107:23
dizzy 64:5
  96:19

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

Jeffrey Anglemeyer
November 6, 2020

doctor 80:7
83:9,11
86:2 89:17
91:22,24
93:10,23
94:7,17,23
95:5,19,22
99:7 101:8
102:3
103:15,17
103:18
104:7,7,10
104:18,20
105:12
107:8
doctor's
103:5
doctors
107:14
document
85:3,11
90:11 97:6
documenta...
20:10,11
documents
9:15 44:18
80:11 81:13
108:21
dog 63:11,12
63:13
doggone 95:1
dogs 45:11
doing 24:5,10
35:14 50:5
58:16 69:6
72:6,15
domestic
9:19
door 22:9,11
32:24 35:22
45:18 48:16
49:17 56:5
56:6 59:12
doors 55:14
doorway 45:8
dosage
108:11
double 41:20
downstairs
23:13 72:19
Dr 97:24
103:7,15,19
105:16
drank 84:18

drawer 38:13
38:14,17,18
41:13,17,18
41:18 43:12
dressed
48:19 57:6
57:14
dresser 49:12
69:15
drinking
84:12
drive 37:12
dropped 9:24
62:11
drove 49:11
drug 12:17
16:14 19:20
35:1 84:7
85:12
drugs 16:18
16:21,24
17:12,15,16
17:20 18:10
27:18 34:24
35:2 102:4
drunk 13:22
30:21
drunkenness
82:6 84:14
85:1
DUI 13:23
30:22
DUIs 13:20
Duloxetine
102:4
103:17
108:10
duly 5:9
dumbfoun...
51:19
dumped 52:6
duration 88:7
88:7
dying 78:21

_____
E
E 2:1,1 3:1,7
e-mailed 4:20
ear 91:21,23
earlier 23:1
31:20 33:9
44:5 72:18
97:5
early 33:15

39:11 80:21
ears 90:16
91:10 92:4
92:5 96:20
EASTERN
1:2
Easton 103:4
eight 37:22
either 8:7
13:6 20:8
39:4 98:4
105:13
elderly 47:20
50:5 62:22
emergency
81:10,17
85:7,8 86:3
90:12,24
91:13 92:23
96:13
empty 34:10
EMS 81:23
ended 8:15
ENT 91:9,19
91:20
enter 33:1,2
33:22
entered 57:6
59:2,5,13
70:16
entering 56:7
entire 11:14
entry 89:15
epidural 90:4
95:17
101:15
episode 81:21
84:16
equipment
57:13
ESQUIRE
2:3,8
established
23:8 31:20
estimating
9:9,12
et 1:5,7
evaluation
87:17 91:9
97:7 100:14
100:18
101:6
event 58:11
events 9:1

45:6 80:13
eventually
78:24
everybody
41:8 71:11
71:12 76:10
102:16
evidence
110:3
ex-wife 28:12
28:22
Exacerbate
88:24
exact 11:11
19:6 24:7
91:2 103:16
exactly 22:6
25:9 27:21
44:7 51:13
72:9
exaggerated
107:7
examined 5:9
excused
109:10
exhibit 4:18
4:19,23
81:15 109:8
exhibits 4:17
expanded
22:9
expect 63:24
experience
35:4 71:21
expert 101:24
Explain
62:16
extent 9:14
43:18
extreme
92:19
eyes 48:2
55:3,5,10
55:24 56:2
eyewitness
35:19

_____
F
face 48:2,10
56:24 63:2
63:20 67:6
67:10
faced 13:11
13:13

factor 37:9
fair 12:11
13:3,8 37:3
55:7 75:6
89:6
faith 101:11
101:14
family 27:24
41:24 80:7
86:2 95:19
102:3
103:14,16
103:18,20
104:6,18,20
105:12
far 11:23
14:8,18
22:22 35:18
48:20 59:12
69:23 70:9
106:20
fast 64:14
father 38:21
39:6 47:19
52:2 62:20
62:21 70:8
fear 106:5,6
106:8 108:3
February
6:14 8:24
15:3 16:5,6
21:23 28:5
28:9 31:15
33:16 34:1
34:21 36:12
41:12 42:22
44:8 45:2
85:9,13,20
93:17 95:22
96:3 97:18
107:3 108:6
feel 51:10
feeling 46:4
47:23 61:24
feels 91:7
96:18
feet 46:22
50:19 59:13
59:15,15
64:12,13,21
64:22,24
65:5 66:17
70:1,10,12

fell 25:6
26:12 48:6
50:23
felony 29:15
felt 51:9 52:5
61:10 63:12
63:24 74:6
81:20
female 61:8
Fifth 15:23
figure 40:9
102:5
figured 79:8
filing 5:2
Finally
102:13
find 24:8
25:9,13
29:20 66:12
102:12
finding 73:18
fine 7:11 8:22
9:11 16:2,2
20:18 21:22
36:5 40:12
40:20 44:12
81:8 108:20
Fioricet
91:11
fire 45:12
firearm 31:8
31:9 38:5
firearms
12:15 13:20
14:2 29:8
29:10 38:3
38:3
fireplace
47:13,22
52:13
first 7:7,24
10:12 25:15
54:3 55:23
63:22 66:11
67:5,15
76:16 81:9
81:11,16
85:18,18,22
86:2,6
five 9:4 40:17
40:17
103:11
flared 83:16
flashlight

59:24
flat 46:18
63:10 64:8
floating
105:20
floor 2:9
46:17 47:19
48:7,12,13
50:12,16,24
60:9 62:11
63:1,2,9,10
64:7,8,23
81:20
Florida 12:14
follow 91:8
91:18 105:3
follow-up
54:1
followed
45:22
follows 5:10
foregoing
110:6,19
forget 49:22
forgot 61:20
form 5:4
forward 67:9
77:10 89:7
89:8 96:18
found 13:19
17:5 29:3
34:20
four 23:12
83:12
freaked
106:24
freaking 50:6
free 27:5
100:2
French 35:22
55:14
frequency
88:9
frequently
33:21
Friday 1:11
FRIENDS
1:22
front 16:13
35:23 42:9
46:7 48:16
50:18
fucked 98:15
fucking 98:11

fully 110:4
further 4:16
87:6 91:4,9

_____
G
Gap 8:11
87:18 97:8
97:13
garage 33:7
33:10,14,17
35:12,24
36:19
gas 45:12
gear 48:20
49:3 56:12
56:16,19
57:10,24
60:12,13,17
61:2
GENERAL
2:7
General's
5:15
generally
5:24 11:21
32:12 33:1
43:14 45:3
54:22
getting 25:1
27:23 72:13
73:17 75:17
76:4 86:13
100:7 106:1
106:19
give 6:20
13:23 14:18
19:5 25:7
31:13 32:9
59:9 66:15
77:3 80:15
83:22 84:1
90:3 106:18
108:24
given 6:23
96:5 97:2
104:23
giving 8:18
21:20 25:8
61:10 81:24
glance 57:1
glass 55:19
56:5,6,8
59:12
glimpse

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

Jeffrey Anglemeyer
November 6, 2020

56:23 57:2
**go** 11:23
  20:15 21:20
  32:4,15,23
  33:16 35:22
  37:6 41:16
  42:5 45:4
  51:7 75:4,7
  75:13,16
  80:6 82:9
  88:11 91:23
  92:5 93:12
  96:7,13
  100:13
  103:10
**goes** 9:17
  46:8 49:1
**going** 5:22,23
  6:2,3 12:1,9
  19:12 32:6
  33:7 35:18
  39:7 44:17
  47:16 53:10
  65:23 66:13
  70:18 72:7
  76:8 77:20
  80:9,10
  81:14 83:21
  83:22 85:2
  86:1 87:19
  88:18 89:22
  90:3,9 93:6
  93:9 94:4
  94:14 98:18
  98:19 99:5
  99:13 102:6
**gonna** 96:18
**good** 5:13
  36:4 45:1
  67:20,24
  80:14
**goods** 37:13
**gotta** 93:3
**grabbed**
  45:23 46:21
  47:21 64:18
**grabbing**
  64:24 65:2
  65:3
**gray** 23:23
  57:20
**green** 57:15
  57:20
**green/brown**

