Sgt. Mark Rowlands
December 18, 2020

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

ADA ANGLEMEYER,              :NO:   19-CV-3714-JMY
                             :
          Plaintiff,         :
                             :
     - vs -                  :
                             :
NORTHAMPTON COUNTY,          :
et al.,                      :
                             :
          Defendant.         :
- - - - - - - - - - - -      :


          Friday, December 18, 2020

                    - - -


     VIDEOCONFERENCE TRANSCRIPT OF

DEPOSITION OF SGT. MARK ROWLANDS, taken

by and before ALEXANDRA ALVARADO,

Professional Reporter and Notary Public,

commencing at 11:45 a.m.

SUMMARY
JUDGMENT
EXHIBIT
5

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

7446589c-22fa-442f-83ee-8a9a22dd55b1

Sgt. Mark Rowlands
December 18, 2020

Page 2

1  A P P E A R A N C E S:
2
3  THE ZEIGER FIRM
   BY:  BRIAN J. ZEIGER, ESQUIRE
4  1500 John F. Kennedy Boulevard
   Suite 620A
5  Philadelphia, Pennsylvania 19102
   (215) 546-0340
6  Zeiger@levinzeiger.com
   Counsel for Plaintiff
7
8  PENNSYLVANIA OFFICE OF ATTORNEY GENERAL
   BY:  KEVIN BRADFORD, ESQUIRE
9  The Phoenix
   1600 Arch Street
10 3rd Floor
   Philadelphia, Pennsylvania 19103
11 (215) 560-2402
   Counsel for Defendants
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 3

1            I N D E X
2  WITNESS
3  SGT. MARK ROWLANDS
4  EXAMINATION              PAGE
5  By:  Mr. Zeiger          6
6
7            E X H I B I T S
8            PAGE
9  NUMBER     DESCRIPTION      MARKED
10 Rowlands-1  Warrant Service Plan   60
11 Rowlands-2  Intelligence Brief    60
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 4

1       (By agreement of counsel, the
2  reading, signing, sealing, filing,
3  and certification of the transcript
4  have been waived; and all objections,
5  except as to the form of the
6  question, have been reserved
7  until the time of trial.)
8       - - -
9       SGT. MARK ROWLANDS, after
10 having been duly sworn, was
11 examined and testified as follows:
12       - - -
13      It is hereby stipulated and
14 agreed by and between counsel for
15 all parties present that Pursuant
16 to 231 Pa. Code section 4002 this
17 deposition is to be conducted by
18 video conference, that the court
19 reporter, all counsel, and the
20 witness are all in separate remote
21 locations and participating via
22 Videoconference (LegalView/Zoom)
23 meeting, that the officer
24 administering the oath to the

Page 5

1  witness need not be in the place
2  of the deposition and the witness
3  shall be sworn in remotely by the
4  court reporter after confirming
5  the witnesses' identity, that this
6  video conference will not be
7  recorded in any manner and that
8  any recording without the express
9  written consent of all parties
10 shall be considered unauthorized,
11 in violation of law, and shall not
12 be used for any purpose in this
13 litigation or otherwise.
14      It is further stipulated
15 that exhibits may be marked by the
16 attorney presenting the exhibit to
17 the witness, and that a copy of
18 any exhibit presented to a witness
19 shall be emailed to or otherwise
20 in possession of all counsel prior
21 to any questioning of a witness
22 regarding the exhibit in question.
23 All parties shall bear their own
24 costs in the conduct of this

2 (Pages 2 to 5)

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

7446589c-22fa-442f-83ee-8a9a22dd55b1

Sgt. Mark Rowlands
December 18, 2020

Page 6

1    deposition by video conference.
2            - - -
3         DIRECT EXAMINATION
4            - - -
5  BY MR. ZEIGER:
6         Q.   Sir, can you state your
7  rank?
8         A.   Sergeant.
9         Q.   If I call you Sergeant
10  Rowlands is that okay with you today?
11        A.   That's fine.
12        Q.   Nice to meet you.
13        A.   You too, sir.
14        Q.   Thanks for coming today.
15  We're here to talk about a case involving
16  Anglemeyer family and the residence.  Do
17  you remember that job?
18        A.   Yes, sir.
19        Q.   And so you prepped the guys
20  that went into the house in advance of
21  them going into the house; is that
22  correct?
23        A.   Prep is a loose word.  I
24  mean I oversaw the briefing and the

Page 7

1  preplan of everything and then the
2  specific team leaders kind of went more
3  in depth on the more planning of
4  everything.
5         Q.   Can you explain for us what
6  that means?
7         A.   From the beginning?  I can
8  -- so when this first happened I took a
9  call from Detective Michael Enstrom from
10  Northampton County Task Force requesting
11  our assistance to do a search warrant at
12  this residence.
13            Based on the information he
14  told me, at face value it met our
15  criteria that we could do a further
16  invest meeting, what we call preplan for
17  this operation.
18            Fast forward, we meet with
19  the detectives, do a preplan, get all the
20  information we need, verify a couple
21  things.  And then once we know it meets
22  our threshold per our matrix we go
23  forward with planning of the warrant
24  service and the day -- the morning of, so

Page 8

1  this would be 0400 hours, we met at State
2  Police Barracks Belfast, did an overall
3  briefing.
4            I kind of give the overall
5  briefing of everything, why we're here,
6  what's going to happen and then it gets
7  broken down into -- our whole report gets
8  spread block to block.
9            And then team leaders --
10  this one had three different structures
11  we were dealing with plus our counter
12  sniper coverage.  So they each went into
13  a detailed briefing of what's going to be
14  expected for what they're in charge of.
15  And then intelligence people, our
16  negotiators went over the intel report.
17  We did rehearsals and then we served a
18  search warrant.
19            It's kind of an overview of
20  me and my job just to oversee everything,
21  our legal authority for being there, make
22  sure it meets our criteria, makes sure
23  guys come up with a good plan and go from
24  there.

Page 9

1         Q.   Once they leave that
2  facility in the morning, do you have
3  anything to do with this case?
4         A.   On our way to the warrant
5  service?
6         Q.   Like do you go with them?
7         A.   Correct.
8         Q.   Are you in the car?
9         A.   I'm usually in the BearCat
10  for all overall command of it just to
11  make sure everything goes smooth and make
12  sure we're good on time.  And if any --
13  on the fly decisions that can be made
14  that's aren't directive action of
15  immediate response, I'm there to handle
16  that.
17            And if it ends up going into
18  a barricade incident I'm there to run it
19  from our end as well as a top com we
20  would use.
21        Q.   And in this case did you
22  actually do that?  Were you in that
23  BearCat?
24        A.   I was.  So I was outside the

3 (Pages 6 to 9)

Sgt. Mark Rowlands
December 18, 2020

Page 10

1  whole time.  I go in at the very end just
2  to see what's going on for this one just
3  to -- because it was reported someone
4  claiming injury.  I went in there to see
5  it and bring our medics in.
6        Q.    And do all the guys wear the
7  same uniforms?
8        A.    Yes.  Loosely.  I mean, when
9  it comes to the shirts underneath they
10  might change, but as far as pants, our
11  protective vest, our helmets things, like
12  that, yes.
13            The operator has their
14  individual add-ons to them, but in
15  general, yes everything's the same.
16        Q.    Are the names displayed on
17  the uniforms?
18        A.    They are not.
19        Q.    They are not?
20        A.    Correct.
21        Q.    Can you tell us why they're
22  not if you know?
23        A.    I do not know.  It's not a
24  requirement.  I've been on our team since

Page 11

1  2009.  It's something we never did.
2  Something that's never been brought up to
3  me.  So we just --
4        Q.    Sorry.  I never mean to
5  speak over you.
6        A.    It's going to happen.  No, I
7  get it.  No problem.  I don't take
8  offense to it.
9        Q.    Have you ever complained to
10  anyone, be it a supervisor, a spouse,
11  anyone at all about the fact that your
12  names are not on your uniforms when you
13  go into a job?
14            MR. BRADFORD:  I'm going to
15  object to the spouse, that's
16  spousal privilege.
17            MR. ZEIGER:  Of course.
18            MR. BRADFORD:  I don't know
19  why you included that.
20            MR. ZEIGER:  I got it.
21            THE WITNESS:  No, I have
22  not.
23  BY MR. ZEIGER:
24        Q.    Why not?

Page 12

1        A.    I never really thought about
2  it.  In my honest opinion, I wouldn't
3  want our guys wearing their names under
4  the uniform.
5        Q.    Why wouldn't you want them
6  wearing their names?
7        A.    It's just my personal
8  opinion.  We deal with a lot of
9  individuals, heavy drug dealers, people
10  involved in gangs, OMGs, drug cartels.
11  If I could prevent them from having
12  immediate access to an individual's name,
13  I'd prefer that for fear of any type of
14  retribution.
15            In the long run through
16  court they'll get the informations, the
17  officer's information anywhere.  That's
18  just my opinion on the whole thing.
19        Q.    Well, if something goes
20  wrong in an operation then how are you
21  able to know what happened and who is the
22  person that made the mistake?
23            MR. BRADFORD:  Objection.
24  You can answer.

Page 13

1            THE WITNESS:  What's that?
2            MR. BRADFORD:  I'm just
3  objecting for the record, but can
4  you answer, Mark.
5            THE WITNESS:  I can?
6            MR. BRADFORD:  Yes.
7            THE WITNESS:  Because after
8  it's done with, we do a debrief of
9  everything that occurred, an
10  overview and then I can find out
11  who did what at what point.
12  That's why I find out -- or it
13  gets called out over the radio.
14  BY MR. ZEIGER:
15        Q.    So today your testimony is
16  that it's intentional that the people's
17  name are not put on their uniform?
18            MR. BRADFORD:  Objection.
19            THE WITNESS:  What did you
20  say?
21  BY MR. ZEIGER:
22        Q.    It is your testimony
23  therefore that is intentional that the
24  officers's name are not put on their

4  (Pages 10 to 13)

Sgt. Mark Rowlands
December 18, 2020

Page 14

1    uniform?
2        A.   I never said that.  Not
3    intentional.  Just not a requirement for
4    us to do.  If they said we had to do it
5    then we'd do it.
6        Q.   Who's they?
7        A.   Command staff above me.  Way
8    above my pay grade.  I just gave you my
9    personal opinion.  That's it.  Nothing --
10   for the record I'm not saying we
11   shouldn't, we should.  We just don't.
12       Q.   I'm sorry, Sergeant, I just
13   have to ask more questions down this road
14   unfortunately based on your answers.  I
15   mean it in the most respectful way.
16       A.   I get it.
17       Q.   Who are the supervisors who
18   make these decisions?  I mean the buck
19   has to stop somewhere.
20       A.   I'd say the commissioner.  I
21   mean we have -- so my position, I have a
22   lieutenant above me, a captain above me,
23   a major above me, deputy commission of
24   operations above me and then the colonel,

Page 15

1    the state police above me.
2        Q.   I know, but when you say the
3    commissioner, I mean commissioner of
4    what?  What does that mean?
5        A.   The Pennsylvania State
6    Police.
7        Q.   Is the commissioner the top
8    ranked person --
9        A.   Correct.
10       Q.   -- is the state police?
11       A.   Correct.  Appointed by the
12   governor.
13       Q.   I mean, again in a
14   respectful way, none of these titles mean
15   a thing to do me.  Do you know what I
16   mean?  I don't have anything to do with
17   the state police.  So when you say these
18   things to me --
19       A.   There's several levels above
20   me and there's -- I'm sure there's
21   studies of why we wear name tags, why we
22   don't at certain times of operations for
23   our members.  And it's just -- I came on
24   in 2009, we never wore them.  This is the

Page 16

1    first it's ever actually been brought up
2    to me in anything I've been a part of.
3        Q.   So then is it fair to say
4    based on that answer you don't know who
5    the decision maker is as far as why the
6    names are not on the uniform?
7        A.   Correct.
8        Q.   And so your view that it's
9    okay to not have them on the uniforms is
10   just your personal view?
11       A.   Yes.
12       Q.   But also based on your
13   experience you think -- you find it
14   personally to be appropriate to not have
15   the names on the uniforms, but you're not
16   giving the position as the Pennsylvania
17   State Police, you're just saying in your
18   view as the sergeant in charge of these
19   jobs you think it's okay not to have the
20   names on the uniform?
21       A.   Yes.
22       Q.   In this case that we're here
23   for today, did you have an opportunity to
24   debrief afterwards?

