NO 333-2018

# Commonwealth of Pennsylvania

## COUNTY OF NORTHAMPTON



## APPLICATION FOR
# SEARCH WARRANT
## AND AUTHORIZATION

| Docket Number (Issuing Authority): | Police Incident Number: 18-0996 | Warrant Control Number: 18-0996 |
|---|---|---|

| SERGEANT ENSTROM | COLONIAL REGIONAL POLICE/NCDTF | 610 861-4820 | 2/22/18 |
|---|---|---|---|
| AFFIANT NAME | AGENCY | PHONE NUMBER | DATE OF APPLICATION |

**IDENTIFY ITEMS TO BE SEARCHED FOR AND SEIZED** *(Be as specific as possible)*:
ANY AND ALL CONTROLLED SUBSTANCES INCLUDING HEROIN, MARIJUANA, COCAINE AND SPECIFICALLY METHAMPHETAMINE. ANY AND ALL DRUG PARAPHERNALIA INCLUDING SCALES, MATERIALS FOR PACKAGING, MANUFACTURING AND INGESTING CONTROLLED SUBSTANCES. ALSO SEE ATTACHMENT "A"

**SPECIFIC DESCRIPTION OF PREMISES AND/OR PERSON TO BE SEARCHED** *(Street and No., Apt. No., Vehicle, Safe Deposit Box, etc.)*:
340 OLD ALLENTOWN RD WIND GAP PA 18091 WHICH IS LARGE SINGLE HOUSE THAT HAS TAN SIDING. PART OF THE REISIDENCE HAS A SECOND FLOOR AND ADDITION TO THE REAR THAT HAS DOORWAYS TO IT. THERE IS ALSO AN ATTACHED INCLOSED POOL TO THE REAR OF THE HOUSE WITH A CARPORT THAT EXTENSE TO A GARAGE AND ANOTHER ADDITION THAT HAS A SLIDING GLASS DOOR. THERE ARE BLACK NUMBERS "340" ON THE EVE TO THE FRONT DOOR. SEE ATTACHMENTS "B" AND "C." THERE ARE TWO BUILDINGS ON THE WEST END OF THE PROPERTY ONE OF THEM WITH TAN SIDING AND THE OTHER WITH BROWN SIDING. SEE ATTACHMENT "D." ARIEL VEIW OF PROPERTY ATTACHME NT "E"

**NAME OF OWNER, OCCUPANT OR POSSESSOR OF SAID PREMISES TO BE SEARCHED** *(If proper name is unknown, give alias and/or description)*:
MARK ANGLEMEYER, JEFFREY ANGLEMEYER, RICHARD C. ANGLEMEYER, RICHARD BRAD ANGLEMEYER JOSEPH KLUSKA, RENAE KLUSKA

| **VIOLATION OF** *(Describe conduct or specify statute)*: DELIVERY OF A CONTROLLED SUBSTANCE 780-113a30 POSSESSION OF A CONTROLLDED SUBSTANCE 780-113a16 | DATE(S) OF VIOLATION: 10/25/17, 11/08/17, 2/5/18 2/13/18, 2/21/18 |
|---|---|

☒ **Warrant Application Approved by District Attorney – DA File No.** _____
*(If DA approval required per Pa.R.Crim.P. 2002A with assigned File No. per Pa.R.Crim.P. 107)*
☒ **Additional Pages Attached (Other than Affidavit of Probable Cause)**

☐ **Probable Cause Affidavit(s) MUST be attached (unless sealed below)   Total number of pages:** 10

TOTAL NUMBER OF PAGES IS SUM OF ALL APPLICATION, PROBABLE CAUSE AND CONTINUATION PAGES EVEN IF ANY OF THE PAGES ARE SEALED

The below named Affiant, being duly sworn (or affirmed) before the Issuing Authority according to law, deposes and says that there is probable cause to believe that certain property is evidence of or the fruit of a crime or is contraband or is unlawfully possessed or is otherwise subject to seizure, and is located at the particular premises or in the possession of the particular person as described above.

| | COLONIAL REGIONAL POLICE/NCDTF | 918 |
|---|---|---|
| *Signature of Affiant* | *Agency or Address if private Affiant* | *Badge Number* |

Sworn to and subscribed before me this **22** day of **Febraury**, **2018**. Mag. Dist. No. _____

669 Washington St, Easton, PA 18042   **(SEAL)**

*Signature of Issuing Authority*      *Office Address*

**SEARCH WARRANT**
**TO LAW ENFORCEMENT OFFICER:**

WHEREAS, facts have been sworn to or affirmed before me by written affidavit(s) attached hereto from which I have found probable cause, I do authorize you to search the premises or person described, and to seize, secure, inventory and make return according to the Pennsylvania Rules of Criminal Procedure.

