SUMMARY JUDGMENT EXHIBIT 13

