EXHIBIT
Rowlands-1

SUMMARY JUDGMENT EXHIBIT 15

# PENNSYLVANIA STATE POLICE
# SPECIAL EMERGENCY RESPONSE TEAM
# WARRANT SERVICE PLAN

**INCIDENT NUMBER:** PA2018-159293
**DATE:** 02/23/2018
**DAY OF THE WEEK:** Friday

| INITIAL REQUEST RECEIVED FROM: | DATE: 02/08/18 | TIME: 1300 | DATE / TIME INCIDENT BEGAN: 02/23/18 / 0605 |
|---|---|---|---|
| TROOP: | STATION: | NAME: | TELEPHONE NUMBER: |

**AGENCY NEEDING ASSISTANCE: (IF APPLICABLE)**

| DEPARTMENT NAME: Northampton County Drug Task Force | CONTACT PERSONS NAME: Det. Michael ENSTROM | TELEPHONE NUMBER: 610-602-6957 |
|---|---|---|

**TYPE OF INCIDENT: (BASED ON INFORMATION AT TIME OF REQUEST)**
WARRANT SERVICE

**TROOP MEMBERS ON SCENE:** ☐

- ☐ SUBJECT(S) PRESENT
- ☒ WEAPONS: Handguns, ARs, 50 Cal
- ☐ BODY WARRANT
- ☒ SEARCH WARRANT
- ☐ OTHER:
- ☐ SUBJECT REFUSES TO SURRENDER
- ☐ SUBJECT SECRETED IN A POSTION OF ADVANTAGE
- ☐ POTENTIAL THREAT TO LIVES AND SAFETY OF CITIZENS OR POLICE

**DETAILS OF INCIDENT: (KNOWN AT TIME OF THE REQUEST):**
On 02/08/2018 at 1300 hours, Detective Michael ENSTROM, Northampton County Drug Task Force, contacted SERT East requesting assistance with serving a search warrant at 340 Old Allentown Road, Bangor Township, Northampton County. ENSTROM related his Task Force has an ongoing investigation into the distribution of crystal methamphetamine that started in October 2017. During their investigation, they used a CI to make four (4) controlled buys from the main subject of their investigation, Mark ANGLEMEYER W/M-52. ENSTROM explained there are three (3) structures on the property that he is requesting SERT handle; the main residence, a trailer and a garage. ENSTROM further related that all of the buys have come from the trailer, but Mark ANGLEMEYER resides within the main residence. ENSTROM reported that he believes that eight (8) adults and one (1) teenager reside in the residence. ENSTROM said most of the adults have either a handgun(s) registered to them or have concealed carry permits. The CI reported seeing several guns in the residence and several of the adults carry guns on their person. Mark ANGLEMEYER has a criminal history to include: PWID, Simple Assault, Resisting Arrest, Escape and Fleeing and Eluding.

| LOCATION OF INCIDENT: 340 Old Allentown Road | MUNICIPALITY: Bushkill Township | COUNTY: Northampton County |
|---|---|---|

**DIRECTIONS TO ASSEMBLY POINT:**
Troop M, Belfast

☒ ACTIVATION APPROVED     ☐ ACTIVATION DECLINED

| ☒ NOTIFIED TEAM COORDINATOR | DATE AND TIME OF NOTIFICATION: 02/08/18  1300 | ☒ CONCURRED | ☐ MODIFIED |
|---|---|---|---|
| ☒ NOTIFIED DIVISION DIRECTOR | DATE AND TIME OF NOTIFICATION: 02/20/18  0800 | ☒ CONCURRED | ☐ MODIFIED |

**OTHER NOTIFICATIONS MADE:**
Dept Watch Center, RISSAFE

| DATE / TIME OF NOTIFICATION TO TEAM: 02/22/18 / | DATE / TIME THE INCIDENT WAS RESOLVED: 02/23/18 / 0620 | DATE / TIME TEAM WAS DEACTIVATED: 02/23/18 / |
|---|---|---|

