Rev. 09/07/00



# PENNSYLVANIA STATE POLICE



# SERT
## Intelligence Brief



EXHIBIT

Rowlands-2

SUMMARY
JUDGMENT
EXHIBIT
16

### Search Warrant Service
### PA2018-159293
### February 23, 2018

340 Old Allentown Road., Bushkill Township, Northampton County
Prepared By: Cpl. Arthur JOHNSON

## INVESTIGATIVE INFORMATION

On 02/15/18, Sgt. ROWLANDS along with Cpl.'s WILLIAMS, ALAIMO, CHULOCK and JOHNSON met at PSP Belfast with Sgt. Mike ENSTROM (484-602-6957) from the Northampton County Drug Task Force. We were asked to assist with the service of a search warrant at 340 Old Allentown Road, Wind Gap (Bushkill Twp.), Northampton County.

The warrant stems from a drug investigation that they have been conducting by using a confidential informant to purchase drugs from the residence. The CI has made four controlled purchases from inside the home. These were of methamphetamine. The main target sells meth from a detached garage on the property. The most recent buy was on 02/12/18. The investigator believes that the residence has numerous firearms, long guns and handguns.

**LOCATION**

340 Old Allentown Road
Wind Gap, PA
Bushkill Twp.
Northampton County

Investigators relate there could be anywhere from 10-20 small dogs such as chihuahuas in the home. They further related that there are surveillance cameras on the property per the CI but exact locations could not be provided. It was also related that there could be ground/driveway sensors. The CI related that there are rifles "all over the house". The local PD reported that a rifle was observed behind the front door when they were at the home for a call a few years ago. TAC Unit members will provide details of the residence and property which consists of a ranch style home with several outbuildings.

(RFP production on 6/10/2020)  PSP 0322

**SUSPECT 1:**



PennDot: 03/04/14

# Mark Wayne ANGLEMEYER

| DOB: | 09/12/1965 |
|---|---|
| OLN: | PA: 20 810 894 |
| SSN: | ███████ |
| Address: | 340 OLD ALLENTOWN RD, WIND GAP PA 18091-9708, NORTHAMPTON C OUNTY (Apr 1985 - Feb 2018) |
| Phone: | None Listed |
| Criminal History: | FBI: 573347EB4   SID: PA28747187   NY8580808K |

Mark Wayne ANGLEMEYER is a W/N/M, 52 years old.  He is 6 Ft tall and weighs approximately 180 Lbs.  He has brown hair and brown eyes.

ANGLEMEYER'S criminal history is out of PA and NY.  It consists of several drug possession/ PWI charges, recklessly endangering, simple assault, escape, fleeing and eluding, resisting arrest, harassment and disorderly conduct. In 2009, he got into an argument with a District Judge during a prelim. He ran out of the court and drove off with police chasing him. When Anglemeyer stopped at a stop sign, the officers got out of their car and reached into his truck to get him to stop. Anglemeyer hit the gas, nearly pinning one officer between the two cars. He fled to his residence and was taken into custody.

A gun query was completed for ANGLEMEYER which indicated he purchased a 9mm Sturm/Ruger handgun in 1990. The CI reports seeing numerous rifles in the home.

**Brother:**



**Penndot: 04/29/15**

# Jeffrey Walter ANGLEMEYER

| | |
|---|---|
| **DOB:** | 12/24/1962 |
| **OLN:** | PA: 19 842 421 |
| **SSN:** | ███████ |
| **Address:** | 220 E CHESTNUT ST, NAZARETH PA 18064-1609, NORTHAMPTON COUNTY (Aug 2011 - Feb 2018) |
| **Phone:** | 610-393-2373    610-533-3069   610-533-9061 |
| **Criminal History:** | FBI: 767140X10   SID: PA17307789   NJ68154B   FL02394095 |

Jeffrey Walter ANGLEMEYER is a W/N/M, 55 years old. He is 5'8 and 185 lbs. with brown hair and brown eyes.  According to investigators Jeffrey has been staying at this residence since recently being bailed out of jail on domestic abuse charges.

Jeffrey's criminal history is out of PA, NJ & FL. It consists of: firearms not to be carried, theft, criminal mischief, obstructing justice, numerous drug possession/PWI, simple assault, harassment, disorderly conduct, terroristic threats, strangulation & resisting arrest.

 A gun query was completed for Jeffrey which indicated that he purchased a .22 caliber Smith & Wesson handgun and a .357 S&W handgun both in 1985. He does not have a permit to carry.

**Father:**



**PennDot: 02/03/16**

# Richard Conrad ANGLEMEYER

| | |
|---|---|
| **DOB:** | 03/01/1940 |
| **OLN:** | PA OLN 10464225 |
| **SSN:** | ███████ |
| **Address:** | 340 OLD ALLENTOWN RD, WIND GAP PA 18091-9708, NORTHAMPTON C OUNTY (1978 - Feb 2018) |
| **Phone:** | NEGATIVE FOR ADDRESS  SEE TLO LOCATE REPORT FOR NUMBERS |
| **Criminal History:** | III AND MASTER NAME TO PA - NEGATIVE |

Richard Conrad ANGLEMEYER is a W/N/M, 77 years old. He is 5'11 with balding white hair and blue eyes. Investigators related that Richard ANGLEMEYER owns the residence and surrounding property. It is not known if Richard has a part in the drug sales.

