# PENNSYLVANIA STATE POLICE
## SPECIAL EMERGENCY RESPONSE TEAM
### EVENT LOG

INCIDENT NUMBER: PA18-159293
DATE: 08/23/18
PAGE NUMBER: 1 OF 1

☒ COMMAND POST   ☐ NEGOTIATOR

| TIME | RADIO TRANSMISSION / ACTIVITY |
|---|---|
| 0500 | ECHO DEPLOYED |
| 521 | PRE-DEPLOY ECHO ON POST LIGHTS 2ND 1 SIDE MAIN HOUSE |
| 523 | LIGHTS ON 4 SIDE 1ST FLR MAIN HOUSE |
| 525 | VEHICLE PULLED UP TO GARAGE THEN LEFT |
| 528 | ECHO PICKING UP IR CAMERAS MAIN RES. |
| 543 | LIGHTS OFF 4 SIDE 1ST FLR MAIN |
| 543 | W. TEAM STAGED 3 SIDE TRAILER |
| 546 | PINK SEES BUILDING 3/4 SIDE LIGHTS OF AND ON |
| 0551 | EN ROUTE |
| 602 | GOODY VEHICLE LEFT RESIDENCE |
| 603 | SUBURBAN DOCSED ON ROADWAY |
| 605 | DEPLOY |
| 60X | COMPROMISED – LOOKING OUT WINDOW |
| 605 | IN RESIDENCE 1 SIDE |
| 608 | POOL AREA CLEAR |
| 609 | GAME ROOM CLEAR |
| 609 | TANYA SECONDARIES |
| 609 | TANYA MEDIC TO 4 SIDE ELDERLY FEMALE BACK PAIN |
| 616 | 1 LEVEL 3 ADULT MALES 1 FEMALE |
| 613 | CUD MAIN LEVEL 3 MALES W/ TARGET 2 FEMALES |
| 613 | CUD HOUSE SECURE INVESTIGATORS IN |
| 615 | CAMPER 2 STAG CLEAR – WAGNER |
| 616 | BUZZARD ELDERLY WOMAN BACK SURGERY AMBULANCE CALLED |
| 627 | VEHICLE LOADED |

SUMMARY JUDGMENT EXHIBIT 17

(PSP informal production on 1/28/2020) PSP 0058