| | |
|---|---|
| **PENNSYLVANIA STATE POLICE**<br>**SPECIAL EMERGENCY RESPONSE TEAM**<br>**CALLOUT REPORT** | **INCIDENT NUMBER:**<br>PA2018-159293<br>**DATE OF ACTIVATION:**<br>02/23/18<br>**DATE OF REPORT:**<br>02/26/18 |

**NAME:** Tpr. Craig AMMONS
**INCIDENT TITLE:** Warrant Service
**LOCATION:** 340 Old Allentown Rd. Bushkill Twp. Northampton County

| DATE / TIME OF NOTIFICATION: | DATE / TIME ARRIVED AT ASSEMBLY POINT: |
|---|---|
| 02/21/18 / 1945 Hrs | 02/23/18 / 0400 Hrs |
| **STRAIGHT TIME HOURS USED:** .5 | **OVERTIME HOURS USED:** 7.0 |

## SUMMARY OF ASSIGNMENT:

**IF APPLICABLE, THE SUMMARY SHOULD INCLUDE THE FOLLOWING INFORMATION:**
1.) THE LOCATION OF THE TEAM MEMBER AND THE SUBJECT
2.) THE SUBJECTS ACTIONS / THE TEAM MEMBERS ACTIONS AND REACTIONS
3.) RESULTANT INJURIES / DAMAGE TO PROPERTY BY TEAM MEMBER
4.) TYPE OF RESTRAINTS USED TO SUBDUE THE SUBJECT
5.) TREATMENT MADE AVAILABLE TO THE SUBJECT BY TEAM MEMBER
6.) OTHER OBSERVATIONS BY TEAM MEMBER

On 02/21/18 at 1945 hours I was notified of this SERT activation. A SERT activation was already in place for this day due to my participation in cadet active shooter training, therefore, no supervisor notification was made and my schedule was not changed.

On 02/23/18 at 0400 hours I arrived at the PSP Troop M, Belfast station where I attended a briefing for this pre-planned warrant service. During the briefing I was assigned as the third point with Cpl. Michael LANG as my cover. Our intended area of coverage was to be the second floor of the structure. Following the briefing I equipped myself with my issued ballistic shield and glock pistols. I then participated in rehearsals of the service of this warrant in the parking lot of the PSP Belfast station. Upon completion of all rehearsals, I entered the utility van for transport to the target residence. Upon arrival at this location, I approached the one side of the residence and, following a successful breach of a one side man door by other SERT members, I entered the one side. Once inside of the exterior door, I continued through a secondary interior door while traveling towards the three side. I then located a closed door to the left of other doors, which I kicked open and located a white male next to the bed within. This male was secured by me with flex cuffs. As the remainder of the room was cleared, I located a closet within this room which appeared to contain marijuana grow equipment and loose marijuana. A safe was also observed within this room. I remained in this room with the male subject until the arrival of investigators. After cutting the flex cuffs off of the male, he was secured with handcuffs by an investigator. I then exited the residence and returned to the utility van for transport back to the assembly point.

I attended a debriefing of this warrant service at the Belfast station and was dismissed at 0730 Hrs.

SUMMARY JUDGMENT EXHIBIT 18