# PENNSYLVANIA STATE POLICE
# SPECIAL EMERGENCY RESPONSE TEAM
# CALLOUT REPORT

**INCIDENT NUMBER:** PA2018-159293
**DATE OF ACTIVATION:** 02/23/18
**DATE OF REPORT:** 3/2/18

**NAME:** Cpl Brian Atkinson
**INCIDENT TITLE:** Warrant Service
**LOCATION:** 340 Old Allentown Rd. Bushkill Twp. Northampton County
**DATE / TIME OF NOTIFICATION:** 02/21/18 / 1945 Hrs
**DATE / TIME ARRIVED AT ASSEMBLY POINT:** 02/23/18 / 0400 Hrs
**STRAIGHT TIME HOURS USED:** 3
**OVERTIME HOURS USED:** 4.5

## SUMMARY OF ASSIGNMENT:

IF APPLICABLE, THE SUMMARY SHOULD INCLUDE THE FOLLOWING INFORMATION:
1.) THE LOCATION OF THE TEAM MEMBER AND THE SUBJECT
2.) THE SUBJECTS ACTIONS / THE TEAM MEMBERS ACTIONS AND REACTIONS
3.) RESULTANT INJURIES / DAMAGE TO PROPERTY BY TEAM MEMBER
4.) TYPE OF RESTRAINTS USED TO SUBDUE THE SUBJECT
5.) TREATMENT MADE AVAILABLE TO THE SUBJECT BY TEAM MEMBER
6.) OTHER OBSERVATIONS BY TEAM MEMBER

On 02/21/18 at 2000 hours, I notified Sgt Derek Koch via text of this SERT activation. He did not change my scheduled shift.

On the above listed date and time, I was activated for this warrant service. I attended the operations briefing for this search warrant at PSP Belfast. At the pre-deployment briefing I was assigned as less lethal for the second floor. I was armed with a shotgun and pistol. Cpl Chulock was my team leader and I was assigned to the tac van. Following the briefing, I attended a rehearsal for the warrant service in the parking lot of PSP Belfast. Following rehearsal, I loaded my shotgun with beanbag rounds which was verified by Tpr Wysocky. SERT then mounted vehicles and left for the warrant service.

Upon arrival at the location of the warrant service, I proceeded with my team to 1-side door. As we approached the primary entry point, a person inside of the residence looked out and a compromise was called out. At this time an announcement was made from a SERT vehicle as well as the breachers announcing our identity and intentions. A breach of the door was conducted. After breach, I proceeded into the residence. Immediately inside the door, I detained a W/N/F. I remained with her for a short time until I was called to the basement to assist with clearing. At this time I turned custody of the W/N/F over to another team member on the first floor and proceeded into the basement. I proceeded with other team members through the basement. I observed multiple subjects being detained in the basement. I moved through the basement to a building containing a pool. I assisted in clearing the pool building. I then moved outside and assisted other team members clearing an unlocked RV on the property. There was no one located in the RV. I then moved back into the basement of the residence. At this time I assisted a SERT medic with an elderly W/N/F complaining of back pain. I assisted the medic with gathering her medication and wallet. I remained with the medic and the elderly W/N/F until the residence was turned over to investigators. After the residence was turned over to investigators, I exited the residence, returned to my assigned vehicle and departed the scene, returning to the AP for debriefing.

After debrief, I departed the AP and proceeded to PSP Lancaster for my regularly scheduled shift.

After a de-brief the team was dismissed at 0730 Hrs.

SUMMARY JUDGMENT EXHIBIT 19