| PENNSYLVANIA STATE POLICE SPECIAL EMERGENCY RESPONSE TEAM CALLOUT REPORT | INCIDENT NUMBER: PA2018-159293 |
| | DATE OF ACTIVATION: 02/23/18 |
| | DATE OF REPORT: 02/27/18 |

**NAME:**
Nathan C. AUKAMP

**INCIDENT TITLE:**
Warrant Service

**LOCATION:**
340 Old Allentown Rd. Bushkill Twp. Northampton County

| DATE / TIME OF NOTIFICATION: 02/21/18   /   1945 Hrs | DATE / TIME ARRIVED AT ASSEMBLY POINT: 02/23/18   /   0400 Hrs |
| STRAIGHT TIME HOURS USED: 0 | OVERTIME HOURS USED: 8 |

## SUMMARY OF ASSIGNMENT:

IF APPLICABLE, THE SUMMARY SHOULD INCLUDE THE FOLLOWING INFORMATION:
1.) THE LOCATION OF THE TEAM MEMBER AND THE SUBJECT
2.) THE SUBJECTS ACTIONS / THE TEAM MEMBERS ACTIONS AND REACTIONS
3.) RESULTANT INJURIES / DAMAGE TO PROPERTY BY TEAM MEMBER
4.) TYPE OF RESTRAINTS USED TO SUBDUE THE SUBJECT
5.) TREATMENT MADE AVAILABLE TO THE SUBJECT BY TEAM MEMBER
6.) OTHER OBSERVATIONS BY TEAM MEMBER

On 02/21/18 at 1955 hours, I notified Cpl. Justin FEENEY, via Phone of this SERT activation. He did not change my scheduled shift.

On 02/22/18 I arrived at the AP and attended a briefing. I was assigned to the East Utility Van with Tfc. MERANTE as my cover and Cpl. CHULOCK our team leader. I was assigned as 1st level on the 2nd level. At the completion of the briefing we conducted a rehearsal and departed the station to the target residence.

Upon arrival, I approached the 1 side of the structure to the primary breaching point. I was to assigned as the 1st point to clear the 2nd level of the structure. Upon entry, I announced "state police search warrant." I cleared through the 1st room and entered a hallway. There was a female standing in the hallway with her hands up, I passed by her and entered a room with a closed door on the far right of the hallway. Upon entering the bedroom, a W/N/M was walking at the door, I announced "State Police" and advised him to show his hands. He failed to comply so I used my shield to pin him to the bed to secure him. He was secured without incident. The bedroom was then cleared. An attic space was discovered in the closet and subsequently cleared. I was then called up to assist in clearing a detached large room. Cpl. CHULOCK, Cpl. PIEROTTI and I cleared the large room. No one was located. I did not observe anything of evidentiary value.

The scene was turned over to investigators and we departed the scene.

After a de-brief the team was dismissed at 0730 Hrs.

SUMMARY
JUDGMENT
EXHIBIT
20