# PENNSYLVANIA STATE POLICE
# SPECIAL EMERGENCY RESPONSE TEAM
# CALLOUT REPORT

**INCIDENT NUMBER:** PA2018-159293
**DATE OF ACTIVATION:** 02/23/18
**DATE OF REPORT:** 03/11/18

**NAME:** Tpr. Mark A. BENSON
**INCIDENT TITLE:** Warrant Service
**LOCATION:** 340 Old Allentown Rd. Bushkill Twp. Northampton County
**DATE / TIME OF NOTIFICATION:** 02/21/18 / 1945 Hrs
**DATE / TIME ARRIVED AT ASSEMBLY POINT:** 02/23/18 / 0400
**STRAIGHT TIME HOURS USED:** 6.0
**OVERTIME HOURS USED:** 11.0

## SUMMARY OF ASSIGNMENT:

IF APPLICABLE, THE SUMMARY SHOULD INCLUDE THE FOLLOWING INFORMATION:
1.) THE LOCATION OF THE TEAM MEMBER AND THE SUBJECT
2.) THE SUBJECTS ACTIONS / THE TEAM MEMBERS ACTIONS AND REACTIONS
3.) RESULTANT INJURIES / DAMAGE TO PROPERTY BY TEAM MEMBER
4.) TYPE OF RESTRAINTS USED TO SUBDUE THE SUBJECT
5.) TREATMENT MADE AVAILABLE TO THE SUBJECT BY TEAM MEMBER
6.) OTHER OBSERVATIONS BY TEAM MEMBER

   I was assigned as cover for PAINTER (point) as part of the ground level entry team. We were transported to the above location in the East Tac van driven by MEYERS. My weapons carried were GLOCK 9mm and COLT M4.
   Upon arrival announcements were made prior to the sliding glass door being breached. When entry was made I observed a W/N-M subject and commands were given to him. At which point he turned around and began walking into an adjacent room. As we made our way into through I encountered another W/N-M subject, who did not comply with commands to get on the ground. I assisted with securing that W/N-M and remained with that subject while the rest of the residence was cleared by the team. After the primary and secondary clearing of the residence was complete I exited when investigators arrived on scene. Debrief was conducted at the AP prior to being released.

Notification: on 02/21/18 1948 hours I notified Sgt. SANKEY of this SERT activation. My scheduled shift was 0800-1600 hours for 02/23/18 which was not changed due to this activation. After the warrant was complete Sgt. SANKEY was advised.

SUMMARY JUDGMENT EXHIBIT 21

Page 1 of 1

(PSP informal production on 1/28/2020)  PSP 0016