# PENNSYLVANIA STATE POLICE
# SPECIAL EMERGENCY RESPONSE TEAM
# CALLOUT REPORT

**INCIDENT NUMBER:** PA2018-159293
**DATE OF ACTIVATION:** 02/23/18
**DATE OF REPORT:** 03/19/18

**NAME:** Tpr. David BRODEUR
**INCIDENT TITLE:** Warrant Service
**LOCATION:** 340 Old Allentown Rd. Bushkill Twp. Northampton County
**DATE / TIME OF NOTIFICATION:** 02/21/18 / 1945 Hrs
**DATE / TIME ARRIVED AT ASSEMBLY POINT:** 02/23/18 /   Hrs
**STRAIGHT TIME HOURS USED:** 2
**OVERTIME HOURS USED:** 5

## SUMMARY OF ASSIGNMENT:

IF APPLICABLE, THE SUMMARY SHOULD INCLUDE THE FOLLOWING INFORMATION:
1.) THE LOCATION OF THE TEAM MEMBER AND THE SUBJECT
2.) THE SUBJECTS ACTIONS / THE TEAM MEMBERS ACTIONS AND REACTIONS
3.) RESULTANT INJURIES / DAMAGE TO PROPERTY BY TEAM MEMBER
4.) TYPE OF RESTRAINTS USED TO SUBDUE THE SUBJECT
5.) TREATMENT MADE AVAILABLE TO THE SUBJECT BY TEAM MEMBER
6.) OTHER OBSERVATIONS BY TEAM MEMBER

   No notifications were made as Sgt. ROWLANDS was already aware of this activation. He did not change my scheduled shift.

   On the above date and time I arrived at the AP for a briefing on this warrant service. During the briefing I was assigned to the East Utility van and as part of the 2nd point/cover team. Cpl. WILK was my assigned point man and we were designated for first floor clearing through the 1-side entry point. After the briefing a rehearsal was conducted before loading out.

   Once on scene the 1-side entry team made its way to our assigned entry point. Once all other entry teams were staged a coordinated breach was conducted and I followed Cpl. WILK into the residence. Once inside we moved towards the 2 side and opened a door which turned out to be steps to the basement level. I observed an older white male scurrying towards the 2-side at the bottom of the steps. Due to having a designated basement team Cpl. WILK and I pushed to another closed door on the 2-side which led to a bedroom on the 1-2 corner. Inside the bedroom was a juvenile male and juvenile female. Both were flex cuffed without incident. Due to the large size of the residence I left the juveniles with Cpl. WILK and moved to the basement where I assisted clearing the pool area and conducting secondary searches. Once that level was secure I returned to the bedroom on the 1-2 corner and maintained security of the juveniles with Cpl. WILK until they were turned over to investigators. Once the scene was turned over to investigators SERT departed the scene.

   After a de-brief the team was dismissed at 0730 Hrs.

SUMMARY JUDGMENT EXHIBIT 22