| | |
|---|---|
| **PENNSYLVANIA STATE POLICE**<br>**SPECIAL EMERGENCY RESPONSE TEAM**<br>**CALLOUT REPORT** | INCIDENT NUMBER:<br>PA2018-159293<br>DATE OF ACTIVATION:<br>02/23/18<br>DATE OF REPORT:<br>03/04/18 |

**NAME:** Cpl. John P. CHULOCK
**INCIDENT TITLE:** Warrant Service
**LOCATION:** 340 Old Allentown Rd. Bushkill Twp. Northampton County

| DATE / TIME OF NOTIFICATION: | DATE / TIME ARRIVED AT ASSEMBLY POINT: |
|---|---|
| 02/21/18   /   1945 Hrs | 02/23/18   /       Hrs |
| **STRAIGHT TIME HOURS USED:** | **OVERTIME HOURS USED:** |
| 1.5 | 6.5 |

### SUMMARY OF ASSIGNMENT:

**IF APPLICABLE, THE SUMMARY SHOULD INCLUDE THE FOLLOWING INFORMATION:**
1.) THE LOCATION OF THE TEAM MEMBER AND THE SUBJECT
2.) THE SUBJECTS ACTIONS / THE TEAM MEMBERS ACTIONS AND REACTIONS
3.) RESULTANT INJURIES / DAMAGE TO PROPERTY BY TEAM MEMBER
4.) TYPE OF RESTRAINTS USED TO SUBDUE THE SUBJECT
5.) TREATMENT MADE AVAILABLE TO THE SUBJECT BY TEAM MEMBER
6.) OTHER OBSERVATIONS BY TEAM MEMBER

*SUMMARY JUDGMENT EXHIBIT 23*

On 02/21/18 at 1950 hours, I notified my supervisor, Sgt. Brian PAULSHOCK via phone of this SERT warrant service. He did not change my scheduled shift. After the detail was completed I notified Sgt. PAULSHOCK.

On the above date and time, I arrived at Troop-M Belfast to prepare for the warrant service briefing as I was part of the pre-plan team and the assigned Tactical Supervisor. At 0400 hours, I participated in the briefing and provided the line-up and concept of the operation to the team.

I was assigned to the Utility Van as the Team Leader for the 2nd Floor. I was armed with my Glock 21 Pistol, M4, and Taser.

After the briefing, I participated in several warrant service rehearsals conducted in Belfast's parking lot.

On our way to the residence pre-deployment surveillance advised that a black Chevy Suburban had just left the subject residence and turned right onto Old Allentown Rd. That Chevy subsequently based us. Upon arrival at the subject and while making our way to the 1-side door I saw an older W/F looking out the bay window on the 1-side. I immediately called this out over the radio and advised that we were comprised. Entry was then made into the residence via the 1-side main door and the 4-side basement French door.

Once inside the residence I began announcing "State Police Search Warrant." I immediately saw that same W/F moving around the hallway not following verbal commands being issued by other team members. I subsequently grabbed her by the arm and passed her off to Cpl. Brian ATKINSON.

I then cleared a bathroom located on the 1-side. After assessing this floor and advising the CP of how many people we encountered I moved to the basement to assist that team.

I then assisted with clearing the arcade building located off the 3-side. I subsequently moved back to the 2nd floor and assisted with a secondary clearance.

We then assisted the investigators with getting all the occupants down to the basement.

The residence and occupants were released to the investigators.

After a de-brief the team was dismissed at 0730 Hrs.