# PENNSYLVANIA STATE POLICE
# SPECIAL EMERGENCY RESPONSE TEAM
# CALLOUT REPORT

**INCIDENT NUMBER:** PA2018-159293
**DATE OF ACTIVATION:** 02/23/18
**DATE OF REPORT:** 02/24/18

**NAME:** Corporal Michael D. LANG
**INCIDENT TITLE:** Warrant Service
**LOCATION:** 340 Old Allentown Rd , Bushkill Twp , Northampton County
**DATE / TIME OF NOTIFICATION:** 02/21/18 / 0743 Hrs
**DATE / TIME ARRIVED AT ASSEMBLY POINT:** 02/23/18 / 0400 Hrs
**STRAIGHT TIME HOURS USED:** 0.0
**OVERTIME HOURS USED:** 9.5

## SUMMARY OF ASSIGNMENT:

IF APPLICABLE, THE SUMMARY SHOULD INCLUDE THE FOLLOWING INFORMATION:
1.) THE LOCATION OF THE TEAM MEMBER AND THE SUBJECT
2.) THE SUBJECTS ACTIONS / THE TEAM MEMBERS ACTIONS AND REACTIONS
3.) RESULTANT INJURIES / DAMAGE TO PROPERTY BY TEAM MEMBER
4.) TYPE OF RESTRAINTS USED TO SUBDUE THE SUBJECT
5.) TREATMENT MADE AVAILABLE TO THE SUBJECT BY TEAM MEMBER
6.) OTHER OBSERVATIONS BY TEAM MEMBER

**SUMMARY JUDGMENT EXHIBIT 24**

On 02/21/18 at 0800 hours, I notified SGT Biever, via Phone of this SERT activation. He did not change my scheduled shift.

On the above listed date and time, I was activated for this preplanned warrant service. I participated in a briefing held at the Troop M Belfast Station. The Briefing was led by SGT ROWLANDS. The briefing provided all details relating to the address and gave specific details and assignments to the SERT members involved in this specific warrant service. I was assigned as a member of the entry team and tasted with entering and clearing the 2nd floor area believed to be mostly bedrooms. Following the Briefing I participated in a rehearsal conducted at PSP Belfast. For this event I was assigned as a coverman and teamed up with Tpr AMMONS as my pointman. I was armed with a M4 rifle and Glock handgun for this warrant service.

Upon arrival to the residence the team moved to their assigned a rehearsed positons. The command to serve the search warrant was given and from my location watched as the breaching team knocked and announced police presence. We were compromised from our approach as occupants of the residence were awake and looking through the windows. The door was eventually forced open and I watched as the team entered the structure. I Followed Tpr AMMONS into the residence and moved directly to a bedroom towards the 3 side. We cleared a small bedroom occupied by a single male. After he was secured the basement team was requesting assistance due to the multiple occupants located in the basement. I moved towards the basement and cleared a living room area and then a bedroom with a older female that was lying on the floor as I entered. Other team members had already passed through this room prior to my arrival. I remained with the female until the residence was said to be secure. After securing the entire structure a medic was called to examine the female in my room due to her complaining of back pain from a recent surgery the female also started her tooth was broken. She was treated and walked around the room on her own. Eventfully she was transported via EMS for precautions. The team participated in a secondary security clear of the entire structure and then determined the residence was secure and turned it over to the investigators to complete the search warrant.

I remained in the basement with multiple occupants until the investigators entered and took custody of everyone.

I returned to my assigned SERT vehicle and then departed the warrant service location .

I attended a debriefing held at PSP Belfast and was then released from this warrant.

I returned the Bear Cat to BESO before returning to my residence.

(PSP informal production on 1/28/2020)  PSP 0031