# PENNSYLVANIA STATE POLICE
# SPECIAL EMERGENCY RESPONSE TEAM
# CALLOUT REPORT

**INCIDENT NUMBER:** PA2018-159293
**DATE OF ACTIVATION:** 02/23/18
**DATE OF REPORT:** 03/07/18

**NAME:** Tpr Vicente LOPEZ
**INCIDENT TITLE:** Warrant Service
**LOCATION:** 340 Old Allentown Rd. Bushkill Twp. Northampton County
**DATE / TIME OF NOTIFICATION:** 02/21/18 / 1945 Hrs
**DATE / TIME ARRIVED AT ASSEMBLY POINT:** 02/23/18 / 0400 Hrs
**STRAIGHT TIME HOURS USED:** 0
**OVERTIME HOURS USED:** 7

## SUMMARY OF ASSIGNMENT:

**IF APPLICABLE, THE SUMMARY SHOULD INCLUDE THE FOLLOWING INFORMATION:**
1.) THE LOCATION OF THE TEAM MEMBER AND THE SUBJECT
2.) THE SUBJECTS ACTIONS / THE TEAM MEMBERS ACTIONS AND REACTIONS
3.) RESULTANT INJURIES / DAMAGE TO PROPERTY BY TEAM MEMBER
4.) TYPE OF RESTRAINTS USED TO SUBDUE THE SUBJECT
5.) TREATMENT MADE AVAILABLE TO THE SUBJECT BY TEAM MEMBER
6.) OTHER OBSERVATIONS BY TEAM MEMBER

On 02/21/18 at 1949 hours, I notified Cpl Robert MAHER, via text of this SERT activation. He did not change my scheduled shift.

On 02/23/18 at approximately 0400 hours, I attended the operations brief held at the Assembly Point (AP), PSP Belfast. While attending the brief, I was assigned the duty of breacher, 4 side of the residence. Following the briefing and rehearsals at the assembly point, SERT then deployed in our respective vehicles 340 Old Allentown Rd.

Upon arriving on scene, I deployed with my team to the 4 side of the residence. Upon announcement given, I made entry by performing a brake and rake to the 4 side patio door. On entry, I assisted in clearing the residence, 1st floor, and secured in flex cuffs 1 W/N/M in the 1st floor living room. With the residence secured and all secondary searches completed, scene was turned over to investigators. I departed the scene with the rest of the SERT team and returned to the AP for debrief.

After the de-brief, the team was dismissed at 0730 Hrs.

During this activation, I was armed with my Glock 21, duty carry ammunition.

SUMMARY JUDGMENT EXHIBIT 25