| | |
|---|---|
| **PENNSYLVANIA STATE POLICE**<br>**SPECIAL EMERGENCY RESPONSE TEAM**<br>**CALLOUT REPORT** | INCIDENT NUMBER:<br>PA2018-159293<br>DATE OF ACTIVATION:<br>02/23/18<br>DATE OF REPORT:<br>03/05/18 |

**NAME:** Tpr Terrance W MERANTE

**INCIDENT TITLE:** Warrant Service

**LOCATION:** 340 Old Allentown Rd. Bushkill Twp. Northampton County

| DATE / TIME OF NOTIFICATION: | DATE / TIME ARRIVED AT ASSEMBLY POINT: |
|---|---|
| 02/21/18 / 1945 Hrs | 02/23/18 / 0400 Hrs |
| STRAIGHT TIME HOURS USED: | OVERTIME HOURS USED: |
| 2 | 4 |

### SUMMARY OF ASSIGNMENT:

IF APPLICABLE, THE SUMMARY SHOULD INCLUDE THE FOLLOWING INFORMATION:
1.) THE LOCATION OF THE TEAM MEMBER AND THE SUBJECT
2.) THE SUBJECTS ACTIONS / THE TEAM MEMBERS ACTIONS AND REACTIONS
3.) RESULTANT INJURIES / DAMAGE TO PROPERTY BY TEAM MEMBER
4.) TYPE OF RESTRAINTS USED TO SUBDUE THE SUBJECT
5.) TREATMENT MADE AVAILABLE TO THE SUBJECT BY TEAM MEMBER
6.) OTHER OBSERVATIONS BY TEAM MEMBER

On 02/21/18 at 1945 hours, I notified Cpl TRETTER, via Phone of this SERT activation. He did not change my scheduled shift.

Upon arrival to the AA, I attended an ops brief, donned SERT gear and weapons and departed for service of the warrant. On this job I was assigned as first cover for Tpr AUKAMP.

At the target residence, the team set up. I heard the breachers pounding on the door yelling "State Police, search warrant!!!" Mechanical entry was gained. I followed AUKAMP to a bedroom where we took the subject of the investigation into custody without incident.

After a de-brief the team was dismissed at 0730 Hrs.

SUMMARY JUDGMENT EXHIBIT 26