# PENNSYLVANIA STATE POLICE
# SPECIAL EMERGENCY RESPONSE TEAM
# CALLOUT REPORT

**INCIDENT NUMBER:** PA2018-159293
**DATE OF ACTIVATION:** 02/23/18
**DATE OF REPORT:** 02/24/18

**NAME:** Cpl. Matthew J. PIEROTTI
**INCIDENT TITLE:** Warrant Service
**LOCATION:** 340 Old Allentown Rd. Bushkill Twp. Northampton County
**DATE / TIME OF NOTIFICATION:** 02/21/18 / 1945 Hrs
**DATE / TIME ARRIVED AT ASSEMBLY POINT:** 02/23/18 / 0200 Hrs
**STRAIGHT TIME HOURS USED:** 0
**OVERTIME HOURS USED:** 14

## SUMMARY OF ASSIGNMENT:

IF APPLICABLE, THE SUMMARY SHOULD INCLUDE THE FOLLOWING INFORMATION:
1.) THE LOCATION OF THE TEAM MEMBER AND THE SUBJECT
2.) THE SUBJECTS ACTIONS / THE TEAM MEMBERS ACTIONS AND REACTIONS
3.) RESULTANT INJURIES / DAMAGE TO PROPERTY BY TEAM MEMBER
4.) TYPE OF RESTRAINTS USED TO SUBDUE THE SUBJECT
5.) TREATMENT MADE AVAILABLE TO THE SUBJECT BY TEAM MEMBER
6.) OTHER OBSERVATIONS BY TEAM MEMBER

On 02/21/18 at 2000 hours, I notified Sgt. SNEATH, via Phone of this SERT activation. He did not change my scheduled shift.

On the above date and time, I arrived at the AP for a briefing of a warrant service. I was assigned as FALCONE'S cover out of the bearcat. Upon arrival at the target residence the team stacked at the door and upon command, the door was breached. The team made entry and cleared through the residence. I assisted in clearing through and had nothing significant to report. After the residence was secure, we turned the scene over to the investigators and cleared the scene.

After a de-brief the team was dismissed at 0730 Hrs.

SUMMARY JUDGMENT EXHIBIT 27