# PENNSYLVANIA STATE POLICE
# SPECIAL EMERGENCY RESPONSE TEAM
# CALLOUT REPORT

**INCIDENT NUMBER:** PA2018-159293
**DATE OF ACTIVATION:** 02/23/18
**DATE OF REPORT:** 02/27/18

**NAME:** Cpl. Lance SCHIMP
**INCIDENT TITLE:** Warrant Service
**LOCATION:** 340 Old Allentown Rd. Bushkill Twp. Northampton County
**DATE / TIME OF NOTIFICATION:** 02/21/18 / 1945 Hrs
**DATE / TIME ARRIVED AT ASSEMBLY POINT:** 02/23/18 / Hrs
**STRAIGHT TIME HOURS USED:** 7.5
**OVERTIME HOURS USED:** 8.0

## SUMMARY OF ASSIGNMENT:

IF APPLICABLE, THE SUMMARY SHOULD INCLUDE THE FOLLOWING INFORMATION:
1.) THE LOCATION OF THE TEAM MEMBER AND THE SUBJECT
2.) THE SUBJECTS ACTIONS / THE TEAM MEMBERS ACTIONS AND REACTIONS
3.) RESULTANT INJURIES / DAMAGE TO PROPERTY BY TEAM MEMBER
4.) TYPE OF RESTRAINTS USED TO SUBDUE THE SUBJECT
5.) TREATMENT MADE AVAILABLE TO THE SUBJECT BY TEAM MEMBER
6.) OTHER OBSERVATIONS BY TEAM MEMBER

On the above date and time I assisted with the service of a search warrant at the above location. I was assigned to a Cover position as part of a Point Cover Team with Cpl. Robert MCGARVEY. I was armed with a M4 Rifle and Sig Pistol.

Upon announcements the residence was not surrendered and entry was made. Ask we entered the structure behind Tpr. Quinton PAINTER and Tpr. Mark BENSON a male was encountered. Commands were given for him to stop and get on the ground. He refused that order and turned around and walked around a corner into the next room. Myself and Tpr. MCGARVEY followed him into that room where Tpr. MCGARVEY had to physically take him to the ground while Tpr. BENSON was also dealing with another male who was not complying with commands. Tpr. PAINTER and myself turned our attention to a several doors one of which was open and lead into a room with several other doors. As we moved toward the doorway a female stepped into the threshold of the doorway. She was given commands to get on the ground to which she physically and verbally refused. Tpr. PAINTER used his ballistic shield to push the female out of the doorway and back into the room. As he did the female fell backward into the room. As we entered the room I held of the female and a door to a bathroom while Tpr PAINTER held on a hallway which lead further into the structure. I gave the female commands not to move and keep her hands in the air. She did not comply with that order and moved her hands around the floor around her person. Another male exited the aforementioned bathroom. He was given commands to get on the ground to which he also refused to comply. Cpl. Jason PELOTTE had to take the male into custody. Once other members arrived myself and PAINTER cleared the remainder of the ground level without encountering any persons.

On 02/21/18 at 2010 hours, I notified Sgt. Ryan NUHFER, via text of this SERT activation. He did not change my scheduled shift.

After a de-brief the team was dismissed at 0730 Hrs.

SUMMARY JUDGMENT EXHIBIT 28