# PENNSYLVANIA STATE POLICE
# SPECIAL EMERGENCY RESPONSE TEAM
# CALLOUT REPORT

**INCIDENT NUMBER:** PA2018-159293
**DATE OF ACTIVATION:** 02/23/18
**DATE OF REPORT:** 03/01/18

**NAME:** Cpl Kevin WARD
**INCIDENT TITLE:** Warrant Service
**LOCATION:** 340 Old Allentown Rd. Bushkill Twp. Northampton County
**DATE / TIME OF NOTIFICATION:** 02/21/18 / 1945 Hrs
**DATE / TIME ARRIVED AT ASSEMBLY POINT:** 02/23/18 / 0400 Hrs
**STRAIGHT TIME HOURS USED:** 0
**OVERTIME HOURS USED:** 7

## SUMMARY OF ASSIGNMENT:

IF APPLICABLE, THE SUMMARY SHOULD INCLUDE THE FOLLOWING INFORMATION:
1.) THE LOCATION OF THE TEAM MEMBER AND THE SUBJECT
2.) THE SUBJECTS ACTIONS / THE TEAM MEMBERS ACTIONS AND REACTIONS
3.) RESULTANT INJURIES / DAMAGE TO PROPERTY BY TEAM MEMBER
4.) TYPE OF RESTRAINTS USED TO SUBDUE THE SUBJECT
5.) TREATMENT MADE AVAILABLE TO THE SUBJECT BY TEAM MEMBER
6.) OTHER OBSERVATIONS BY TEAM MEMBER

On 02/21/18 at 1950 hours, I notified Sgt MILLS, via phone of this SERT activation. He did not change my scheduled shift, a day off.

On 02/23/18 at approximately 0400 hrs, I arrived at PSP Belfast and attended the briefing for this warrant service. Tpr LOPES and I were assigned as the 4-side breaching team. I was assigned to the tac van, with Cpl PELOTTE as the team leader. Following the briefing, I attended a rehearsal with an entry, secondary entry, and an abort plan.

Upon initiation of this warrant, I heard announcements indicating our presence and purpose. As I approached the 4-side sliding glass doors I observed a W/N/M entering the kitchen are then fleeing into the living room area towards the 2-side. I then broke out the sliding glass door and entry was made through the 4 side door as well as the 1-side. I followed team members through the 4-side door into the kitchen area. I then continued to follow members towards the 3-side into another living room area, which was unoccupied. I then made my way back into the other living room where members were giving commands to a W/N/M who was placed on the ground and flex cuffed. After this initial living area was cleared I went out the 3-side door and assisted with clearing a separate building off the 3-side which was a game room. It was unoccupied. I assisted with secondary searches. We remained on scene until it was secured and turned over to investigators. I then returned to PSP Belfast where we debriefed.

I was armed with my Glock 21.

After a de-brief the team was dismissed at 0730 Hrs.

SUMMARY JUDGMENT EXHIBIT 29