# PENNSYLVANIA STATE POLICE
# SPECIAL EMERGENCY RESPONSE TEAM
# CALLOUT REPORT

**INCIDENT NUMBER:** PA2018-159293
**DATE OF ACTIVATION:** 02/23/18
**DATE OF REPORT:** 02/27/18

**NAME:** Cpl. Daniel J. WILK
**INCIDENT TITLE:** Warrant Service
**LOCATION:** 340 Old Allentown Rd. Bushkill Twp. Northampton County
**DATE / TIME OF NOTIFICATION:** 02/21/18 / 1945 Hrs
**DATE / TIME ARRIVED AT ASSEMBLY POINT:** 02/23/18 / 0400 Hrs
**STRAIGHT TIME HOURS USED:** 3 hrs
**OVERTIME HOURS USED:** 5 hrs

## SUMMARY OF ASSIGNMENT:

IF APPLICABLE, THE SUMMARY SHOULD INCLUDE THE FOLLOWING INFORMATION:
1.) THE LOCATION OF THE TEAM MEMBER AND THE SUBJECT
2.) THE SUBJECTS ACTIONS / THE TEAM MEMBERS ACTIONS AND REACTIONS
3.) RESULTANT INJURIES / DAMAGE TO PROPERTY BY TEAM MEMBER
4.) TYPE OF RESTRAINTS USED TO SUBDUE THE SUBJECT
5.) TREATMENT MADE AVAILABLE TO THE SUBJECT BY TEAM MEMBER
6.) OTHER OBSERVATIONS BY TEAM MEMBER

On 02/21/18 at 1950 hours, I notified Sgt. John CHAPMAN, via Phone of this SERT activation. He did not change my scheduled shift.

On 02/23/18 at approximately 0400 hours, I attended a briefing at PSP Belfast (AP) in regard to this preplanned warrant service. During the briefing, I was assigned as the second point of the target residence second floor/ attic. After the briefing, I participated in rehearsal drills. I then took my position in the SERT utility van and departed to serve the warrant.

Once the team arrived, I took up my position in the stack on the exterior 1 side. We then announced, "State Police, search warrant!!!" I also heard similar announcements from the P.A. system from one of the vans. The door was then breached and I shortly made entry into the residence. I cleared through the second floor towards the interior 2 side where I entered a bedroom. Upon entering the bedroom, I came into contact with a juvenile female and male. Both were secured without incident. Tpr. David BRODEUR provided me cover during this assignment. The scene was then turned over to investigators. I then went to my extract vehicle and departed the scene and departed back to the AP.

I carried a Glock 21 and a shield on this warrant service.

Following a Debriefing I was released from the incident

After a de-brief the team was dismissed at 0730 Hrs.

SUMMARY JUDGMENT EXHIBIT 30