# MOTION FOR SUMMARY JUDGMENT
# EXHIBIT 31

<u>SERT Briefing Videos:</u>
MVI_2286
MVI_2287
MVI_2288
MVI_2289
MVI_2290
MVI_2291
MVI_2292
MVI_2293
MVI_2294
MVI_2295
MVI_2296
MVI_2297
MVI_2298