# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADA ANGLEMEYER, et al., | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | |
| CRAIG AMMONS, et al., | : | |
| Defendants | : | No. 19-3714 |

### DECLARATION OF PENNSYLVANIA STATE POLICE IN RESPONSE TO PLAINTIFFS' RULE 30(b)(6) DEPOSITION NOTICE TO PENNSYLVANIA STATE POLICE

I, Scott Price, Deputy Commissioner of Operations, having been employed by the Pennsylvania State Police since 1988 and served on its Special Emergency Response Team in the mid-1990's, provide the following information on behalf of the Pennsylvania State Police:

1. The Pennsylvania State Police's ("PSP") Special Emergency Response Team ("SERT") wear uniforms for SERT operations that do not bear the individual's name or badge number.

2. PSP is unaware of SERT uniforms ever containing the individual's name or badge number.

3. PSP is unaware of any policy or regulation, current or archived, that states whether the SERT uniform includes/does not include the individual's name or badge number.

4. PSP is unaware of any time that the issue of name or badge number appearing on the SERT uniform was formally considered or discussed.

I declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge.

Executed on (Date): __01/27/21__

LTC _[signature]_
Lieutenant Colonel Scott C. Price
Deputy Commissioner of Operations
Pennsylvania State Police