# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADA ANGLEMEYER, et al., | : |
| | :    No. 19-cv-3714-JMY |
| vs. | : |
| | : |
| GRAIG AMMONS, et al. | : |

## ORDER

AND NOW, this 13th day of September, 2022, upon consideration of the Motion for Summary Judgment filed by the Defendants (ECF No. 49), all papers filed in support thereof and in opposition thereto, it is hereby ORDERED that said Motion shall be GRANTED and Plaintiffs' Complaint will be DISMISSED.

The Clerk of Court is DIRECTED to mark this matter CLOSED.

BY THE COURT:

  /s/ John Milton Younge  
Judge John Milton Younge