# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADA ANGLEMEYER, et al. | : | CIVIL ACTION |
| | : | |
| VS. | : | |
| | : | |
| NORTHAMPTON COUNTY, et al. | : | NO. 19-3714 |

## NOTICE OF APPEAL

Notice is hereby given that Ada Anglemeyer, et al., Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the final judgment entered in this action on September 13, 2022.

LEVIN & ZEIGER, LLP

Dated: September 23, 2022   BY: /s/Brian J. Zeiger, Esquire

Brian J. Zeiger, Esquire
Identification # 87063
1500 JFK Blvd, Suite 620
Philadelphia, PA 19102
215-546-0430 phone
215-279-8702 fax
zeiger@levinzeiger.com

**Certificate of Service**

      I, Brian J. Zeiger, Esquire, hereby state that I am the attorney for the Plaintiff in this action and certify that I have on this date served this Notice of Appeal on the following via ecf:

Honorable John M. Younge
Kevin R. Bradford, Esquire

| | |
|---|---|
| <u>September 23, 2022</u> | /s/Brian J. Zeiger |
| DATE | BRIAN J. ZEIGER, Esquire |