60:13
**ground** 46:14
  59:19 60:20
  61:14 62:3
  66:10 68:10
  68:13,14,23
  68:24 69:1
  69:3 70:9
  71:7,10
**group** 73:5
**growing**
  18:11 29:14
**guess** 10:3
  11:10,15
  30:18 55:14
  58:4 68:6
  70:21,22
  72:20 85:13
  97:2 98:1
  100:17
  104:17
  108:19
**guessing**
  93:19
**guesstimati...**
  40:13
**guilty** 13:14
  13:19,19
  29:14,24
**gun** 29:16,22
  30:3,22,24
  31:13 34:18
  34:22 39:7
  39:13,21
  40:21 41:2
  41:7,12,12
  41:18
**guns** 29:16
  30:6,12
  38:22,24
  39:12,18,22
  41:6,24
  42:21,22
  43:15,18,21
  43:24 44:3
  44:6
**guy** 47:11
  49:3,7
  56:22 57:14
  57:17 59:23
  59:24 60:16
  60:23 61:1
  61:2,18,19
  67:18

**guy's** 56:24
**guys** 61:1
  65:5 66:16
  76:24
  106:13

**H**

**H** 3:7
**HA** 96:17
**half** 71:1
**hallway** 47:8
**hand** 51:1
  59:24 60:1
  63:23 67:4
  98:5
**handcuff**
  74:1
**handcuffed**
  62:8
**handed** 46:9
  61:17
**handgun**
  13:21 43:11
**hands** 46:1,2
  46:6 47:5
  47:11 52:7
  52:8 60:5
  61:18 62:4
  62:18 64:14
  64:16 65:3
  65:8,9
**hang** 32:21
  32:23
**happen** 70:20
**happened** 9:5
  25:10 26:3
  44:8 45:2,4
  51:13 52:17
  58:9 69:20
  72:13 78:10
  80:1 90:23
  106:17
**happening**
  66:14 68:15
  74:12 75:12
**happens**
  83:17
**happy** 106:4
**harassment**
  12:18 20:3
  20:9,13
**hard** 36:2
  51:15 65:11
  66:15

**harmed** 51:9
**head** 45:23
  46:11 48:23
  52:6,9
  62:19 67:3
  67:8,11,15
  96:18
  106:20
**headache**
  88:18 89:4
  92:13 96:16
  96:17
**headaches**
  88:18,21
  89:1,2,2,3,5
  89:12,17
  90:17,18,19
  90:21,22
  91:11 92:6
  92:8,15,16
  92:17,18
  106:5 107:6
**headed** 47:19
**health** 101:21
  104:1,5
  108:5,9
**hear** 76:8,13
**heard** 6:20
  27:19 36:13
  40:22 42:24
  45:10,11
  49:12,13,20
  49:21 52:10
  58:23,24
  59:17 76:9
  76:23 77:15
**hearing**
  76:17
**heel** 85:16
**height** 6:12
**held** 78:9
**helmet** 57:3
**helmets**
  56:20 57:10
**help** 9:15
  40:9 65:10
  80:12
**helper** 24:13
**helping** 24:12
**herniated**
  80:18,19
**hey** 52:10
  67:18 74:13
**hi** 32:19

**high** 51:14
  69:12
**highlighted**
  88:5,6
  89:11 91:6
**Highmark**
  94:10
**highway**
  37:12
**history** 11:22
  12:13 13:4
  27:13,19
  90:14
**hit** 49:9,10,13
  51:15 67:3
  67:9 72:10
**hitting** 52:11
**hold** 15:17
  54:5
**holding** 42:1
  42:22 56:24
  64:21
**hole** 43:2
**home** 8:14
  29:6 39:2
**honest** 59:16
  75:2
**hopefully** 6:8
  80:12
**horrible**
  71:20 78:13
**hospital**
  53:11 60:23
  61:5 65:23
  66:1 73:18
  75:5,8
  82:24 85:7
  85:20 95:8
  102:9
**hour** 83:6
**hours** 83:5,5
  83:6 85:6
  28:16,21
  38:4 43:3
  43:15 44:3
  54:4,19
  57:7 70:16
  73:8 92:12
**huge** 81:15
**Humana**
  94:15
**hundred**
  104:3
**hunting** 39:7

**hurt** 46:19
  62:2
**hysterical**
  52:20 72:16
  72:16
**hysterically**
  50:1

**I**

**ibuprofen**
  81:5,7
**identification**
  109:9
**identity** 4:15
**idiot** 51:22,23
  65:24 66:1
  66:4 67:2,3
  67:9 72:10
**ill** 47:20,21
  62:22
**illegal** 16:24
  35:1
**immediately**
  45:16 70:18
**impact** 49:11
**impacted**
  49:6
**impinges**
  83:18
**important**
  23:2 104:22
**impression**
  61:12 67:21
**improvised**
  22:11
**inches** 84:20
**incident** 10:2
  10:9 11:4,6
  14:3,5 15:6
  21:14 31:3
  32:11 33:18
  38:7 40:1
  42:18 76:3
  82:2 83:8
  83:13
  101:18
  107:22
**incidents**
  10:7 11:15
  96:11,23
**include** 37:17
**included** 8:24
  105:13
**incoherent**
  53:9

**income** 26:22
  27:2
**indicate** 87:2
  98:2
**indicated**
  42:4
**indicates**
  87:21 98:3
**inflamed**
  84:2
**inflammati...**
  82:20
**inform** 46:14
**informant**
  34:4
**information**
  25:1,14
  105:20
**informed**
  101:7
**initial** 100:13
  100:18
  101:5
**initially** 49:4
  50:23 63:22
  64:5 66:12
  68:10 88:17
**injection** 90:4
  95:18
**injections**
  101:15
**injure** 64:9
**injured** 24:21
  26:3 51:21
  63:15 64:4
  71:17 78:20
**injuries** 78:6
  85:23 99:12
  99:13
**injury** 24:20
  62:6 80:16
  82:17,18
  87:4 93:1
  105:24
**innocent** 17:5
**inside** 35:18
  54:3 55:8
**instruct**
  77:20
**instructions**
  6:20
**insurance**
  94:12,14,18
  94:24 95:9

99:6,18,23
  101:9
  102:13,14
  102:16
**insurances**
  99:20
**intended** 6:22
**intent** 12:18
  16:15 17:14
  17:21
**interest** 41:7
**interested**
  100:7
**interference**
  54:6
**intermittent**
  90:16
**Interrogato...**
  26:10
**Interrogato...**
  25:2
**interrupt**
  20:16
**investigate**
  28:24
**investigated**
  38:12 39:4
**involved** 9:18
  15:15 102:9
**irritate** 6:23
**issue** 9:20
  22:16
**issues** 28:13

**J**

**J** 2:3
**jail** 81:19
  82:11
**January**
  97:18
**jar** 62:5
**jaw** 52:4
  63:23 67:6
  67:14
**Jeff** 44:13
  77:2
**Jeffrey** 1:13
  3:3,9 5:8
**Jersey** 12:14
**JFK** 2:4
**job** 25:12
**Joe** 31:19,21
  32:16,22
  72:18

Jeffrey Anglemeyer
November 6, 2020

**Joe's** 32:15
**joke** 61:11
**July** 81:18
 90:13
 100:15
**jumps** 13:9
**justice** 12:16
 14:24 16:8

_____
 **K**
**kaboom**
 49:20 67:17
**kbradford...**
 2:10
**keep** 49:3
**Kelly** 76:1,3
**kept** 38:22
**Kevin** 2:8
 5:14 15:19
 20:15 77:2
 109:5
**keys** 15:8
**khaki-ish**
 57:21
**Kierra** 31:19
 31:22 41:3
 42:20
**killed** 49:23
 72:5
**killing** 93:4
**kind** 57:11
 90:1
**kindly** 77:22
**kitchen** 44:5
 45:15 47:3
 53:14,16,17
 54:21,23
 56:4 60:2,3
 66:21,22
 69:22 72:21
**Kluska** 72:18
**knee** 46:20
**knees** 46:1,2
 46:6,11,18
 62:5,18
**knew** 38:24
 45:19,21
 47:13 49:19
 50:2,11
 51:13 52:21
 66:14 100:9
**knock** 32:24
**knocked**
 50:13,20