Page 17

1        A.   Yes.
2        Q.   And did you have an
3    opportunity to know which troopers came
4    in personal contact with which people
5    they located in the house?
6        A.   During the debrief each
7    person would have talked about where they
8    went, who they came in contact with.  By
9    name I probably wouldn't -- I wouldn't
10   know.
11       Q.   Did you take notes for write
12   down anything that indicated, you know,
13   which trooper came in contact with which
14   human inside the house?
15       A.   No, because they're going to
16   -- they should be documented that on
17   their individual records.
18       Q.   And if they don't document
19   on their own individual report what can
20   do then to which human being came in
21   contact with which trooper?
22       A.   Could ask more -- I mean if
23   I need to follow up with anything I just
24   talk to them and follow up on what

5  (Pages 14 to 17)

Sgt. Mark Rowlands
December 18, 2020

Page 18

1    happened or who they came into contact
2    with.  A lot of people aren't going to
3    give names.  They'll just give a brief
4    description, came into contact with a
5    male individual, a female, et cetera.
6        Q.   So in the case that we're
7    here for today, there's two individuals
8    in the house who claim they were in
9    contact with troopers and they're unable
10   to identify the person by name because
11   they don't have name tags on their
12   uniforms.  And none of the troopers who
13   were sent in will admit that they were
14   the people that had contact with them.
15   Are you aware of that?
16       MR. BRADFORD:  Objection to
17   form.  You can answer.
18       THE WITNESS:  Could you
19   repeat that question?
20   BY MR. ZEIGER:
21       Q.   There's two gentlemen that
22   were in the house that claim they were
23   touched by members of the Pennsylvania
24   State Police, but they don't know their

Page 19

1    names because you guys don't wear name
2    tags on your state uniforms.  And the
3    troopers who were in the house, none of
4    them will admit that they had any contact
5    with these two gentlemen.  So if there's
6    nothing written down and you don't do a
7    debriefing to get everybody's names, how
8    do you deal with that?
9        A.   I don't know how to answer
10   that for you, sir.
11       Q.   Is your unit -- is your
12   assignment a SERT unit, is that what you
13   do all the time?
14       A.   Yes, SERT coordinator for
15   the eastern team.
16       Q.   As the SERT coordinator is
17   there any kind of secret operation?  Is
18   there anything -- again, I don't know you
19   guys.
20       I'm just trying to figure
21   out how it's possible that you send guys
22   into a house and no one knows the names
23   of the people that touched the humans and
24   you're telling me all this stuff about

Page 20

1    protecting the officers by not having
2    their names on their -- and I get that
3    and I respect it very much and I want all
4    the state troopers to be safe.
5        But at the same time then
6    you're telling me, well, when we do the
7    debriefing we don't have the names down.
8    So it's a catch-22.  So no matter what I
9    ask your answers are such where it's like
10   we just don't know.
11       So I'm trying to ask you
12   what happened in a case like where we
13   can't identify the names of the troopers
14   that came in contact with the civilians?
15       A.   Okay.  I don't know how to
16   answer that question.
17       MR. BRADFORD:  I think his
18   answer is I don't know.  He
19   explained to you about the name
20   tags.  I mean, we can go in
21   circles here if you want.
22   BY MR. ZEIGER:
23       Q.   I would just think they're
24   troopers they want to -- but they would,

Page 21

1    they hold themselves to the higher
2    standards than anyone else from my
3    interactions with troopers.  But okay.  I
4    understand.
5        What about body cams?  Did
6    they have body cams on when they went
7    into this operation?
8        A.   Our department doesn't even
9    use body cams at this point.  So we
10   wouldn't have them.
11       Q.   Do you know why not?
12       A.   No.  It's -- again way above
13   my pay grade, sir.
14       Q.   Understood.  Have you ever
15   complained to anyone and said, hey, we
16   need to have body cams?
17       A.   I have not.
18       Q.   Why not?
19       A.   To me it's a pointless thing
20   because our department doesn't even have
21   them.  They would have to do -- I mean
22   there's a long process for us to get
23   anything.  So we don't have them.  So
24   it's something I never even thought of.

6 (Pages 18 to 21)

Sgt. Mark Rowlands
December 18, 2020

Page 22

```
 1          Q.   But if you guys had body
 2     cams you probably wouldn't be here today?
 3          A.   I can't answer that for you.
 4          Q.   Were there any cameras or
 5     video cameras at all on this entire
 6     operation, whether they were on humans or
 7     outside on vehicles, anywhere at all?
 8          A.   Not that I'm aware of.
 9          Q.   Why not, if you know?
10          A.   We don't have cameras.
11          Q.   Do you know why not?
12          A.   I don't.
13          Q.   Have you ever complained to
14     anyone about having cameras or not having
15     cameras?
16          A.   No.
17          Q.   Do you know -- do regular
18     patrol cruisers for the troopers, like
19     uniformed troopers making car stops, do
20     they have cameras in the car?
21          A.   Yes, all marked units have
22     MVRs.
23          Q.   What are MVRs?
24          A.   Mobile video recorders, so
```

Page 23

```
 1     the car cameras.
 2          Q.   So there's some type of
 3     cameras with the troopers then, right?
 4          A.   Correct.
 5          Q.   And you said that the
 6     vehicle you were in is called a BearCat?
 7          A.   Correct.  Armored vehicle.
 8          Q.   Did that vehicle have
 9     cameras?
10          A.   No.
11          Q.   In your review of and as a
12     supervisor that was going on there, do
13     you think any the troopers involved in
14     this job made any mistakes when they went
15     inside the building?
16          MR. BRADFORD:  Objection to
17     form.  You can answer.
18          THE WITNESS:  No.
19     BY MR. ZEIGER:
20          Q.   Is there anything that you
21     think that any of the troopers should
22     have done differently?
23          MR. BRADFORD:  Objection to
24     form.  You can answer.
```

Page 24

```
 1          THE WITNESS:  I do not.
 2     BY MR. ZEIGER:
 3          Q.   Okay.  I'm going now to show
 4     you a document and then we're going to go
 5     through the document.  Okay?  Sound good?
 6          A.   Okay.  Yup.
 7          Q.   It is a little challenging
 8     for me.  So just give me one second and
 9     I'm going to find the document I want to
10     go through.
11          - - -
12          (At this time, a document
13          was shown on the screen.)
14          - - -
15     BY MR. ZEIGER:
16          Q.   Can you see this document?
17          A.   I can.
18          Q.   Are you familiar with this?
19          A.   Yes.
20          Q.   I'm going to indicate for
21     the record that this document is a
22     10-page document.  And at the bottom
23     right-hand corner of the first page it is
24     PSP0001.
```

Page 25

```
 1          And I'm going put on the
 2     record that this is going to go from 0001
 3     to 0010, which would be a 10
 4     page-document.
 5          Why are you familiar with
 6     this document?
 7          A.   This is our -- at that time
 8     this was our report to do preplan warrant
 9     services.
10          Q.   Did you write this document?
11          A.   I did not.
12          Q.   Do you know who wrote it?
13          A.   If you can scroll down to
14     the bottom of this.  It would have been
15     John Chulock, which is the overall team
16     leader for this -- this individual job.
17     And we all take -- so I talked before we
18     have a preplan crew that comes up.
19          Everyone works on the
20     certain part of it.  So I may -- I may
21     have done part of this page, this page 1
22     or the last page I may have had part in
23     typing.  But its overall report is
24     completed by John Chulock.  It kind of
```

7 (Pages 22 to 25)

7446589c-22fa-442f-83ee-8a9a22dd55b1

Sgt. Mark Rowlands
December 18, 2020

Page 26

1  helps get out the paperwork done and
2  things like that.
3       Q.   Did you review this document
4  in preparation for your deposition today?
5       A.   I did.
6       Q.   Did you note any mistakes on
7  it, errors or omissions?
8       A.   No.
9       Q.   So I'm going to go -- I'm
10  going to go to the top of the document of
11  this page here.  And it says Warrant
12  service plan.
13           Did you -- I'd like to ask
14  you what a warrant service plan is, but
15  if you think you've already answered it I
16  don't want you to repeat yourself.
17           Can you tell me what a
18  warrant service plan is?
19       A.   Just planning to conduct a
20  warrant service, either search warrant,
21  arrest warrant or combination thereof.
22       Q.   And this was a combination
23  thereof, correct?
24       A.   I don't -- think it was just

Page 27

1  a search warrant.  I don't think they had
2  arrest warrant at this time.  It would
3  have been a search warrant only.
4       Q.   And I notice there's some
5  boxes here.  It says Weapons, handguns,
6  ARs, .50-Cal.  What does that mean?
7       A.   During our intel workup of
8  this, weapons that could possibly be in
9  the residence or occupations thereof
10  could have access to.
11       Q.   Did you have any information
12  that any of the occupations illegally
13  possessed any firearms?
14       A.   I couldn't hear the last --
15  you said legally or illegally?
16       Q.   Illegally?
17       A.   I don't recall at this time.
18       MR. BRADFORD:  Brian, can
19       you up your volume a little bit?
20  BY MR. ZEIGER:
21       Q.   And the next one is checked
22  off it says Search warrant?
23       A.   Correct.
24       Q.   I'm going to go through this

Page 28

1  paragraph here.  It says On 2/8/18 at
2  1300 hours Detective Michael Enstrom of.
3           Northampton County Drug Task
4  Force contacted SERT east requesting
5  assistance with serving a search warrant
6  at 340 Old Allentown Road, Bangor
7  Township, Northampton County?
8           Is that all accurate?
9       A.   Yes.
10       Q.   And 340 Allentown Road,
11  that's the subject of where the warrant
12  was to be executed?
13       A.   Yes.
14       Q.   Enstrom related his task
15  force has an ongoing investigation to the
16  distribution to crystal meth that started
17  in October 2017.  Do you remember that?
18       A.   Yes.
19       Q.   Hold on one second.  Did you
20  find any crystal meth?
21       A.   I don't know.  We don't take
22  part in the searches.  We secure the
23  residence to make sure it's safe for the
24  investigating agency and then we depart.

Page 29

1       Q.   Did you personally see any
2  crystal meth?
3       A.   I did not.
4       Q.   Did any trooper tell you
5  that they personally saw crystal meth?
6       A.   I do not remember.
7       Q.   During their investigation
8  they used the CI to make four controlled
9  buys from the main subject of their
10  investigation, Mark Anglemeyer, white
11  male, 52.  Is that accurate?
12       A.   Yes.
13       Q.   Did you come in contact with
14  Mark Anglemeyer?
15       A.   I did not.
16       Q.   Enstrom explained three
17  structures on the property that he is
18  requesting SERT handle, the main
19  residence, a trailer and a garage.
20           Do you remember that?
21       A.   Yes.
22       Q.   Did you send teams to all of
23  those buildings?
24       A.   Yes, one team to the main

8 (Pages 26 to 29)

7446589c-22fa-442f-83ee-8a9a22dd55b1

Sgt. Mark Rowlands
December 18, 2020

Page 30

1    residence and then another team who
2    secured the garage first and then went to
3    the trailer second.
4         Q.   When you got to the scene
5    were you closer to one or the other or
6    were you kind of in-between both?
7         A.   The residence, the main
8    residence.
9         Q.   And I've been to the
10   property for my own sort of site
11   inspection.  You know, when you pull into
12   the driveway the main residence is on the
13   left, correct?
14        A.   Correct.
15        Q.   And then you have to go a
16   little further down to get to where the
17   garage is, right?
18        A.   I believe so, yes.
19        Q.   So when you pulled into the
20   driveway, therefore, you stopped the
21   BearCat right near the main residence?
22        A.   Yes.
23        Q.   And you were the driver and
24   operator the BearCat?