☒ This Warrant shall be served as soon as practicable and shall be served only between the hours of 6AM to 10PM but in no event later than:*

☐ This Warrant shall be served as soon as practicable and may be served any time during the day or night but in no event later than: **

**9:52** A M, o'clock **Febraury 24, 2018.**

* The issuing authority should specify a date not later than two (2) days after issuance. Pa.R.Crim.P. 2005(d).
** If the issuing authority finds reasonable cause for issuing a nighttime warrant on the basis of additional reasonable cause set forth in the accompanying affidavit(s) and wishes to issue a nighttime warrant, then this block shall be checked. Pa.R.Crim.P. 2006(g).

Issued under my hand this **22** day of **Febraury**, **2018** at **9:52** A M, o'clock.

| | 3 | 1/24/2026 | **(SEAL)** |
|---|---|---|---|
| *Signature of Issuing Authority* | *Mag. Dist. or Judicial Dist. No.* | *Date Commission Expires:* | |

Title of Issuing Authority: ☐ District Justice ☒ Common Pleas Judge ☐ _____

*(right margin, rotated)* TO BE COMPLETED BY THE ISSUING AUTHORITY

SUMMARY JUDGMENT EXHIBIT 12

ATTACHMENT 4
PAGE 1 of 3

RFP production on 6/10/2020) PSP 0114

1 of 10

☒ *For good cause stated in the affidavits(s) the Search Warrant Affidavit(s) are sealed for* ___60___ *days*
*by my certification and signature.   (Pa.R.Crim.P. 2011)*

___2/22/18___ (Date)   *(SEAL)*

_____
**Signature of Issuing Authority** (Judge of the Court of Common Pleas or Appellate Court Justice or Judge).

AOPC 410A-11-24-99

2 of 10

| Commonwealth of Pennsylvania |  | APPLICATION FOR SEARCH WARRANT |
|---|---|---|
| COUNTY OF | | CONTINUATION PAGES |

| Docket Number<br>(Issuing Authority): | Police Incident Number: | Warrant Control Number: |
|---|---|---|

**Continuation of:**

x Items to be searched and seized     _____ Description of premises/person(s) to be searched     _____ Owner/ Occupant     _____ Violations

## ATTACHMENT "A" Building

1. Books, records, receipts, notes, ledgers, papers and other items relating to the transportation, ordering, purchase and or distribution of Controlled Substances, and or relating to the proceeds derived from trafficking in Controlled Substances;

2. Papers, tickets, notes, receipts and other items relating to domestic / international travel;

3. Address and or telephone books (written as opposed to commercially printed), realities and any other papers reflecting names, addresses, telephone / cell phone / pager numbers of co-conspirators, suppliers, customers, financial institutions and other individuals or businesses with whom a financial relationship exists;

4. Computers, computer disks and or CD's and any and all information stored therein relating to the transportation, ordering, purchasing and or distribution of Controlled Substances, and or relating to the proceeds derived from trafficking in Controlled Substances;

5. Cell phones, paging devices, electronic communication devices capable of storing / sending electronic communications and any and all information stored therein relating to the transportation, ordering, purchasing and or distribution of Controlled Substances, and or relating to the proceeds derived from trafficking in Controlled Substances;

6. Firearms and ammunition, including but not limited to handguns, pistols, revolvers, rifles, shotguns, machine guns and any other weapons, any record or receipts pertaining to the purchase or ownership of firearms or ammunition;

7. Cocaine, heroin, marijuana, methamphetamine and any and all other Controlled Substances, scales for the weighing of Controlled Substances, any and all drug paraphernalia including materials used for packaging, manufacturing and or ingesting any and all Controlled Substances;

8. Photographs, including still photos, negative slides, video tapes, film, photo CD's, undeveloped film, and the contents therein, in particular photographs of co-conspirators, of assests and or Controlled Substances, persons with whom a relationship exists relating to the transportation, ordering, purchase and or distribution of Controlled Substances, and or relating to the proceeds derived from trafficking in Controlled Substances;

9. Any United States currency which was used to make controlled purchases of Controlled Substances from the premises described herein which was pre-recorded, United States currency, financial instruments, precious metals, jewelry, automobile titles and other items of value which are proceeds of drug transactions and or evidence of financial transactions relating to obtaining, transferring, secreting and or spending large sums of money acquired from the trafficking in Controlled Substances;

10. Indicia of occupancy, residency, rental and or ownership of the premises desribed herein, including but not limited to utility bills, canceled envelopes, rental / purchase / lease agreements and keys;

11. Any and all other items identified in the Affidavit of Probable Cause relating to the transportation, ordering, purchasing and or distribution of Controlled Substances;

12. All persons located on the premises described herein;

ATTACHMENT **4**

PAGE **3** OF **3**

AOPC 410C-98