☐ INCIDENT CANCELLED PRIOR TO SERT ARRIVAL ON SCENE

| NAME: Cpl. John CHULOCK | DATE: 02/15/18 |
|---|---|

# PENNSYLVANIA STATE POLICE
# SPECIAL EMERGENCY RESPONSE TEAM
# WARRANT SERVICE PLAN

**INCIDENT NUMBER:** PA2018-159293
**DATE:** 02/23/18
**PAGE 2**

## MEMBERS ACTIVATED

| COMMAND POST: | TAC VAN: DEL GAIZO | UTILITY VAN: ATKINSON | NEGOTIATOR VAN: | BEARCAT: LANG |
|---|---|---|---|---|

### TACTICAL UNIT

| ALPHA | BRAVO | CHARLIE | DELTA | ECHO-1 | ECHO-2 |
|---|---|---|---|---|---|
| ☒ WARD | ☒ PELOTTE | ☒ CHULOCK | ☒ LANG | ☒ WILLIAMS | ☒ YINGST |
| ☒ LOPEZ | ☒ WILK | ☒ AUKAMP | ☒ AMMONS | ☒ PATTILLO | ☒ GOLDSMITH |
| ☐ | ☒ BRODEUR | ☒ MERANTE | ☒ ALAIMO | ☒ DELGAIZO | ☒ WAGNER |
| ☐ | ☒ ATKINSON | ☐ | ☒ WYSOCKY | ☒ GOUIN | ☒ MANER |

### NEGOTIATION UNIT

| FOXTROT | | GOLF | |
|---|---|---|---|
| ☐ MESSENGER | ☒ MEYERS | ☒ KELLY | ☐ |
| ☐ WOLFF | ☐ | ☒ O'BRIEN | ☐ |
| ☒ MAGUIRE | ☐ | ☒ JOHNSON | ☐ |
| ☒ JULIUS | ☐ | ☒ GARIPOLI | ☐ |

| COORDINATOR/ADDITIONAL MEMBERS | | MEDICS | |
|---|---|---|---|
| ☒ ROWLANDS | ☐ | ☒ HECKMAN | ☒ BOBBELA |
| ☒ MALLON | ☐ | ☐ ZUBER | ☒ ALBERTSON |
| ☐ | ☐ | ☐ MCDEVITT | ☐ BROWN |

**LOCATION OF COMMAND POST:**
Bearcat

**TOPCOM:** Detective Micheal ENSTROM
**AGENCY (INCLUDE TROOP & STATION IF PSP):** Northampton County Drug Task Force
**SITECOM:** Sgt Brian ROBERTS
**TROOP:** M
**STATION:** Bethlehem
**TACTICAL SUPERVISOR:** Cpl. John CHULOCK
**NEGOTIATION SUPERVISOR:** Cpl. John MALLON

**WEATHER CONDITIONS:**
Temperature at 0600 hours is projected to be 34 degrees with a 80% chance of rain

**CRITIQUE/DE-BRIEFING CONDUCTED:** ☒
**INJURIES SUSTAINED TO SERT MEMBERS:** ☐

**NAME:** Cpl. John CHULOCK
**DATE:** 02/15/18

# PENNSYLVANIA STATE POLICE
# SPECIAL EMERGENCY RESPONSE TEAM
# WARRANT SERVICE PLAN

**INCIDENT NUMBER:** PA2018-159293
**DATE:** 02/23/18
**PAGE 3**

## MEMBERS ACTIVATED

| COMMAND POST: | TAC VAN: | UTILITY VAN: | NEGOTIATOR VAN: | BEARCAT: |
|---|---|---|---|---|

### TACTICAL UNIT

| KILO | LIMA | MIKE | NOVEMBER | ECHO-3 | ECHO-4 |
|---|---|---|---|---|---|
| ☒ KING | ☒ SCHIMP | ☒ PIEROTTI | ☒ FALCONE | ☐ | ☒ WIRTH |
| ☒ WALTERS | ☒ McGARVEY | ☒ PAINTER | ☒ ALLEN | ☐ LUMSDEN | ☐ GROTE |
| ☒ WAHL | ☐ POKORNY | ☒ BENSON | ☒ BIGELOW | ☒ MOY | ☒ DeMARCHI |
| ☒ MATTONE | ☒ PALKO | ☐ | ☐ FORD | ☐ | ☐ |