Richard's has no criminal history. A gun query was completed for Richard which indicated that he purchased a 9 MM Glock handgun in 1989. He does not possess a permit to carry.

**Mother:**



**PennDot: 02/10/17**

# Ada ANGLEMEYER

| | |
|---|---|
| **DOB:** | 3-25-41 |
| **OLN:** | PA 11 607 252 |
| **SSN:** | ███████ |
| **Address:** | 340 Old Allentown Road Wind Gap PA 18091-9708<br>347 Messinger St Bangor PA 18013-2023<br>100 Bruce LN Wind Gap PA 18091-9003 |
| **Phone:** | 610-540-2223  610-554-2223  610-751-6798 |
| **Criminal History:** | None Found |

Ada ANGLEMEYER is a W/N/F, 54 years old. She is 5'1 with strawberry blond hair and brown eyes. Ada ANGLEMEYER is co-owner of the residence with her husband Richard. It is unknown if Ada has a part in the drug sales.

Ada has no criminal history. A gun query indicated that she purchased a .25 caliber handgun in 1979. She does have an active concealed carry permit in Northampton County.

**Sister:**



PennDot: 01/04/17

# Renae Lynn KLUSKA (ANGLEMEYER)

| | |
|---|---|
| **DOB:** | 1-2-73 |
| **OLN:** | PA 22 884 061 |
| **SSN:** | ████████ |
| **Address:** | 340 Old Allentown Rd Wind Gap PA 18091-9708<br>102 Steep Hill Ln Kunkletown PA 18058-9656<br>376 Old Allentown Rd Wind Gap PA 18091-9708 |
| **Phone:** | 610-390-6562  610-392-7477  610-554-8406  610-844-1865 |
| **Criminal History:** | FBI 89411EB7 PA24387062 |

Renae Lynn KLUSKA is a W/N/F, 45 years old. She is 5'7 and apprx.
165 lbs with blond hair and blue eyes. Renae is the sister of the suspect
who lives in the residence with her husband Joseph KLUSKA. It is not known
if she has a part in the drug sales.

Renae's criminal history consists of a 1996 simple assault arrest in PA. A gun
query was negative. Renae does have an active concealed carry permit in
Northampton County.

(RFP production on 6/10/2020)  PSP 0327

**Brother-in-law:**



PennDot: 12/22/16

# Joseph John KLUSKA

| | |
|---|---|
| **DOB:** | **12-26-73** |
| **OLN:** | **PA: 24-373-188** |
| **SSN:** | ▬▬▬▬ |
| **Address:** | **Per DMV: 340 Old Allentown Rd, Wind Gap, PA 18091** |
| **Phone:** | **610-390-6562 / 610-588-9503** |
| **Criminal History:** | **FBI: 501253MB3        SID: PA28619685** |

Joseph KLUSKA is a W/N/M, 44 years old. He is 5'9, 195 lbs. with blond hair and blue eyes. KLUSKA is married to Renae KLUSKA, sister of the suspect. It is not known if he has a part in the drug sales.

KLUSKA has a criminal history in PA consisting of DUI, simple assault and disorderly conduct. A gun query was negative. He does not possess a concealed carry permit.

**Son of Jeff ANGLEMEYER:**



PennDot: 04/24/15

# Richard "Ricky" Bradley ANGLEMEYER

| | |
|---|---|
| **DOB:** | 06/02/1995 |
| **OLN:** | 30744319 |
| **SSN:** | █████████ |
| **Address:** | 340 Old Allentown Road, Wind Gap, PA 18091 (January 2018)<br>113 Bruce Lane, Wind Gap, PA 18091 (February 2018) |
| **Phone:** | Old Allentown Road Residence: (610) 863-9497 Ada & Richard C. ANGLEMEYER |
| **Criminal History:** | No record found. |

Ricky ANGLEMEYER is a W/N/M, 22 years old. He is 6'0, 175 lbs. with blond hair & blue eyes. It is believed that Ricky is the son of Jeffrey ANGLEMEYER (nephew of the suspect). It is not known if he has a part in the drug sales.

Ricky has no criminal history. A gun query indicated that he purchased a .45 caliber handgun in 2016. He does have an active concealed carry permit in Northampton County.

**Other Possible Occupants:**



**Tyeler TRINKLEY, DOB: 07/18/97**

- Tyeler is the son of Renae KLUSKA
- PennDot records indicate he resides at this residence
- Gun query was negative
- No criminal history





**Kierra KLUSKA, DOB: 03/12/01**

- Kierra is the daughter of Renae KLUSKA
- PennDot records indicate she resides in the residence
- Gun query was negative
- No criminal history



**From Renae KLUSKA's Facebook Page**