 71:10
**know** 5:17,24
 6:6,7,9,19
 9:5,11
 11:10 13:1
 13:13 14:19
 14:21,22,23
 15:11,13
 16:10 18:21
 21:19 23:9
 24:7,23
 25:19 26:7
 27:12,14,14
 27:16 28:7
 28:22 33:8
 33:10,14
 34:24 35:14
 36:3,15,17
 37:1,15
 39:2,5,19
 41:4 43:1
 43:20,23
 45:21 53:9
 54:24 55:21
 57:19,20,22
 58:12 61:3
 64:4,4
 70:23 74:14
 76:2,3,13
 77:16 78:14
 78:19,22
 79:4 83:2
 84:7 86:15
 90:8,18
 91:2,5
 93:14 94:1
 94:6 98:17
 102:1
 103:21
 104:13
 105:1,16
 106:7 107:9
 107:24
 108:17,22
**knowledge**
 6:4 13:4
 15:9 18:20
 28:10 40:24
 43:17 76:13
 90:4
**knows** 41:8

_____
 **L**
**L** 1:15 110:13

**lacked**
 101:10
**laid** 48:12
 67:14
**LANE** 1:22
**large** 17:3
**lastly** 21:16
**lawnmower**
 37:21
**lawsuit** 5:16
 6:24
**laying** 24:6
 24:12 52:19
 63:13 64:22
 66:9 70:13
**learn** 78:24
**learned** 79:6
**left** 15:7
 28:24 52:22
 53:13 60:21
 73:10 75:8
 79:3 86:9
 87:3 98:4
 106:15
**left-hand**
 97:15
**leg** 48:7,11
 52:24 53:1
**legal** 13:21
**legalistic**
 18:22
**Lehigh** 95:8
**let's** 24:8
 43:15 44:20
 77:9 96:2
**level** 23:6,11
 23:11 73:9
**LEVIN** 2:2
**lie** 18:2
**lied** 17:17
**life** 12:2,2
 14:8 58:13
 95:23 98:14
**light** 47:2
 54:21 55:1
 55:24 56:1
 57:16 60:8
**lighting**
 54:18 55:8
 69:19
**lights** 45:12
 45:13 54:20
 54:24 55:3
 55:4,9

 66:19,20
**limit** 43:12
**limited** 104:8
**line** 53:17
**linked** 107:5
**Lipyanic**
 24:15
**list** 102:10
**listed** 105:17
**lists** 98:7
**little** 6:1 9:2
 34:13 35:7
 54:21 71:4
 76:11,17
 99:16
**live** 8:7,9
 27:4
**lived** 8:12
 27:9 40:4
**lives** 27:6
**living** 8:24
 21:24 28:9
 29:6 31:16
 31:18 42:15
 53:17 72:20
**local** 73:10
 79:18
**locals** 79:20
**location** 23:2
 95:12 99:10
**locations** 4:7
 97:18
**locked** 33:4
 38:18
**long** 6:7,8
 8:12 9:6
 12:1,2
 27:20,20
 29:19,21
 35:21 40:4
 82:14 106:7
**look** 16:11
 33:13 34:15
 46:7 48:4
 55:21 56:21
 56:23 57:21
 67:20,24
 72:12 93:19
 98:15
**looked** 46:3
 48:3 51:20
 56:20 67:23
 71:12
**looking** 46:4

**looks** 85:6
 86:11 88:10
 90:11 96:5
 97:1,6
**loop** 100:11
**lose** 71:2
**lost** 90:7
**lot** 22:21 37:7
 37:18 52:2
 72:7,8 83:3
 93:8 99:2
 99:15
 101:11
 102:23
 105:4,19,20
**loud** 69:16
**lower** 23:6,11
 80:18 82:16
 83:10 86:7
 95:4,13
 97:19,20
 98:22 99:15
 105:24
**Luke's** 85:7
 87:18 90:12
 92:22 96:13
 97:8,12,13
 102:8
 103:22
**lying** 81:20

_____
 **M**
**main** 60:15
**major** 90:17
**making** 6:24
 47:6 54:9
 98:9
**Malige** 97:24
**man** 57:3
 74:24
**management**
 83:24 89:9
 89:23 93:3
 93:10,22
 94:7 95:5
 95:12,21
 99:5 101:8
 101:12,14
**manufacture**
 17:14,16
**manufactu...**
 17:22,24
 18:9,16
 19:3,4

 27:18
**March** 97:18
**Mare's** 30:16
**medically**
 80:2
**medication**
 81:2,6 96:5
 107:18
 108:4,9
**meds** 22:12
 96:21 97:2
 102:18
**meeting** 4:8
**members**
 41:24
**memories**
 96:11
**memory** 8:19
 16:10 20:12
 21:20 40:13
 86:18 87:24
**mental**
 101:21
 102:4,6
 104:1,5
 108:5,9
**mentally** 74:3
 101:17
**mess** 99:19
**message** 32:9
**meth** 17:3
 18:16,19
 19:3,13,18
 34:2,7
**Michele** 1:15
 44:19
 110:13
**middle** 88:4
 91:6 93:22
 106:23
**migraine**
 91:8
**military**
 56:12,13,14
 56:15 60:12
 60:17,18
**milligrams**
 108:13,15
**mind** 25:8,21
 36:3,3,6
 70:21 71:1
**mischief**
 12:16 14:10
**misdemean...**

 100:3,5
 103:24
**medically**
 80:2
**medication**
 81:2,6 96:5
 107:18
 108:4,9
**meds** 22:12
 96:21 97:2
 102:18
**meeting** 4:8
**members**
 41:24
**memories**
 96:11
**memory** 8:19
 16:10 20:12
 21:20 40:13
 86:18 87:24
**mental**
 101:21
 102:4,6
 104:1,5
 108:5,9
**mentally** 74:3
 101:17
**mess** 99:19
**message** 32:9
**meth** 17:3
 18:16,19
 19:3,13,18
 34:2,7
**Michele** 1:15
 44:19
 110:13
**middle** 88:4
 91:6 93:22
 106:23
**migraine**
 91:8
**military**
 56:12,13,14
 56:15 60:12
 60:17,18
**milligrams**
 108:13,15
**mind** 25:8,21
 36:3,3,6
 70:21 71:1
**mischief**
 12:16 14:10
**misdemean...**

 20:7
**mislead** 18:2
**misreprese...**
 61:6
**missed** 105:3
**misspoke**
 25:17 84:5
**moderately**
 49:8
**mom** 22:14
 45:8 46:12
 48:21,23
 49:3,6,9,13
 49:14,16,19
 49:19,21
 50:12,15,19
 51:9,20,21
 52:18 53:2
 54:24 60:22
 62:21 65:22
 69:3,5,12
 69:13,19,24
 70:6 71:10
 72:4,9
 73:17,20,21
 73:23 74:9
 75:8,19
 78:7,19
 106:17
**mom's** 22:11
 38:11 47:8
**moment**
 70:16,16
 83:4 98:20
**moments**
 50:16
**money**
 101:13
 102:22,23
**Monica** 7:23
 8:5
**monitor**
 22:12
**month** 38:6
 42:14
**months** 9:4,4
 22:19 23:1
 28:8 33:16
 40:1 42:18
 103:11
 108:18
**morphine**
 81:24
**mother** 22:2