Page 31

1         A.   No, I've been the passenger.
2    Most of the time I sit in the front
3    passenger seat, but sometimes I sit in
4    the back.  I can't remember where I was
5    at this time.
6         Q.   I understand.  Enstrom
7    further related that all of the buyers
8    had come from the trailer, but Mark
9    Anglemeyer resides in the main residence.
10        Do you remember that?
11        A.   Correct.
12        Q.   And Enstrom reported that he
13   believes there's eight adults and a
14   teenager that live inside the residence.
15   Do you remember that?
16        A.   Yes.
17        Q.   Can you see?
18        A.   Yup.  I just can't see the
19   right side, our pictures are kind of
20   covering the right side of the page.
21        Q.   How about now?
22        A.   Perfect.
23        Q.   Enstrom said, Most of the
24   adults have either handguns registered to

Page 32

1    them or have conceal carry permits.  Do
2    you remember that?
3         A.   Yes.
4         Q.   Did you have a chance to run
5    any of these people before you went in?
6         A.   I -- me personally, no, but
7    -- the people doing the intel did.
8         Q.   Hold on one second, please.
9              - - -
10             (At this time, a discussion
11        was held off the record.)
12             - - -
13   BY MR. ZEIGER:
14        Q.   So I didn't hear your last
15   answer.  Did you say that you were able
16   to confirm that these -- that the people
17   had registered firearms and/or conceal
18   carry permits before you went in?
19        A.   Yes.  The negotiators
20   usually run our intel stuff for us
21   through the use of our basic intel
22   center.  And there was confirmation that
23   people did have weapons registered to --
24   or handguns registered to them or conceal

Page 33

1    carry permits or both.
2         Q.   Now, if they have a license
3    to carry, it means they don't have a
4    criminal record, right?
5         A.   I would assume so, yes.
6         Q.   So when you find out that
7    people have a valid license to carry,
8    does that change your thinking regarding
9    going into a property?
10        A.   No.
11        Q.   Why is that?
12        A.   Why does that not change our
13   opinion?  Because there's still a firearm
14   accessible -- could be a firearm
15   accessible by occupants within.  Just
16   because they don't have a criminal record
17   doesn't mean they're not willing or could
18   possibly do something with that firearm.
19        Q.   Right.  And so -- uniform
20   that the -- I know I asked you this
21   earlier, but the uniform that people come
22   in, is it like a camouflage uniform?
23        A.   Yeah, we wear -- at that
24   time we were wearing MultiCam camouflage

9  (Pages 30 to 33)

Sgt. Mark Rowlands
December 18, 2020

Page 34

1    vest, but we had like olive drab green
2    helmets.
3           Q.   And it looks like military
4    sort of?
5           A.   Yes.
6           Q.   And you entered this house
7    at 6:00 a.m. in the morning?
8           A.   Right around there.  It
9    wasn't before 6:00, so...
10          Q.   So I mean -- so you're going
11   into a house in military style uniforms
12   with no names or identification on them
13   with no cameras at 6:00 a.m. in the
14   morning and the people have guns so
15   you're worried someone is going maybe --
16          A.   But identification.  I never
17   said we don't have identification.
18   There's -- the shields that they carry,
19   they say state police.  The
20   identification on the uniforms that say
21   state trooper.  We have a PA system
22   identifying ourselves, presence of the
23   purpose, individuals that are going in
24   are identifying themselves present and

Page 35

1    purpose, they're telling people to either
2    get on the ground, show your hands, et
3    cetera.
4           So we are identifying
5    ourselves.  We do have identification,
6    just not per se the name, the individual
7    name.
8           Q.   And as a result though,
9    you're worried someone's going to try to
10   shoot at you like they're being
11   burglarized or something.  So even though
12   they're law abiding citizens with valid
13   carry permits you're still worried you're
14   going to be shot at, is that?
15          A.   It's a possibility, yes.
16          Q.   Next sentence, The CR
17   reported seeing several guns in the
18   residence and several of the adults
19   carrying guns on their person.  That you
20   got from Enstrom though, you didn't have
21   any independent evidence of that, right?
22          A.   Correct.  I just got that
23   from the investigators.
24          Q.   And Mark Anglemeyer had a

Page 36

1    criminal history of selling drugs,
2    assault, resisting arrest, escape,
3    fleeing and alluding.  You had that
4    information from Enstrom as well, right?
5           A.   Correct.  And that was also
6    in our intel brief so I'm assuming our
7    guys was able to verify that through
8    their workup on intel.
9           Q.   And a couple lines down here
10   it says, Notify NT coordinator.  What
11   does that mean?
12          A.   That's myself, when I was
13   notified.  So on rare occasions one of
14   the assistant coordinators would get
15   notified or if it comes from PSP one of
16   the guys at the station or on our
17   tactical team and they'll contact me so
18   as the time that the coordinator is
19   notified of the request.
20          Q.   And then it says, Division
21   director notified division director next.
22   Who's that?
23          A.   That would be the captain of
24   our operation's section.

Page 37

1           Q.   And do you know --
2           A.   That might be the -- my
3    notification goes I get requested, if it
4    meets -- when I speak to them on the
5    phone.  If it meets on face value our
6    criteria then we can do it at least
7    further -- go along with the meet in
8    person, then I'll contact my boss who's a
9    lieutenant and then run it by him and
10   then they'll give an approval.
11          If he's not there I go
12   through the captain.  But it ends up
13   going through the captain regardless
14   either through me or my lieutenant who is
15   my next rank above me.
16          Q.   And then the next line says,
17   Other notifications RISSafe?
18          A.   It would be RISSafe if it's
19   just a deconfliction thing that to make
20   sure two different -- I'll say for
21   instance I'll say the ATF was also
22   investigating this residence or these
23   people and they had something -- that
24   they were going to serve a search warrant

10  (Pages 34 to 37)

Sgt. Mark Rowlands
December 18, 2020

Page 38

1    that same day in the morning.  It's a
2    just a deconfliction to make sure that's
3    not going to happen.
4        Q.   Understood.  You don't want
5    two groups of law enforcement converging
6    on the same property at the same time
7    that don't know the other one's going to
8    be there?
9        A.   Correct.  Also works for
10   with investigators.  They will say, hey,
11   someone also has a RISSafe pull on this,
12   you guys need to deconflict was going on
13   just so just we're information sharing.
14       Q.   I'm going to go to the next
15   page.  Okay?
16       A.   Okay.
17       Q.   Here at the top of page 2
18   there just looks to be like a checklist.
19   And I'm guessing these are just the names
20   of troopers that went in?
21       A.   Not that went in, that were
22   part of this warrant service in one way
23   or another.  So if you look at that Alfa,
24   Bravo, Charlie, Delta, Echo 1, Echo 2,

Page 39

1    they are the tact unit members, either
2    entry or counter snipers.  Then if you go
3    down to Foxtrot, Golf, they're the
4    negotiators.  And then the coordinator,
5    additional members would be myself and
6    Mallon is overall in charge for the
7    negotiation section.  And then our
8    medics, they are just the medics that
9    came.  We have subcontract medics.
10       Q.   And the medics they don't go
11   into until after everything's secure?
12       A.   Correct.  They wouldn't go
13   in unless we call for them.
14       Q.   And in this case you did
15   that for an elderly woman that was in the
16   property?
17       A.   Yes.
18       Q.   I'm going to scroll down.
19   Okay?
20       A.   Okay.
21       Q.   Can you tell us -- we're on
22   page 3 now.  Can you tell us what this
23   is?
24       A.   This would be the line up

Page 40

1    for our SERT west team.  Since we had
2    multiple structures to clear we brought
3    out who was available for our west team.
4    So the same thing, Kilo, Lima, Mike,
5    November, Echo 3, Echo 4 are the tactical
6    unit.  They'll tell -- negotiators.  And
7    then Powell would be the -- is the SERT
8    west coordinator, my equal for the west
9    team.  And he would have been overseeing
10   the garage and trailer.
11       Q.   Going to page 4.  This --
12   where it says Description of structure
13   this says The main residence is a bilevel
14   style home with tan siding and multiple
15   additions.  The main part of the
16   residence faces Old Allentown Road.  The
17   primary entry door is located on the one
18   side of the main residence and is
19   situated on a small porch.  The numbers
20   340 are on the front of said porch roof.
21       The driveway leads from the
22   main road to the foreside where there is
23   a small white fence that encompasses a
24   patio which leads to the foreside door.

Page 41

1    This door is a glass French door.
2        Also included on this search
3    warrant is a single wide trailer and a
4    large garage which are located on the
5    south side of the property.
6        Did you -- is all that
7    accurate?
8        A.   Yes, which I can remember,
9    it is.
10       Q.   Did you get that information
11   before or after the warrant was executed?
12       A.   Prior to.  Well, I can't
13   remember the way exactly this one went.
14   We're probably 300 plus jobs ago for this
15   one.  But for this when we do our brief
16   with investigators they tell us about the
17   house, they describe it, look at
18   photographs, videos, we'll pull up
19   anything on Google Earth, anything we
20   can.
21       Then we eventually do a
22   drive-by with investigators so they could
23   point out the residence to us.  So
24   between that information they're giving

11  (Pages 38 to 41)

Sgt. Mark Rowlands
December 18, 2020

Page 42

1  us and then what they're pointing out to
2  us we can verify it's the correct house.
3  And so our guys that do the drive-by, we
4  will get the description on this and
5  that's what they'll put down.
6       Q.   It says method of operation,
7  knock and announce.  And then next to it
8  is contain and hail and then vehicle take
9  down.
10           Can you explain what knock
11  and announce is?
12       A.   Knock and announce search
13  warrant, knock and announce your
14  presence.  Warrant service.
15       Q.   Did they do that in this
16  case?
17       A.   Yes.  And like I said before
18  that, with that from the BearCat --
19  normally from the BearCat is sometimes
20  one of the vans, but 90 percent of times
21  the BearCat, they're overhead lights for
22  identification purposes and announcements
23  are coming from the BearCat and the PA
24  system.

Page 43

1       Q.   I'm going to scroll down.
2  Okay?
3       A.   Yup.
4       Q.   What is -- this page uses
5  the word staging a lot.  Can you tell me
6  what this page is about?
7       A.   Just more of description of
8  where the guys are going to stage at for
9  the briefing.  Staging for the local EMS
10  we have all the tactical medics go direct
11  with local EMS and have them on standby.
12  Some are within a close range if they
13  need to respond to treat anyone that
14  could have been injured, ourselves,
15  anyone in the residence.
16           Primary entry point is where
17  the primaries -- where we want to make
18  entrance.  Secondary is if the primary
19  doesn't work we have a backup plan.  And
20  abort plan is basically set for -- we
21  take gunfire at the door or you can't
22  make entrance into the residence for one
23  reason or another we do a -- set up a
24  perimeter and do a contain and hail.