### NEGOTIATION UNIT

| HOTEL | | INDIA | |
|---|---|---|---|
| ☐ LEWIS | ☐ BROWN | ☐ MEDVIT | ☐ DOMENICK |
| ☐ JOSEPHSON | ☐ | ☐ WISE | ☐ |
| ☐ LANDER | ☐ | ☐ STEINHEISER | ☐ |
| ☐ BOGAN | ☐ | ☐ HAYS | ☐ |

| COORDINATOR/ADDITIONAL MEMBERS | | MEDICS | |
|---|---|---|---|
| ☒ POWELL | ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ | ☐ |

**LOCATION OF COMMAND POST:**
West Bearcat

**TOPCOM:** Detective Mike ENSTROM
**AGENCY (INCLUDE TROOP & STATION IF PSP):** Northampton County Drug Task Force
**SITECOM:** Sgt. Nicholas A. CORTES
**TROOP:** M
**STATION:** Bethlehem
**TACTICAL SUPERVISOR:** Cpl. John P. CHULOCK
**NEGOTIATION SUPERVISOR:** Cpl. John F. MALLON

**WEATHER CONDITIONS:**
Temperature at 0600 hours is projected to be 34 degrees with a 80% chance of rain

**CRITIQUE/DE-BRIEFING CONDUCTED:** ☐
**INJURIES SUSTAINED TO SERT MEMBERS:** ☐

**NAME:** Cpl. John P. CHULOCK
**DATE:** 02/15/18

# PENNSYLVANIA STATE POLICE
# SPECIAL EMERGENCY RESPONSE TEAM
# WARRANT SERVICE PLAN

**INCIDENT NUMBER:** PA2018-159293
**DATE:** 02/23/18
**PAGE 4**

**PREPLAN CONDUCTED BY:**
Sgt. Mark ROWLANDS, Cpl. John CHUILOCK, Cpl. Salvatore ALAIMO, Cpl. Frederick WILLIAMS, Cpl. Arthur JOHNSON

**DATE OF PREPLAN:** 02/15/18
**DATE AND TIME OF BRIEFING:** 02/23/18 / 0400

**TROOP / BUREAU CONTACTED:** ☒
**TROOP / BUREAU CONTACT NAME:** Sgt Brian ROBERTS
**TROOP / BUREAU:** M
**STATION / DIVISION:** Belfest
**RADIO CHANNEL:** Belfast Channel D

**INVESTIGATOR:** Detective Micheal ENSTROM
**INVESTIGATORS AGENCY:** Northampton County Drug Task Force
**WORK TELEPHONE NUMBER:**
**NEXTEL ID NUMBER:**
**CELLULAR TELEPHONE NUMBER:** 484-602-6957
**OTHER (PAGER, HOME, ETC...):**

**LOCATION OF INCIDENT:** 340 Old Allentown Road
**MUNICIPALITY:** Bushkill Twp.
**COUNTY:** Northampton Co.

**DESCRIPTION OF STRUCTURE:**
The main residence is a bi-level style home with tan siding and multiple additions. The main part of the residence faces Old Allentown Road. The primary entry door is located on the 1-side of the main residence and is situated on a small proch. The numbers "340" are on the front of said porch roof. A driveway leads from the main road to the 4 side where there is a small white fence that encompasses a patio which leads to the 4-side door. This door is a glass French door. Also included on this search warrant is a single wide trailer and a large garage which are located on the south side of this property.

| WARRANT TYPE: | SEARCH: ☒ | ARREST: ☐ | NIGHT-TIME: ☐ | OTHER: | |
|---|---|---|---|---|---|
| EVIDENCE SOUGHT: | DRUGS: ☒ | WEAPONS: ☒ | PARAPHERNALIA: ☒ | DOCUMENTS: ☒ | |
| | METHAMPHETAMINE LAB: ☐ | OTHER: | | | |
| METHOD OF OPERATION: | KNOCK AND ANNOUNCE: ☒ | CONTAIN AND HAIL: ☐ | VEHICLE TAKEDOWN: ☐ | OTHER: | |
| DIAGRAMS: | INTERIOR: ☒ | EXTERIOR: ☒ | FLOOR PLANS: ☒ | OTHER: | |
| PHOTOGRAPHS: | GROUND LEVEL: ☒ | ARIEL: ☒ | BY INVESTIGATOR: ☒ | OTHER: | |
| VIDEOS: | GROUND LEVEL: ☒ | ARIEL: ☒ | BY INVESTIGATOR: ☐ | OTHER: | |
| INTELLIGENCE: | OFFICER: ☒ | INFORMANT: ☒ | CIVILIAN: ☐ | OTHER: | |