42:4 46:14
49:11 62:20
**motion** 64:12
**Mountain**
102:15
103:2,3
107:15,18
**move** 77:9,22
85:2
**moved** 8:13
8:16 9:2,8
27:9 39:2
86:12 89:6
**moving** 50:18
97:5
**MRI** 80:8
**Muhamad**
103:7,9
**multiple**
36:21,23
80:19 95:19
**Murphy** 1:15
110:13
**muscle** 91:10

**N**

**N** 2:1 3:1
**name** 5:14
61:3,7,7,9
61:10,11
103:5,8
**names** 7:22
**nature** 6:23
**nauseous**
96:19
**navigate**
54:23
**Nazareth**
82:11 84:18
103:19,19
107:15
**near** 36:18
41:7 43:20
**necessarily**
69:4 104:13
**necessary**
100:20
**neck** 46:17
46:19 47:18
52:6 62:10
62:17 63:5
63:7,23
64:1 85:10
85:17,17

88:3,19,21
90:15,20
91:11 92:24
93:1,2 95:6
95:13,17,18
95:20 99:2
99:7,9,11
**neck/mid**
86:8
**need** 4:11 6:6
6:8 40:9
55:1 59:15
65:10 74:21
94:22
**needed** 75:13
85:6 102:7
107:16
**needs** 53:5
74:15 75:4
**negatives**
100:12
**neither** 21:3
**nerve** 83:18
**never** 14:7
16:17 19:17
19:19 21:2
21:2,8 29:2
29:5 30:3
34:12,14,15
34:16,23
36:8 38:12
39:4 47:17
49:22 58:23
58:24 76:16
76:23 77:15
89:6 92:15
101:4
**new** 12:14
25:20 29:3
102:11
**news** 28:2
**NEWTOWN**
1:22
**night** 54:21
106:23
**noise** 54:9
**normal** 36:1
58:19
**normally**
41:16
**NORTHA...**
1:7
**nose** 91:21,23
**Notary** 1:16

**note** 100:14
**notes** 100:6
110:5
**notice** 1:14
**noticed** 47:17
48:19
**November**
1:11
**numbers**
9:10
**numerous**
12:17
**nurse** 26:23

**O**

**oath** 4:10
**object** 12:4
17:6,7 77:1
**objection**
15:17 17:9
**objections**
5:4 110:3
**observe** 43:4
**observed**
43:13 44:6
**obstructing**
12:16 14:24
16:8
**obviously**
74:11
**occasion** 32:4
**occasions**
42:8
**occipital**
96:17
**occur** 31:3
**offense** 20:5
20:6
**Office** 2:7
5:15
**officer** 4:10
45:17 46:3
46:5,9,11
47:4,4,10
47:12,17
48:6,11,12
48:17,17,18
48:19,24
49:7,10,17
50:8 51:7,8
51:12 52:9
52:14 67:18
68:8,9
69:11 71:22

**officers** 45:14
45:18,19
49:15 50:2
81:20
**oh** 15:24
22:18 32:15
52:19 79:4
90:21 92:3
**okay** 5:23 6:4
6:5,17 7:1,3
7:11 8:3
9:7,9,14
10:1,17,20
11:13 12:3
13:8,23
14:1,6,10
14:20,24
16:1,20
17:2 18:3
18:13 19:11
19:21 21:16
22:15 23:3
23:5,15
24:10,14,22
25:1,11,16
25:18,23
26:9,15,18
26:21 27:1
27:6,12,23
28:3,13
29:17 30:2
30:19 31:15
32:4,12,19
33:6,15,21
34:6,18
35:21 36:7
36:16 37:3
37:10,16,23
39:6,11,15
40:3,8,20
41:1,5,10
42:17 43:6
43:14 45:6
45:7 53:18
53:21,23
54:12,14,15
54:24 55:7
55:12,20
56:1,9,18
57:5,17
58:3,7,10
59:4,7,22
60:10,19
61:13,22

62:2,7 63:8
63:15 64:20
65:12 67:22
69:7,18,23
70:3,8,11
71:6,15
72:17 73:12
75:16,21
77:17,18
80:5 81:8
82:7,8,23
84:3,9,23
85:2,22
86:5,7,21
87:6,8,9,15
87:21 88:4
88:14 89:22
90:9,20,22
91:15,18
92:20 93:9
93:21,24
94:3,6 95:7
95:10,15
96:3,9,24
97:20 98:24
99:21 100:6
105:10,15
105:23
107:20
108:2,20
**old** 8:3,10,11
14:14 21:24
28:6 31:16
39:10,12,16
**once** 34:14
52:4 100:9
103:13
**one-year**
102:10
**ones** 32:23
37:1 67:17
73:23
**ongoing**
88:18 89:4
92:17 107:6
107:6
**open** 15:20
52:7,8
63:23 67:4
**opening** 56:8
**opinion** 43:22
55:6 62:5
78:16
**order** 41:17

68:21 69:4
**ordered**
104:24
105:14
**orders** 45:22
**outrageous**
78:17
**outside** 22:4
43:1 56:2
59:2
**over-the-co...**
81:7
**overall** 37:24
**overlapped**
73:6
**ow** 65:15
**owned** 27:24
31:12 38:8
39:17
**Oxycodone**
91:3 97:2
**OxyContin**
81:24

**P**

**P** 2:1,1
**p.m** 1:18
109:12
**PA** 2:4,7,9
8:11
**pace** 36:1
**page** 3:2
81:16 85:3
86:13 87:16
88:5 89:11
89:14 90:10
91:5 92:21
96:4,24
97:21
**pain** 22:21
50:21 52:5
64:1 83:3
83:24 85:10
85:17 86:8
89:8,23
90:15,20
91:11 92:24
93:2,2,4,8
93:10,22
94:7 95:4
95:11,13,14
95:21 98:20
98:21 99:2
99:2,4,8,15

101:7,12,14
**painful** 92:4
**painkiller**
83:23 84:1
84:6 90:5
91:1
**panic** 71:16
72:3
**paper** 25:15
**papers** 11:10
43:19
**paperwork**
12:10
**parents** 8:10
27:4 31:17
58:13 61:5
71:17 78:10
106:24
**part** 11:3
12:9 25:14
62:22 68:17
85:12 88:5
89:11
**partially** 34:2
**participating**
4:7
**particular**
23:10 83:4
83:15 99:1
**parties** 4:3
**parts** 23:10
**party** 84:17
84:18,23,24
**passed** 52:21
70:15
**patient** 81:19
81:21,22,23
85:10,12,15
89:12,16
91:13 92:24
96:16,20
100:16,18
100:20
**pause** 46:2
**pavement**
84:20
**pay** 75:1,2
100:10
**payment**
100:3
**payments**
27:3
**pending**
15:11

**Pennsylvania**
1:2,22
12:14 17:13
103:4
**people** 6:21
35:11 40:10
42:16 50:5
56:15,16,18
57:5,6,9
60:11 71:6
**percent** 104:4
**perception**
71:3
**Percocet**
81:24
**period** 8:23
11:12 41:15
41:20 73:4
**perpetrator**
60:15
**person** 60:10
60:20 61:14
62:13
**personal** 35:3
**personally**
60:24
**perspective**
51:15 71:2
**pertain** 10:1
15:5
**pertaining**
79:9
**Philadelphia**
2:4,9
**phone** 28:19
28:19
**photograph**
33:8
**physical** 68:4
87:18,19
88:11 97:8
97:12 99:22
99:24 100:8
101:11,12
**physically**
85:15
**pick** 41:21
99:12
**picture** 44:2
44:4
**pictures**
43:24
**pinned** 47:18
47:22,24

Jeffrey Anglemeyer
November 6, 2020

62:11
**place** 4:11
33:23 59:3
59:5 99:19
**Plaintiffs** 1:5
2:6
**plan** 88:6,10
88:16 89:7
91:14
**plastic** 34:10
**please** 77:10
**pled** 13:14,19
29:14,23
**Plus** 99:6
**point** 22:22
23:24 24:1
28:10,14
32:7 39:10
39:12,14
47:9,15
48:18,24
49:14,21,24
50:19,22
53:10 57:7
64:1 65:12
68:23 69:16
69:18,24
72:23 73:1
73:14,15
74:4,17
80:3 84:2
85:11 93:10
98:5 100:10
100:11
108:5
**pointless**
98:11
**points** 5:21
68:20
**police** 28:5
30:21 33:19
34:20 36:10
45:10,13,16
45:19,21,22
46:3 50:2
55:4,9,12
58:21 67:18
73:14 79:18
92:11
**position**
82:20 83:17
**possessed**
30:3
**possessing**