Page 44

1       Q.   I'm going to scroll down.
2  Okay?
3       A.   Yes, sir.
4       Q.   CI reported seeing several
5  guns in the residence and several of the
6  adults carry guns on their person.  Also
7  several videos on Facebook show several
8  family members shooting a variety of guns
9  on the property to include an AR and a
10  .50 cal rifle.  CI reports the property
11  has an extensive surveillance system.
12           You had all that information
13  in advance, correct?
14       A.   Yes, sir.
15       Q.   Scrolling down to page 6.
16  It says on this page Announcement from
17  vehicles.  So is this what you just
18  described?
19       A.   Yes.
20       Q.   It says Announcement will
21  come from the BearCat, Residence of 340
22  Old Allentown Road, this is the State
23  Police.  We have a search warrant for the
24  residence.  The announcement will be

Page 45

1  repeated until the residence and subjects
2  are secure; is that right?
3       A.   Correct.
4       Q.   When you say repeated, is it
5  a recording or you just keep saying it
6  over and over again?
7       A.   We keep saying it over and
8  over again.  And it varies so -- we do it
9  different ways.  I mean -- we just did
10  one where the majority of the home
11  residents were Spanish only speaking.  So
12  I had the negotiator do it twice in
13  Spanish then once in English and just
14  keep repeating that in order the whole
15  time.
16       Q.   And then next here it says
17  Vehicle East Tac, Driver Johnson,
18  Passenger, Chulock, team leader, Chulock
19  and it has 1 through 9.  What does this
20  mean?
21       A.   It's just an order that
22  they're going to be going into the
23  residence via that or order they're going
24  to be coming out of the vehicle for the

12  (Pages 42 to 45)

Sgt. Mark Rowlands
December 18, 2020

Page 46

1    warrant service.  So as you break it down
2    for this -- east utility, everyone to the
3    one side which is the front of the house
4    for this case and making entry through
5    that front door.
6        Q.   I'm going to scroll down.
7        A.   Okay.
8        Q.   And then what is this second
9    group here, who are these folks?
10       A.   So second group, the first
11   guy Atkinson, he would have been coming
12   out of that vehicle and meeting up with
13   the members from the top vehicle, the
14   utility van.  But everyone else was from
15   this vehicle would have been lined up
16   going to entry point on the foreside,
17   which would have been the right side of
18   the house if you're looking at if from
19   the road parallel to the driveway.
20       Q.   And I notice next number 8
21   there is someone named King next to it.
22   Do you see that?
23       A.   Correct.
24       Q.   Is King African American?

Page 47

1        A.   He is.
2        Q.   Is he the only African
3    person that's listed on any of these 18
4    people on this page?
5        A.   Correct.
6        Q.   Did you have an opportunity
7    to debrief with King?
8        A.   He would have been part of
9    the overall debrief, correct.
10       Q.   Did you speak with him?
11       A.   I'm not sure if he spoke or
12   didn't speak at the debrief.
13       Q.   Are you aware that two of
14   the plaintiffs in this case claimed that
15   when they were being assaulted by
16   troopers that King stepped in and helped
17   them?
18           MR. BRADFORD:  Objection to
19   form.  You can answer.
20   BY MR. ZEIGER:
21       Q.   And told the -- told the
22   other troopers they were using too much
23   force, are you aware of that?
24       A.   No.

Page 48

1           MR. BRADFORD:  Objection to
2    form.
3    BY MR. ZEIGER:
4        Q.   And you never had a
5    debriefing with King where he told you
6    some other troopers were using too much
7    force inside the house?
8        A.   No.
9        Q.   If King had told you that,
10   what would you have done?
11          MR. BRADFORD:  Objection.
12   You can answer.
13          THE WITNESS:  If King told
14   me that what would I have done?
15   BY MR. ZEIGER:
16       Q.   Yeah, if King said to you so
17   and so trooper was too aggressive inside
18   there what would you have done as a
19   result of that conversation?
20       A.   I would have to further
21   address what happened and take it from
22   there.  I can't really answer it.
23       Q.   In this case did you do any
24   further investigation on any of the

Page 49

1    troopers that were inside the house?
2        A.   I had to do a use of force
3    report.  We call it a blue team entry.
4    Kind of goes to internal affairs.  So for
5    us any type of use of force that creates
6    injury or I believe suspected injury that
7    maybe wasn't reported or if we throw --
8    if we use a noise-flashing diversionary
9    device inside a house -- most of them
10   come from barricades generally if we
11   shoot -- if we use chemical emissions in
12   the house, if we use an explosive breach
13   on a house or whatever structure we're
14   doing we have to do a use of force or
15   somebody gets shot with less lethal, with
16   lethal rounds and things like that.
17       Q.   Who was the trooper in this
18   case that you did the blue sheet on?
19       A.   Blue team would have
20   Painter, was a shield I believe Schimp
21   and I can't remember if who, if any, I
22   listed as witnesses.  I do not recall.
23       Q.   Why did you do that in this
24   case?

13  (Pages 46 to 49)

Sgt. Mark Rowlands
December 18, 2020

Page 50

1    A.   Because the female that was
2  claiming back injury and had some chipped
3  teeth I believe was Painter -- Trooper
4  Painter came into contact with her with
5  his shield and then Schimp would have
6  been his -- eventually through the
7  debrief figured out that Schimp ended up
8  being his cover person, try to make entry
9  into a room.
10    Q.   I'm going to scroll to the
11  next page.  Okay?
12    A.   Yes, sir.
13    Q.   And who are these folks here
14  at the top?
15    A.   1 through 6?
16    Q.   Yes, sir.
17    A.   Garipoli, we have a CP log
18  that they kind of keep ongoing log of
19  what's going on.  Coordinator is myself,
20  Heckman would have been the medic in the
21  back of the BearCat.  Patillo would have
22  been -- he's one of our counter snipers,
23  so he's outside coverage on the one
24  forecorner of the structure and then

Page 51

1  Falcone and Pierotti were point covers
2  coming out and meeting up with the second
3  van.  I think it was a tac van, east tac
4  van.
5    Q.   Scrolling down again, who
6  are these people listed 1 through 8?
7    A.   They were all counter
8  snipers that were used for outside
9  coverage containment.
10    Q.   And then Bobella is just a
11  medic?
12    A.   Correct.  He would have been
13  -- we try to keep a medic in the BearCat
14  and then a medic in a trail vehicle.
15    Q.   I'm going to scroll down.
16  Okay?
17    A.   Yes, sir.
18    Q.   This is page 8.  It says the
19  directions at the top and then again it
20  says announced and then now we have new
21  people listed 1 through 7.  Who are these
22  folks?
23    A.   They would have been
24  individuals going to and -- I talked

Page 52

1  about before doing the garage and the
2  trailer, they were assigned to that part
3  of the property.
4    Q.   The three people here at the
5  bottom, who are these three?
6    A.   Julius is a negotiator who
7  is now a drone pilot.  So he kept a log
8  for the garage and the trailer.  Moy
9  would have been outside coverage.  He was
10  a counter sniper.  So outside coverage
11  containment.  And then Albertson would
12  have been the medic in the BearCat for
13  the residence.
14    Q.   Understood.  Scrolling more
15  here.  What is this page?
16    A.   Just an overall briefing of
17  the preplan, the plan itself.  I'm going
18  to put my coat on.  My office is
19  freezing.  Kind of like overall report of
20  everything that we came up with during
21  the preplan for this, kind of summarize
22  it.
23    Q.   The first paragraph seems
24  like the same first paragraph on an

Page 53

1  earlier page?
2    A.   Yeah, same thing as page
3  one.
4    Q.   I'm going to skip that
5  paragraph.
6    A.   Okay.
7    Q.   I'm going to scroll down a
8  little and then this second paragraph
9  just talks about the people inside the
10  house, their prior criminal records and
11  who you believe owns firearms and all
12  that, correct?
13    A.   Correct.
14    Q.   The next paragraph says, It
15  should be noted that the family is not
16  police friendly and it is believed that
17  the property is equipped with some type
18  of surveillance system and alarms which
19  allow the property owner to monitor the
20  property.
21         Where did you get that
22  information from?
23    A.   That had come from the
24  detectives that requested us or local PD

14  (Pages 50 to 53)

Sgt. Mark Rowlands
December 18, 2020

Page 54

1    that covers that area.
2        Q.   Did you find any evidence of
3    any surveillance system when you did this
4    job?
5        A.   I don't recall.
6        Q.   The next paragraph talks
7    about some dogs.  The next paragraph
8    talks about the requests.  And then the
9    next paragraph talks about I guess your
10   sort of -- let me scroll up.
11       A.   Can you scroll back a couple
12   pages?  Do you care if I refer to my
13   report?  I can probably find it a lot
14   quicker reference to surveillance
15   systems.
16       Q.   Please do.  Can you tell us
17   what information you had regarding any
18   surveillance?
19       A.   Nothing.  Sometimes in some
20   of the questions it will list if they saw
21   it.  If -- during the drive-by they
22   actually saw cameras or something like
23   that.  When I briefed over I missed that,
24   but it wasn't on there.

Page 55

1        Q.   So in this case there's no
2    information that they had them, correct?
3        A.   I can't recall either way.
4    We have information on this.  It says
5    there is -- sometimes we can see them,
6    sometimes we can't.  So like for our
7    planning purposes, I would plan for --
8    they do have some type of surveillance
9    system.
10       Q.   I'm going to scroll down.
11       A.   Yes, sir.
12       Q.   Then here on the bottom of 9
13   goes to the top of 10 it says SERT east
14   and west.  Do you see that paragraph?
15       A.   Yes, sir.
16       Q.   And so that talks about the
17   actual plan, that's actually like the
18   plan of what's going to happen?
19       A.   Yeah, that just talks about
20   where we're going to meet, do the
21   briefing and then basically do the
22   rehearsal.  We rehearse everything kind
23   of like glass boxes is what we call it.
24   Then we practice rehearsals, entries,

Page 56

1    secondary, abort plans, gun fire, things
2    like that.
3        Q.   And at the bottom it says,
4    Result:  Eight adults including Mark
5    Anglemeyer and one 17 year old were
6    detained as a result of this search
7    warrant.  Several weapons to included a
8    sawed off semi-automatic 10-22 Remington
9    rifle with a homemade suppressor and box
10   of homemade suppressor parts were
11   observed in plain view?
12       A.   Correct.
13       Q.   Why did you write -- why did
14   you add that to the report?
15       A.   We always put results if we
16   have anything for things that are plain
17   view or investigators get back to us
18   right away with what they found overall.
19       Q.   And in that paragraph you
20   did not put anything about any
21   methamphetamine, correct?
22       A.   Correct.
23       Q.   And you did not put anything
24   on there about Ada Anglemeyer having a

Page 57

1    firearm on her person correct?
2        A.   Correct.
3        Q.   And you did not put anything
4    on here about Joseph Kluska having a
5    firearm on his person, correct?
6        A.   Correct.
7        Q.   That's the end of this
8    10-page document.  Okay?
9        A.   Yes, sir.
10       Q.   Earlier you -- I asked you
11   about if you filled out use of force
12   report for any of the officers.  And you
13   mentioned the one officer I think his
14   name was Painter, you said that you
15   filled it out because he used his shield
16   in some way.
17           Do you remember that part of
18   the deposition today?
19       A.   Yes.
20       Q.   And so can you describe for
21   us how he used his shield to the best of
22   your knowledge?
23       A.   The best of my knowledge the
24   way I remember it is they were clearing

15  (Pages 54 to 57)

Sgt. Mark Rowlands
December 18, 2020

Page 58

1    through the lower level of the structure.
2    So they would have made entry what we
3    refer to as the foreside.  So it would
4    have been looking at the front, the right
5    side of the house and working their way
6    towards the back of the residence trying
7    to push deep as fast as we can and kind
8    of clear back from there.
9          And if I remember correctly
10   she was repeating their entrance into a
11   room and he used his shield to push her
12   out of the way to make entry into that
13   room after giving commands which weren't
14   followed.
15        Q.   Are troopers permitted to
16   use their shield in that way?
17        A.   Yes.
18        Q.   Were you interviewed by
19   anyone in regard to the amount of force
20   that he used on that day?
21        A.   I do not remember if I was
22   interviewed for the internal affairs
23   investigation.
24        Q.   Did you speak to anyone

Page 59

1    about that?
2         A.   About what?  I don't
3    remember if I was interviewed or not.  I
4    don't know how it stands.  If I was
5    interviewed, I spoke to someone.  If I
6    wasn't interviewed, I didn't.
7         Q.   Did you speak to Painter
8    about it?
9         A.   I told them it was going to
10   be a blue team entry done.
11        Q.   What did he say?
12        A.   I don't remember, probably
13   okay.
14        Q.   I'm going to pull up another
15   document.  We're getting towards the end.
16   I promise.
17        A.   No worries.  I'm paid till
18   3:00 anyway.
19        Q.   Do you see this document?
20        A.   I do.
21        Q.   Do you know what this?
22        A.   Yes, it's our intel report
23   that our -- whoever negotiator is that we
24   have assigned at that point.  So this

Page 60

1    would have been Corporal Johnson.
2             MR. BRADFORD:  Brian, did we
3    mark the first document or do you
4    want to?
5             MR. ZEIGER:  The first
6    document we can mark as Rowland-1.
7             MR. BRADFORD:  And we'll
8    make this Rowland-2.
9             MR. ZEIGER:  Yes, sir.  And
10   I apologize to the court reporter
11   for not having them premarked and
12   upload in the system and troubles.
13   Because of COVID no one's in my
14   office but me.
15           ---
16        (At this time, Rowland-1 and
17   Rowland-2 was marked for
18   identification.)
19           ---
20   BY MR. ZEIGER:
21        Q.   Who filled out this document
22   if you know?
23        A.   Prepared by Corporal
24   Johnson.