**DESCRIPTION OF SURVEILLANCE (PRIOR TO TEAM EXECUTION OF WARRANT):**
Predeployment surveillance will be conducted by Cpl. WILLIAMS, Cpl. YINGST, Cpl. GOLDSMITH, Tpr. WAGNER, Tpr., GOUIN, Tpr. MANER, Tpr. WIRTH, and Tpr. DeMARCHI.

# PENNSYLVANIA STATE POLICE
# SPECIAL EMERGENCY RESPONSE TEAM
# WARRANT SERVICE PLAN

**INCIDENT NUMBER:** PA2018-159293
**DATE:** 02/23/18
**PAGE 5**

**STAGING AREA FOR SERT MEMBERS:**
SERT will assemble at PSP Belfast at 0400 hours.

**STAGING AREA FOR LOCAL EMS (INCLUDE INFORMATION ON LOCAL EMS STATION):**
Tactical Medics will contact Local EMS prior to the service of this warrant and adivse them of a staging area as necessary.

**PRIMARY ENTRY POINT:**
Main Residence: 1-side man door / 4-side French door
Garage: 2-side bay door with built in man door

**SECONDARY ENTRY POINT:**
Main Residence: 4-side French door / 1-side man door
Garage: 4-side bay door favoring the 1-side

**ABORT PLAN:**
Away from the residence to available cover.

**APPROVAL OF OFFICER SAFETY ENHANCING TOOLS:**

| Tool | Checked |
|---|---|
| BREACHING TOOL: | ☒ |
| BRAKE AND RAKE: | ☒ |
| FIRE EXTINGUISHER: | ☒ |
| CHEMICAL AGENT: | ☐ |
| DIVERSIONARY DEVICE: | ☒ |
| SHOK-LOK: | ☐ |
| EXPLOSIVE ENTRY: | ☐ |
| A.P.C.: | ☐ |
| LESS LETHAL: | ☒ |
| RULES OF ENGAGEMENT FOR LESS LETHAL PROVIDED AT BRIEFING: | ☒ |

**LOGISTICS:**

| Item | Checked |
|---|---|
| TACTICAL MEDICS: | ☒ |
| LOCAL E.M.S.: | ☒ |
| TROOP PERSONNEL: | ☐ |
| K-9: | ☐ |
| AVIATION: | ☐ |
| C.L.R.T.: | ☐ |
| H.D.E.S.: | ☐ |
| OTHER: | ☐ |

| | |
|---|---|
| **WEAPONS:** | Multiple handguns, Rifles, ARs, and a 50 Cal |
| **EXPLOSIVES:** | None Known. |
| **FORTIFICATIONS:** | None Known. |
| **FLAMMABLE ITEMS:** | None Known. |
| **DOGS:** | Multiple Chihuahuas and a Lab |
| **CHILDREN:** | 17 YOA female |
| **OTHER:** | |

**ADDITIONAL CAUTIONARY INFORMATION:**
The CI reported seeing several guns in the residence and several of the adults carry guns on their person. Also several videos on Facebook show several family members shooting a variety of guns on the property to include an AR and a 50 Cal rifle. CI reports the property has an extensive surveilance system.

| PENNSYLVANIA STATE POLICE<br>SPECIAL EMERGENCY RESPONSE TEAM<br>WARRANT SERVICE PLAN | INCIDENT NUMBER:<br>**PA2018-159293** |
|---|---|
| | DATE:<br>**02/23/18** |
| | **PAGE 6** |

**ROUTE TO TARGET:**
From PSP Belfast: Right onto Bangor Road/SR 191 North (0.2 miles). Left onto Belfast Road (0.6). Right Sullivan Trail (3.9 miles). Slight right onto South Broadway/PA 512 North (0.3). Left onto Male Road (1.1 miles). Left onto Old Allentown Road (0.5 miles). Target residence will be on the left. (Approximately 6.6 miles, 10 minutes)

**ANNOUNCEMENT FROM VEHICLE (INCLUDE NAME OF ANNOUNCER AND VEHICLE FROM WHICH ANNOUNCEMENT WAS MADE):**
Announcements will come from the Bearcat."Residents of 340 Old Allentown Road, this is the State Police, we have a search warrant for the residence." The announcement will be repeated until the residence and subjects are secure.