16:24 18:9
27:17
**possession**
4:21 16:14
16:15 17:13
17:21
**possession/...**
12:17
**possibly**
14:19 20:4
20:5 39:18
**post-traum...**
102:19
107:16
**pounds** 6:13
**practice** 42:5
43:4 103:20
105:2
**practicing**
13:22 30:23
31:1 42:13
**prescribe**
91:10
**prescribed**
96:21 97:1
103:16
**present** 4:3
16:5
**presented**
4:19
**presenting**
4:18
**pretty** 12:2
53:19,24
54:22 59:11
74:9 78:11
**previous**
80:16
**previously**
77:7
**primary**
22:13
104:17
**prior** 4:22
9:3 33:18
38:6 40:1,1
40:3,23
42:2 52:1
82:17
**pro-police**
77:8
**probably**
18:24 23:23
24:6 36:7

40:19 41:14
83:11 86:6
93:19
**problem** 7:12
29:7 55:2
58:19 80:23
83:16 84:2
84:21 100:2
**problems**
83:14 88:19
95:4 100:4
**proceedings**
110:3
**process** 85:15
**professional**
1:16 101:21
**prone** 64:23
**proper** 18:24
**property**
37:5,24
41:24 42:6
42:21
**provide** 6:3
90:2 103:24
**provider**
102:24
**PSP** 96:24
**PSP-3011**
97:6
**PSP-3112**
92:21
**PSP-3139**
90:11
**PSP-3145**
91:6
**PSP-3188**
89:16
**PSP-3191**
89:14
**PSP-3196**
87:16
**PSP-3213**
85:4
**psychiatrist**
101:22
102:8
**Psychiatry**
102:15
103:2,3
107:15,19
**psychologist**
101:22
**PT** 100:16,19
100:21

**PTSD** 107:14
**public** 1:17
82:6 84:13
85:1 110:14
**puddle** 63:13
**pull** 33:7
35:19
**pulled** 46:23
46:24 64:3
64:19 80:10
**pulling** 64:12
98:12
**punches** 52:8
**punching**
52:7
**pursuant**
1:14
**pushed** 61:13
62:3,4,14
63:18 64:7
**put** 17:8
37:21 46:20
47:5,7 60:4
61:14 65:9
67:8 73:21
74:9,13
96:2 101:14
102:3

___

**Q**

**quarry** 43:2
**question** 4:23
16:5 17:19
18:1,7
19:12 33:14
36:4 41:3
54:16 76:20
77:3,10,14
77:14 79:5
79:12
100:24
**questioning**
4:22 79:21
**questions** 5:5
6:3,21 7:1
12:6 25:4
25:11 28:17
43:10 45:5
54:1 58:17
76:19 77:6
77:21 79:13
86:19 93:13
**quick** 59:8,8
74:6

**quickly** 62:7
74:9
**quite** 93:23
94:1

___

**R**

**R** 2:1
**radiates**
96:17
**raid** 85:12
**rammed**
69:15
**ran** 49:2,4,5
49:20 69:12
**rap** 16:12
**rare** 42:8
**rate** 51:14
**re-ask** 18:7
**reached** 46:9
46:21
**read** 12:9
76:19 77:13
100:22
101:1
**reading** 5:2
85:10 92:1
**real** 64:12,14
64:14 65:11
83:14
**realized**
55:23
**really** 13:16
14:18 22:9
24:23 25:24
32:18 34:16
35:18 38:12
56:21 63:24
71:17,18,18
71:18 98:19
101:9
**reason** 25:14
39:8 42:3
76:22 89:12
**recall** 11:21
12:21 13:15
13:16 16:7
16:9 20:4,9
21:14,18
28:1 32:6
32:10 42:23
57:1 58:5
79:13 82:2
88:13,15

92:3 96:22
96:22,23
**receive** 108:8
**received**
101:20
**receiving**
91:8 108:4
**recess** 44:22
**recollection**
9:16 25:21
58:14,18
83:13 97:22
**record** 17:9
86:16
**records** 3:9
21:4 24:8
80:11 81:13
87:1 93:13
93:20 94:5
103:24
104:1,2
105:5,12,19
**red** 33:12
**Ref** 3:8
**referral**
100:19
**referred**
97:24
**referring**
10:10 78:6
**refresh** 9:15
16:10 20:11
21:19 97:22
**refused** 81:22
**regarding**
4:23
**Registered**
1:16
**relatives**
73:14
**relaxer** 91:10
**release** 82:10
**released**
73:23
**relevant**
104:14,16
104:21
**remarry** 7:13
**remember**
10:6 11:11
13:12 14:9
14:13 24:19
27:23 31:11
58:18 72:8

73:19 86:13
86:19 87:8
87:9,19
90:23 92:2
93:5,6,6,8
97:9 98:9
98:17
**remote** 4:6
**remotely**
4:13
**Renae** 31:18
31:21 32:15
32:16 39:17
42:20 72:19
**Renae's**
32:22
**repeat** 54:15
**rephrase**
18:1
**report** 61:4
**reported**
30:13
**reporter** 1:16
4:5,14
110:23
**REPORTE...**
1:21
**Reporting**
4:9
**reports** 40:23
93:1 96:16
96:19,20
**represent**
5:15 86:24
**representat...**
12:11
**Representing**
2:6,11
**reproduction**
110:20
**reschedule**
89:14,18
**research** 25:9
**reserved** 5:5
**resisting**
12:20 21:16
21:18
**resolve** 84:1
**respond**
12:24 13:24
72:1
**response**
25:2
**responsible**

22:13 78:9
**resulted**
85:14
**results** 87:10
**return** 40:3
91:12
**Rifai** 103:7,8
103:15
**right** 6:19
8:19 10:20
10:20 15:10
15:16,23,24
16:1,1 22:4
22:11,18
23:6 26:1
26:18 27:7
32:22 35:3
35:9,10,23
35:23 38:15
38:18,19
40:18 44:24
45:7 46:7
48:13,15
49:24 52:16
53:16,23
57:18 59:17
61:13 64:13
65:4,5 66:8
67:1 70:13
70:23 72:20
73:12 75:3
75:11,14,14
76:5 79:1
79:10,23
81:9 84:13
85:14 86:5
86:10,24
87:1 89:8
91:16,17
92:9,10
96:12 97:21
98:2,4 99:3
104:9,11,19
106:16,16
107:10
108:9 109:7
**ringing** 90:16
91:9 92:3,5
96:20
**riot** 48:20,22
49:3 56:11
56:16,19
57:10,24
60:13,17

Jeffrey Anglemeyer
November 6, 2020

61:2
**Road** 8:11,16
21:24 28:6
31:16
**robbers** 50:3
**room** 5:18
22:4,8,11
31:21,22,22
32:1,8,17
32:18,22
33:2 35:23
38:14 53:17
66:23 72:20
86:3
**rooms** 32:5
32:14,17
33:3
**roughly** 9:2
**RPR-Notary**
110:14
**RS** 89:13
**rules** 82:13
**run** 49:17
**running** 49:7
49:8 51:12
51:14

___ S ___

**S** 2:1 3:7
**safe** 38:23
43:3
**safes** 39:1
**Saint** 85:7
87:18 90:12
92:22 96:13
97:8,12,13
102:8
103:22
**sales** 34:3
**sarcastic**
61:10
**sat** 47:3
83:15
**saw** 23:18
33:8 34:15
34:17 43:11
45:11 47:12
56:17 70:5
105:2
**saying** 13:13
32:12 35:3
35:4 42:10
42:11 43:19
44:14 58:20