Page 61

1         Q.   And do you know was this
2    filled out before or after the raid?
3         A.   Before.
4         Q.   Did you have an opportunity
5    to review this document before your
6    deposition today?
7         A.   Yes.
8         Q.   Were there any mistakes or
9    was there omissions in this document?
10        A.   Not that I can see.
11        Q.   Just give me one second.  So
12   what's the purpose of having this SERT
13   intelligence brief before this job
14   begins, can you tell us?
15        A.   Just to make sure everyone's
16   aware of what's going on.  To make sure
17   information that the best we could verify
18   SERT investigators have told us.  They'll
19   do their own independent workup.  This is
20   read at the briefing, the photographs are
21   displayed.
22        Q.   And this last group of
23   questions here.  Do you know the name of
24   the trooper who had contact with a man

16  (Pages 58 to 61)

7446589c-22fa-442f-83ee-8a9a22dd55b1

Sgt. Mark Rowlands
December 18, 2020

Page 62

1    named Jeffrey Anglemeyer?
2        A.   I don't.
3        Q.   Do you know the name of the
4    trooper who had contact with a man with
5    Richard Anglemeyer?
6        A.   I do not.
7        Q.   And is there anything else
8    that I didn't ask about this case that
9    you would like to put on the record
10   today?  Do you have any information about
11   any other subject?
12           MR. BRADFORD:  Objection to
13   form.  You can answer.
14           THE WITNESS:  I do not.
15   BY MR. ZEIGER:
16       Q.   Thank you very much,
17   Sergeant.  Please be safe.
18           - - -
19           CROSS-EXAMINATION
20           - - -
21   By MR. BRADFORD:
22       Q.   Sergeant, real quick.  The
23   Rowland-2, that document we were just
24   looking, the intelligence brief -- and

Page 63

1    I'll put it on my screen here.  Is it
2    fair to say that each of the individuals
3    included on this document that it
4    contains information about their criminal
5    histories?
6        A.   Yes.
7        Q.   So in addition to any gun
8    ownership records it would also contain
9    their criminal histories for each of
10   these individuals?
11       A.   Yeah, they'll go into
12   specifics for criminal histories.  Mostly
13   for -- part of meeting our criteria at
14   some points, use of force, if they have a
15   violent criminal history, et cetera.
16       Q.   So the troopers are informed
17   of the criminal history that of each of
18   the individuals that are expected to be
19   there?
20       A.   Correct.
21       Q.   And the briefing that you
22   conducted at the barracks, was that video
23   recorded?
24       A.   Yes.

Page 64

1        Q.   And you provided me with all
2    those recordings from that briefing?
3        A.   Yes, or someone did.
4            MR. BRADFORD:  And Brian,
5    I'll represent to you that I
6    provided all those in discovery.
7    That's all I got.
8            - - -
9            REDIRECT EXAMINATION
10           - - -
11   BY MR. ZEIGER:
12       Q.   I'm going to follow up,
13   Sergeant.  Sorry about that.
14       A.   No problem.
15       Q.   And you see this one here,
16   Richard Conrad Anglemeyer?
17       A.   I do.
18       Q.   This page has been
19   previously been marked as PSP25, and this
20   one says Richard has no criminal history.
21   Do you see that?
22       A.   Yes.
23       Q.   So just because someone's on
24   this list doesn't mean they have a

Page 65

1    criminal history; isn't that correct?
2        A.   Correct.  For these reports
3    they'll cover anyone they know or we
4    believe that's going to be in the
5    structure.  I know this report what it
6    is.  If they have a criminal history,
7    they'll list what it is.  If they don't
8    have a criminal history, they'll list
9    they don't have a criminal history.
10       Q.   So this report is a list of
11   the known occupants of the house,
12   correct?
13       A.   Yes, or acquaintances that
14   could possibly be there.
15       Q.   It's not if you're on the
16   list you have a criminal history?
17       A.   Correct.
18       Q.   That's misstated, correct?
19       A.   Correct.
20       Q.   I have nothing further.
21           (Witness excused.)
22           (Deposition concluded at
23   12:41 p.m.)
24

17 (Pages 62 to 65)

Sgt. Mark Rowlands
December 18, 2020

Page 66

```
 1            C E R T I F I C A T I O N
 2
 3          I, hereby certify that the
 4    proceedings and evidence noted are
 5    contained fully and accurately in the
 6    stenographic notes taken by me in the
 7    foregoing matter, and that this is a
 8    correct transcript of the same.
 9
10
11
12


      _____
      Court Reporter - Notary Public
15
16
17
18
19
20
21
22
23
24
```

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

Sgt. Mark Rowlands
December 18, 2020

Page 1

**A**

**a.m** 1:16 34:7
34:13
**abiding** 35:12
32:15 36:7
**abort** 43:20
56:1
**access** 12:12
27:10
**accessible**
33:14,15
**accurate** 28:8
29:11 41:7
**accurately**
66:5
**acquaintan...**
65:13
**action** 9:14
**actual** 55:17
**Ada** 1:2
56:24
**add** 56:14
**add-ons**
10:14
**addition** 63:7
**additional**
39:5
**additions**
40:15
**address**
48:21
**administeri...**
4:24
**admit** 18:13
19:4
**adults** 31:13
31:24 35:18
44:6 56:4
**advance** 6:20
44:13
**affairs** 49:4
58:22
**African**
46:24 47:2
**agency** 28:24
**aggressive**
48:17
**ago** 41:14
**agreed** 4:14
**agreement**
4:1
**al** 1:6
**alarms** 53:18

**Albertson**
52:11
**ALEXAND...**
1:14
**Alfa** 38:23
**Allentown**
28:6,10
40:16 44:22
**allow** 53:19
**alluding** 36:3
**ALVARA...**
1:14
**American**
46:24
**amount**
58:19
**and/or** 32:17
**Anglemeyer**
1:2 6:16
29:10,14
31:9 35:24
56:5,24
62:1,5
64:16
**announce**
42:7,11,12
42:13
**announced**
51:20
**announcem...**
44:16,20,24
**announcem...**
42:22
**answer** 12:24
13:4 16:4
18:17 19:9
20:16,18
22:3 23:17
23:24 32:15
47:19 48:12
48:22 62:13
**answered**
26:15
**answers**
14:14 20:9
**anyway**
59:18
**apologize**
60:10
**Appointed**
15:11
**appropriate**
16:14
**approval**

37:10
**AR** 44:9
**Arch** 2:9
**area** 54:1
**Armored**
23:7
**arrest** 26:21
27:2 36:2
**ARs** 27:6
**asked** 33:20
57:10
**assault** 36:2
**assaulted**
47:15
**assigned** 52:2
59:24
**assignment**
19:12
**assistance**
7:11 28:5
**assistant**
36:14
**assume** 33:5
**assuming**
36:6
**ATF** 37:21
**Atkinson**
46:11
**attorney** 2:8
5:16
**authority**
8:21
**available**
40:3
**aware** 18:15
22:8 47:13
47:23 61:16

**B**

**B** 3:7
**back** 31:4
50:2,21
54:11 56:17
58:6,8
**backup** 43:19
**Bangor** 28:6
**barracks** 8:2
63:22
**barricade**
9:18
**barricades**
49:10
**based** 7:13
14:14 16:4

16:12
**basic** 32:21
**basically**
43:20 55:21
64:4
**bear** 5:23
**BearCat** 9:9
9:23 23:6
30:21,24
42:18,19,21
42:23 44:21
50:21 51:13
52:12
**beginning** 7:7
**begins** 61:14
**Belfast** 8:2
**believe** 30:18
49:6,20
50:3 53:11
65:4
**believed**
53:16
**believes**
31:13
**best** 57:21,23
61:17
**bilevel** 40:13
**bit** 27:19
**block** 8:8,8
**blue** 49:3,18
49:19 59:10
**Bobella** 51:10
**body** 21:5,6,9
21:16 22:1
**boss** 37:8
**bottom** 24:22
25:14 52:5
55:12 56:3
**Boulevard**
2:4
**box** 56:9
**boxes** 27:5
55:23
**BRADFORD**
2:8 11:14
11:18 12:23
13:2,6,18
18:16 20:17
23:16,23
27:18 47:18
48:1,11
60:2,7
62:12,21
64:4
**Bravo** 38:24

**breach** 49:12
**break** 46:1
**Brian** 2:3
27:18 60:2
64:4
**brief** 3:11
18:3 36:6
41:15 61:13
62:24
**briefed** 54:23
**briefing** 6:24
8:3,5,13
43:9 52:16
55:21 61:20
63:21 64:2
**bring** 10:5
**broken** 8:7
**brought** 11:2
16:1 40:2
**buck** 14:18
**building**
23:15
**buildings**
29:23
**burglarized**
35:11
**buyers** 31:7
**buys** 29:9

**C**

**C** 2:1 66:1,1
**cal** 44:10
**call** 6:9 7:9
7:16 39:13
49:3 55:23
**called** 13:13
23:6
**cameras** 22:4
22:5,10,14
22:15,20
23:1,3,9
34:13 54:22
**camouflage**
33:22,24
**cams** 21:5,6,9
21:16 22:2
**captain** 14:22
36:23 37:12
37:13
**car** 9:8 22:19
22:20 23:1
**care** 54:12
**carry** 32:1,18
33:1,3,7

34:18 35:13
44:6
**carrying**
35:19
**cartels** 12:10
**case** 6:15 9:3
9:21 16:22
18:6 20:12
39:14 42:16
46:4 47:14
48:23 49:18
49:24 55:1
62:8
**catch-22** 20:8
**center** 32:22
**certain** 15:22
25:20
**certification**
4:3
**certify** 66:3
**cetera** 18:5
35:3 63:15
**challenging**
24:7
**chance** 32:4
**change** 10:10
33:8,12
**charge** 8:14
16:18 39:6
**Charlie** 38:24
**checked**
27:21
**checklist**
38:18
**chemical**
49:11
**chipped** 50:2
**Chulock**
25:15,24
45:18,18
**CI** 29:8 44:4
44:10
**circles** 20:21
**citizens** 35:12
**civilians**
20:14
**claim** 18:8,22
**claimed**
47:14
**claiming** 10:4
50:2
**clear** 40:2
58:8
**clearing**

57:24
**close** 43:12
**closer** 30:5
**coat** 52:18
**Code** 4:16
**colonel** 14:24
**com** 9:19
**combination**
26:21,22
**come** 8:23
29:13 31:8
33:21 44:21
49:10 53:23
**comes** 10:9
25:18 36:15
**coming** 6:14
42:23 45:24
46:11 51:2
**command**
9:10 14:7
**commands**
58:13
**commencing**
1:16
**commission**
14:23
**commissio...**
14:20 15:3
15:3,7
**complained**
11:9 21:15
22:13
**completed**
25:24
**conceal** 32:1
32:17,24
**concluded**
65:22
**conduct** 5:24
26:19
**conducted**
4:17 63:22
**conference**
4:18 5:6
6:1
**confirm**
32:16
**confirmation**
32:22
**confirming**
5:4
**Conrad**
64:16
**consent** 5:9