**MARKED UNIT(S) USED FOR TRAFFIC / IDENTIFICATION:**
☒ : **LEAD VEHICLE**    East Utility
☒ : **REAR VEHICLE**    West Bearcat

| VEHICLE:<br>East Utility | DRIVER:<br>JOHNSON | PASSENGER (IF APPLICABLE):<br>CHULOCK | TEAM LEADER (IF APPLICABLE):<br>CHULOCK |
|---|---|---|---|
| | **OFFICER:** | **ASSIGNMENT:** | **EQUIPMENT:** |
| 1 | DEL GAIZO | Breacher 1-side/Clearing | Ram/Handgun |
| 2 | WYSOCKY | Assistant Breacher 1-side/Clearing | Sledge/Halligan/Handgun |
| 3 | AUKAMP | Point-2nd Floor | Shield/Handgun |
| 4 | MERANTE | Cover-2nd Floor | M4 |
| 5 | WILK | Point-2nd Floor | Shield/Handgun |
| 6 | BRODEUR | Cover-2nd Floor | M4 |
| 7 | AMMONS | Point-2nd Floor | Shield/Handgun |
| 8 | LANG | Cover-2nd Floor | M4 |
| 9 | CHULOCK | Team Leader-2nd Floor | M4 |

| VEHICLE:<br>East Tac | DRIVER:<br>MEYERS | PASSENGER (IF APPLICABLE):<br>PELOTTE | TEAM LEADER (IF APPLICABLE):<br>PELOTTE |
|---|---|---|---|
| | **OFFICER:** | **ASSIGNMENT:** | **EQUIPMENT:** |
| 1 | ATKINSON | Less Lethal-2nd Floor | Shotgun/Bean Bags/Handgun |
| 2 | LOPEZ | Breacher 4-side/Clearing | Halligan/Handgun |
| 3 | WARD | Assistant Breacher 4-side/Clearing | Ram/Ninja Rocks/Handgun |
| 4 | PAINTER | Point-Ground Level | Shield/Hangun |
| 5 | BENSON | Cover-Ground Level | M4 |
| 6 | McGARVEY | Point-Ground Level | Shield/Handgun |
| 7 | SCHIMP | Cover-Ground Level | M4 |
| 8 | KING | Less Lethal-Grond Level | Shotgun/Bean Bags/Handgun |
| 9 | PELOTTE | Team Leader-Ground Level | M4 |

| PENNSYLVANIA STATE POLICE SPECIAL EMERGENCY RESPONSE TEAM WARRANT SERVICE PLAN | | INCIDENT NUMBER: PA2018-159293 |
|---|---|---|
| | | DATE: 02/23/18 |
| | | PAGE 7 |

| VEHILCE: Bearcat | DRIVER: MALLON | PASSENGER (IF APPLICABLE): ROWLANDS | TEAM LEADER (IF APPLICABLE): ROWLANDS |
|---|---|---|---|
| | OFFICER: | ASSIGNMENT: | EQUIPMENT: |
| 1 | GARIPOLI | CP Log | Handgun |
| 2 | ROWLANDS | Coordinator | M4/Handgun |
| 3 | HECKMAN | Medic | Medic Supplies |
| 4 | PATILLO | Echo-Outside Coverage 1/4 corner | M4/Bolt |
| 5 | FALCONE | Point-Ground Level | Shield/Handgun |
| 6 | PIEROTTI | Cover-Ground Level | M4 |