59:1,4
60:12 65:13
65:21 72:12
74:13 91:24
98:18
**says** 25:16
81:19 84:23
86:8 88:6,6
88:8,14
89:11 90:14
90:21 91:4
91:7 93:21
96:7,14,15
97:23 98:8
**scream** 49:22
**screaming**
49:24 50:6
50:12,13,20
50:21 51:4
51:17 52:2
63:21 71:14
72:7,8,10
**screwed**
82:15
106:20
**scroll** 85:5
89:10 91:4
**scrolled** 96:4
**scrolling** 87:6
87:15 90:13
92:20
**sealing** 5:2
**search** 58:21
77:7 94:16
**searched**
36:11 37:2
**second** 8:1,15
10:2 40:6
53:6 80:15
85:3 108:24
**section** 91:7
**see** 9:16 25:3
26:1 32:9
34:10 38:11
39:13,21
41:22,23
42:9,15,21
43:9,23
44:2,20
47:7,14
48:1 49:14
49:16 50:12
50:15,17,18
51:12 53:8

54:22 55:2
65:7 66:22
66:24 69:21
69:22 71:2
72:10 73:11
75:4 83:7
86:7 87:24
89:22 93:9
93:11 97:16
97:17 102:7
102:8
108:18
**seeing** 43:24
69:17 89:17
94:7 95:21
**seek** 80:3
**seen** 34:12,15
34:16,21,23
35:17,19
38:6,13
41:11 44:4
45:19 46:13
48:7 49:16
49:17,20
59:23 71:16
98:13 102:2
**Sees** 93:2
**selling** 16:18
16:21 17:12
17:20,23
18:15,19
19:2,7,13
19:17,20
34:7
**sense** 35:5,8
77:15
**sent** 80:8
102:20
**separate** 4:6
11:5,7 73:5
79:5
**September**
9:3,8
**series** 45:5
**serve** 79:7
**services**
100:16,19
100:21
**serving** 84:23
**set** 23:1
**Seventeen**
29:24
**seventh** 87:16

**severe** 92:17
**severely**
78:20
**sex** 84:7
**shape** 83:7
**sheet** 16:12
**shield** 48:23
49:8 51:11
58:1 60:14
69:9 94:11
**shined** 55:5
**shining** 55:3
55:10,24
56:1
**shipping**
37:13
**shock** 51:20
51:21 76:11
78:14
**shocked**
76:17
**shooting**
42:21,22
52:5 64:1
90:15
**short** 41:15
41:19 44:22
**shortly** 51:3
**shot** 76:1,4,6
**shots** 95:17
**shoulder**
46:23 57:1
86:9,12,14
87:3 95:20
**shoulders**
46:23 47:5
47:12 50:8
61:19 64:17
64:19 65:16
**show** 9:14
36:18 44:17
80:10
108:23
**showed** 79:19
101:5
**showing**
16:11 81:11
87:1 108:20
**shows** 45:20
**shut** 46:16
52:1,1,1
62:23 63:20
67:11
**sick** 46:15

64:5
**side** 35:22
55:15
**sidelines**
13:16
**signing** 5:2
**signs** 91:12
**silencer**
34:19
**similar** 89:15
**simple** 12:18
19:21
**simply** 18:23
19:1
**sister** 53:4
**sit** 66:18 76:9
76:12 82:13
82:19 83:17
**sitting** 47:9
53:12 70:17
83:4
**situation** 9:19
39:3 75:18
107:7
**six** 88:8,12
108:17
**skilled**
100:16,19
100:21
**skipped**
101:12
**skipping**
68:20
**slammed**
46:17 63:1
**slap** 63:22
67:13
**slapped** 52:4
63:20 71:8
71:9
**slapping** 52:4
66:3
**slaps** 67:10
68:3
**sleeping** 45:9
**sliding** 22:9
**smack** 64:3
**small** 35:2
**smashed**
55:18 56:2
56:3,6
**Smith** 30:8
30:10
**smooth** 64:13

**socialize**
32:18
**sole** 63:2
**somebody**
15:7,8
28:20 32:8
32:9 64:18
65:10 99:22
102:13
106:22
**somebody's**
64:15
**soon** 59:23
60:8
**sorry** 20:15
29:17
**sort** 9:18
16:11 73:13
86:18
**sought** 85:23
101:20
**sound** 69:16
91:16
**sounds** 14:22
91:17
**source** 27:2
**speaker** 54:8
54:12,13
**specific** 12:5
12:6 80:13
81:12 93:7
96:10
**specifically**
13:1 51:8
65:22 84:17
**specifics**
78:22
**speed** 51:14
69:12 72:11
**spilled** 63:12
**spine** 87:3
**split** 40:14
**spoke** 29:2
**spot** 45:1
**spread** 48:12
**spun** 63:23
**stage** 45:5
**stamped** 85:4
**stand** 75:9
**standing**
49:19
**start** 23:22
71:3 89:22
92:7 108:16

**started** 41:10
52:3 66:3
99:8 106:19
108:13
**state** 58:21
73:14 75:24
76:11
**stated** 77:7
**statement**
6:21 76:18
**statements**
93:7
**states** 1:1
81:21,23
85:16
**status** 7:3
29:21
**statute** 17:13
**stay** 29:16
41:6,21
43:5,7,8
**staying** 22:4
22:6
**stenographic**
110:5
**steroid** 90:5
**stipulated** 4:1
4:16,24
**stolen** 30:13
30:14,20
**stomach** 63:1
64:6 65:7
**stomp** 64:2
**stomped**
47:18 62:10
62:16 85:16
**stood** 51:19
52:13 71:11
71:13
**stop** 15:18
50:1,1,4,4,4
51:5,5,5
**stopped**
44:24 52:11
94:6,12,13
94:23 95:3
**straight** 48:9
48:10 67:9
75:10 95:18
**strangulation**
11:1,16
12:19 21:10
21:13
**Street** 2:9

**Strehlow**
1:21 4:9
**stress** 64:16
102:19
107:17
**stressful**
58:11
**stretching**
98:13
**strong** 65:4
**structure**
37:9,13,14
37:17
**structures**
37:4,19
**stubborn**
74:24
**stuck** 41:15
**stuff** 28:23
35:17 57:13
68:15 75:12
83:5 98:13
**stumble**
84:22
**stumbled**
84:19,21
**suffered**
101:17
107:21
**suing** 5:16
**Suite** 1:22 2:4
**summary**
12:9 13:3
20:5,6,14
**supervision**
110:22
**supposed**
107:8,9
**sure** 6:1 10:7
10:18 13:7
27:15 43:23
44:19 47:6
75:15 78:15
103:6 104:4
**surgery**
22:17,18
23:4 42:13
42:15 46:12
62:21 72:10
**suspicion**
34:6
**switch** 44:17
44:21 47:1
47:2 99:9