**considered**
5:10
**contact** 17:4
17:8,13,21
18:1,4,9,14
19:4 20:14
29:13 36:17
37:8 50:4
61:24 62:4
**contacted**
28:4
**contain** 42:8
43:24 63:8
**contained**
66:5
**containment**
51:9 52:11
**contains** 63:4
**controlled**
29:8
**converging**
38:5
**conversation**
48:19
**coordinator**
19:14,16
36:10,18
39:4 40:8
50:19
**coordinators**
36:14
**copy** 5:17
**corner** 24:23
**Corporal**
60:1,23
**correct** 6:22
9:7 10:20
15:9,11
16:7 23:4,7
26:23 27:23
30:13,14
31:11 35:22
36:5 38:9
39:12 42:2
44:13 45:3
46:23 47:5
47:9 51:12
53:12,13
55:2 56:12
56:21,22
57:1,2,5,6
63:20 65:1
65:2,12,17
65:18,19

Sgt. Mark Rowlands
December 18, 2020

66:8
**correctly**
58:9
**costs** 5:24
**counsel** 2:6
2:11 4:1,14
4:19 5:20
**counter** 8:11
39:2 50:22
51:7 52:10
**County** 1:5
7:10 28:3,7
**couple** 7:20
36:9 54:11
**course** 11:17
**court** 1:1
4:18 5:4
12:16 60:10
66:12
**cover** 50:8
65:3
**coverage**
8:12 50:23
51:9 52:9
52:10
**covering**
31:20
**covers** 51:1
54:1
**COVID**
60:13
**CP** 50:17
**CR** 35:16
**creates** 49:5
**crew** 25:18
**criminal** 33:4
33:16 36:1
53:10 63:4
63:9,12,15
63:17 64:20
65:1,6,8,9
65:16
**criteria** 7:15
8:22 37:6
63:13
**CROSS-E...**
62:19
**cruisers**
22:18
**crystal** 28:16
28:20 29:2
29:5

————————
**D**

**D** 3:1
**day** 7:24 38:1
58:20
**deal** 12:8
19:8
**dealers** 12:9
**dealing** 8:11
**debrief** 13:8
16:24 17:6
47:7,9,12
50:7
**debriefing**
19:7 20:7
48:5
**December**
1:9
**decision** 16:5
**decisions**
9:13 14:18
**deconflict**
38:12
**deconfliction**
37:19 38:2
**deep** 58:7
**Defendant**
1:7
**Defendants**
2:11
**Delta** 38:24
**depart** 28:24
**department**
21:8,20
**deposition**
1:13 4:17
5:2 6:1
26:4 57:18
61:6 65:22
**depth** 7:3
**deputy** 14:23
**describe**
41:17 57:20
**described**
44:18
**description**
3:9 18:4
40:12 42:4
43:7
**detailed** 8:13
**detained** 56:6
**Detective** 7:9
28:2
**detectives**
7:19 53:24
**device** 49:9

**different** 8:10
37:20 45:9
**differently**
23:22
**direct** 6:3
43:10
**directions**
51:19
**directive** 9:14
**director**
36:21,21
**discovery**
64:6
**discussion**
32:10
**displayed**
10:16 61:21
**distribution**
28:16
**DISTRICT**
1:1,1
**diversionary**
49:8
**division**
36:20,21
**document**
17:18 24:4
24:5,9,12
24:16,21,22
25:6,10
26:3,10
57:8 59:15
59:19 60:3
60:6,21
61:5,9
62:23 63:3
**documented**
17:16
**dogs** 54:7
**doing** 32:7
49:14 52:1
**door** 40:17
40:24 41:1
41:1 43:21
46:5
**drab** 34:1
**drive-by**
41:22 42:3
54:21
**driver** 30:23
45:17
**driveway**
30:12,20
40:21 46:19

**drone** 52:7
**drug** 12:9,10
28:3
**drugs** 36:1
**duly** 4:10

————————
**E**

**E** 2:1,1 3:1,7
66:1
**earlier** 33:21
53:1 57:10
**Earth** 41:19
**east** 28:4
45:17 46:2
51:3 55:13
**eastern** 1:1
19:15
**Echo** 38:24
38:24 40:5
40:5
**eight** 31:13
56:4
**either** 26:20
31:24 35:1
37:14 39:1
55:3
**elderly** 39:15
**emailed** 5:19
**emissions**
49:11
**EMS** 43:9,11
**encompasses**
40:23
**ended** 50:7
**ends** 9:17
37:12
**enforcement**
38:5
**English** 45:13
**Enstrom** 7:9
28:2,14
29:16 31:6
31:12,23
35:20 36:4
**entered** 34:6
**entire** 22:5
**entrance**
43:18,22
58:10
**entries** 55:24
**entry** 39:2
40:17 43:16
46:4,16
49:3 50:8

58:2,12
59:10
**equal** 40:8
**equipped**
53:17
**errors** 26:7
**escape** 36:2
**ESQUIRE**
2:3,8
**et** 1:6 18:5
35:2 63:15
**eventually**
41:21 50:6
**everybody's**
19:7
**everyone's**
61:15
**everything's**
10:15 39:11
**evidence**
35:21 54:2
66:4
**exactly** 41:13
**EXAMINA...**
3:4 6:3
4:9
**examined**
4:11
**excused**
65:21
**executed**
28:12 41:11
**exhibit** 5:16
5:18,22
**exhibits** 5:15
**expected** 8:14
63:18
**experience**
16:13
**explain** 7:5
42:10
**explained**
20:19 29:16
**explosive**
49:12
**express** 5:8
**extensive**
44:11

————————
**F**

**F** 2:4 66:1
**face** 7:14
37:5
**Facebook**

44:7
**faces** 40:16
**facility** 9:2
**fact** 11:11
**fair** 16:3 63:2
**Falcone** 51:1
**familiar**
24:18 25:5
**family** 6:16
44:8 53:15
**far** 10:10
16:5
**fast** 7:18 58:7
**fear** 12:13
**female** 18:5
50:1
**fence** 40:23
**figure** 19:20
**figured** 50:7
**filing** 4:2
**filled** 57:11
57:15 60:21
61:2
**find** 13:10,12
16:13 24:9
28:20 33:6
54:2,13
**fine** 6:11
**fire** 56:1
**firearm**
33:13,14,18
57:1,5
**firearms**
27:13 32:17
53:11
**FIRM** 2:3
**first** 7:8 16:1
24:23 30:2
46:10 52:23
52:24 60:3
60:5
**fleeing** 36:3
**Floor** 2:10
**fly** 9:13
**folks** 46:9
50:13 51:22
**follow** 17:23
17:24 64:12
**followed**
58:14
**follows** 4:11
**force** 7:10
28:4,15
47:23 48:7

49:2,5,14
57:11 58:19
63:14
**forecorner**
50:24
**foregoing**
66:7
**foreside**
40:22,24
46:16 58:3
**form** 4:5
18:17 23:17
23:24 47:19
48:2 62:13
**forward** 7:18
7:23
**found** 56:18
**four** 29:8
**Foxtrot** 39:3
**freezing**
52:19
**French** 41:1
**Friday** 1:9
**friendly**
53:16
**front** 31:2
40:20 46:3
46:5 58:4
**fully** 66:5
**further** 5:14
7:15 30:16
31:7 37:7
48:20,24
65:20

————————
**G**

**gangs** 12:10
**garage** 29:19
30:2,17
40:10 41:4
52:1,8
**Garipoli**
50:17
**general** 2:8
10:15
**generally**
49:10
**gentlemen**
18:21 19:5
**getting** 59:15
**give** 8:4 18:3
18:3 24:8
37:10 61:11
**giving** 16:16

41:24 58:13
**glass** 41:1
55:23
**go** 7:22 8:23
9:6 10:1
11:13 20:20
24:4,10
25:2 26:9
26:10 27:24
30:15 37:7
37:11 38:14
39:2,10,12
43:10 63:11
**goes** 9:11
12:19 37:3
49:4 55:13
**going** 6:21
8:6,13 9:17
10:2 11:6
11:14 17:15
18:2 23:12
24:3,4,9,20
25:1,2 26:9
26:10 27:24
33:9 34:10
34:15,23
35:9,14
37:13,24
38:3,7,12
38:14 39:18
40:11 43:1
43:8 44:1
45:22,22,23
46:6,16
50:10,19
51:15,24
52:17 53:4
53:7 55:10
55:18,20
59:9,14
61:16 64:12
65:4
**Golf** 39:3
**good** 8:23
9:12 24:5
**Google** 41:19
**governor**
15:12
**grade** 14:8
21:13
**green** 34:1
**ground** 35:2
**group** 46:9
46:10 61:22

Sgt. Mark Rowlands
December 18, 2020

groups 38:5
guess 54:9
guessing
  38:19
gun 56:1 63:7
gunfire 43:21
guns 34:14
  35:17,19
  44:5,6,8
guy 46:11
guys 6:19
  8:23 10:6
  12:3 19:1
  19:19,21
  22:1 36:7
  36:16 38:12
  42:3 43:8

___ H ___

H 3:7
hail 42:8
  43:24
handguns
  27:5 31:24
  32:24
handle 9:15
  29:18
hands 35:2
happen 8:6
  11:6 38:3
  55:18
happened 7:8
  12:21 18:1
  20:12 48:21
hear 27:14
  32:14
heavy 12:9
Heckman
  50:20
held 32:11
helmets
  10:11 34:2
helped 47:16
helps 26:1
hey 21:15
  38:10
higher 21:1
histories 63:5
  63:9,12
history 36:1
  63:15,17
  64:20 65:1
  65:6,8,9,16
hold 21:1

28:19 32:8
home 40:14
  45:10
homemade
  56:9,10
honest 12:2
hours 8:1
  28:2
house 6:20,21
  17:5,14
  18:8,22
  19:3,22
  34:6,11
  41:17 42:2
  46:3,18
  48:7 49:1,9
  49:12,13
  53:10 58:5
  65:11
human 17:14
  17:20
humans
  19:23 22:6

___ I ___

identification
  34:12,16,17
  34:20 35:5
  42:22 60:18
identify
  18:10 20:13
identifying
  34:22,24
  35:4
identity 5:5
illegally
  27:12,15,16
immediate
  9:15 12:12
in-between
  30:6
incident 9:18
include 44:9
included
  11:19 41:2
  56:7 63:3
including
  56:4
independent
  35:21 61:19
indicate
  24:20
indicated
  17:12

individual
  10:14 17:17
  17:19 18:5
  25:16 35:6
individual's
  12:12
individuals
  12:9 18:7
  34:23 51:24
  63:2,10,18
information
  7:13,20
  12:17 27:11
  36:4 38:13
  41:10,24
  44:12 53:22
  54:17 55:2
  55:4 61:17
  62:10 63:4
informations
  12:16
informed
  63:16
injured 43:14
injury 10:4
  49:6,6 50:2
inside 17:14
  23:15 31:14
  48:7,17
  49:1,9 53:9
inspection
  30:11
instance
  37:21
intel 8:16
  27:7 32:7
  32:20,21
  36:6,8
  59:22
intelligence
  3:11 8:15
  61:13 62:24
intentional
  13:16,23
  14:3
interactions
  21:3
internal 49:4
  58:22
interviewed
  58:18,22
  59:3,5,6
invest 7:16
investigating

28:24 37:22
investigation
  28:15 29:7
  29:10 48:24
  58:23
investigators
  35:23 38:10
  41:16,22
  56:17 61:18
involved
  12:10 23:13
involving
  6:15

___ J ___

J 2:3
Jeffrey 62:1
job 6:17 8:20
  11:13 23:14
  25:16 54:4
  61:13
jobs 16:19
  41:14
John 2:4
  25:15,24
Johnson
  45:17 60:1
  60:24
Joseph 57:4
Julius 52:6

___ K ___

keep 45:5,7
  45:14 50:18
  51:13
Kennedy 2:4
kept 52:7
KEVIN 2:8
Kilo 40:4
kind 7:2 8:4
  8:19 19:17
  25:24 30:6
  31:19 49:4
  50:18 52:19
  52:21 55:22
  58:7
King 46:21
  46:24 47:7
  47:16 48:5
  48:9,13,16
Kluska 57:4
knock 42:7
  42:10,12,13
know 7:21