| VEHICLE: West Tac | DRIVER: O'BRIEN | PASSENGER (IF APPLICABLE): WILLIAMS | TEAM LEADER (IF APPLICABLE): WILLIAMS |
|---|---|---|---|
| | OFFICER: | ASSIGNMENT: | EQUIPMENT: |
| 01 | GOUIN | Echo-Outside Coverage Pool House | M4/Bolt |
| 02 | YINGST | Echo-Outside Coverage Pool House | M4 |
| 03 | WAGNER | Echo-Outside Coverage Pool House | M4 |
| 04 | GOLDSMITH | Echo-Outside Coverage Game Room | M4 |
| 05 | MANER | Echo-Outside Coverage Game Room | M4 |
| 06 | WILLIAMS | Echo-Outside Coverage 1-side | M4 |
| 07 | WIRTH | Echo-Outside Coverage 1-side Trailer | M4 |
| 08 | DeMARCHI | Echo-Outside Coverage 1-side Garage | M4/Bolt |

| VEHICLE: Medic | DRIVER: BOBELLA | PASSENGER (IF APPLICABLE): | TEAM LEADER (IF APPLICABLE): |
|---|---|---|---|
| | OFFICER: | ASSIGNMENT: | EQUIPMENT: |
| 1 | BOBELLA | Medic | Medical Supplies |

| PENNSYLVANIA STATE POLICE<br>SPECIAL EMERGENCY RESPONSE TEAM<br>WARRANT SERVICE PLAN | INCIDENT NUMBER:<br>PA2018-159293<br>DATE:<br>02/23/18<br>PAGE 8 |
|---|---|

| ROUTE TO LOCATION: |
|---|
| Directions: Out of PSP Belfast Station: Make right onto Bangor Road for .2 miles, make left onto Belfast Road for .6 miles, make right onto Sullivan Trail for 3.9 miles, make left onto PA-512 S for 1.4 miles, turn right onto E Mountain Road for .5 miles, turn right onto Old Allentown Road for .9 miles. The trailer and garge portion of 340 Old Allentown Road will be on the right side. Travel Time is approx. 13 minutes, distance is 7.6 miles from PSP Belfast. |
| **ANNOUNCEMENT FROM VEHICLE (INCLUDE NAME OF ANNOUNCER AND VEHICLE FROM WHICH ANNOUNCEMENT WAS MADE):** |
| From the East Bearcat: " Residents of 340 Old Allentown Road, this is the Pennsylvania State Police, we have a search warrant for the property." Announcement repeated until residence and subjects are secure. |
| **MARKED UNIT(S) USED FOR TRAFFIC / IDENTIFICATION:**<br>☒ :  **LEAD VEHICLE**   West Tac Van<br>☒ :  **REAR VEHICLE**   East Bearcat |

| VEHICLE:<br>West Utility | DRIVER:<br>KELLY | PASSENGER (IF APPLICABLE):<br>ALAIMO | TEAM LEADER (IF APPLICABLE):<br>ALAIMO |
|---|---|---|---|
| | OFFICER: | ASSIGNMENT: | EQUIPMENT: |
| 1 | MATTONE | Breacher / Clearing | Haligan / Handgun / Taser |
| 2 | PALKO | Assistant Breacher / Clearing | Ram / Sledge / Taser |
| 3 | WALTERS | Point Trailer-Garage | Shield / Handgun |
| 4 | WAHL | Cover Trailer-Garage | M4 |
| 5 | ALLEN | Point Trailer-Garage | Shield / Handgun |
| 6 | BIGELOW | Cover Trailer-Garage | M4 |
| 7 | ALAIMO | TL / Less Lethal / Interior of Trailer-Garage | Shotgun / Bean Bags / Handgun |
| | | | |
| | | | |
| | | | |

| VEHICLE:<br>East Bearcat | DRIVER:<br>MAGUIRE | PASSENGER (IF APPLICABLE):<br>POWELL | TEAM LEADER (IF APPLICABLE):<br>POWELL |
|---|---|---|---|
| | OFFICER: | ASSIGNMENT: | EQUIPMENT: |
| 1 | JULIUS | CP Log | CP Log |
| 2 | MOY | Outside Covereage 3 side of Trailer / Garage | M4 / Bolt |
| 3 | ALBERTSON | Medic | Medical Supplies |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | INCIDENT NUMBER: **PA2018-159293** |
|---|---|
| **PENNSYLVANIA STATE POLICE**<br>**SPECIAL EMERGENCY RESPONSE TEAM**<br>**WARRANT SERVICE PLAN** | DATE: **02/23/18** |
| | **PAGE 9** |