Jeffrey Anglemeyer
November 6, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| switched | 1:14 | 14:11 19:5 | 68:12,13 | 99:14 | trooper 64:21 | tying 48:21 |
| 94:10 | tell 10:12,12 | 21:6,8 | 100:11 | 100:21 | 68:24 75:24 | Tylenol 87:7 |
| switching | 12:11 22:22 | 23:18 24:18 | 107:1 | 102:8 106:7 | 76:6 78:5,9 | type 22:15 |
| 94:15 | 27:21 32:24 | 25:16 26:6 | throat 47:21 | 108:12 | troopers 5:16 | 56:10 |
| sworn 4:13 | 62:20 68:18 | 27:19 29:23 | 47:24 50:24 | 109:3 | 65:13 68:1 | types 65:20 |
| 5:9 | 74:21 82:4 | 33:10 35:22 | 52:3 91:21 | timed 36:8 | 68:6 73:3 | |
| symptoms | 85:12 86:1 | 36:23 40:6 | 91:24 | times 7:5 | 73:10 76:6 | U |
| 91:12 | 107:8 | 41:10 43:21 | thrown 48:9 | 9:10 11:18 | 78:5 79:3 | un-zip 52:22 |
| syncopal | telling 74:19 | 44:18 47:10 | throws 68:23 | 21:20 67:12 | 79:17 | uncomfort... |
| 81:21 | temporarily | 47:15 50:3 | 68:24 69:1 | 88:9 90:6 | 106:14,15 | 82:20 |
| | 41:16 | 52:18 56:22 | 69:3 | timing 70:23 | trouble 83:19 | unconscious |
| T | ten 23:21 | 57:2,3,4,4 | tie 46:10,10 | tiny 35:7 | true 12:23 | 48:6 50:23 |
| T 3:7 | 40:7,19 | 58:2,5,13 | 48:5 52:22 | today 31:20 | 86:17,22 | 51:2 74:17 |
| tackled 69:14 | tenth 90:10 | 61:6 64:2,2 | 64:9,15 | 76:12 | 101:4 110:6 | understand |
| 69:14,15 | term 18:24 | 64:3,11 | tied 46:20 | told 6:1 42:19 | truss 25:6 | 5:22 7:2 |
| take 11:20 | terms 18:22 | 67:19 72:15 | 48:14 50:9 | 47:4 51:24 | 26:12 | 33:24 36:7 |
| 24:3 31:14 | terroristic | 74:15 75:3 | 51:4 62:12 | 51:24 61:1 | try 24:8 43:8 | 36:19 38:2 |
| 35:21 53:6 | 12:19 20:24 | 77:9 78:11 | 63:20 76:4 | 63:20 76:4 | trying 18:2 | 39:24 40:12 |
| 61:9 81:6 | 21:6 | 79:3 80:8 | 64:8,14 | 78:8 79:11 | 29:20,23 | 42:19 43:6 |
| 94:11,15,17 | testified 5:10 | 83:6 86:1,2 | 65:8 66:7,8 | 88:20 90:8 | 40:9 43:7 | 75:14 76:21 |
| 95:9 102:12 | 38:21 | 87:11,11,13 | 67:7 | 102:20 | 49:3 50:10 | 76:24 80:12 |
| 102:14 | testimony | 93:19 | ties 46:8 | tool 41:17 | 52:18 68:21 | 101:16 |
| taken 1:14 | 19:16 39:17 | 100:23 | 53:12 61:15 | tools 34:17 | 72:2,14 | understand... |
| 44:3 45:16 | 68:12 | 101:16 | 61:20 62:8 | 41:17 | 75:21 97:22 | 22:3 26:9 |
| 48:24 49:1 | Thank 18:5 | 103:8 | 73:24 | top 52:9 | turn 55:1 | 38:1 64:10 |
| 49:1 53:3 | 53:24 109:2 | 104:22 | tile 24:6,12 | 67:11 85:4 | 66:20 | 68:22 72:17 |
| 71:7 110:5 | 109:4 | 106:11,18 | 63:2 | tops 71:1 | turned 22:10 | 73:7 74:8 |
| takes 37:13 | theft 12:15 | 106:21,24 | time 5:5 7:8 | totally 9:11 | 46:11 47:1 | 78:18 104:5 |
| talk 21:10 | 14:6,7 | 107:20 | 11:12 15:2 | touch 41:22 | 47:2 62:19 | 107:11 |
| 28:11,20 | therapy | 108:24 | 22:23 23:4 | tough 66:16 | 66:19 | understood |
| 32:20 33:6 | 87:18,19 | thinking 26:6 | 23:16 24:4 | tractor-trai... | turning 48:4 | 45:20 |
| 40:16 44:7 | 88:11 97:8 | 31:11 45:12 | 25:8,19 | 37:11,12 | 54:23 | underwear |
| 62:19 80:1 | 97:13 99:22 | 71:4 76:22 | 26:19 27:20 | trailer 36:11 | TV 35:4 | 53:20,22 |
| 90:15 | 99:24 100:8 | 78:20 97:16 | 28:11 30:21 | 36:18,22 | 45:19 98:13 | unhandcuff |
| talked 104:10 | 101:11,13 | 105:8 107:6 | 31:7,9,12 | 37:15 | twelfth 92:21 | 52:21 |
| talking 10:19 | thing 28:12 | thinks 74:24 | 33:19 34:8 | transcript | twice 7:6 | UNITED 1:1 |
| 11:16 15:18 | 37:11 46:18 | third 48:18 | 38:24 39:1 | 110:7,20 | 88:11 | University |
| 20:6 33:11 | 56:10 60:16 | 48:19 | 41:11,15,20 | traumatized | twist 48:7 | 95:8 |
| 36:14 37:1 | 70:5 78:13 | thorough | 45:17 46:10 | 58:12 71:18 | twisted 48:11 | unused 43:22 |
| 42:16 55:13 | 78:17 83:3 | 53:24 | 49:6,10 | treat 99:5 | two 7:21 10:7 | up.' 96:19 |
| 55:14 79:17 | 83:24 84:4 | thought | 51:10 53:19 | treated | 11:14 19:4 | upped 102:18 |
| 79:18 89:19 | 90:17 | 25:19 49:23 | 55:23 59:9 | 107:12 | 19:7 23:12 | 107:17 |
| 93:15,16 | 103:15,16 | 72:4 93:18 | 59:18 60:4 | treatment | 40:15 45:17 | 108:14 |
| 94:19 | things 11:18 | 105:11 | 66:15 70:15 | 80:3 81:23 | 57:23 60:13 | upper 23:11 |
| talks 90:20 | 13:15 18:10 | 106:8 | 71:3,3 73:4 | 85:23 90:1 | 65:3 69:5 | 97:15 |
| Tanya 61:8 | 36:11,23 | threats 12:19 | 75:6 76:11 | 101:21 | 83:8,11,12 | upset 6:22 |
| tape 59:16 | 39:3 42:16 | 20:24 21:6 | 78:12,18 | 104:6,16 | 84:20 88:9 | upstairs |
| tapped 67:15 | 65:20 68:22 | three 8:13 | 81:22 82:15 | trial 5:6 | 99:12,12 | 23:12 31:18 |
| target 13:22 | 71:2,3 88:1 | 57:8 60:11 | 83:15 85:18 | tried 62:19 | 107:14 | 31:21,22,23 |
| 30:23,24 | 93:7 98:16 | 67:14 95:17 | 85:22 86:6 | 72:6 | two-minute | 32:2 33:3 |
| 42:5 43:3,4 | 108:19 | threw 45:24 | 88:2,3 | triggered | 44:10 | use 37:14 |
| teeth 50:13 | think 5:17,21 | 46:13 55:5 | 93:23 94:1 | 106:18 | Tyeler 31:19 | 82:1 |
| 50:20 | 7:9,14,14 | 59:9 60:9 | 94:16,19,21 | trip 90:12,24 | 31:22 40:21 | usually 33:4 |
| teleconfere... | 9:8 13:5 | 60:20 68:9 | 95:12,16 | tripped 84:19 | 42:20 | |
| | | | | 99:1,6,11 | | V |
| | | | | | | verbal 73:15 |
| | | | | | | verify 12:22 |
| | | | | | | 13:6 |
| | | | | | | Viagra 82:1 |
| | | | | | | 83:3 84:4,6 |
| | | | | | | vial 35:2 |
| | | | | | | vials 34:10 |
| | | | | | | vicinity 7:10 |
| | | | | | | 11:12 |
| | | | | | | videoconfe... |
| | | | | | | 1:15 2:3,8 |
| | | | | | | 4:4,8 |
| | | | | | | VIDEOGR... |
| | | | | | | 1:21 |
| | | | | | | view 49:18 |
| | | | | | | 57:4 |
| | | | | | | violence 9:19 |
| | | | | | | vision 55:6 |
| | | | | | | visit 32:16 |
| | | | | | | 35:11 81:11 |
| | | | | | | 81:18 92:22 |
| | | | | | | 93:5 96:4 |
| | | | | | | 100:1 |
| | | | | | | 102:21 |
| | | | | | | 104:10,12 |
| | | | | | | 104:13 |
| | | | | | | visits 88:7 |
| | | | | | | 104:8,20 |
| | | | | | | visually 38:6 |
| | | | | | | volume 43:21 |
| | | | | | | vs 1:6 |
| | | | | | | VW 87:4 |
| | | | | | | W |
| | | | | | | wait 7:9,14 |
| | | | | | | 13:9 77:2 |
| | | | | | | 97:12 |
| | | | | | | waiting 66:11 |
| | | | | | | 66:12 |
| | | | | | | 102:10 |
| | | | | | | waived 5:3 |
| | | | | | | walk 39:6 |
| | | | | | | 45:3 52:24 |
| | | | | | | 53:7 74:2 |
| | | | | | | 75:3 |
| | | | | | | walked 35:24 |
| | | | | | | 44:5 45:15 |
| | | | | | | walking 49:9 |
| | | | | | | walks 84:20 |
| | | | | | | walkway |
| | | | | | | 22:8 |
| | | | | | | wall 47:22 |
| | | | | | | 48:1 |