10:22,23
  11:18 12:21
  15:2,15
  16:4 17:3
  17:10,12
  18:24 19:9
  19:18 20:10
  20:15,18
  21:11 22:9
  22:11,17
  25:12 28:21
  30:11 33:20
  37:1 38:7
  59:4,21
  60:22 61:1
  61:23 62:3
  65:3,5
knowledge
  57:22,23
known 65:11
knows 19:22

___ L ___

large 41:4
law 5:11
  35:12 38:5
leader 25:16
  45:18
leaders 7:2
  8:9
leads 40:21
  40:24
leave 9:1
left 30:13
legal 8:21
legally 27:15
LegalView/...
  4:22
lethal 49:15
  49:16
level 58:1
levels 15:19
license 33:2,7
lieutenant
  14:22 37:9
  37:14
lights 42:1
Lima 40:4
line 37:16
  39:24
lined 46:15
lines 36:9
list 54:20
  64:24 65:7

65:8,10,16
listed 47:3
  49:22 51:6
  51:21
litigation
  5:13
little 24:7
  27:19 30:16
  53:8
live 31:14
local 43:9,11
  53:24
located 17:5
  40:17 41:4
locations
  4:21
log 50:17,18
  52:7
long 12:15
  21:22
look 38:23
  41:17
looking 46:18
  58:4 62:24
looks 34:3
  38:18
loose 6:23
Loosely 10:8
lot 12:8 18:2
  43:5 54:13
lower 58:1

___ M ___

main 29:9,18
  29:24 30:7
  30:12,21
  31:9 40:13
  40:15,18,22
major 14:23
majority
  45:10
maker 16:5
making 22:19
  46:4
male 18:5
  29:11
Mallon 39:6
man 61:24
  62:4
manner 5:7
mark 1:13
  3:3 4:9
  13:4 29:10
  29:14 31:8

35:24 56:4
  60:3,6
marked 3:9
  5:15 22:21
  60:17 64:19
matrix 7:22
matter 20:8
  66:7
mean 6:24
  10:8 11:4
  14:15,18,21
  15:3,4,13
  15:14,16
  17:22 20:20
  21:21 27:6
  33:17 34:10
  36:11 45:9
  45:20 64:24
means 7:6
  33:3
medic 50:20
  51:11,13,14
  52:12
medics 10:5
  39:8,8,9,10
  43:10
meet 6:12
  7:18 37:7
  55:20
meeting 4:23
  7:16 46:12
  51:2 63:13
meets 7:21
  8:22 37:4,5
members
  15:23 18:23
  39:1,5 44:8
  46:13
mentioned
  57:13
met 7:14 8:1
meth 28:16
  28:20 29:2
  29:5
methamph...
  56:21
method 42:6
Michael 7:9
  28:2
Mike 40:4
military 34:3
  34:11
missed 54:23
misstated

65:18
mistake
  12:22
mistakes
  23:14 26:6
  61:8
Mobile 22:24
monitor
  53:19
morning 7:24
  9:2 34:7,14
  38:1
Moy 52:8
MultiCam
  33:24
multiple 40:2
  40:14
MVRs 22:22
  22:23

___ N ___

N 2:1 3:1
  66:1
name 12:12
  13:17,24
  15:21 17:9
  18:10,11
  19:1 20:19
  35:6,7
  57:14 61:23
  62:3
named 46:21
  62:1
names 10:16
  11:12 12:3
  12:6 16:6
  16:15,20
  18:3 19:1,7
  19:22 20:2
  20:7,13
  34:12 38:19
near 30:21
need 5:1 7:20
  17:23 21:16
  38:12 43:13
negotiation
  39:7
negotiator
  45:12 52:6
  59:23
negotiators
  8:16 32:19
  39:4 40:6
never 11:1,2

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

11:4 12:1
14:2 15:24
21:24 34:16
48:4
new 51:20
Nice 6:12
noise-flashi...
49:8
normally
42:19
Northampt...
1:5 7:10
28:3,7
Notary 1:15
66:12
note 26:6
noted 53:15
66:4
notes 17:11
66:6
notice 27:4
46:20
notification
37:3
notifications
37:17
notified
36:13,15,19
36:21
Notify 36:10
November
40:5
NT 36:10
number 3:9
46:20
numbers
40:19

**O**
O 66:1
oath 4:24
object 11:15
objecting
13:3
Objection
12:23 13:18
18:16 23:16
23:23 47:18
48:1,11
62:12
objections
4:4
observed
56:11

occasions
36:13
occupants
33:15 65:11
occupations
27:9,12
occurred
13:9
October
28:17
offense 11:8
office 2:8
52:18 60:14
officer 4:23
57:13
officer's
12:17
officers 20:1
57:12
officers's
13:24
okay 6:10
16:9,19
20:15 21:3
24:3,5,6
38:15,16
39:19,20
43:2 44:2
46:7 50:11
51:16 53:6
57:8 59:13
old 28:6
40:16 44:22
56:5
olive 34:1
OMGs 12:10
omissions
26:7 61:9
once 7:21 9:1
45:13
one's 38:7
60:13
ongoing
28:15 50:18
operation
7:17 12:20
19:17 21:7
22:6 42:6
operation's
36:24
operations
14:24 15:22
operator
10:13 30:24

opinion 12:2
12:8,18
14:9 33:13
opportunity
16:23 17:3
47:6 61:4
order 45:14
45:21,23
outside 9:24
22:7 50:23
51:8 52:9
52:10
overall 8:2,4
9:10 25:15
25:23 39:6
47:9 52:16
52:19 56:18
overhead
42:21
oversaw 6:24
oversee 8:20
overseeing
40:9
overview
8:19 13:10
owner 53:19
ownership
63:8
owns 51:1

**P**
P 2:1,1
p.m 65:23
Pa 4:16 34:21
42:23
page 3:4,8
24:23 25:21
25:21,22
26:11 31:20
38:15,17
39:22 40:11
43:4,6
44:15,16
47:4 50:11
51:18 52:15
53:1,2
64:18
page-docu...
25:4
pages 54:12
paid 59:17
Painter 49:20
50:3,4
57:14 59:7

pants 10:10
paperwork
26:1
paragraph
28:1 52:23
52:24 53:5
53:8,14
54:6,7,9
55:14 56:19
parallel
46:19
part 16:2
25:20,21,22
28:22 38:22
40:15 47:8
52:2 57:17
63:13
participating
4:21
parties 4:15
5:9,23
parts 56:10
passenger
31:1,3
45:18
Patillo 50:21
patio 40:24
patrol 22:18
pay 14:8
21:13
PD 53:24
Pennsylvania
1:1 2:5,8,10
15:5 16:16
18:23
people 8:15
12:9 17:4
18:2,14
19:23 32:5
32:7,16,23
33:7,21
34:14 35:1
37:23 47:4
51:6,21
52:4 53:9
people's
13:16
percent 42:20
Perfect 31:22
perimeter
43:24
permits 32:1
32:18 33:1
35:13

permitted
58:15
person 12:22
15:8 17:7
18:10 35:19
37:8 44:6
47:3 50:8
57:1,5
personal 12:7
14:9 16:10
17:4
personally
16:14 29:1
29:5 32:6
Philadelphia
2:5,10
Phoenix 2:9
phone 37:5
photographs
41:18 61:20
pictures
31:19
Pierotti 51:1
pilot 52:7
place 5:1
plain 56:11
56:16
Plaintiff 1:3
2:6
plaintiffs
47:14
plan 3:10
8:23 26:12
26:14,18
43:19,20
52:17 55:7
55:17,18
planning 7:3
7:23 26:19
55:7
presented
5:18
plans 56:1
please 32:8
54:16 62:17
plus 8:11
41:14
point 13:11
21:9 41:23
43:16 46:16
51:1 59:24
pointing 42:1
pointless
21:19
points 63:14
police 8:2

15:1,6,10
15:17 16:17
18:24 34:19
44:23 53:16
porch 40:19
40:20
position
14:21 16:16
possessed
27:13
possession
5:20
possibility
35:15
possible
19:21
possibly 27:8
33:18 65:14
Powell 40:7
practice
55:24
prefer 12:13
premarked
60:11
Prep 6:23
preparation
26:4
Prepared
60:23
preplan 7:1
7:16,19
25:8,18
52:17,21
prepped 6:19
presence
34:22 42:14
present 4:15
34:24
presented
5:18
presenting
5:16
prevent
12:11
previously
64:19
primaries
43:17
primary
40:17 43:16
43:18
prior 5:20
41:12 53:10
privilege

11:16
probably
17:9 22:2
41:14 54:13
59:12
problem 11:7
64:14
proceedings
66:4
process 21:22
Professional
1:15
promise
59:16
property
29:17 30:10
33:9 38:6
39:16 41:5
44:9,10
52:3 53:17
53:19,20
protecting
20:1
protective
10:11
provided
64:1,6
PSP 36:15
PSP0001
24:24
PSP25 64:19
Public 1:15
66:12
pull 30:11
38:11 41:18
59:14
pulled 30:19
purpose 5:12
34:23 35:1
61:12
purposes
42:22 55:7
Pursuant
4:15
push 58:7,11
put 13:17,24
25:1 42:5
52:18 56:15
56:20,23
57:3 62:9
63:1

**Q**
question 4:6

5:22 18:19
20:16
questioning
5:21
questions
14:13 54:20
61:23
quick 62:22
quicker
54:14

**R**
R 2:1 66:1
radio 13:13
raid 61:2
range 43:12
rank 6:7
37:15
ranked 15:8
rare 36:13
read 61:20
reading 4:2
real 62:22
really 12:1
48:22
reason 43:23
recall 27:17
49:22 54:5
55:3
record 13:3
14:10 24:21
25:2 32:11
33:4,16
62:9
recorded 5:7
63:23
recorders
22:24
recording 5:8
45:5
recordings
64:2
records
17:17 53:10
63:8
REDIRECT
64:9
refer 54:12
58:3
reference
54:14
regard 58:19
regarding
5:22 33:8

Sgt. Mark Rowlands
December 18, 2020

54:17
**regardless**
37:13
**registered**
31:24 32:17
32:23,24
**regular** 22:17
**rehearsal**
55:22
**rehearsals**
8:17 55:24
**rehearse**
55:22
**related** 28:14
31:7
**remember**
6:17 28:17
29:6,20
31:4,10,15
32:2 41:8
41:13 49:21
57:17,24
58:9,21
59:3,12
**Remington**
56:8
**remote** 4:20
**remotely** 5:3
**repeat** 18:19
26:16
**repeated** 45:1
45:4
**repeating**
45:14 58:10
**report** 8:7,16
17:19 25:8
25:23 49:3
52:19 54:13
56:14 57:12
59:22 65:5
65:10
**reported** 10:3
31:12 35:17
44:4 49:7
**reporter** 1:15
4:19 5:4
60:10 66:12
**reports** 44:10
65:2
**represent**
64:5
**request** 36:19
**requested**
37:3 53:24

**requesting**
7:10 28:4
29:18
**requests** 54:8
**requirement**
10:24 14:3
**reserved** 4:6
**residence**
6:16 7:12
27:9 28:23
29:19 30:1
30:7,8,12
30:21 31:9
31:14 35:18
37:22 40:13
40:16,18
41:23 43:15
43:22 44:5
44:21,24
45:1,23
52:13 58:6
**residents**
45:11
**resides** 31:9
**resisting** 36:2
**respect** 20:3
**respectful**
14:15 15:14
**respond**
43:13
**response**
9:15
**result** 35:8
48:19 56:4
56:6
**results** 56:15
**retribution**
12:14
**review** 23:11
26:3 61:5
**Richard** 62:5
64:16,20
**rifle** 44:10
56:9
**right** 23:3
30:17,21
31:19,20
33:4,19
34:8 35:21
36:4 45:2
46:17 56:18
58:4
**right-hand**
24:23