RISSAFE:  0035000

On 02/08/2018 at 1300 hours, Detective Michael ENSTROM, Northampton County Drug Task Force, contacted SERT East requesting assistance with serving a search warrant at 340 Old Allentown Road, Bangor Township, Northampton County. ENSTROM related his Task Force has an ongoing investigation into the distribution of crystal methamphetamine that started in October 2017. During their investigation, they used a CI to make four (4) controlled buys from the main subject of their investigation, Mark ANGLEMEYER W/M-52. ENSTROM explained there are three (3) structures on the property that he is requesting SERT handle; the main residence, a trailer and a garage. ENSTROM further related that all of the buys have come from the trailer, but Mark ANGLEMEYER resides within the main residence. ENSTROM reported that he believes that eight (8) adults and one (1) teenager reside in the residence. ENSTROM said most of the adults have either a handgun(s) registered to them or have concealed carry permits. The CI reported seeing several guns in the residence and several of the adults carry guns on their person. Mark ANGLEMEYER has a criminal history to include: PWID, Simple Assault, Resisting Arrest, Escape and Fleeing and Eluding.

Additional occupants within the residence are: Jeffrey Walter ANGLEMEYER with a criminal history consisting of Firearms Violations, Theft, Criminal Mischief, Obstruction of Justice, numerous Act 64 Violations, Simple Assault, Harassment, Disorderly Conduct, Terroristic Threats, Strangulation and Resisting Arrest. Richard Conrad ANGLEMEYER, the property owner, owns a Glock 9mm, and closely monitors his property.  It is reported that when police arrive at his property he often hassles them asking if they have a ticket to be on the property.  Ada ANGLEMEYER, co-owner of the property, a gun query indicates she has purchased a .25 caliber handgun, and was most recently seen carrying a firearm on the property by Bushkill Twp. PD.  Renae Lynn KLUSKA, who has a criminal history of Simple Assault.  Joseph John KLUSKA, who has a criminal history of DUI, Simple Assault, and Disorderly Conduct.  Richard "Ricky" Bradley ANGLEMEYER, a gun query indicates that he has purchased a .45 caliber handgun.  Tyeler TRINKLEY, is a possible occupant who is the son of Renae.  Facebook video show Tyeler shooting an assault style rifle into the pond on the property.  Kierra KLUSKA, daughter of Renae, is seen via Facebook videos/photos holding firearms.  Additionally, from Renae KLUSKA's Facebook page show videos and photographs of occupants with firearms, specifically a .50 caliber style long rifle.

It should be noted that the family is not police friendly and it is believed that the property is equipped with some type of surveillance system and alarms which allow the property owner to monitor the property.

It is also believed that there are small chihuahuas and a yellow lab on the property.

Due to the above circumstances SERT has been requested to serve a search warrant at 340 Old Allentown Road, Bushkill Township, Northampton County.

SERT East and West members will meet at PSP Belfast at 0400 hours on 02/23/18 for a briefing. After the briefing a rehearsal will be conducted and any modifications to the plan will be made at that time. At approximately 0550 hours, SERT will depart the AP and proceed to the target residence. The vehicles will be lined up as follows: East Utility Van, East Tac Van, & West Bearcat for the main structure and West Tac Van & East Bearcat for the trailer and garage of the structure.

Upon serving the search warrant, Entry team members will enter the main for the residence, via the 1-side door and a 4-side door, and systematically clear the residence. Simultaneously, Entry team members will enter the garage, via the 2-side bay door, and systematically clear the garage. After clearing the garage, Entry team members will clear the trailer. An announcement identifying SERT's presence and purpose will be made from both the West and East Bearcat's PA systems prior to and during the warrant service. Once the property is secured, SERT will release the scene to the investigators and depart the location. A debrief will be conducted at PSP Belfast.

RESULTS: Eight adults including Mark ANGLEMEYER and one 17 year old were detained as a result of this search warrant. Several weapons to include a sawed off semi-auto 10-22 Remington rifle with a homemade suppressor and box of homemade suppressor parts were observed in plain view.