**wandering**
47:15
**want** 11:23
17:16 33:6
44:7 68:16
72:3 75:1
75:15 80:1
81:9,16
88:22 98:12
98:14 103:4
**wanted** 46:14
61:3 62:22
75:16 99:9
99:21
**wanting**
89:13
**warrant**
58:21 79:7
**wasn't** 17:19
17:23 38:18
39:12 42:11
42:13,15
45:13 50:10
66:14 69:21
74:3,16
75:18 92:4
99:6 102:6
106:16,21
**watch** 47:4
**watched**
48:22
**watching**
106:9,13
**water** 63:11
63:13
**way** 12:8
13:6,17
16:6 41:8
50:17 56:17
71:19 73:11
88:13 96:2
103:12
105:18
**we'll** 6:7 9:16
89:3 106:9
**we're** 36:24
52:15 54:13
60:12 72:13
91:5 93:15
93:16
106:13
**wear** 56:12
**wearing** 56:9
56:10,19

57:3,9,11
57:17,23
**week** 40:15
83:12 88:9
88:11
**weeks** 88:8
88:12
**weight** 6:12
6:14
**went** 26:13
26:14 29:18
32:7 43:2
48:6,8,9,10
49:5 50:23
52:12,23
60:8,22
61:5 65:24
68:13 70:8
70:13 74:1
80:7 82:12
85:6,19
86:2 88:3
88:17,21
89:8 93:8
94:13 95:4
95:5 99:7
102:17
103:13,14
104:20
**weren't** 70:23
79:22
**Wesson** 30:8
30:10
**whack** 107:1
**white** 68:1
**wife** 7:24 8:1
8:2 10:2,3,9
10:9,14
11:4 26:23
40:14
**Wind** 8:11
87:18 97:8
97:13
**window**
55:18,21
56:3,3,5,6
**wishes**
100:18
**witness** 3:2
4:6,11,12
4:18,20,22
44:14 109:4
109:10
**witness'** 4:14

**woman's**
61:11
**wooden**
82:13,19
**word** 37:14
37:16 88:23
**words** 26:17
**work** 5:14
24:16 26:14
28:3 35:20
89:3 99:17
**worked** 26:19
30:16 99:14
**working**
23:15 24:5
24:14 35:17
96:21
108:14
**works** 6:1
**worry** 97:17
**worse** 46:24
**worst** 71:20
**wouldn't**
22:7 32:21
43:22 53:15
69:14 82:10
86:19 94:11
99:11,18
102:9,11
**wrap** 96:3
**wrist** 46:22
64:19 65:2
65:3
**written** 25:11
26:10
**wrong** 17:19
21:7 25:22
48:8 51:18
53:1 73:18
80:17 81:6
84:6,10,11
**wrote** 84:10
**www.strehl...**
1:24

_____
       **X**
_____
**X** 3:1,7
**x-ray** 86:11
86:13,14
87:2,3,12
**x-rays** 87:10

_____
       **Y**
_____
**yank** 64:13

**yanked** 46:22
64:19 65:5
65:11
**yanking** 65:4
98:12
**yeah** 7:14
11:9 15:1
16:1,1,1
17:1 33:13
33:22 35:8
35:13 36:9
58:1 62:10
65:2,15
74:12 79:2
79:8 81:6
82:3,9
84:15 85:21
88:24 89:21
90:21 92:13
92:16 93:18
94:8 96:15
101:3,19
103:14
104:16
105:15
**year** 14:14
15:4 31:14
93:1,17
95:2,24
97:5
**years** 8:13
23:20,21,21
24:7 25:7
29:24 39:1
40:7,17,17
40:19
**yelled** 45:23
**yelling** 47:20
50:4 51:5,7
51:16 53:4
65:17 66:10
**yesterday**
22:3 55:13
**you's** 50:4
**you.'** 82:1
**younger** 39:9

_____
       **Z**
_____
**Zeiger** 2:2,3
6:1 12:4
15:17,22
17:6,8,11
18:5 20:13
44:9 76:24

77:19 104:3
104:11,19
105:4,7,11
109:5,7
**zeiger@lev...**
2:5
**zip** 46:8,10
46:10,20
48:5,13,21
50:9 51:4
53:12 61:15
61:19 62:8
62:12 64:8
64:9,14,15
65:8 66:7,8
67:7 73:24
**Ziplock**
34:13 35:7

_____
       **0**
_____

_____
       **1**
_____
**1:55** 1:18
**10** 39:1 70:10
70:12
**116** 1:22
**12** 59:15 88:7
**12/24/62** 6:11
**13th** 15:3
**15** 39:1 59:15
**1500** 2:4
**1600** 2:9
**16th** 87:17
92:23 93:17
96:4
**18** 70:1,1,4
**18940** 1:22
**18th** 81:18
**19-3714** 1:8
**19102** 2:4
**19103** 2:9
**198** 6:13
**1988** 14:16
**1990** 7:9
30:17
**1993** 14:17
30:18
**1995** 30:17
**1996** 7:14,15
31:12

_____
       **2**
_____
**2** 87:4
**20** 70:1

**2000** 25:17
26:4,8
**2000s** 80:21
**2001** 17:2
25:5,16
26:4,7,8,11
**2008** 24:7,9
24:11 26:19
**2015** 81:18
**2016** 11:9
**2017** 7:17
8:13 9:19
11:8,9
**2018** 6:14 9:1
16:5,6
21:23 28:5
28:9 31:15
33:16,16
34:1,21
36:12 38:2
39:11 41:12
42:2,22
44:8 45:2
80:24 85:9
85:20 87:17
90:13 95:22
107:3 108:6
108:17
**2019** 92:23
93:17 96:4
96:12
**2020** 1:11
97:7,23
100:15
101:6
**215** 1:23
**215-546-0340**
2:5
**215-560-2402**
2:10
**21st** 97:7,23
101:6
**22** 30:8 31:10
31:12
**23** 8:4
**23rd** 8:24
34:21 36:12
44:8 45:2
85:24 95:22
107:3 108:6
**25th** 85:9,13
85:20
**2nd** 100:15

_____
       **3**
_____
**3** 87:4
**30** 108:13
**30,000** 100:4
**3080** 96:24
**3116** 96:5
**3145** 91:5
**340** 8:10,16
21:24 28:6
31:16
**35** 8:6
**357** 30:10
**3rd** 2:9

_____
       **4**
_____
**4** 14:17
**4:00** 109:11
**40** 99:24
**4th** 90:13

_____
       **5**
_____
**5** 3:3
**5'8** 6:13
**5/21/20**
100:17
**50** 38:1
**504-4622**
1:23
**54** 1:22
**58** 12:1

_____
       **6**
_____
**6** 1:11
**60** 104:20
108:15
**620** 2:4

_____
       **7**
_____
**700** 102:21

_____
       **8**
_____
**8** 70:10,12
**81** 3:10

_____
       **9**
_____
**9,000** 94:13
**9th** 96:12