**RISSafe**
37:17,18
38:11
**road** 14:13
28:6,10
40:16,22
44:22 46:19
**roof** 40:20
**room** 50:9
58:11,13
**rounds** 49:16
**Rowland-1**
60:6,16
**Rowland-2**
60:8,17
62:23
**Rowlands**
1:13 3:3
4:9 6:10
**Rowlands-1**
3:10
**Rowlands-2**
3:11
**run** 9:18
12:15 32:4
32:20 37:9

_____
**S**
**S** 2:1 3:7
**safe** 20:4
28:23 62:17
**saw** 29:5
54:20,22
**sawed** 56:8
**saying** 14:10
16:17 45:5
45:7
**says** 26:11
27:5,22
28:1 36:10
36:20 37:16
40:12,13
42:6 44:16
44:20 45:16
51:18,20
53:14 55:4
55:13 56:3
64:20
**scene** 30:4
**Schimp** 49:20
50:5,7
**screen** 24:13
63:1
**scroll** 25:13

39:18 43:1
44:1 46:6
50:10 51:15
53:7 54:10
54:11 55:10
**Scrolling**
44:15 51:5
52:14
**se** 35:6
**sealing** 4:2
**search** 7:11
8:18 26:20
27:1,3,22
28:5 37:24
41:2 42:12
44:23 56:6
**searches**
28:22
**seat** 31:3
**second** 24:8
28:19 30:3
32:8 46:8
46:10 51:2
53:8 61:11
**secondary**
43:18 56:1
**secret** 19:17
**section** 4:16
36:24 39:7
**secure** 28:22
39:11 45:2
**secured** 30:2
**see** 10:2,4
24:16 29:1
31:17,18
46:22 55:5
55:14 59:19
61:10 64:15
64:21
**seeing** 35:17
44:4
**selling** 36:1
**semi-auto...**
56:8
**send** 19:21
29:22
**sent** 18:13
**sentence**
35:16
**separate** 4:20
**sergeant** 6:8
6:9 14:12
16:18 62:17
62:22 64:13

**SERT** 19:12
19:14,16
28:4 29:18
40:1,7
55:13 61:12
61:18
**serve** 37:24
**served** 8:17
**service** 3:10
7:24 9:5
26:12,14,18
26:20 38:22
42:14 46:1
**services** 25:9
**serving** 28:5
**set** 43:20,23
**SGT** 1:13 3:3
4:9
**sharing** 38:13
**sheet** 49:18
**shield** 49:20
50:5 57:15
57:21 58:11
58:16
**shields** 34:18
**shirts** 10:9
**shoot** 35:10
49:11
**shooting** 44:8
**shot** 35:14
49:15
**show** 24:3
35:2 44:7
**shown** 24:13
**side** 31:19,20
40:18 41:5
46:3,17
58:5
**siding** 40:14
**signing** 4:2
**single** 41:3
**sir** 6:6,13,18
19:10 21:13
44:3,14
50:12,16
51:17 55:11
55:15 57:9
60:9
**sit** 31:2,3
**site** 30:10
**situated**
40:19
**skip** 53:4
**small** 40:19

40:23
**smooth** 9:11
**sniper** 8:12
52:10
**snipers** 39:2
50:22 51:8
**somebody**
49:15
**someone's**
35:9 64:23
**sorry** 11:4
14:12 64:13
**sort** 30:10
34:4 54:10
**Sound** 24:5
**south** 41:5
**Spanish**
45:11,13
**speak** 11:5
37:4 47:10
47:12 58:24
59:7
**speaking**
45:11
**specific** 7:2
**specifics**
63:12
**spoke** 47:11
59:5
**spousal** 11:16
**spouse** 11:10
11:15
**spread** 8:8
**staff** 14:7
**stage** 43:8
**staging** 43:5
43:9
**standards**
21:2
**standby**
43:11
**stands** 59:4
**started** 28:16
**state** 6:6 8:1
15:1,5,10
15:17 16:17
18:24 19:2
20:4 34:19
34:21 44:22
**STATES** 1:1
**station** 36:16
**stenographic**
66:6
**stepped**

47:16
**stipulated**
4:13 5:14
**stop** 14:19
**stopped**
30:20
**stops** 22:19
**Street** 2:9
**structure**
40:12 49:13
50:24 58:1
65:5
**structures**
8:10 29:17
40:2
**studies** 15:21
**stuff** 19:24
32:20
**style** 34:11
40:14
**subcontract**
39:9
**subject** 28:11
29:9 62:11
**subjects** 45:1
**Suite** 2:4
**summarize**
52:21
**supervisor**
11:10 23:12
**supervisors**
14:17
**suppressor**
56:9,10
**sure** 8:22,22
9:11,12
15:20 28:23
37:20 38:2
47:11 61:15
61:16
**surveillance**
44:11 53:18
54:3,14,18
55:8
**suspected**
49:6
**sworn** 4:10
5:3
**system** 34:21
42:24 44:11
53:18 54:3
55:9 60:12
**systems**
54:15

_____
**T**
**T** 3:7 66:1,1
**tac** 45:17
51:3,3
**tact** 39:1
**tactical** 36:17
40:5 43:10
**tags** 15:21
18:11 19:2
20:20
**take** 11:7
17:11 25:17
28:21 42:8
43:21 48:21
**taken** 1:13
66:6
**talk** 6:15
17:24
**talked** 17:7
25:17 51:24
**talks** 53:9
54:6,8,9
55:16,19
**tan** 40:14
**task** 7:10
28:3,14
**team** 7:2 8:9
10:24 19:15
25:15 29:24
30:1 36:17
40:1,3,9
45:18 49:3
49:19 59:10
**teams** 29:22
**teenager**
31:14
**teeth** 50:3
**tell** 10:21
26:17 29:4
39:21,22
40:6 41:16
43:5 54:16
61:14
**telling** 19:24
20:6 35:1
**testified** 4:11
**testimony**
13:15,22
**Thank** 62:16
**Thanks** 6:14
**thereof** 26:21
26:23 27:9
**thing** 12:18
15:15 21:19

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

Sgt. Mark Rowlands
December 18, 2020

37:19 40:4
53:2
things 7:21
10:11 15:18
26:2 49:16
56:1,16
think 16:13
16:19 20:17
20:23 23:13
23:21 26:15
26:24 27:1
51:3 57:13
thinking 33:8
thought 12:1
21:24
three 8:10
29:16 52:4
52:5
threshold
7:22
throw 49:7
till 59:17
time 4:7 9:12
10:1 19:13
20:5 24:12
25:7 27:2
27:17 31:2
31:5 32:10
33:24 36:18
38:6 45:15
60:16
times 15:22
42:20
titles 15:14
today 6:10,14
13:15 16:23
18:7 22:2
26:4 57:18
61:6 62:10
told 7:14
47:21,21
48:5,9,13
59:9 61:18
top 9:19 15:7
26:10 38:17
46:13 50:14
51:19 55:13
touched
18:23 19:23
Township
28:7
trail 51:14
trailer 29:19
30:3 31:8

40:10 41:3
52:2,8
transcript
1:11 4:3
66:8
treat 43:13
trial 4:7
trooper 17:13
17:21 29:4
34:21 48:17
49:17 50:3
61:24 62:4
troopers 17:3
18:9,12
19:3 20:4
20:13,24
21:3 22:18
22:19 23:3
23:13,21
38:20 47:16
47:22 48:6
49:1 58:15
63:16
troubles
60:12
try 35:9 50:8
51:13
trying 19:20
20:11 58:6
twice 45:12
two 18:7,21
19:5 37:20
38:5 47:13
type 12:13
23:2 49:5
53:17 55:8
typing 25:23

            U
unable 18:9
unauthorized
5:10
underneath
10:9
understand
21:4 31:6
Understood
21:14 38:4
52:14
unfortunat...
14:14
uniform 12:4
13:17 14:1
16:6,20

33:19,21,22
uniformed
22:19
uniforms
10:7,17
11:12 16:9
16:15 18:12
19:2 34:11
34:20
unit 19:11,12
39:1 40:6
UNITED 1:1
units 22:21
upload 60:12
use 9:20 21:9
32:21 49:2
49:5,8,11
49:12,14
57:11 58:16
63:14
uses 43:4
usually 9:9
32:20
utility 46:2
46:14

            V
valid 33:7
35:12
value 7:14
37:5
van 46:14
51:3,3,4
vans 42:20
varies 45:8
variety 44:8
vehicle 23:6,7
23:8 42:8
45:17,24
46:12,13,15
51:14
vehicles 22:7
44:17
verify 7:20
36:7 42:2
61:17
vest 10:11
34:1
video 4:18
5:6 6:1
22:5,24
63:22
Videoconfe...
1:11 4:22

videos 41:18
44:7
view 16:8,10
16:18 56:11
56:17
violation 5:11
violent 63:15
volume 27:19
vs 1:4

            W
waived 4:4
want 12:3,5
20:3,21,24
24:9 26:16
38:4 43:17
60:4
warrant 3:10
7:11,23
8:18 9:4
25:8 26:11
26:14,18,20
26:20,21
27:1,2,3,22
28:5,11
37:24 38:22
41:3,11
42:13,14
44:23 46:1
56:7
wasn't 34:9
49:7 54:24
59:6
way 9:4 14:7
14:15 15:14
21:12 38:22
41:13 55:3
57:16,24
58:5,12,16
ways 45:9
we'll 41:18
60:7
we're 6:15
8:5 9:12
16:22 18:6
24:4 38:13
39:21 41:14
49:13 55:20
59:15
weapons 27:5
27:8 32:23
56:7
wear 10:6
15:21 19:1

33:23
wearing 12:3
12:6 33:24
went 6:20 7:2
8:12,16
10:4 17:8
21:6 23:14
30:2 32:5
32:18 38:20
38:21 41:13
weren't 58:13
west 40:1,3,8
40:8 55:14
white 29:10
40:23
wide 41:3
willing 33:17
witness 3:2
4:20 5:1,2
5:17,18,21
11:21 13:1
13:5,7,19
18:18 23:18
24:1 48:13
62:14 65:21
witnesses
49:22
witnesses'
5:5
woman 39:15
word 6:23
43:5
wore 15:24
work 43:19
working 58:5
works 25:19
38:9
workup 27:7
36:8 61:19
worried
34:15 35:9
35:13
worries
59:17
wouldn't
12:2,5 17:9
17:9 21:10
22:2 39:12
write 17:11
25:10 56:13
written 5:9
19:6
wrong 12:20
wrote 25:12

            X
X 3:1,7

            Y
Yeah 33:23
48:16 53:2
55:19 63:11
year 56:5
Yup 24:6
31:18 43:3

            Z
Zeiger 2:3,3
3:5 6:5
11:17,20,23
13:14,21
18:20 20:22
23:19 24:2
24:15 27:20
32:13 47:20
48:3,15
60:5,9,20
62:15 64:11
Zeiger@lev...
2:6

            0
0001 25:2
0010 25:3
0400 8:1

            1
1 25:21 38:24
45:19 50:15
51:6,21
10 25:3 55:13
10-22 56:8
10-page
24:22 57:8
11:45 1:16
12:41 65:23
1300 28:2
1500 2:4
1600 2:9
17 56:5
18 1:9 47:3
19-CV-371...
1:2
19102 2:5
19103 2:10

            2
2 38:17,24
2/8/18 28:1

2009 11:1
15:24
2017 28:17
2020 1:9
215 2:5,11
231 4:16

            3
3 39:22 40:5
3:00 59:18
300 41:14
340 28:6,10
40:20 44:21
3rd 2:10

            4
4 40:5,11
4002 4:16

            5
50 44:10
50-Cal 27:6
52 29:11
546-0340 2:5
560-2402
2:11

            6
6 3:5 44:15
50:15
6:00 34:7,9
34:13
60 3:10,11
620A 2:4

            7
7 51:21

            8
8 46:20 51:6
51:18

            9
9 45:19 55:12
90 42:20